UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Sharil A. Clarke, Esq.
Schachter Portnoy L.L.C.
3490 US 1
Princeton, NJ  08540
609-514-8668
Attorneys for On Deck Capital, Inc.

In Re:

William J. Focazio

Case No.:   19-10880

Chapter:   11

Judge:   Vincent J. Papalia

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of ___On Deck Capital, Inc___.  Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:  Sharil A. Clarke, Esq.
Schachter Portnoy L.L.C.
3490 US 1
Princeton, NJ  08540
609-514-8668

DOCUMENTS:

☒  All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒  All documents and pleadings of any nature.

Date: March 22, 2019

/s/ Sharil A. Clarke
Signature

*new.8/1/15*