Form finmgtc

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  19−10880−VFP
Chapter:  11
Judge:  Vincent F. Papalia
Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   William J Focazio
   101 Fox Hedge Road
   Saddle River, NJ 07458
Social Security No.:
   xxx−xx−2504

Employer's Tax I.D. No.:

## NOTICE OF FAILURE TO FILE DEBTOR'S CERTIFICATION OF COMPLETION OF INSTRUCTIONAL COURSE CONCERNING FINANCIAL MANAGEMENT

To receive a discharge each individual debtor must participate in a personal financial management course. The course provider may file a Certificate of Debtor Education, or the debtor must file a *Debtor's Certification of Completion of Instructional Course Concerning Financial Management* (Official Form B23) proving compliance with the financial management course requirement for discharge (each debtor in a joint case must file a separate Certification). The Certification must be filed by:

     Chapter 11: [In a case in which 1141(d)(3) applies, no later than the date you make your last plan payment.]

To date the court has not received the above document from the debtor(s), nor has it received a Certificate of Debtor Education from a course provider. If the court does not receive the document(s) within the time frame set forth above, your case will be closed without entry of the discharge. If the case is closed without entry of the discharge you must file a Motion To Reopen to allow for the filing of the document(s) and pay the applicable filing fee.

Dated: April 8, 2019
JAN: admi

             Jeanne Naughton
             Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                     Case No. 19-10880-VFP
William J Focazio                                                          Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1          Date Rcvd: Apr 08, 2019
                             Form ID: finmgtc          Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 10, 2019.
db          +William J Focazio,    101 Fox Hedge Road,    Saddle River, NJ 07458-2715
aty         +Roper & Thyne, LLC,    Roper & Thyne, LLC,    77 Jefferson Place,    Totowa, NJ 07512-2614
aty         +Scura, Wigfield, Heyer, Stevens & Cammarota, LLP,    1599 Hamburg Turnpike,    PO Box 2031,
             Wayne, NJ  07470,   9 07474-2031

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Apr 09 2019 00:13:16      U.S. Attorney,    970 Broad St.,
             Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 09 2019 00:13:13      United States Trustee,
             Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
                                                                                        TOTAL: 2

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2019                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 8, 2019 at the address(es) listed below:
          Andrew J. Pincus   on behalf of Creditor   SB One Bank f/k/a Community Bank of Bergen County,
          N.J. ap@seidmanllc.com
          Andrew M. Lubin   on behalf of Creditor   Wilmington Savings Fund Society, FSB, as Trustee of
          Stanwich Mortgage Loan Trust A bkecf@milsteadlaw.com,   alubin@milsteadlaw.com
          Brian E Caine   on behalf of Creditor   U.S. Bank National Association, not in its individual
          capacity but solely as Trustee for the RMAC Trust, Series 2016-CTT bcaine@parkermccay.com,
          BKcourtnotices@parkermccay.com
          Daniel F. Corrigan   on behalf of Creditor   First Commerce Bank dcorrigan@windelsmarx.com,
          mslama@windelsmarx.com
          David B. Grantz   on behalf of Creditor   Provident Bank f/k/a The Provident Bank
          dgrantz@meyner.com,   ckelly@meyner.com
          David L. Stevens   on behalf of Debtor William J Focazio dstevens@scuramealey.com,
          ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;mmack@scura.com;lrichard@scura.com;jesposito@
          scuramealey.com
          David S. Catuogno   on behalf of Creditor   Oritani Bank david.catuogno@klgates.com
          Jerrold S. Kulback   on behalf of Creditor   Fulton Bank of New Jersey jkulback@archerlaw.com
          Kevin Gordon McDonald   on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION
          kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Maria Arnott   on behalf of Creditor   SB One Bank f/k/a Community Bank of Bergen County, N.J.
          ma@seidmanllc.com
          Matthew Patrick Dolan   on behalf of Creditor   Provident Bank f/k/a The Provident Bank
          mdolan@meyner.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov

                                                                                        TOTAL: 12