UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
ACTING UNITED STATES TRUSTEE, REGION 3
Mitchell Hausman, Esquire
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Email:  mitchell.b.hausman@usdoj.gov

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | : Case No. 19-10880(VFP) : |
| William J. Focazio, | : Chapter 11 : |
|  | : The Honorable Vincent F. Papalia : |
| Debtor. | : Hearing Date: : |

**CERTIFICATION OF FRANCYNE ARENDAS, BANKRUPTCY ANALYST, IN SUPPORT OF THE MOTION OF THE UNITED STATES TRUSTEE FOR AN ORDER CONVERTING CASE TO CHAPTER 7 OR, IN THE ALTERNATIVE, DISMISSING CASE, PURSUANT TO 11 U.S.C. § 1112(b)**

I, Francyne Arendas, of full age, hereby declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. I am a Bankruptcy Analyst for the Office of the United States Trustee in Newark, New Jersey and I have full knowledge of the facts set forth herein.

2. On January 15, 2019 (the "Petition Date"), William J. Focazio (the "Debtor"), filed a voluntary petition for relief under Chapter 11 of title 11, United States Code.  The Debtor has remained in possession of its property and management of its affairs

3. A §341(a) First Meeting of Creditors was held on March 25, 2019, conducted by Mitchell B. Hausman, Esq.

4. As set forth on the Debtor's schedules and amended schedules, the Debtor owns 3 properties including; (i) 41A Inlet Drive, Block 175, Lot 2501, Point Pleasant Beach, New Jersey (vacant land); (ii) 43 Inlet Drive, Point Pleasant Beach, New Jersey (vacant land); and (iii) 66 Westview Road, Wayne, New Jersey (rental residential property).

5. In addition, the Debtor's primary residence at 101 Fox Hedge Road, Saddle River, New Jersey is owned by an entity, Fox Hedge Manor, LLC, which, upon information and belief, the Debtor holds an ownership interest. The Debtor discloses a 1% interest in Fox Hedge Manor, LLC on question 19 of Schedule A/B. Docket Entry No. 51, pg. 21 of 72.

6. According to testimony provided at the §341(a) Meeting of Creditors, one of the properties, namely, 66 Westview Road, Wayne, New Jersey has a tenant residing in it.

7. Despite several requests by this office, the Debtor has not provided proof of insurance for any of the properties.

I certify under penalty of perjury that the forgoing is true and correct.

                ANDREW R. VARA
                ACTING UNITED STATES TRUSTEE
                REGION 3

            By: */s/ Francyne Arendas*
                Francyne Arendas
Dated: May 1, 2019         Bankruptcy Analyst