| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>UNITED STATES DEPARTMENT OF JUSTICE<br>OFFICE OF THE UNITED STATES TRUSTEE<br>ANDREW R. VARA<br>ACTING UNITED STATES TRUSTEE, REGION 3<br>Mitchell B. Hausman, Esq.<br>One Newark Center, Suite 2100<br>Newark, NJ 07102<br>Telephone: (973) 645-3014<br>Facsimile: (973) 645-5993<br>Email: Mitchell.B.Hausman@usdoj.gov | |
| In Re:<br><br>William J. Focazio,<br><br>Debtor. | Case No.: 19-10880 (VFP)<br><br>Chapter: 11<br><br>Adv. No.:<br><br>Hearing Date: May 9, 2019, at 11:00 a.m.<br><br>Judge: Vincent F. Papalia |

## CERTIFICATION OF SERVICE

1. I, Michael W. Aponte:

   ☐ represent _____ in this matter.

   ☒ am the paralegal for <u>Mitchell B. Hausman, Trial Attorney</u>, who represents the <u>Acting United States Trustee</u> in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On <u>May 3, 2019</u>, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   (i) The Order and Application Shortening Time Period, Limiting Notice and Setting Hearing; (ii) the The Motion by the Acting United States Trustee for an Order Converting the Case to Chapter 7 or, in the alternative, Dismissing the Case Pursuant to 11 U.S.C. §1112 and supporting documents; and (iii) the Certification of Service.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:   May 3, 2019                              */s/ Michael W. Aponte*
                                                 Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| William J. Focazio<br>101 Fox Hedge Road<br>Saddle River, NJ 07458 | Debtor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ***Federal Express***<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| David L. Stevens, Esq.<br>Scura, Wigfield, Heyer & Stevens<br>1599 Hamburg Turnpike<br>Wayne, NJ  07470<br>973-696-8391<br>dstevens@scuramealey.com | Debtor's Counsel | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ***E-Mail & Federal Express***<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Roper & Thyne, LLC<br>77 Jefferson Place<br>Totowa, NJ  07512 | Debtor's Counsel | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ***Federal Express***<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| BMW Financial Services<br>Attn: Bankruptcy Department<br>Po Box 3608<br>Dublin, OH 43016 | Secured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ***U.S. Express Mail***<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Carrington Mortgage Services<br>PO Box 3010<br>Anaheim, CA  92803 | Secured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ***U.S. Express Mail***<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| | | |
|---|---|---|
| First Commerce Bank<br>105 River Avenue<br>Lakewood, NJ 08701<br>732-364-0032<br>aopatut@firstcommercebk.com | Secured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ***E-Mail & Federal Express***<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Daniel F. Corrigan, Esq.<br>Windels, Marx, Lane & Mittendorf, LLP<br>120 Albany Street Plaza<br>New Brunswick, NJ 08901<br>732-448-2587<br>dcorrigan@windelsmarx.com | Counsel for Secured Creditor First Commerce Bank | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ***E-Mail & Federal Express***<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Fulton Bank of NJ<br>533 Fellowship Rd. - Ste. 250<br>Mount Laurel, NJ  08054 | Secured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ***Federal Express***<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Jerrold S. Kulback, Esq.<br>Archer & Greiner, PC<br>One Centennial Square<br>Haddonfield, NJ 08033<br>jkulback@archerlaw.com | Counsel for Creditor, Fulton Bank of New Jersey | ☐ Hand-delivered<br>☐Regular mail<br>☐Certified mail/RR<br>☒ Other ***E-Mail & Federal Express***<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| George A. Tsairis<br>Arhitects, PC<br>2052 Highway 35, Suite 101<br>Spring Lake, NJ  07762 | Secured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ***Federal Express***<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| | | |
|---|---|---|
| New Jersey Division of Taxation<br>Compliance & Enforcement - Bankruptcy<br>50 Barrack St., 9th Fl.<br>PO Box 245<br>Trenton, NJ  08695 | Secured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  *U.S. Express Mail*<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Rushmore Lms<br>Attn: Bankruptcy<br>Po Box 55004<br>Irvine, CA 92619 | Secured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  *U.S. Express Mail*<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| SB One Bank f/k/a<br>Community Bank of Bergen County, N.J.<br>100 Enterprise Drive, Suite 700<br>Rockaway, NJ 07866 | Secured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  *Federal Express*<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Maria Arnott, Esq.<br>Seidman &Pincus, LLC<br>777 Terrace Avenue, Suite 508<br>Hasbrouck Heights, NJ 07604<br>201-473-0047<br>ma@seidmanllc.com | Counsel for Secured Creditor  SB One Bank f/k/a Community Bank of Bergen County, N.J. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  *Email & Federal Express*<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Andrew J. Pincus, Esq.<br>Seidman & Pincus,LLC<br>777 Terrace Avenue, 5th Floor<br>Hasbrouck Heights, NJ 07604<br>(201) 473-0047<br>(201) 288-7009 (fax)<br>ap@seidmanllc.com | Counsel for Secured Creditor  SB One Bank f/k/a Community Bank of Bergen County, N.J. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  *Email & Federal Express*<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| | | |
|---|---|---|
| U.S. Bank National Bank<br>PO Box 52708<br>Irvine, CA 92619 | Secured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  *U.S. Express Mail*<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Brian E. Caine, Esq.<br>Parker McCay PA<br>9000 Midlantic Drive, Suite 300<br>Mount Laurel, NJ 08054<br>856-596-8900<br>856-596-9631 (fax)<br>bcaine@parkermccay.com | Counsel for Creditor U.S. Bank National Association, not in its individual capacity but solely as Trustee for the RMAC Trust, Series 2016-CTT | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  *Email & Federal Express*<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Sharil A. Clarke, Esq.<br>Schachter Portnoy<br>3490 US Route 1<br>Princeton, NJ 08540<br>609-514-8668<br>609-514-1599 (fax)<br>sclarke@santander.us | Counsel for Creditor On Deck Capital, Inc. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  *Email & Federal Express*<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| David S. Catuogno, Esq.<br>K&L Gates LLP<br>One Newark Center, 10 Floor<br>Newark, NJ 07102<br>973-848-4023<br>973-848-4001 (fax)<br>david.catuogno@klgates.com | Counsel for Creditor Oritani Bank | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  *Email & Federal Express*<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Kevin Gordon McDonald, Esq.<br>KML Law Group, P.C.<br>216 Haddon Ave., Ste. 406<br>Westmont, NJ 08108<br>215-825-6311<br>kmcdonald@kmllawgroup.com | Counsel for Creditor PNC BANK, NATIONAL ASSOCIATION | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  *Email & Federal Express*<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| | | |
|---|---|---|
| Matthew Patrick Dolan, Esq.<br>Meyner and Landis LLP<br>One Gateway Center, Suite 2500<br>Newark, NJ 07102<br>973-602-3478<br>mdolan@meyner.com | Counsel for Provident Bank f/k/a The Provident Bank | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other **_Email & Federal Express_**<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| David B. Grantz, Esq.<br>Meyner and Landis LLP<br>One Gateway Center, Suite 2500<br>Newark, NJ 07102<br>973-624-2800<br>dgrantz@meyner.com | Counsel for Provident Bank f/k/a The Provident Bank | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other **_Email & Federal Express_**<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Provident Bank f/k/a The Provident Bank<br>100 Wood Avenue<br>Iselin, NJ 08830 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Allgenic Health and Wellness Inc.<br>Suite 2210<br>175 SW 7th<br>Miami, FL 33130 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| AMCA/American Medical Collection Agency<br>Attention: Bankruptcy<br>4 Westchester Plaza, Suite 110<br>Elmsford, NY 10523 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name/Address | Role | Method |
|---|---|---|
| Amex<br>Correspondence/Bankruptcy<br>Po Box 981540<br>El Paso, TX 79998 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Bank Of America<br>4909 Savarese Circle<br>Fl1-908-01-50<br>Tampa, FL 33634 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Bank of New Jersey<br>1365 Pa;isades Ave<br>Fort Lee, NJ 07024 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Becket and Lee, LLP<br>PO Box 3001<br>Malvern, PA 19355 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| BMW Financial Services<br>Attn: Bankruptcy Department<br>Po Box 3608<br>Dublin, OH 43016 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| | | |
|---|---|---|
| c/o Jay Samuels, Esq.<br>Windels Marx Lane & Mittendorf, LLP<br>120 Albany Street Plaza<br>New Brunswick, NJ 08901 | Counsel for Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Capital One/Neiman Marcus/Bergdorf Goodm<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Chase Auto Finance<br>Attn: Bankruptcy<br>Po Box 901076<br>Fort Worth, TX 76101 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Chase Card Services<br>Correspondence Dept<br>Po Box 15298<br>Wilmington, DE 19850 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| CIT Finance LLC<br>D/B/A Avaya Financial Services<br>1 Cit Drive<br>Livingston, NJ 07039 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| | | |
|---|---|---|
| Endo Surgical Center of North Jersey, PC<br>999 Clifton Avenue<br>Clifton, NJ 07013 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Endo Surgical Center of North Jersey<br>62-64 Fenner Ave<br>Fort Lee, NJ 07024 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Ferro Labella & Zucker LLC<br>27 Warren St<br>Suite 201<br>Hackensack, NJ 07601 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| LeClairRyan<br>One Riverfront Plaza<br>1037 Raymound Boulevard, 16th Floor<br>Attn. William L. Waldman<br>Newark, NJ 07102 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Levitt and Cerciello<br>75 Main Street<br>Suite 201<br>Millburn, NJ 07041 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Address | Role | Delivery Method |
|---|---|---|
| Meyer and Landis LLP<br>1 Gateway Ctr STE 2500<br>Newark, NJ 07102 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Milstead & Associates, LLC - Salvatore L<br>1 East Stow Road<br>Marlton, NJ 08053 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| MRS BPO<br>Attn: Bankruptcy<br>1930 Olney Ave<br>Cherry Hill, NJ 08003 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Oritani Bank<br>321 Main St<br>Hackensack, NJ 07601 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Parker McCay<br>9000 Midlantic Drive, Ste. 300<br>Mount Laurel, NJ 08054 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| | | |
|---|---|---|
| Parker McCay P.A<br>9000 Midlantic Drive, Suite 300<br>Lyons, CO 80540 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| PNC Bank<br>Attn: Bankruptcy Department<br>Po Box 94982: Mailstop Br-Yb58-01-5<br>Cleveland, OH 44101 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Rockland Electric Company<br>390 West Route 59<br>Customer Support Operations<br>Spring Valley, NY 10977 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| The Provident Bank<br>239 Washington Avenue<br>Jersey City, NJ 07302 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Andrew M. Lubin, Esq.<br>Milstead & Associates<br>1 East Stow Road<br>Marlton, NJ 08053<br>856-482-1400<br>856-482-9190 (fax)<br>bkecf@milsteadlaw.com | Counsel for Creditor Wilmington Savings Fund Society, FSB, as Trustee of Stanwich Mortgage Loan Trust A | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*