Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−10880−VFP
Chapter: 11
Judge: Vincent F. Papalia
Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
William J Focazio
101 Fox Hedge Road
Saddle River, NJ 07458

Social Security No.:
xxx−xx−2504

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on May 13, 2019, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 69 − 59
Order Pursuant to 11 U.S.C. § 1104 Directing the Appointment of a Chapter 11 Trustee (Related Doc # 59). . Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 5/13/2019. (mcp)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: May 13, 2019
JAN: mcp

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 19-10880-VFP
William J Focazio                                                       Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin                Page 1 of 1              Date Rcvd: May 13, 2019
                               Form ID: orderntc          Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 15, 2019.
db         +William J Focazio,    101 Fox Hedge Road,    Saddle River, NJ 07458-2715
aty        +Roper & Thyne, LLC,    Roper & Thyne, LLC,    77 Jefferson Place,    Totowa, NJ 07512-2614
aty        +Scura, Wigfield, Heyer, Stevens & Cammarota, LLP,    1599 Hamburg Turnpike,    PO Box 2031,
             Wayne, NJ 07470,    9 07474-2031
aty        +Sharil A. Clarke,    Schachter Portnoy,    3490 US Route 1,    Princeton, NJ 08540-5920
cr         +First Commerce Bank,    105 River Avenue,    Lakewood, NJ 08701-4267
cr         +Fulton Bank of New Jersey,    c/o Jerrold S. Kulback, Esq.,    Archer & Greiner, P.C.,
             1717 Arch Street, Suite 3500,    Philadelphia, PA 19103-2739
cr         +Oritani Bank,    c/o K&L Gates, LLP,    One Newark Center,    10th Floor,    Newark, NJ 07102-5237
cr         +Provident Bank f/k/a The Provident Bank,    100 Wood Avenue,    Iselin, NJ 08830-2716
cr         +SB One Bank f/k/a Community Bank of Bergen County,,    100 Enterprise Drive,    Suite 700,
             Rockaway, NJ 07866-2176

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              On Deck Capital, Inc.,    Schachter Portnoy, L.L.C.,    3490 US Route 1,    Princeton
                                                                                 TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 15, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 13, 2019 at the address(es) listed below:
              Andrew J. Pincus    on behalf of Creditor    SB One Bank f/k/a Community Bank of Bergen County,
               N.J. ap@seidmanllc.com
              Andrew M. Lubin    on behalf of Creditor    Wilmington Savings Fund Society, FSB, as Trustee of
               Stanwich Mortgage Loan Trust A bkecf@milsteadlaw.com, alubin@milsteadlaw.com
              Brian E Caine    on behalf of Creditor    U.S. Bank National Association, not in its individual
               capacity but solely as Trustee for the RMAC Trust, Series 2016-CTT bcaine@parkermccay.com,
               BKcourtnotices@parkermccay.com
              Daniel F. Corrigan    on behalf of Creditor    First Commerce Bank dcorrigan@windelsmarx.com,
               mslama@windelsmarx.com
              David B. Grantz    on behalf of Creditor    Provident Bank f/k/a The Provident Bank
               dgrantz@meyner.com, ckelly@meyner.com
              David L. Stevens    on behalf of Debtor William J Focazio dstevens@scuramealey.com,
               ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;mmack@scura.com;lrichard@scura.com;jesposito@
               scuramealey.com
              David S. Catuogno    on behalf of Creditor    Oritani Bank david.catuogno@klgates.com
              Jerrold S. Kulback    on behalf of Creditor    Fulton Bank of New Jersey jkulback@archerlaw.com
              Kevin Gordon McDonald    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              Maria Arnott    on behalf of Creditor    SB One Bank f/k/a Community Bank of Bergen County, N.J.
               ma@seidmanllc.com
              Matthew Patrick Dolan    on behalf of Creditor    Provident Bank f/k/a The Provident Bank
               mdolan@meyner.com
              Mitchell Hausman    on behalf of U.S. Trustee    U.S. Trustee Mitchell.B.Hausman@usdoj.gov
              Philip Seth Rosen    on behalf of Creditor    BANK OF AMERICA, N.A. prosen@zeklaw.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 14