UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
ACTING UNITED STATES TRUSTEE, REGION 3
Mitchell B. Hausman, Esq.
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Fax: (973) 645-5993
Email: Mitchell.B.Hausman1@usdoj.gov

**Order Filed on May 13, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

William J. Focazio,

Debtor.

Case No.: 19-10880 (VFP)

Chapter 11

Hearing Date: May 9, 2019

Judge: Hon. Vincent F. Papalia

**ORDER PURSUANT TO 11 U.S.C. § 1104 DIRECTING
THE APPOINTMENT OF A CHAPTER 11 TRUSTEE**

The relief set forth on the following page(s), numbered two (2), is hereby **ORDERED**.

**DATED: May 13, 2019**

_____
 **Honorable Vincent F. Papalia
United States Bankruptcy Judge**

**(Page 2)**

William J. Focazio

Chapter 11 Case No. 19-10880 (VFP)

**Order Pursuant to 11 U.S.C. § 1104 Directing the Appointment of a Chapter 11 Trustee**
_____

Upon consideration of the motion of the Acting United States Trustee, by and through counsel, for an Order Pursuant to 11 U.S.C. § 1112(b) Converting this case to a chapter 7 case, or, in the alternative, an Order Dismissing the case and notice of the motion having been given to all parties as directed by the Court in its Order Shortening Time Period for Notice, Setting Hearing and Limiting Notice, (Docket Entry No. 62), and the Debtor agreeing to the appointment of a chapter 11 trustee, it is hereby:

**ORDERED** that the Acting United States Trustee is directed to appoint a chapter 11 trustee in the above-referenced case.

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 19-10880-VFP
William J Focazio                                                     Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin          Page 1 of 1           Date Rcvd: May 13, 2019
                       Form ID: pdf903       Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 15, 2019.
db         +William J Focazio,   101 Fox Hedge Road,   Saddle River, NJ 07458-2715
aty        +Roper & Thyne, LLC,   Roper & Thyne, LLC,   77 Jefferson Place,   Totowa, NJ 07512-2614
aty        +Scura, Wigfield, Heyer, Stevens & Cammarota, LLP,   1599 Hamburg Turnpike,   PO Box 2031,
             Wayne, NJ  07470,   9 07474-2031

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 15, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 13, 2019 at the address(es) listed below:
              Andrew J. Pincus    on behalf of Creditor    SB One Bank f/k/a Community Bank of Bergen County,
               N.J. ap@seidmanllc.com
              Andrew M. Lubin    on behalf of Creditor    Wilmington Savings Fund Society, FSB, as Trustee of
               Stanwich Mortgage Loan Trust A bkecf@milsteadlaw.com, alubin@milsteadlaw.com
              Brian E Caine    on behalf of Creditor    U.S. Bank National Association, not in its individual
               capacity but solely as Trustee for the RMAC Trust, Series 2016-CTT bcaine@parkermccay.com,
               BKcourtnotices@parkermccay.com
              Daniel F. Corrigan    on behalf of Creditor    First Commerce Bank dcorrigan@windelsmarx.com,
               mslama@windelsmarx.com
              David B. Grantz    on behalf of Creditor    Provident Bank f/k/a The Provident Bank
               dgrantz@meyner.com, ckelly@meyner.com
              David L. Stevens    on behalf of Debtor William J Focazio dstevens@scuramealey.com,
               ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;mmack@scura.com;lrichard@scura.com;jesposito@
               scuramealey.com
              David S. Catuogno    on behalf of Creditor    Oritani Bank david.catuogno@klgates.com
              Jerrold S. Kulback    on behalf of Creditor    Fulton Bank of New Jersey jkulback@archerlaw.com
              Kevin Gordon McDonald    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              Maria Arnott    on behalf of Creditor    SB One Bank f/k/a Community Bank of Bergen County, N.J.
               ma@seidmanllc.com
              Matthew Patrick Dolan    on behalf of Creditor    Provident Bank f/k/a The Provident Bank
               mdolan@meyner.com
              Mitchell Hausman    on behalf of U.S. Trustee    U.S. Trustee Mitchell.B.Hausman@usdoj.gov
              Philip Seth Rosen    on behalf of Creditor    BANK OF AMERICA, N.A. prosen@zeklaw.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 14