UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
ACTING UNITED STATES TRUSTEE, REGION 3
Martha R. Hildebrandt, Esq.
Mitchell B. Hausman, Esq.
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Fax: (973) 645-5993
Email: Mitchell.B.Hausman@usdoj.gov

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | : |
| | : Chapter 11 |
| William J. Focazio, | : |
| | : Case No. 19-10880 (VFP) |
| Debtor. | : |
| | : |

NOTICE OF APPOINTMENT OF TRUSTEE

TO:   Edward A. Phillips
      Getzler Henrich & Associates LLC
      1515 Market Street
      Suite 1200
      Philadelphia, PA 19102

You are hereby notified of your appointment as Trustee of the estate of the above captioned debtor, subject to Court approval and securing a bond. The amount of the bond has been initially fixed at $15,000.00. Pursuant to 11 U.S.C. § 322, the bond must be filed with the Acting United States Trustee within five (5) days of the date of your appointment. You are responsible for monitoring the amount of funds on hand and to ensure that the bond is set in an amount that is, at a minimum, 150% of the balance of funds on hand or such higher percentage as you deem appropriate to protect the assets of the estate.

ANDREW R. VARA
ACTING UNITED STATES TRUSTEE
REGION 3

By: */s/ Martha R. Hildebrandt*
    Martha R. Hildebrandt
Dated: May 17, 2019    Assistant United States Trustee