---

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-1

Sydney J. Darling, Esq.
Stephen V. Falanga, Esq.
**WALSH PIZZI O'REILLY FALANGA LLP**
One Riverfront Plaza
1037 Raymond Blvd., Ste. 600
Newark, New Jersey 07102
T: 973.757.1100 | F: 973.757.1090
sdarling@walsh.law
sfalanga@walsh.law
*Prospective Counsel to Chapter 11 Trustee*

---

| | |
|---|---|
| In re: | Bankr. Case No.: 19-10880-VFP |
| WILLIAM J. FOCAZIO, | Honorable Vincent F. Papalia, U.S.B.J. |
| Debtor. | Chapter 11 |

## NOTICE OF ACCEPTANCE OF APPOINTMENT AS CHAPTER 11 TRUSTEE

TO:   United States Department of Justice
Office of the United States Trustee
Andrew R. Vara
Acting United States Trustee, Region 3
One Newark Center, Suite 2100
Newark, New Jersey 07102

WHEREAS, the Bankruptcy Court directed the Office of the United States Trustee to appoint a chapter 11 trustee for the debtor, William J. Focazio ("Debtor"); and

WHEREAS, on May 17, 2019 [Dkt. No. 73], the Office of the United States Trustee filed a Notice of Appointment of Trustee appointing Edward A. Philips as Trustee; and

WHEREAS, Rule 2008 of the Federal Rules of Bankruptcy Procedure requires a putative Trustee to provide written notice of acceptance of the appointment within seven (7) days of receipt of the Notice of Appointment;

NOW, THEREFORE, pursuant to Fed. R. Bankr. P. 2008, the undersigned hereby accepts the appointment as Trustee for the above-captioned Debtor.

Dated: May 20, 2019

_____
Edward A. Philips