UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

PARKER McCAY P.A.
BRIAN E. CAINE
9000 Midlantic Drive; Suite 300
Mt. Laurel, New Jersey 08054
(856) 985-4059
Attorney for U.S. Bank National Association, not in
its individual capacity but solely as trustee for the
RMAC Trust, Series 2016-CTT, its successors and/or
assigns

Order Filed on May 24, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

  William J Focazio

Case No. 19-10880-VFP
Chapter 11
Hearing: May 21, 2019

Judge: PAPALIA

## ORDER VACATING STAY AS TO REAL PROPERTY

The relief set forth on the following pages, numbered two (2) through two (2) are
hereby **ORDERED**.

DATED: May 24, 2019

_____

**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

**(Page 2)**
Debtor: William J Focazio
Case No: 19-10880-VFP
Caption of Order: ORDER VACATING STAY AS TO REAL PROPERTY

_____

      Upon the motion of U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT, its successors and/or assigns, ("Movant"), under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain real property as herein set forth, and for cause shown, it is hereby:

      ORDERED that the automatic stay is vacated to permit the Movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the Movant's rights in the following real property:

***66 Westview Road, Wayne, New Jersey 07470***

      It is further ORDERED that the Movant may join the Debtors and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

      The Movant shall serve this order on the Debtor, Debtor's attorney, any trustee and any other party who entered an appearance on the motion