| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |  |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** | |

| | |
|---|---|
| Case No.: | _____ |
| Chapter: | _____ |

In Re:

| | |
|---|---|
| Adv. No.: | _____ |
| Hearing Date: | _____ |
| Judge: | _____ |

**CERTIFICATION OF SERVICE**

1.  I, _____ :

    ☐ represent _____ in this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2.  On _____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

3.  I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: _____        _____
                                                                              Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>  (As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>  (As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>  (As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>  (As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>  (As authorized by the Court or by rule. Cite the rule if applicable.) |

| | | |
|---|---|---|
| AMCA/American Medical Collection Agency<br>Attention: Bankruptcy<br>4 Westchester Plaza, Suite 110<br>Elmsford, NY 10523 | Allgenic Health and Wellness Inc<br>Suite 2210<br>175 SW 7th<br>Miami, FL 33130 | Amex<br>Correspondence/Bankruptcy<br>Po Box 981540<br>El Paso, TX 79998 |
| ARCHER ATTORNEY AT LAW<br>One Centennial Square<br>33 East Euclid Avenue<br>Haddonfield, NJ 08033 | Becket and Lee, LLP<br>c/o American Express National Bank<br>PO Box 3001<br>Malvern, PA 19355 | Bank of New Jersey<br>1365 Palisades Avenue<br>Fort Lee, NJ 07024<br>President or Registered Agent |
| LeClairRyan<br>One Riverfront Plaza<br>1037 Raymound Boulevard, 16th Floor<br>Attn. William L. Waldman<br>Newark, NJ 07102 | BMW Financial Services<br>Attn: Bankruptcy Department<br>Po Box 3608<br>Dublin, OH 43016 | c/o Daniel F. Corrigan, Esq<br>Windels Marx Lane & Mittendorf, LLP<br>120 Albany Street Plaza<br>New Brunswick, NJ 08901 |
| **c/o Jay Samuels, Esq.**<br>Windels Marx Lane & Mittendorf, LLP<br>120 Albany Street Plaza<br>New Brunswick, NJ 08901 | U.S. Trustee<br>Office of the United States Trustee<br>One Newark Center<br>Newark, NJ 07102 | **Capital One/Neiman Marcus/Bergdorf Goodm**<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130 |
| **Carrington Mortgage, LLC**<br>PO Box 5001<br>Newark, NJ 07106 | **Chase Auto Finance**<br>Attn: Bankruptcy<br>Po Box 901076<br>Fort Worth, TX 76101 | **Chase Card Services**<br>Correspondence Dept<br>Po Box 15298<br>Wilmington, DE 19850 |
| **Chevy Chase Fed Sav Ba**<br>Capital One/Attn:Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130 | **CIT Finance LLC**<br>D/B/A Avaya Financial Services<br>1 Cit Drive<br>Livingston, NJ 07039 | **Ferro Labella & Zucker LLC**<br>27 Warren St<br>Suite 201<br>Hackensack, NJ 07601 |
| **George A Tsairis Architects PC**<br>2052 Highway 35<br>Suite 101<br>Spring Lake, NJ 07762 | **Levitt and Cerciello**<br>75 Main Street<br>Suite 201<br>Millburn, NJ 07041 | **Meyer and Landis LLP**<br>1 Gateway Ctr STE 2500<br>Newark, NJ 07102 |
| **MRS BPO**<br>Attn: Bankruptcy<br>1930 Olney Ave<br>Cherry Hill, NJ 08003 | **New Jersey Division of Taxation**<br>**Compliance & Enforcement - Bankruptcy**<br>**50 Barrack St., 9th Fl.**<br>**PO Box 245**<br>**Trenton, NJ 08695** | New Jersey Attorney General Office<br>Division of Law<br>Richard J. Hughes Justice Complex<br>25 Market Street, P.O Box 112<br>Trenton, NJ 08625-0112 |
| **Romano, Garubo & Argentieri**<br>52 Newton Ave.<br>Woodbury, NJ 08096 | U.S. Bank National Association, et al<br>c/o Rushmore Loan Management Services<br>P.O. Box 52708<br>Irvine, CA 92619-2708 | Kevin G. McDonal, Esq<br>KML Law Group, P.C<br>216 Haledon Ave., Suite 406<br>Westmont, NJ 08108 |
| Maria Arnott, Esq<br>Seidman & Pincus, LLC<br>777 Terrace Ave., Suite 508<br>Hasbrouck Heights, NJ 07604 | Meyer & Landis LLP<br>One Gateway Center, Suite 2500<br>Newark, NJ 07102<br>David B. Grantz, Esq. | Brian E. Caine, Esq.<br>Parker McCay P.A<br>9000 Midland Drive; Suite 300<br>Mt. Laurel, NJ 08054 |

| | | |
|---|---|---|
| Fulton Bank of NJ<br>Archer and Greiner<br>c/o Jerrold Kulback<br>1717 Arch St., Suite 3500<br>Philadelphia, PA 19103 | Bank of New Jersey<br>1365 Palisades Avenue<br>Fort Lee, NJ 07024<br>President or Registered Agent | Oritani Bank<br>321 Main St.<br>Hackensack, NJ 07601<br>Officer of the Institution |
| PNC Bank<br>Attn: Bankruptcy Department<br>Po Box 94982<br>Mailstop Br-Yb58-01-5<br>Cleveland, OH 44101 | Rockland Electric Company<br>390 West Route 59<br>Customer Support Operations<br>Spring Valley, NY 10977 | Sb One Bank<br>100 Enterprise Drive, Suite 700<br>Rockaway, NJ 07866 |
| The Provident Bank<br>239 Washington Avenue<br>Jersey City, NJ 07302 | First Commerce Bank<br>105 River Ave<br>Lakewood, NJ 08701 | Bank of America<br>4909 Savarese Circle<br>Fl1-908-01-50<br>Tampa, FL 33634 |
| MILSTEAD & ASSOCIATES, LLC<br>Andrew M. Lubin<br>1 E. Stow Road<br>Marlton, NJ 08053 | Sharil A. Clarke, Esq.<br>Schachter Portnoy<br>3490 US Route 1<br>Princeton, NJ 08540 | David S. Catuogno, Esq.<br>K&L Gates LLP<br>One Newark Center, 10 Floor<br>Newark, NJ 07102 |
| David B. Grantz, Esq.<br>Meyner and Landis LLP<br>One Gateway Center, Suite 2500<br>Newark, NJ 07102 | Provident Bank f/k/a The Provident Bank<br>100 Wood Avenue<br>Iselin, NJ 08830 | |