UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

PARKER McCAY P.A.
BRIAN E. CAINE
9000 Midlantic Drive; Suite 300
Mt. Laurel, New Jersey 08054
(856) 985-4059
Attorney for U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT, its successors and/or assigns

Order Filed on May 24, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

William J Focazio

Case No. 19-10880-VFP
Chapter 11
Hearing: May 21, 2019

Judge: PAPALIA

# ORDER VACATING STAY AS TO REAL PROPERTY

The relief set forth on the following pages, numbered two (2) through two (2) are hereby **ORDERED**.

**DATED: May 24, 2019**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

**(Page 2)**
Debtor: William J Focazio
Case No: 19-10880-VFP
Caption of Order: ORDER VACATING STAY AS TO REAL PROPERTY

---

Upon the motion of U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT, its successors and/or assigns, ("Movant"), under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain real property as herein set forth, and for cause shown, it is hereby:

ORDERED that the automatic stay is vacated to permit the Movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the Movant's rights in the following real property:

*66 Westview Road, Wayne, New Jersey 07470*

It is further ORDERED that the Movant may join the Debtors and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The Movant shall serve this order on the Debtor, Debtor's attorney, any trustee and any other party who entered an appearance on the motion

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 19-10880-VFP
William J Focazio                                                   Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin                Page 1 of 1              Date Rcvd: May 28, 2019
                               Form ID: pdf903            Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 30, 2019.
db              +William J Focazio,    101 Fox Hedge Road,    Saddle River, NJ 07458-2715
aty             +Roper & Thyne, LLC,    Roper & Thyne, LLC,    77 Jefferson Place,    Totowa, NJ 07512-2614
aty             +Scura, Wigfield, Heyer, Stevens & Cammarota, LLP,    1599 Hamburg Turnpike,    PO Box 2031,
                  Wayne, NJ 07470,    9 07474-2031

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2019                                    Signature:   /s/Joseph Speetjens

_____

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 28, 2019 at the address(es) listed below:
              Andrew J. Pincus    on behalf of Creditor    SB One Bank f/k/a Community Bank of Bergen County,
               N.J. ap@seidmanllc.com
              Andrew M. Lubin    on behalf of Creditor    Wilmington Savings Fund Society, FSB, as Trustee of
               Stanwich Mortgage Loan Trust A bkecf@milsteadlaw.com,    alubin@milsteadlaw.com
              Brian E Caine    on behalf of Creditor    U.S. Bank National Association, not in its individual
               capacity but solely as Trustee for the RMAC Trust, Series 2016-CTT bcaine@parkermccay.com,
               BKcourtnotices@parkermccay.com
              Daniel F. Corrigan    on behalf of Creditor    First Commerce Bank dcorrigan@windelsmarx.com,
               mslama@windelsmarx.com
              David B. Grantz    on behalf of Creditor    Provident Bank f/k/a The Provident Bank
               dgrantz@meyner.com,    ckelly@meyner.com
              David L. Stevens    on behalf of Debtor William J Focazio dstevens@scuramealey.com,
               ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;mmack@scura.com;lrichard@scura.com;jesposito@
               scuramealey.com
              David S. Catuogno    on behalf of Creditor    Oritani Bank david.catuogno@klgates.com
              Edward A. Phillips     ephillips@getzlerhenrich.com
              Jerrold S. Kulback    on behalf of Creditor    Fulton Bank of New Jersey jkulback@archerlaw.com
              Kevin Gordon McDonald    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Maria  Arnott    on behalf of Creditor    SB One Bank f/k/a Community Bank of Bergen County, N.J.
               ma@seidmanllc.com
              Matthew Patrick Dolan    on behalf of Creditor    Provident Bank f/k/a The Provident Bank
               mdolan@meyner.com
              Mitchell  Hausman    on behalf of U.S. Trustee    U.S. Trustee Mitchell.B.Hausman@usdoj.gov
              Philip Seth Rosen    on behalf of Creditor    BANK OF AMERICA, N.A. prosen@zeklaw.com
              Sydney J. Darling    on behalf of Trustee Edward A. Phillips sdarling@walsh.law,    mvargas@walsh.law
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 16