| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-1 | |
| Sydney J. Darling, Esq.<br>Stephen V. Falanga, Esq.<br>**WALSH PIZZI O'REILLY FALANGA LLP**<br>One Riverfront Plaza<br>1037 Raymond Blvd., Ste. 600<br>Newark, New Jersey 07102<br>T: 973.757.1100 \| F: 973.757.1090<br>sdarling@walsh.law<br>sfalanga@walsh.law<br>*Prospective Counsel to Chapter 11 Trustee* | Order Filed on June 7, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>WILLIAM J. FOCAZIO,<br><br>                    Debtor. | Bankr. Case No.: 19-10880-VFP<br><br>Honorable Vincent F. Papalia, U.S.B.J.<br><br>Chapter 11 |

### ORDER AUTHORIZING RETENTION OF WALSH PIZZI O'REILLY FALANGA LLP AS ATTORNEYS FOR THE CHAPTER 11 TRUSTEE NUNC PRO TUNC TO MAY 30, 2019

The relief set forth on the following page is hereby **ORDERED.**

**DATED: June 7, 2019**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

WPOFDocs 266134v.1

(Page 2)
Debtor: William J. Focazio
Case No.: 19-10880-VFP
Caption of Order: ORDER AUTHORIZING RETENTION OF WALSH PIZZI O'REILLY FALANGA LLP AS ATTORNEYS FOR THE CHAPTER 11 TRUSTEE NUNC PRO TUNC TO MAY 30, 2019

Upon the applicant's request for authorization to retain <u>Walsh Pizzi O'Reilly Falanga LLP</u> as <u>Attorneys for the Chapter 11 Trustee</u>, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is: <u>One Riverfront Plaza</u>
   <u>1037 Raymond Blvd., Ste. 600</u>
   <u>Newark, NJ 07102</u>

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is Nunc Pro Tunc to May 30, 2019.

WPOFDocs 266134v.1