| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-1 | |
| Sydney J. Darling, Esq.<br>Stephen V. Falanga, Esq.<br>**WALSH PIZZI O'REILLY FALANGA LLP**<br>One Riverfront Plaza<br>1037 Raymond Blvd., Ste. 600<br>Newark, New Jersey 07102<br>T: 973.757.1100 | F: 973.757.1090<br>sdarling@walsh.law<br>sfalanga@walsh.law<br>*Prospective Counsel to Chapter 11 Trustee* | Order Filed on June 7, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |

| | |
|---|---|
| In re:<br>WILLIAM J. FOCAZIO,<br>　　　　　　　　　　　　　Debtor. | Bankr. Case No.: 19-10880-VFP<br>Honorable Vincent F. Papalia, U.S.B.J.<br>Chapter 11 |

### ORDER AUTHORIZING RETENTION OF EISNERAMPER LLP AS ACCOUNTANT TO CHAPTER 11 TRUSTEE NUNC PRO TUNC TO MAY 30, 2019

The relief set forth on the following page is hereby **ORDERED.**

**DATED: June 7, 2019**

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**Honorable Vincent F. Papalia**
　　　　　　　　　　　　　　　　　　　　**United States Bankruptcy Judge**

(Page 2)
Debtor:                William J. Focazio
Case No.:              19-10880-VFP
Caption of Order:  ORDER AUTHORIZING RETENTION OF EISNERAMPER LLP AS ACCOUNTANT TO CHAPTER 11 TRUSTEE NUNC PRO TUNC TO MAY 30, 2019

Upon the applicant's request for authorization to retain <u>EisnerAmper LLP</u> as <u>Accountant to the Chapter 11 Trustee</u>, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is: <u>111 Wood Avenue South</u>
   <u>Iselin, New Jersey 08830</u>

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is  ☐ Granted  ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is *Nunc Pro Tunc* to May 30, 2019.