**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-1

Sydney J. Darling, Esq.
Stephen V. Falanga, Esq.
**WALSH PIZZI O'REILLY FALANGA LLP**
One Riverfront Plaza
1037 Raymond Blvd., Ste. 600
Newark, New Jersey 07102
T: 973.757.1100 | F: 973.757.1090
sdarling@walsh.law
sfalanga@walsh.law
*Prospective Counsel to Chapter 11 Trustee*

In re:

WILLIAM J. FOCAZIO,

　　　　　　　　　　Debtor.

Order Filed on June 7, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Bankr. Case No.: 19-10880-VFP

Honorable Vincent F. Papalia, U.S.B.J.

Chapter 11

### ORDER AUTHORIZING RETENTION OF EISNERAMPER LLP AS ACCOUNTANT TO CHAPTER 11 TRUSTEE NUNC PRO TUNC TO MAY 30, 2019

The relief set forth on the following page is hereby **ORDERED.**

**DATED: June 7, 2019**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

(Page 2)
Debtor:  William J. Focazio
Case No.:  19-10880-VFP
Caption of Order: ORDER AUTHORIZING RETENTION OF EISNERAMPER LLP AS ACCOUNTANT TO CHAPTER 11 TRUSTEE NUNC PRO TUNC TO MAY 30, 2019

Upon the applicant's request for authorization to retain <u>EisnerAmper LLP</u> as <u>Accountant to the Chapter 11 Trustee</u>, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is: <u>111 Wood Avenue South</u>
<u>Iselin, New Jersey 08830</u>

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted   ☐ Denied.

    ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

    ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is *Nunc Pro Tunc* to May 30, 2019.

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 19-10880-VFP
William J Focazio                                                       Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1          Date Rcvd: Jun 07, 2019
                              Form ID: pdf903          Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 09, 2019.
db          +William J Focazio,    101 Fox Hedge Road,    Saddle River, NJ 07458-2715
aty         +Roper & Thyne, LLC,    Roper & Thyne, LLC,    77 Jefferson Place,    Totowa, NJ 07512-2614
aty         +Scura, Wigfield, Heyer, Stevens & Cammarota, LLP,    1599 Hamburg Turnpike,    PO Box 2031,
              Wayne, NJ   07470,    9 07474-2031

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 09, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 7, 2019 at the address(es) listed below:
              Andrew J. Pincus    on behalf of Creditor    SB One Bank f/k/a Community Bank of Bergen County, N.J. ap@seidmanllc.com
              Andrew M. Lubin    on behalf of Creditor    Wilmington Savings Fund Society, FSB, as Trustee of Stanwich Mortgage Loan Trust A bkecf@milsteadlaw.com,    alubin@milsteadlaw.com
              Brian E Caine    on behalf of Creditor    U.S. Bank National Association, not in its individual capacity but solely as Trustee for the RMAC Trust, Series 2016-CTT bcaine@parkermccay.com,    BKcourtnotices@parkermccay.com
              Daniel F. Corrigan    on behalf of Creditor    First Commerce Bank dcorrigan@windelsmarx.com,    mslama@windelsmarx.com
              David B. Grantz    on behalf of Creditor    Provident Bank f/k/a The Provident Bank dgrantz@meyner.com,    ckelly@meyner.com
              David L. Stevens    on behalf of Debtor William J Focazio dstevens@scuramealey.com,    ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;mmack@scura.com;lrichard@scura.com;jesposito@scuramealey.com
              David S. Catuogno    on behalf of Creditor    Oritani Bank david.catuogno@klgates.com
              Edward A. Phillips     ephillips@getzlerhenrich.com
              Jerrold S. Kulback    on behalf of Creditor    Fulton Bank of New Jersey jkulback@archerlaw.com
              Kevin Gordon McDonald    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Maria Arnott    on behalf of Creditor    SB One Bank f/k/a Community Bank of Bergen County, N.J. ma@seidmanllc.com
              Matthew Patrick Dolan    on behalf of Creditor    Provident Bank f/k/a The Provident Bank mdolan@meyner.com
              Mitchell Hausman    on behalf of U.S. Trustee    U.S. Trustee Mitchell.B.Hausman@usdoj.gov
              Philip Seth Rosen    on behalf of Creditor    BANK OF AMERICA, N.A. prosen@zeklaw.com
              Sydney J. Darling    on behalf of Trustee Edward A. Phillips sdarling@walsh.law,    mvargas@walsh.law
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 16