UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in compliance with D.N.J. LBR 9004-1(b)**

ZEICHNER ELLMAN & KRAUSE LLP
103 Eisenhower Parkway
Roseland, New Jersey 07068
(973) 618-9100
FAX: (973) 364-9960
Philip S. Rosen, Esq.
Kerry A. Duffy, Esq.
Attorneys for Creditor Bank of America, N.A.

**Order Filed on June 19, 2019**
**by Clerk**
**U.S. Bankruptcy Court**
Chapter District of New Jersey

Case No. 19-10880-(VFP)

Judge:
Hon. Vincent J. Papalia, U.S.B.J.

In re:

        WILLIAM J. FOCAZIO,

                        Debtor.

## ORDER GRANTING MOTION OF CREDITOR
## BANK OF AMERICA, N.A., PURSUANT TO 11 U.S.C. 362(d),
## VACATING AND ANNULLING THE AUTOMATIC STAY FOR CAUSE
## AND CONFIRMING THAT SUCH RELIEF IS RETROACTIVE

The relief set forth on the following pages number 2 and 3, be and is

hereby **ORDERED**.
**DATED: June 19, 2019**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

_____
Honorable Vincent J. Papalia
United States Bankruptcy Judge

Page (2)
Debtor:    WILLIAM J. FOCAZIO
Case No.    19-10880-(VFP)
Caption:    ORDER GRANTING MOTION OF CREDITOR BANK OF AMERICA,
N.A., PURSUANT TO 11 U.S.C. 362(d), VACATING AND ANNULLING
THE AUTOMATIC STAY FOR CAUSE AND CONFIRMING THAT
SUCH RELIEF IS RETROACTIVE

---

Upon the motion of Zeichner Ellman & Krause LLP, attorneys for creditor Bank of America, N.A. ("BANA"), pursuant to Bankruptcy Code section 362(d), seeking to vacate and annul the automatic stay for cause regarding certain real property located at 101 Fox Hedge Road, Saddle River, New Jersey (the "Property"), and that such relief be deemed retroactive confirming that the final judgment in the state court foreclosure action is valid and effective, and the Court having considered the moving papers and written submissions of the parties, and entertained oral argument of counsel, if any, and for good cause shown; it is

**ORDERED** that BANA's motion be and is hereby granted; and it is further

**ORDERED,** that the automatic stay be and is hereby vacated and annulled to permit BANA to continue with its state law remedies in the state court foreclosure action as against, among others, Debtor and the Property including, without limitation, the Sheriff's Sale of the Property; and it is further

**ORDERED,** that the final judgment of foreclosure entered on March 28, 2019 in the state court foreclosure against, among others, Debtor and the Property be and is hereby deemed valid and enforceable; and it is further

Page (3)
Debtor:   WILLIAM J. FOCAZIO
Case No.   19-10880-(VFP)
Caption:   ORDER GRANTING MOTION OF CREDITOR BANK OF AMERICA, N.A., PURSUANT TO 11 U.S.C. 362(d), VACATING AND ANNULLING THE AUTOMATIC STAY FOR CAUSE AND CONFIRMING THAT SUCH RELIEF IS RETROACTIVE

**ORDERED,** that the annulment of the stay be and is hereby deemed retroactive as of the petition date because of: (1) Debtor's failure to notify BANA of his filing and those of his related business entities; and (2) because there is no prejudice to Debtor in permitting such relief as the Property is not part of Debtor's estate, and BANA is not seeking affirmative relief as against Debtor in the state court foreclosure; and it is further

**ORDERED,** that BANA's counsel serve a conformed copy of this Order on Debtor's counsel, the U.S. Trustee and any other party entering an appearance on BANA's motion.

3

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 19-10880-VFP
William J Focazio                                                         Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin            Page 1 of 1          Date Rcvd: Jun 19, 2019
                              Form ID: pdf903        Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 21, 2019.
db            +William J Focazio,    101 Fox Hedge Road,    Saddle River, NJ 07458-2715
aty           +Roper & Thyne, LLC,    Roper & Thyne, LLC,    77 Jefferson Place,   Totowa, NJ 07512-2614
aty           +Scura, Wigfield, Heyer, Stevens & Cammarota, LLP,    1599 Hamburg Turnpike,   PO Box 2031,
               Wayne, NJ  07470,   9 07474-2031

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                   TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 21, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 19, 2019 at the address(es) listed below:
          Andrew J. Pincus    on behalf of Creditor   SB One Bank f/k/a Community Bank of Bergen County,
           N.J. ap@seidmanllc.com
          Andrew M. Lubin   on behalf of Creditor   Wilmington Savings Fund Society, FSB, as Trustee of
           Stanwich Mortgage Loan Trust A bkecf@milsteadlaw.com,  alubin@milsteadlaw.com
          Brian E Caine   on behalf of Creditor   U.S. Bank National Association, not in its individual
           capacity but solely as Trustee for the RMAC Trust, Series 2016-CTT bcaine@parkermccay.com,
           BKcourtnotices@parkermccay.com
          Daniel F. Corrigan   on behalf of Creditor   First Commerce Bank dcorrigan@windelsmarx.com,
           mslama@windelsmarx.com
          David B. Grantz   on behalf of Creditor   Provident Bank f/k/a The Provident Bank
           dgrantz@meyner.com,  ckelly@meyner.com
          David L. Stevens    on behalf of Debtor William J Focazio dstevens@scuramealey.com,
           ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;mmack@scura.com;lrichard@scura.com;jesposito@
           scuramealey.com
          David S. Catuogno    on behalf of Creditor   Oritani Bank david.catuogno@klgates.com
          Edward A. Phillips    ephillips@getzlerhenrich.com
          Jerrold S. Kulback   on behalf of Creditor   Fulton Bank of New Jersey jkulback@archerlaw.com
          Kevin Gordon McDonald   on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION
           kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Maria  Arnott   on behalf of Creditor   SB One Bank f/k/a Community Bank of Bergen County, N.J.
           ma@seidmanllc.com
          Matthew Patrick Dolan   on behalf of Creditor   Provident Bank f/k/a The Provident Bank
           mdolan@meyner.com
          Mitchell  Hausman   on behalf of U.S. Trustee   U.S. Trustee Mitchell.B.Hausman@usdoj.gov
          Philip Seth Rosen   on behalf of Creditor   BANK OF AMERICA, N.A. prosen@zeklaw.com
          Sydney J. Darling   on behalf of Trustee Edward A. Phillips sdarling@walsh.law,  mvargas@walsh.law
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                        TOTAL: 16