| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** | |
| Scura, Wigfield, Heyer, Stevens & Cammarota, LLP<br>1599 Hamburg Turnpike<br>P.O. Box 2031<br>Wayne, New Jersey 07470<br>Tel: 973-696-8391<br>David L. Stevens, Esq. | |

**Order Filed on July 1, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

  William J. Focazio,

                    Debtor.

Case No.:         19-10880

Hearing Date:   June 25, 2019 @ 2PM

Judge:                 VFP

Chapter:                11

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 1, 2019**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Scura, Wigfield, Heyer Stevens, & Cammarota, LLP | $25,997.50 | $1,840.00 |

*rev.8/1/15*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 19-10880-VFP
William J Focazio                                                     Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin            Page 1 of 1           Date Rcvd: Jul 02, 2019
                             Form ID: pdf903       Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 04, 2019.
db         +William J Focazio,    101 Fox Hedge Road,    Saddle River, NJ 07458-2715
aty        +Roper & Thyne, LLC,    Roper & Thyne, LLC,    77 Jefferson Place,    Totowa, NJ 07512-2614
aty        +Scura, Wigfield, Heyer, Stevens & Cammarota, LLP,    1599 Hamburg Turnpike,    PO Box 2031,
             Wayne, NJ  07470,    9 07474-2031

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 04, 2019                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 2, 2019 at the address(es) listed below:
    Andrew J. Pincus    on behalf of Creditor    SB One Bank f/k/a Community Bank of Bergen County, N.J. ap@seidmanllc.com
    Andrew M. Lubin    on behalf of Creditor    Wilmington Savings Fund Society, FSB, as Trustee of Stanwich Mortgage Loan Trust A bkecf@milsteadlaw.com,    alubin@milsteadlaw.com
    Brian E Caine    on behalf of Creditor    U.S. Bank National Association, not in its individual capacity but solely as Trustee for the RMAC Trust, Series 2016-CTT bcaine@parkermccay.com,    BKcourtnotices@parkermccay.com
    Daniel F. Corrigan    on behalf of Creditor    First Commerce Bank dcorrigan@windelsmarx.com,    mslama@windelsmarx.com
    David B. Grantz    on behalf of Creditor    Provident Bank f/k/a The Provident Bank dgrantz@meyner.com,    ckelly@meyner.com
    David L. Stevens    on behalf of Debtor William J Focazio dstevens@scuramealey.com,    ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;mmack@scura.com;lrichard@scura.com;jesposito@scuramealey.com
    David S. Catuogno    on behalf of Creditor    Oritani Bank david.catuogno@klgates.com
    Donald F. Campbell, Jr.    on behalf of Creditor    Allstate New Jersey Property and Casualty Insurance Company dcampbell@ghclaw.com,    4433@notices.nextchapterbk.com
    Edward A. Phillips     ephillips@getzlerhenrich.com
    Jerrold S. Kulback    on behalf of Creditor    Fulton Bank of New Jersey jkulback@archerlaw.com
    Kevin Gordon McDonald    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
    Maria Arnott    on behalf of Creditor    SB One Bank f/k/a Community Bank of Bergen County, N.J. ma@seidmanllc.com
    Matthew Patrick Dolan    on behalf of Creditor    Provident Bank f/k/a The Provident Bank mdolan@meyner.com
    Mitchell  Hausman    on behalf of U.S. Trustee    U.S. Trustee Mitchell.B.Hausman@usdoj.gov
    Philip Seth Rosen    on behalf of Creditor    BANK OF AMERICA, N.A. prosen@zeklaw.com
    Sydney J. Darling    on behalf of Trustee Edward A. Phillips sdarling@walsh.law,    mvargas@walsh.law
    U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                       TOTAL: 17