UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

SHAPIRO, CROLAND, REISER,
APFEL & DI IORIO, LLP
John P. Di Iorio, Esq.
411 Hackensack Avenue
Hackensack, NJ 07601
Tel: (201) 488-3900
Fax: (201) 488-9481
Attorneys for Debtor

In Re:

William J. Focazio,

                                 Debtor.

| | |
|---|---|
| Case No.: | 19-10880 |
| Chapter: | 11 |
| Judge: | Papalia |

## NOTICE OF SUBSTITUTION OF ATTORNEY

Under D.N.J. LBR 9010-2, the undersigned notifies the Court that ___John P. Di Iorio___

will be substituted as attorney of record for ___Debtor___ , ___William J. Focazio___ in this

case. [1]

Date: ___1 august 2019___                    _____
                                             Signature of Former Attorney

Date: ___8/2/19___                           _____
                                             Signature of Substituted Attorney [2]

*rev.8/1/16*

---

[1] The client's name and role in the case must be clearly stated. For example, ABC Company, creditor, or John Smith, debtor.

[2] Under D.N.J. LBR 9010-2(b), unless another attorney is substituted, an attorney may not withdraw an appearance except by motion.