**SHAPIRO, CROLAND, REISER,**
**APFEL & DI IORIO, LLP**
John P. Di Iorio, Esq.
411 Hackensack Avenue
Hackensack, NJ 07601
Tel: (201) 488-3900
Fax: (201) 488-9481
Attorneys for Debtor

| In Re:<br><br>WILLIAM J. FOCAZIO,<br><br>Debtor. | **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Chapter 11<br><br>Case No.: 19-10880 |
|---|---|

## STATEMENT PURSUANT TO 11 U.S.C. §329(a) and F.R.B.P. 2016(b)
## OF COMPENSATION PAID OR AGREED TO BE PAID

Shapiro, Croland, Reiser, Apfel & Di Iorio, LLP ("Shapiro Croland") files this Statement pursuant to 11 U.S.C. §329(a) and F.R.B.P. 2016(b) and states that:

1. William J. Focazio ("Debtor") filed a voluntary petition under chapter 11 of the Bankruptcy Code on January 15, 2019. Debtor engaged Scura, Wigfield, Heyer, Stevens & Cammarota, LLP to act as his counsel in the bankruptcy proceeding.

2. On August 2, 2019, Shapiro Croland substituted in as counsel for Scura, Wigfield, Heyer, Stevens & Cammarota, LLP as counsel for Debtor.

3. Debtor has engaged Shapiro Croland to represent him in the bankruptcy proceedings on the basis of the time expended by Shapiro Croland by paralegals and attorneys at this firm whose rates range from $110 to $130 per hour for paralegals and $350 to $600 per hour for attorneys and to pay for the reasonable and necessary expenses incurred by Shapiro Croland.

4. Shapiro Croland has received a retainer of $20,000 in connection with its representation of Debtor in the bankruptcy proceedings. The retainer has been funded by Jesus

792163.1

Lopez ($11,000) and Gary Sciarrino ($9,000).

5.     Shapiro Croland has not agreed to share any compensation it receives in connection with its representation of Debtor with any other entity.

                                                           **SHAPIRO, CROLAND, REISER**
                                                           **APFEL & DI IORIO, LLP**
                                                           *Attorneys for Debtor*

                                                         By: _/s/ John P. Di Iorio_
                                                                   John P. Di Iorio

Dated: August __7__, 2019