**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-1

Stephen V. Falanga
Sydney J. Darling
**WALSH PIZZI O'REILLY FALANGA LLP**
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
T: 973.757.1100 | F: 973.757.1090
sfalanga@walsh.law | chemrick@walsh.law
sdarling@walsh.law
*Counsel to Chapter 11 Trustee*

Order Filed on August 9, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

WILLIAM J. FOCAZIO, JR.,

                  Debtor.

Bankr. Case No.: 19-10880-VFP

Honorable Vincent F. Papalia, U.S.B.J.

Chapter 11

**ORDER SHORTENING TIME PERIOD FOR NOTICE,**
**SETTING HEARING AND LIMITING NOTICE**

     The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: August 9, 2019**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

After review of the application of <u>Edward A. Philips, as Chapter 11 Trustee for the Bankruptcy Estate of William J. Focazio, Jr.</u> for the reduction of time for a hearing on the <u>Motion to (i) Vacate Stay Relief Order and Reinstating the Automatic Stay; (ii) Reimpose the Automatic Stay with respect to Wilmington Savings Fund Society, FSB, as Trustee of Stanwich Mortgage Loan Trust A; and (iii) Grant Related Relief</u> under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on <u>August 13, 2019</u> at <u>10:00am</u> in the United States Bankruptcy Court, <u>District of New Jersey, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Newark, NJ 07102, in the courtroom of the Honorable Vincent F. Papalia, U.S.B.J.</u>, Courtroom No. <u>3B</u>.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties:

<u>Debtor's counsel; Counsel for Wilmington Savings Fund Society; Ocean County Sheriff's Department; the U.S. Trustee's Office</u>

by ☒each, ☐any of the following methods selected by the Court:
(if available)
☐ fax, ☒overnight mail, ☐regular mail, ☒email, ☐hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:

_____

_____

by ☐each, ☐any of the following methods selected by the Court:

☐ fax, ☐overnight mail, ☐regular mail, ☐email, ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within_____ day(s) of the date of this Order.

5. Notice by telephone:

☐ is not required

☒ must be provided to <u>Counsel for the affected creditor</u>

2

☐ on the same day as the date of this Order, or

☐ within_____ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail

_____ day(s) prior to the scheduled hearing; or

☒ may be presented orally at the hearing.

8.   ☒ Court appearances are required to prosecute the motion/application and any objections.

☒ Parties may request to appear by phone by contacting Chambers prior to the return date.

*rev.2/1/16*