**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-1

Sydney J. Darling
Stephen V. Falanga
**WALSH PIZZI O'REILLY FALANGA LLP**
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
T: 973.757.1100 | F: 973.757.1090
sdarling@walsh.law
sfalanga@walsh.law
*Counsel to Chapter 11 Trustee*

In re:

WILLIAM J. FOCAZIO,

                Debtor.

Bankr. Case No.: 19-10880-VFP

Honorable Vincent F. Papalia, U.S.B.J.

Chapter 11

## CERTIFICATION OF SERVICE

1. I, Sydney J. Darling:

    X  represent the Chapter 11 Trustee           in this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

2. On August 9, 2019 I caused to be sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    a. Chapter 11 Trustee's Motion to (i) Vacate Stay Relief Order and Reinstating the Automatic Stay; (ii) Reimpose the Automatic Stay with respect to Wilmington Savings Fund Society, FSB, as Trustee of Stanwich Mortgage Loan Trust A; and (iii) Grant Related Relief (the "Motion") [Doc. 100];

    b. Memorandum of Law in Support of the Motion [Doc. 100-1];

    c. Certification of Edward A. Philips, Chapter 11 Trustee, in Support of the Motion [100-2];

    d. Proposed Order Granting the Motion [Doc. 100-3];

    e. Order Shortening Time Period for Notice, Setting Hearing and Limited Notice [Doc. 102].

I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:  August 9, 2019  /s/*Sydney J. Darling*
Sydney J. Darling

| Name/Address | Role | Method |
|---|---|---|
| Mitchell Hausman<br>U.S. Dept of Justice<br>Office of the US Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ 07102<br>Mitchell.B.Hausman@usdoj.gov | U.S. Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☒ Other <u>overnight delivery</u><br>(as authorized by the court*) |
| John P. Di Iorio<br>Shapiro, Croland, Resier, Apfel & Di Iorio, LLP<br>411 Hackensack Avenue<br>Hackensack, NJ 07604<br>JDiIorio@shapiro-croland.com | Attorneys for the Debtor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☒ Other <u>overnight delivery</u><br>(as authorized by the court*) |
| Jerrold S. Kulback<br>Archer & Greiner, P.C.<br>Three Logan Square<br>1717 Arch Street, Suite 3500<br>Philadelphia, PA 19103<br>jkulback@archerlaw.com | Attorneys for Fulton Bank of NJ | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Andrew M. Lubin<br>Milstead & Associates, LLC<br>1 E. Stow Road<br>Marlton, NJ 08053<br>alubin@milsteadlaw.com | Attorneys for Secured Creditor: Wilmington Savings Fund Society, FSB, as Trustee of Stanwich Mortgage Loan Truste | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☒ Other <u>overnight delivery</u><br>(as authorized by the court*) |

| | | |
|---|---|---|
| Matthew P. Dolan<br>David B. Grantz<br>Meyner & Landis LLP<br>One Gateway Center, Suite 2500<br>Newark, NJ 07102<br>mdolan@meyner.com<br>dgrantz@meyner.com | Attorneys for Provident Bank | ☐  Hand-delivered<br>☐  Regular mail<br>☐  Certified mail/RR<br>☐  E-mail<br>☒  Notice of Electronic Filing (NEF)<br>☐  Other _____<br>(as authorized by the court*) |
| David S. Catuogno<br>K&L Gates LLP<br>One Newark Center, 10th Fl.,<br>1085 Raymond Blvd.,<br>Newark, NJ 07102<br>David.catuogno@klgates.com | Attorneys for Oritani Bank | ☐  Hand-delivered<br>☐  Regular mail<br>☐  Certified mail/RR<br>☐  E-mail<br>☒  Notice of Electronic Filing (NEF)<br>☐  Other _____<br>(as authorized by the court*) |
| Mark A. Slama<br>Jay Samuels<br>Daniel F. Corrigan<br>Windels Marx Lane & Mittendorf, LLP<br>120 Albany Street Plaza, 6th Floor<br>New Brunswick, NJ 08901<br>mslama@windelsmarx.com<br>jsamuels@windelsmarx.com<br>dcorrigan@windelsmarx.com | Attorneys for First Commerce Bank | ☐  Hand-delivered<br>☐  Regular mail<br>☐  Certified mail/RR<br>☐  E-mail<br>☒  Notice of Electronic Filing (NEF)<br>☐  Other _____<br>(as authorized by the court*) |
| Mitchell B. Seidman<br>Maria Arnott<br>Seidman & Pincus, LLC<br>777 Terrarce Avenue, Suite 508<br>Hasbrouck Heights, NJ 07604<br>ma@seidmanllc.com | Attorneys for SB One Bank f/k/a Community Bank of Bergen County, NJ | ☐  Hand-delivered<br>☐  Regular mail<br>☐  Certified mail/RR<br>☐  E-mail<br>☒  Notice of Electronic Filing (NEF)<br>☐  Other _____<br>(as authorized by the court*) |

2

| | | |
|---|---|---|
| Brian E. Caine<br>Parker McCay P.A.<br>9000 Midlantic Drive, Suite 300<br>Mt. Laurel, New Jersey 08054<br>bcaine@parkermccay.com | Attorney for U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Kevin G. McDonald<br>KML Law Group, P.C.<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>kmcdonald@kmllawgroup.com | Attorneys for PNC Bank, NA | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Sharil A. Clarke<br>Schacter Portnoy LLC<br>3490 US 1<br>Princeton, NJ 08540 | Attorneys for On Deck Capital, Inc. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☒ Other <u>overnight delivery</u><br>(as authorized by the court*) |
| Philip S. Rosen<br>Kerry A. Duffy<br>Zeichner Ellman & Krause LLP<br>103 Eisenhower Parkway<br>Roseland, NJ 07068<br>prosen@zeklaw.com<br>kduffy@zeklaw.com | Attorneys for Bank of America, NA | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |

3

| | | |
|---|---|---|
| Donald F. Campbell, Jr.<br>Giordano, Halleran & Ciesla, P.C.<br>125 Half Mile Road, Suite 300<br>Red Bank, NJ 07701<br>dcampbell@ghclaw.com | Attorneys for Allstate New Jersey Property and Casualty Insurance Company | ☐  Hand-delivered<br>☐  Regular mail<br>☐  Certified mail/RR<br>☐  E-mail<br>☒  Notice of Electronic Filing (NEF)<br>☐  Other _____<br>(as authorized by the court*) |
| Sheriff Michael G. Mastronardy<br>Ocean County Sheriff's Office<br>Ocean County Justice Complex<br>120 Hooper Avenue<br>Toms River, NJ 08753 | Sheriff | ☐  Hand-delivered<br>☐  Regular mail<br>☐  Certified mail/RR<br>☐  E-mail<br>☐  Notice of Electronic Filing (NEF)<br>☒  Other overnight delivery<br>(as authorized by the court*) |

4