| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-1 | |
| Stephen V. Falanga<br>Sydney J. Darling<br>**WALSH PIZZI O'REILLY FALANGA LLP**<br>Three Gateway Center<br>100 Mulberry Street, 15th Floor<br>Newark, New Jersey 07102<br>T: 973.757.1100 \| F: 973.757.1090<br>sfalanga@walsh.law \| chemrick@walsh.law<br>sdarling@walsh.law<br>*Counsel to Chapter 11 Trustee* | Order Filed on August 9, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>WILLIAM J. FOCAZIO, JR.,<br><br>                      Debtor. | Bankr. Case No.: 19-10880-VFP<br><br>Honorable Vincent F. Papalia, U.S.B.J.<br><br>Chapter 11 |

**ORDER SHORTENING TIME PERIOD FOR NOTICE,
SETTING HEARING AND LIMITING NOTICE**

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: August 9, 2019**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

After review of the application of <u>Edward A. Philips, as Chapter 11 Trustee for the Bankruptcy Estate of William J. Focazio, Jr.</u> for the reduction of time for a hearing on the <u>Motion to (i) Vacate Stay Relief Order and Reinstating the Automatic Stay; (ii) Reimpose the Automatic Stay with respect to Wilmington Savings Fund Society, FSB, as Trustee of Stanwich Mortgage Loan Trust A; and (iii) Grant Related Relief</u> under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on <u>August 13, 2019</u> at <u>10:00am</u> in the United States Bankruptcy Court, <u>District of New Jersey, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Newark, NJ 07102, in the courtroom of the Honorable Vincent F. Papalia, U.S.B.J., Courtroom No.</u> <u>3B</u>.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties:

<u>Debtor's counsel; Counsel for Wilmington Savings Fund Society; Ocean County Sheriff's Department; the U.S. Trustee's Office</u>

by ☒each, ☐any of the following methods selected by the Court:
(if available)
☐ fax, ☒overnight mail, ☐regular mail, ☒email, ☐hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:

_____

_____

by ☐each, ☐any of the following methods selected by the Court:

☐ fax, ☐overnight mail, ☐regular mail, ☐email, ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within_____day(s) of the date of this Order.

5. Notice by telephone:

☐ is not required

☒ must be provided to <u>Counsel for the affected creditor</u>

2

☐ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

   ☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail

   _____ day(s) prior to the scheduled hearing; or

   ☒ may be presented orally at the hearing.

8.   ☒ Court appearances are required to prosecute the motion/application and any objections.

   ☒ Parties may request to appear by phone by contacting Chambers prior to the return date.

*rev.2/1/16*

United States Bankruptcy Court
District of New Jersey

In re:  
William J Focazio  
    Debtor

Case No. 19-10880-VFP  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin     Page 1 of 1     Date Rcvd: Aug 09, 2019  
                Form ID: pdf903     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 11, 2019.
```
db         +William J Focazio,   101 Fox Hedge Road,   Saddle River, NJ 07458-2715
aty        +Roper & Thyne, LLC,   Roper & Thyne, LLC,   77 Jefferson Place,   Totowa, NJ 07512-2614
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2019                                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 9, 2019 at the address(es) listed below:
```
              Andrew J. Pincus    on behalf of Creditor    SB One Bank f/k/a Community Bank of Bergen County,
               N.J. ap@seidmanllc.com
              Andrew M. Lubin    on behalf of Creditor    Wilmington Savings Fund Society, FSB, as Trustee of
               Stanwich Mortgage Loan Trust A bkecf@milsteadlaw.com,    alubin@milsteadlaw.com
              Brian E Caine    on behalf of Creditor    U.S. Bank National Association, not in its individual
               capacity but solely as Trustee for the RMAC Trust, Series 2016-CTT bcaine@parkermccay.com,
               BKcourtnotices@parkermccay.com
              Daniel F. Corrigan    on behalf of Creditor    First Commerce Bank dcorrigan@windelsmarx.com,
               mslama@windelsmarx.com
              David B. Grantz    on behalf of Creditor    Provident Bank f/k/a The Provident Bank
               dgrantz@meyner.com,    ckelly@meyner.com
              David S. Catuogno    on behalf of Creditor    Oritani Bank david.catuogno@klgates.com
              Donald F. Campbell, Jr.    on behalf of Creditor    Allstate New Jersey Property and Casualty
               Insurance Company dcampbell@ghclaw.com,    4433@notices.nextchapterbk.com
              Edward A. Phillips    ephillips@getzlerhenrich.com
              Jerrold S. Kulback    on behalf of Creditor    Fulton Bank of New Jersey jkulback@archerlaw.com
              John P. Di Iorio    on behalf of Debtor William J Focazio jdiiorio@shapiro-croland.com
              Kevin Gordon McDonald    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Maria Arnott    on behalf of Creditor    SB One Bank f/k/a Community Bank of Bergen County, N.J.
               ma@seidmanllc.com
              Matthew Patrick Dolan    on behalf of Creditor    Provident Bank f/k/a The Provident Bank
               mdolan@meyner.com
              Mitchell Hausman    on behalf of U.S. Trustee    U.S. Trustee Mitchell.B.Hausman@usdoj.gov
              Philip Seth Rosen    on behalf of Creditor    BANK OF AMERICA, N.A. prosen@zeklaw.com
              Sydney J. Darling    on behalf of Trustee Edward A. Phillips sdarling@walsh.law,    mvargas@walsh.law
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 17
```