Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 19−10880−VFP
        Chapter: 11
        Judge: Vincent F. Papalia
        Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   William J Focazio
   101 Fox Hedge Road
   Saddle River, NJ 07458

Social Security No.:
   xxx−xx−2504

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 10/10/19 at 10:00 AM

to consider and act upon the following:

*1* − Chapter 11 Voluntary Petition Filed by David L. Stevens on behalf of William J Focazio. Disclosure of Compensation for Attorney For Debtor01/29/2019.Chapter 11 Statement of Current Monthly Income (122B) due 01/29/2019. Incomplete Filings due by 01/29/2019. Chapter 11 Debtors Exclusive Right to File a Plan Expires on 05/15/2019. (Stevens, David)

Dated: 8/12/19

                        Jeanne Naughton
                        Clerk, U.S. Bankruptcy Court