# SCURA, WIGFIELD, HEYER, STEVENS & CAMMAROTA, LLP

ATTORNEYS AT LAW
1599 Hamburg Turnpike
P.O. Box 2031
Wayne, New Jersey 07470
Tel: (973) 696-8391    Fax: (973) 696-8571
WWW.SCURA.COM

JOHN J. SCURA III ● *
DAVID C. WIGFIELD
CHRISTOPHER HEYER ○
DAVID L. STEVENS ○
PIETRO CAMMAROTA ○
_____

DAVID E. SKLAR ○
GUILLERMO J. GONZALEZ ○
MARK T. MATRI ♦
CARLOS D. MARTINEZ

\* **Certified by the Supreme Court of New Jersey as a Civil Trial Attorney**

○ Also admitted in New York
● Also admitted in Pennsylvania
♦ Also admitted in Florida

JOSEPH A. HALLOCK ♦
OF COUNSEL

**Please Reply to Wayne Office**

August 12, 2019

**Via ECF & Email**
U.S. Bankruptcy Court
The Honorable Vincent F. Papalia

      **Re:**    **Withdrawal of Document**
              **William J. Focazio – Bankruptcy Case: 19-10880**

Dear Judge Papalia:

    Please be advised that on June 25, 2019, our offices filed a Motion to Withdraw as Attorney (Docket No. 93). We kindly request that the hearing on the Motion scheduled for August 13, 2019 at 10:00 a.m. be cancelled, and the Motion be withdrawn. Thank you.

                         Respectfully,

                         /s/ David L. Stevens
                         David L. Stevens, Esq.

DLS:jrs