Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.: 19−10880−VFP
          Chapter: 11
          Judge: Vincent F. Papalia
          Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   William J Focazio
   101 Fox Hedge Road
   Saddle River, NJ 07458

Social Security No.:
   xxx−xx−2504

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 10/10/19 at 10:00 AM

to consider and act upon the following:

*1* − Chapter 11 Voluntary Petition Filed by David L. Stevens on behalf of William J Focazio. Disclosure of Compensation for Attorney For Debtor01/29/2019.Chapter 11 Statement of Current Monthly Income (122B) due 01/29/2019. Incomplete Filings due by 01/29/2019. Chapter 11 Debtors Exclusive Right to File a Plan Expires on 05/15/2019. (Stevens, David)

Dated: 8/12/19

                             Jeanne Naughton
                             Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 19-10880-VFP
William J Focazio                                                     Chapter 11
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin               Page 1 of 1              Date Rcvd: Aug 12, 2019
                               Form ID: ntchrgbk         Total Noticed: 10

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 14, 2019.
db             +William J Focazio,    101 Fox Hedge Road,    Saddle River, NJ 07458-2715
aty            +Roper & Thyne, LLC,    Roper & Thyne, LLC,    77 Jefferson Place,    Totowa, NJ 07512-2614
aty            +Sharil A. Clarke,    Schachter Portnoy,    3490 US Route 1,    Princeton, NJ 08540-5920
cr             +Allstate New Jersey Property and Casualty Insuranc,     125 Half Mile Road,    Suite 300,
                 Attn: Donald F. Campbell, Jr.,    Red Bank, NJ  07701,    UNITED STATES 07701-6777
cr             +First Commerce Bank,    105 River Avenue,    Lakewood, NJ 08701-4267
cr             +Fulton Bank of New Jersey,    c/o Jerrold S. Kulback, Esq.,    Archer & Greiner, P.C.,
                 1717 Arch Street, Suite 3500,    Philadelphia, PA 19103-2739
cr             +Oritani Bank,    c/o K&L Gates, LLP,    One Newark Center,    10th Floor,    Newark, NJ 07102-5237
cr             +Provident Bank f/k/a The Provident Bank,     100 Wood Avenue,    Iselin, NJ 08830-2716
cr             +SB One Bank f/k/a Community Bank of Bergen County,,     100 Enterprise Drive,    Suite 700,
                 Rockaway, NJ 07866-2176

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
acc            +E-mail/Text: delmarie.velazquez@eisneramper.com Aug 12 2019 23:45:26       EisnerAmper LLP,
                 111 Wood Avenue South,    Iselin, NJ 08830-2700
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr                On Deck Capital, Inc.,    Schachter Portnoy, L.L.C.,    3490 US Route 1,    Princeton
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2019                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 12, 2019 at the address(es) listed below:
              Andrew J. Pincus    on behalf of Creditor    SB One Bank f/k/a Community Bank of Bergen County,
               N.J. ap@seidmanllc.com
              Andrew M. Lubin    on behalf of Creditor    Wilmington Savings Fund Society, FSB, as Trustee of
               Stanwich Mortgage Loan Trust A bkecf@milsteadlaw.com, alubin@milsteadlaw.com
              Brian E Caine    on behalf of Creditor    U.S. Bank National Association, not in its individual
               capacity but solely as Trustee for the RMAC Trust, Series 2016-CTT bcaine@parkermccay.com,
               BKcourtnotices@parkermccay.com
              Daniel F. Corrigan    on behalf of Creditor    First Commerce Bank dcorrigan@windelsmarx.com,
               mslama@windelsmarx.com
              David B. Grantz    on behalf of Creditor    Provident Bank f/k/a The Provident Bank
               dgrantz@meyner.com, ckelly@meyner.com
              David S. Catuogno    on behalf of Creditor    Oritani Bank david.catuogno@klgates.com
              Donald F. Campbell, Jr.    on behalf of Creditor    Allstate New Jersey Property and Casualty
               Insurance Company dcampbell@ghclaw.com, 4433@notices.nextchapterbk.com
              Edward A. Phillips    ephillips@getzlerhenrich.com
              Jerrold S. Kulback    on behalf of Creditor    Fulton Bank of New Jersey jkulback@archerlaw.com
              John P. Di Iorio    on behalf of Debtor William J Focazio jdiiorio@shapiro-croland.com
              Kevin Gordon McDonald    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              Maria Arnott    on behalf of Creditor    SB One Bank f/k/a Community Bank of Bergen County, N.J.
               ma@seidmanllc.com
              Matthew Patrick Dolan    on behalf of Creditor    Provident Bank f/k/a The Provident Bank
               mdolan@meyner.com
              Mitchell Hausman    on behalf of U.S. Trustee    U.S. Trustee Mitchell.B.Hausman@usdoj.gov
              Philip Seth Rosen    on behalf of Creditor    BANK OF AMERICA, N.A. prosen@zeklaw.com
              Sydney J. Darling    on behalf of Trustee Edward A. Phillips sdarling@walsh.law, mvargas@walsh.law
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 17
```