Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−10880−VFP
Chapter: 11
Judge: Vincent F. Papalia
Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   William J Focazio
   101 Fox Hedge Road
   Saddle River, NJ 07458

Social Security No.:
   xxx−xx−2504

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

     Please be advised that on August 13, 2019, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 107 − 100
Order Granting Chapter 11 Trustee's Motion to (i) Vacate Stay Relief Order and Reinstating the Automatic Stay; (ii) Reimpose the Automatic Stay with respect to Wilmington Savings Fund Society, FSB, as Trustee of Stanwich Mortgage Loan Trust A; and (iii) granting related relief Related Doc # 100). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 8/13/2019. (jf)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: August 13, 2019
JAN: jf

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 19-10880-VFP
William J Focazio                                                     Chapter 11
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin             Page 1 of 1              Date Rcvd: Aug 13, 2019
                              Form ID: orderntc       Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 15, 2019.
db             +William J Focazio,   101 Fox Hedge Road,   Saddle River, NJ 07458-2715
aty            +Roper & Thyne, LLC,   Roper & Thyne, LLC,   77 Jefferson Place,   Totowa, NJ 07512-2614
aty            +Sharil A. Clarke,   Schachter Portnoy,   3490 US Route 1,   Princeton, NJ 08540-5920
cr             +Allstate New Jersey Property and Casualty Insuranc,   125 Half Mile Road,   Suite 300,
                 Attn: Donald F. Campbell, Jr.,   Red Bank, NJ 07701,   UNITED STATES 07701-6777
cr             +First Commerce Bank,   105 River Avenue,   Lakewood, NJ 08701-4267
cr             +Fulton Bank of New Jersey,   c/o Jerrold S. Kulback, Esq.,   Archer & Greiner, P.C.,
                 1717 Arch Street, Suite 3500,   Philadelphia, PA 19103-2739
cr             +Oritani Bank,   c/o K&L Gates, LLP,   One Newark Center,   10th Floor,   Newark, NJ 07102-5237
cr             +Provident Bank f/k/a The Provident Bank,   100 Wood Avenue,   Iselin, NJ 08830-2716
cr             +SB One Bank f/k/a Community Bank of Bergen County,,   100 Enterprise Drive,   Suite 700,
                 Rockaway, NJ 07866-2176

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
acc            +E-mail/Text: delmarie.velazquez@eisneramper.com Aug 14 2019 00:18:10      EisnerAmper LLP,
                 111 Wood Avenue South,   Iselin, NJ 08830-2700
                                                                                              TOTAL: 1

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              On Deck Capital, Inc.,   Schachter Portnoy, L.L.C.,   3490 US Route 1,   Princeton
                                                                                              TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2019                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 13, 2019 at the address(es) listed below:
              Andrew J. Pincus    on behalf of Creditor    SB One Bank f/k/a Community Bank of Bergen County,
               N.J. ap@seidmanllc.com
              Andrew M. Lubin    on behalf of Creditor    Wilmington Savings Fund Society, FSB, as Trustee of
               Stanwich Mortgage Loan Trust A bkecf@milsteadlaw.com, alubin@milsteadlaw.com
              Brian E Caine    on behalf of Creditor    U.S. Bank National Association, not in its individual
               capacity but solely as Trustee for the RMAC Trust, Series 2016-CTT bcaine@parkermccay.com,
               BKcourtnotices@parkermccay.com
              Daniel F. Corrigan    on behalf of Creditor    First Commerce Bank dcorrigan@windelsmarx.com,
               mslama@windelsmarx.com
              David B. Grantz    on behalf of Creditor    Provident Bank f/k/a The Provident Bank
               dgrantz@meyner.com, ckelly@meyner.com
              David S. Catuogno    on behalf of Creditor    Oritani Bank david.catuogno@klgates.com
              Donald F. Campbell, Jr.    on behalf of Creditor    Allstate New Jersey Property and Casualty
               Insurance Company dcampbell@ghclaw.com, 4433@notices.nextchapterbk.com
              Edward A. Phillips    ephillips@getzlerhenrich.com
              Jerrold S. Kulback    on behalf of Creditor    Fulton Bank of New Jersey jkulback@archerlaw.com
              John P. Di Iorio    on behalf of Debtor William J Focazio jdiiorio@shapiro-croland.com
              Kevin Gordon McDonald    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              Maria Arnott    on behalf of Creditor    SB One Bank f/k/a Community Bank of Bergen County, N.J.
               ma@seidmanllc.com
              Matthew Patrick Dolan    on behalf of Creditor    Provident Bank f/k/a The Provident Bank
               mdolan@meyner.com
              Mitchell Hausman    on behalf of U.S. Trustee    U.S. Trustee Mitchell.B.Hausman@usdoj.gov
              Philip Seth Rosen    on behalf of Creditor    BANK OF AMERICA, N.A. prosen@zeklaw.com
              Sydney J. Darling    on behalf of Trustee Edward A. Phillips sdarling@walsh.law, mvargas@walsh.law
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 17