| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-1 | |
| Sydney J. Darling, Esq.<br>Stephen V. Falanga, Esq.<br>**WALSH PIZZI O'REILLY FALANGA LLP**<br>Three Gateway Center<br>100 Mulberry Street, 15th Floor<br>Newark, New Jersey 07102<br>T: 973.757.1100 \| F: 973.757.1090<br>sdarling@walsh.law<br>sfalanga@walsh.law<br>*Counsel to Edward A. Philips, Chapter 11*<br>*Trustee of the Estate of William J. Focazio* | Order Filed on August 13, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>WILLIAM J. FOCAZIO, JR.<br><br>Debtor. | Bankr. Case No.: 19-10880-VFP<br><br>Honorable Vincent F. Papalia, U.S.B.J.<br><br>Chapter 11 |

**ORDER GRANTING CHAPTER 11 TRUSTEE'S MOTION TO: (i) VACATE STAY RELIEF ORDER AND REINSTATE THE AUTOMATIC STAY; (ii) REIMPOSE THE AUTOMATIC STAY WITH RESPECT TO WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF STANWICH MORTGAGE LOAN TRUST A; AND (iii) GRANT RELATED RELIEF**

The relief set forth on the following pages, numbered two (2) through four (4), is hereby

**ORDERED.**

**DATED: August 13, 2019**

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

WPOFDocs 334665v.1

(Page 2)
Debtor: William J. Focazio, Jr.
Case No.: 19-10880-VFP
Caption: ORDER GRANTING CHAPTER 11 TRUSTEE'S MOTION TO: (i) VACATE STAY RELIEF ORDER AND REINSTATE THE AUTOMATIC STAY; (ii) REIMPOSE THE AUTOMATIC STAY WITH RESPECT TO WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF STANWICH MORTGAGE LOAN TRUST A; AND (iii) GRANT RELATED RELIEF

This matter having been opened to the Court upon the motion (the "Motion") of Edward A. Philips, in his capacity as Chapter 11 Trustee (the "Trustee") for the bankruptcy estate of William J. Focazio, Jr. (the "Debtor"), pursuant to sections 105(a) of the Bankruptcy Code and Rule 9024 of the Federal Rules of Bankruptcy Procedure, for the entry of an Order (i) vacating the Order Vacating Automatic Stay [Doc. 77] (the "Stay Relief Order") and reinstating the automatic stay; (ii) re-imposing the automatic stay with respect to Wilmington Savings Fund Society, FSB, as Trustee of Stanwich Mortgage Loan Trust A ("Wilmington"); and (iii) granting related relief; and the Court having considered the papers submitted in support of, and in opposition to, the Motion and any arguments made by the parties at the hearing on the Motion; and it appearing that the legal and factual bases set forth in the Motion establish just cause for the relief granted therein; and it further appearing that the relief requested in the Motion is in the best interests of the Debtor's estate and creditors; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor,

**THE COURT HEREBY FINDS AND DETERMINES THAT:**

A.    The Court has jurisdiction over the Motion pursuant to 28 U.S.C. §1334. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A) and (G). Venue of the Motion is proper pursuant to 27 U.S.C. §1409.

B.    For the reasons set forth in the Motion and on the record at the hearing thereon, the Trustee has established an adequate basis for the granting of relief under Bankruptcy Rule 9024 and Rule 60(b) of the Federal Rules of Civil Procedure.

2

(Page 3)
Debtor:     William J. Focazio, Jr.
Case No.:   19-10880-VFP
Caption:    ORDER GRANTING CHAPTER 11 TRUSTEE'S MOTION TO: (i) VACATE STAY RELIEF ORDER AND REINSTATE THE AUTOMATIC STAY; (ii) REIMPOSE THE AUTOMATIC STAY WITH RESPECT TO WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF STANWICH MORTGAGE LOAN TRUST A; AND (iii) GRANT RELATED RELIEF

C. For the reasons set forth in the Motion and on the record at the hearing thereon, the Trustee has established a substantial likelihood of success on the merits, irreparable harm to the estate, that the harm to the estate outweighs the harm to Wilmington, and that injunctive relief does not violate the public interest.

D. As evidenced by the certificate of service filed with the Court, (i) proper, timely, adequate and sufficient notice of the Motion has been provided in accordance with the Bankruptcy Code and Bankruptcy Rules; (ii) such notice was good, sufficient and appropriate under the particular circumstances; and (iii) no other or further notice of the Motion or the entry of this order shall be required.

**ACCORDINGLY, IT IS HEREBY ORDERED THAT:**

1. All of the findings of fact and conclusions of law set forth above are incorporated herein by reference, and the Motion is granted in its entirety

2. The Stay Relief Order is hereby vacated and shall no longer have any force or effect.

3. The Sheriff's sale scheduled for 43 Inlet Drive, Point Pleasant Beach, NJ (Block, 175, Lot 24) *(the Property)*, is hereby stayed until further Order of this Court.*

4. The stay of Bankruptcy Code section 362(a) is hereby re-imposed as to the Debtor and the Debtor's property and the estate consistent with 11 U.S.C. §362(a) and against Wilmington.

*Any party affected by this Order may seek to have a motion for relief from stay heard on shortened notice

WPOFDocs 334665v.1

(Page 4)
Debtor:   William J. Focazio, Jr.
Case No.:   19-10880-VFP
Caption:   ORDER GRANTING CHAPTER 11 TRUSTEE'S MOTION TO: (i) VACATE STAY RELIEF ORDER AND REINSTATE THE AUTOMATIC STAY; (ii) REIMPOSE THE AUTOMATIC STAY WITH RESPECT TO WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF STANWICH MORTGAGE LOAN TRUST A; AND (iii) GRANT RELATED RELIEF

5. This Court shall retain exclusive jurisdiction to enforce the provisions of this Order and to resolve any issue or dispute concerning the interpretation, implementation or enforcement of this Order or the rights and duties of the parties hereunder or thereunder.

6. A copy of this Order shall be served on all parties who received notice of the Motion within seven (7) days of the date hereof.

4

WPOFDocs 334665v.1

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 19-10880-VFP
William J Focazio                                                     Chapter 11
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Aug 13, 2019
                              Form ID: pdf903          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 15, 2019.
db           +William J Focazio,    101 Fox Hedge Road,    Saddle River, NJ 07458-2715
aty          +Roper & Thyne, LLC,    Roper & Thyne, LLC,   77 Jefferson Place,   Totowa, NJ 07512-2614

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 13, 2019 at the address(es) listed below:
              Andrew J. Pincus    on behalf of Creditor    SB One Bank f/k/a Community Bank of Bergen County,
               N.J. ap@seidmanllc.com
              Andrew M. Lubin    on behalf of Creditor    Wilmington Savings Fund Society, FSB, as Trustee of
               Stanwich Mortgage Loan Trust A bkecf@milsteadlaw.com,    alubin@milsteadlaw.com
              Brian E Caine    on behalf of Creditor    U.S. Bank National Association, not in its individual
               capacity but solely as Trustee for the RMAC Trust, Series 2016-CTT bcaine@parkermccay.com,
               BKcourtnotices@parkermccay.com
              Daniel F. Corrigan    on behalf of Creditor    First Commerce Bank dcorrigan@windelsmarx.com,
               mslama@windelsmarx.com
              David B. Grantz    on behalf of Creditor    Provident Bank f/k/a The Provident Bank
               dgrantz@meyner.com,    ckelly@meyner.com
              David S. Catuogno    on behalf of Creditor    Oritani Bank david.catuogno@klgates.com
              Donald F. Campbell, Jr.    on behalf of Creditor    Allstate New Jersey Property and Casualty
               Insurance Company dcampbell@ghclaw.com,    4433@notices.nextchapterbk.com
              Edward A. Phillips     ephillips@getzlerhenrich.com
              Jerrold S. Kulback    on behalf of Creditor    Fulton Bank of New Jersey jkulback@archerlaw.com
              John P. Di Iorio    on behalf of Debtor William J Focazio jdiiorio@shapiro-croland.com
              Kevin Gordon McDonald    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Maria Arnott    on behalf of Creditor    SB One Bank f/k/a Community Bank of Bergen County, N.J.
               ma@seidmanllc.com
              Matthew Patrick Dolan    on behalf of Creditor    Provident Bank f/k/a The Provident Bank
               mdolan@meyner.com
              Mitchell  Hausman    on behalf of U.S. Trustee    U.S. Trustee Mitchell.B.Hausman@usdoj.gov
              Philip Seth Rosen    on behalf of Creditor    BANK OF AMERICA, N.A. prosen@zeklaw.com
              Sydney J. Darling    on behalf of Trustee Edward A. Phillips sdarling@walsh.law,    mvargas@walsh.law
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 17