UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

ZEICHNER ELLMAN & KRAUSE LLP
Zeichner Ellman & Krause LLP
33 Wood Avenue South, Suite 110
Iselin, New Jersey 08830
(973) 618-9100
FAX: (973) 364-9960
Philip S. Rosen, Esq.
Kerry A. Duffy, Esq.
Attorneys for Secured Creditor

In Re:
William J. Focazio,
          Debtor.

Case No.: 19-10880 - (VFP)

Chapter: 11

Judge: Vincent F. Papalia

## CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type: Bank of America, N.A.
(Example: John Smith, creditor)

Old address:   103 Eisenhower Parkway
                       Roseland, New Jersey 07068

New address:  33 Wood Avenue South
                       Suite 110
                       Iselin, New Jersey 08830

New phone no.: _____
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true. If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date: September 3, 2019

Signature

rev.2/1/16