BOND NO. 016221369

IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW JERSEY

IN RE: WILLIAM J. FOCAZIO

CASE NO: 19-10880 (VFP)
CHAPTER 11

**BOND OF TRUSTEE**

KNOW ALL BY THESE PRESENTS, That we, EDWARD A. PHILLIPS of PHILADELPHIA, PA, as Principal, and LIBERTY MUTUAL INSURANCE COMPANY, as Surety, are held and firmly bound to the United States of America in the sum of FIFTEEN THOUSAND AND 00/100 ($15,000.00) DOLLARS, lawful money of the United States, for the payment of which, well and truly to be made, we bind ourselves, our heirs, executors, administrators, successors and assigns, jointly and severally, firmly by these presents.

NOW, THEREFORE, THE CONDITION OF THIS OBLIGATION IS SUCH, that if the undersigned principal shall faithfully perform his official duties as TRUSTEE for the above named debtor, then this obligation is to be void and of no effect, otherwise to remain in full force and effect.

This bond shall remain in full force and effect until the Surety has terminated further liability after 30 days written notice filed with the Clerk of the United States Bankruptcy Court for the DISTRICT OF NEW JERSEY and with the U.S. Trustee, **OR** the Trustee obtains written authorization from the U.S Trustee or his/her designate releasing the Surety company from any further liability under the bond. The Surety shall have no liability for any losses caused by conduct in which said named principal engaged prior to the effective date of this bond.

DATED: May 17, 2019.

EDWARD A. PHILLIPS

_____
PRINCIPAL

THE SUFFICIENCY OF BOND FILED HEREIN IS APPROVED
THIS ___17___ DAY OF __Aug__ 20_19_.

_____
MARTHA R. HILDEBRANDT
ASSISTANT U.S. TRUSTEE

LIBERTY MUTUAL INSURANCE COMPANY

BY: _Elizabeth Schott_____
ELIZABETH SCHOTT
ATTORNEY-IN-FACT