| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J.LBR 9004-1(b)**<br>**Donald F. Campbell, Jr., Esq. (DC8924)**<br>Giordano, Halleran & Ciesla, P.C.<br>125 Half Mile Road, Suite 300<br>Red Bank, NJ 07701<br>Tel: 732 741 3900<br>Fax: 732 224 6599<br>Dcampbell@ghclaw.com | Order Filed on October 2, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>WILLIAM J. FOCAZIO,<br><br>            Debtor | Case No:19-10880<br>Chapter:  11<br>Hearing Date: September 24, 2019 @ 10:00am<br>Judge:  Vincent F. Papalia, U.S.B.J. |

## ORDER EXTENDING TIME TO OBJECT TO DISCHARGE AND DEEM LATE FILED CLAIM AS TIMELY FILED

The relief set forth on the following page, numbered two (2) is **ORDERED**.

**DATED: October 2, 2019**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Debtors:  William J. Focazio
Case Nos.:  19-10880 (VFP)
Caption:  ORDER EXTENDING TIME TO OBJECT TO DISCHARGE AND DEEM LATE FILED CLAIM AS TIMELY FILED

---

Upon the motion of Giordano Halleran & Ciesla, attorneys for Allstate New Jersey Property and Casualty Insurance Company ("*Movant*"), for an order extending time to object to discharge and deem late filed claim as timely filed, and for cause shown, it is

**ORDERED**

1. that Movant's motion is granted as set forth herein;

2. Pursuant to Rule 4007(c), the time to object to Debtor's discharge is hereby extended for thirty (30) days from the date of this order; and

3. The proof of claim No. 22 filed by Allstate New Jersey Property and Casualty Insurance Company is deemed timely filed; and

4. Movant shall serve this order on the debtor, the Chapter 11 Trustee and any other party who entered an appearance on the motion.

Docs #3845648-v1