UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J.LBR 9004-1(b)**
**Donald F. Campbell, Jr., Esq. (DC8924)**
Giordano, Halleran & Ciesla, P.C.
125 Half Mile Road, Suite 300
Red Bank, NJ 07701
Tel: 732 741 3900
Fax: 732 224 6599
Dcampbell@ghclaw.com

Order Filed on October 2, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

WILLIAM J. FOCAZIO,

Debtor

Case No: 19-10880
Chapter: 11
Hearing Date: September 24, 2019 @ 10:00am
Judge: Vincent F. Papalia, U.S.B.J.

### ORDER EXTENDING TIME TO OBJECT TO DISCHARGE AND DEEM LATE FILED CLAIM AS TIMELY FILED

The relief set forth on the following page, numbered two (2) is **ORDERED**.

**DATED: October 2, 2019**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Debtors:  William J. Focazio
Case Nos.: 19-10880 (VFP)
Caption:  ORDER EXTENDING TIME TO OBJECT TO DISCHARGE AND DEEM LATE FILED CLAIM AS TIMELY FILED

---

Upon the motion of Giordano Halleran & Ciesla, attorneys for Allstate New Jersey Property and Casualty Insurance Company ("*Movant*"), for an order extending time to object to discharge and deem late filed claim as timely filed, and for cause shown, it is

**ORDERED**

1. that Movant's motion is granted as set forth herein;

2. Pursuant to Rule 4007(c), the time to object to Debtor's discharge is hereby extended for thirty (30) days from the date of this order; and

3. The proof of claim No. 22 filed by Allstate New Jersey Property and Casualty Insurance Company is deemed timely filed; and

4. Movant shall serve this order on the debtor, the Chapter 11 Trustee and any other party who entered an appearance on the motion.

Docs #3845648-v1

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 19-10880-VFP
William J Focazio                                                     Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin              Page 1 of 1            Date Rcvd: Oct 02, 2019
                            Form ID: pdf903          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 04, 2019.
db             +William J Focazio,    101 Fox Hedge Road,    Saddle River, NJ 07458-2715
aty            +Roper & Thyne, LLC,    Roper & Thyne, LLC,   77 Jefferson Place,   Totowa, NJ 07512-2614

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 2, 2019 at the address(es) listed below:
              Andrew J. Pincus    on behalf of Creditor    SB One Bank f/k/a Community Bank of Bergen County,
               N.J. ap@seidmanllc.com
              Andrew M. Lubin    on behalf of Creditor    Wilmington Savings Fund Society, FSB, as Trustee of
               Stanwich Mortgage Loan Trust A bkecf@milsteadlaw.com,   alubin@milsteadlaw.com
              Brian E Caine    on behalf of Creditor    U.S. Bank National Association, not in its individual
               capacity but solely as Trustee for the RMAC Trust, Series 2016-CTT bcaine@parkermccay.com,
               BKcourtnotices@parkermccay.com
              Daniel F. Corrigan    on behalf of Creditor    First Commerce Bank dcorrigan@windelsmarx.com,
               mslama@windelsmarx.com
              David B. Grantz    on behalf of Creditor    Provident Bank f/k/a The Provident Bank
                dgrantz@meyner.com,   ckelly@meyner.com
              David S. Catuogno    on behalf of Creditor    Oritani Bank david.catuogno@klgates.com
              Donald F. Campbell, Jr.    on behalf of Creditor    Allstate New Jersey Property and Casualty
               Insurance Company dcampbell@ghclaw.com,    4433@notices.nextchapterbk.com
              Edward A. Phillips    ephillips@getzlerhenrich.com
              Jerrold S. Kulback    on behalf of Creditor    Fulton Bank of New Jersey jkulback@archerlaw.com
              John P. Di Iorio    on behalf of Debtor William J Focazio jdiiorio@shapiro-croland.com
              Kevin Gordon McDonald    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Maria Arnott    on behalf of Creditor    SB One Bank f/k/a Community Bank of Bergen County, N.J.
                ma@seidmanllc.com
              Matthew Patrick Dolan    on behalf of Creditor    Provident Bank f/k/a The Provident Bank
                mdolan@meyner.com
              Mitchell Hausman    on behalf of U.S. Trustee    U.S. Trustee Mitchell.B.Hausman@usdoj.gov
              Philip Seth Rosen    on behalf of Creditor    BANK OF AMERICA, N.A. prosen@zeklaw.com
              Sydney J. Darling    on behalf of Trustee Edward A. Phillips sdarling@walsh.law,  mvargas@walsh.law
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 17