# ShapiroCroland

Shapiro, Croland, Reiser, Apfel & Di Iorio, LLP

John P. Di Iorio
Partner
jdiiorio@shapiro-croland.com
Member NJ and NY Bar

October 3, 2019

**Via First Class Mail**
Direct Audio Video Services
9 Lynn Drive
Randolph, New Jersey 07089

      Re:    **Direct Audio Video Services v. Focazio**
              **Docket No.: BER-DC-015363-19**

Dear Sir/Madam:

    We represent Defendant, Dr. William J. Focazio, in a chapter 11 bankruptcy proceeding pending in the United States Bankruptcy Court for the District of New Jersey, case no.: 19-10880. Our client has forwarded to us a copy of the complaint you filed in the above referenced matter.

    Pursuant to section 362 of the Bankruptcy Code, all actions against our client, including the above referenced matter, are automatically stayed. Please be guided accordingly.

                                Very truly yours,

                                ShapiroCroland

                                John P. Di Iorio

JPD:dmm
cc:    Superior Court of New Jersey, Law Division
        Special Civil Part, Bergen County (via first class mail)
        Dr. William Focazio (via email)

Counsellors at Law | A Limited Liability Partnership Including Professional Corporations
411 Hackensack Avenue, Hackensack, NJ 07601, tel 201-488-3900, fax 201-488-9481
www.shapiro-croland.com
802754-1