SHAPIRO, CROLAND, REISER,
APFEL & DI IORIO, LLP
John P. Di Iorio, Esq.
411 Hackensack Avenue
Hackensack, NJ 07601
Tel: (201) 488-3900
Fax: (201) 488-9481
Attorneys for Debtor

| In Re: | UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|---|
| WILLIAM J. FOCAZIO, | Chapter 11 |
| Debtor. | Case No.: 19-10880 |

## NOTICE OF WITHDRAWAL OF DOCUMENT [DKT. NO. 117]

William J. Focazio herewith withdraws Docket Entry No. 117 as it was inadvertently filed in the wrong matter.

SHAPIRO, CROLAND, REISER,
APFEL & DI IORIO, LLP
411 Hackensack Avenue
Hackensack, New Jersey 07601
Attorneys for Debtor

Dated: October 7, 2019    By: _____
John P. Di Iorio

803228.1