Prepared by:
Donald F. Campbell, Jr., Esq.
**GIORDANO, HALLERAN & CIESLA, P.C.**
125 Half Mile Road, Suite 300
Red Bank, N.J. 07701
Tel: (732) 741-3900
Fax: (732) 224 6599
dcampbell@ghclaw.com
*Counsel for AllState*

Order Filed on October 29, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re

WILLIAM FOCAZIO,

            Debtor.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY,**
**NEWARK VICINAGE**

Chapter 11

Case No.   19-10880-VFP

**CONSENT ORDER FURTHER EXTENDING TIME TO OBJECT TO DISCHARGE**

The relief set forth on the following page is hereby ORDERED.

**DATED: October 29, 2019**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Debtor:   William J. Focazio

Case No.:  19-10880-VFP

Caption of Order:  Consent Order Further Extending Time To Object to Discharge

---

**THIS MATTER** having been initiated through an application by Allstate New Jersey Property and Casualty Insurance Company ("*Allstate*"), for an order extending the time to object to William J Focazio's (the "*Debtor*") discharge and the parties having conferred and agreed to the terms set forth below; and the Court having considered the parties' application and good and sufficient cause appearing for entry of the within order, it is hereby **ORDERED**:

1.     Allstate's deadline to object to the Debtor's discharge are hereby extended through and until Friday, January 3, 2020.

2.     Allstate shall serve a copy of this order on all parties within seven (7) days or entry of same

The Parties consent to the terms of this Order:

GIORDANO, HALLERAN & CIELSA, PC
*Allstate New Jersey Property and Casualty Insurance Company*


By:   /s/ Donald F. Campbell, Jr.
        DONALD F. CAMPBELL, JR.


SHAPIRO, CROLAND, REISER, APFEL & DI IORIO, LLP
*Counsel for William J. Focazio*


By:    /s/ John P. Di Iorio
        JOHN P. DI IORIO

2