| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**Donald F. Campbell, Jr., Esq. (DC8924)**<br>Giordano, Halleran & Ciesla, P.C.<br>125 Half Mile Road, Suite 300<br>Red Bank, NJ 07701<br>Tel: 732 741 3900<br>Fax: 732 224 6599<br>Dcampbell@ghclaw.com<br>*Attorney for Allstate New Jersey Property and Casualty Insurance Company*<br><br>In Re:<br><br>WILLIAM J. FOCAZIO,<br><br>Debtor | Case No: 19-10880<br><br>Chapter: 11<br><br>Hearing Date:<br><br>Judge: Vincent F. Papalia, U.S.B.J. |

## CERTIFICATION OF SERVICE

1. I, Deirdre Rice:

    ☐ represent _____, the Creditor in the above-captioned matter.

    ☒ am the secretary/paralegal for Giordano, Halleran & Ciesla, P.C. , who represents the Allstate New Jersey Property and Casualty Insurance Company in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

2. On October 31, 2019, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    - *Consent Order Further Extending Time To Object To Discharge*
    - *Certification of Service*

I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: October 31, 2019

                                         */s/Deirdre Rice*
                                           Deirdre Rice

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Walsh Pizzi O'Reilly Falanga LLP<br>Attn: Sydney J. Darling<br>Three Gateway Center<br>100 Mulberry Street<br>Ste 15th Floor<br>Newark, NJ 07102 | Counsel to Chapter 11 Trustee, Edward A. Phillips | ☐ Overnight mail<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ E-mail sdarling@walsh.law<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Mitchell Hausman<br>United States Department of Justice<br>Office of the United States Trustee<br>One Newark Ctr<br>Suite 2100<br>Newark, NJ 07102-5504 | US Trustee | ☐ Overnight mail<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ E-mail Mitchell.B.Hausman@usdoj.gov<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| John P. Di Iorio<br>Shapiro Croland Reiser Apfel & Di Iorio<br>Continental Plaza II, 6th Floor<br>411 Hackensack Avenue<br>Hackensack, NJ 07601-6328 | Debtor's Counsel | ☐ Overnight mail<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ E-mail-jdiiorio@shapiro-croland.com<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

Docs #3991902-v1