Prepared by:
Donald F. Campbell, Jr., Esq.
**GIORDANO, HALLERAN & CIESLA, P.C.**
125 Half Mile Road, Suite 300
Red Bank, N.J. 07701
Tel: (732) 741-3900
Fax: (732) 224 6599
dcampbell@ghclaw.com
*Counsel for AllState*

**Order Filed on October 29, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| In re<br><br>WILLIAM FOCAZIO,<br><br>                         Debtor. | UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY,<br>NEWARK VICINAGE<br><br>Chapter 11<br><br>Case No.   19-10880-VFP |

**CONSENT ORDER FURTHER EXTENDING TIME TO OBJECT TO DISCHARGE**

The relief set forth on the following page is hereby ORDERED.

**DATED: October 29, 2019**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

(Page 2)

Debtor:   William J. Focazio

Case No.:   19-10880-VFP

Caption of Order:  Consent Order Further Extending Time To Object to Discharge

---

**THIS MATTER** having been initiated through an application by Allstate New Jersey Property and Casualty Insurance Company ("*Allstate*"), for an order extending the time to object to William J Focazio's (the "*Debtor*") discharge and the parties having conferred and agreed to the terms set forth below; and the Court having considered the parties' application and good and sufficient cause appearing for entry of the within order, it is hereby **ORDERED**:

1.	Allstate's deadline to object to the Debtor's discharge are hereby extended through and until Friday, January 3, 2020.

2.	Allstate shall serve a copy of this order on all parties within seven (7) days or entry of same

The Parties consent to the terms of this Order:

GIORDANO, HALLERAN & CIELSA, PC
*Allstate New Jersey Property and Casualty Insurance Company*

By:  __/s/ Donald F. Campbell, Jr.__
         DONALD F. CAMPBELL, JR.


SHAPIRO, CROLAND, REISER, APFEL & DI IORIO, LLP
*Counsel for William J. Focazio*

By:  ___/s/ John P. Di Iorio__
         JOHN P. DI IORIO

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 19-10880-VFP
William J Focazio                                                       Chapter 11
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Oct 30, 2019
                              Form ID: pdf903          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 01, 2019.
db             +William J Focazio,    101 Fox Hedge Road,    Saddle River, NJ 07458-2715
aty            +Roper & Thyne, LLC,    Roper & Thyne, LLC,    77 Jefferson Place,    Totowa, NJ 07512-2614

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2019                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 30, 2019 at the address(es) listed below:
              Andrew J. Pincus    on behalf of Creditor    SB One Bank f/k/a Community Bank of Bergen County,
               N.J. ap@seidmanllc.com
              Andrew M. Lubin    on behalf of Creditor    Wilmington Savings Fund Society, FSB, as Trustee of
               Stanwich Mortgage Loan Trust A bkecf@milsteadlaw.com,    alubin@milsteadlaw.com
              Brian E Caine    on behalf of Creditor    U.S. Bank National Association, not in its individual
               capacity but solely as Trustee for the RMAC Trust, Series 2016-CTT bcaine@parkermccay.com,
               BKcourtnotices@parkermccay.com
              Daniel F. Corrigan    on behalf of Creditor    First Commerce Bank dcorrigan@windelsmarx.com,
               mslama@windelsmarx.com
              David B. Grantz    on behalf of Creditor    Provident Bank f/k/a The Provident Bank
               dgrantz@meyner.com,    ckelly@meyner.com
              David S. Catuogno    on behalf of Creditor    Oritani Bank david.catuogno@klgates.com
              Donald F. Campbell, Jr.    on behalf of Creditor    Allstate New Jersey Property and Casualty
               Insurance Company dcampbell@ghclaw.com,    4433@notices.nextchapterbk.com
              Edward A. Phillips    ephillips@getzlerhenrich.com
              Jerrold S. Kulback    on behalf of Creditor    Fulton Bank of New Jersey jkulback@archerlaw.com
              John P. Di Iorio    on behalf of Debtor William J Focazio jdiiorio@shapiro-croland.com
              Kevin Gordon McDonald    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Maria Arnott    on behalf of Creditor    SB One Bank f/k/a Community Bank of Bergen County, N.J.
               ma@seidmanllc.com
              Matthew Patrick Dolan    on behalf of Creditor    Provident Bank f/k/a The Provident Bank
               mdolan@meyner.com
              Mitchell Hausman    on behalf of U.S. Trustee    U.S. Trustee Mitchell.B.Hausman@usdoj.gov
              Philip Seth Rosen    on behalf of Creditor    BANK OF AMERICA, N.A. prosen@zeklaw.com,
               3723198420@filings.docketbird.com
              Sydney J. Darling    on behalf of Trustee Edward A. Phillips sdarling@walsh.law,   mvargas@walsh.law
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                 TOTAL: 17