**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-1

Sydney J. Darling, Esq.
Stephen V. Falanga, Esq.
**WALSH PIZZI O'REILLY FALANGA LLP**
Three Gateway Center
100 Mulberry St., 15th Floor
Newark, New Jersey 07102
T: 973.757.1100 | F: 973.757.1090
sdarling@walsh.law
sfalanga@walsh.law
*Counsel to Edward A. Philips, Chapter 11*
*Trustee of the Estate of William J. Focazio*

| | |
|---|---|
| In re:<br><br>WILLIAM J. FOCAZIO,<br><br>        Debtor. | Bankr. Case No.: 19-10880-VFP<br><br>Honorable Vincent F. Papalia, U.S.B.J.<br><br>Chapter 11 |

## ADJOURNMENT REQUEST

1. I, <u>Sydney J. Darling</u>,

   ☒   am the attorney for: <u>Edward A. Philips, Chapter 11 Trustee of the Estate of William J. Focazio</u>,

   ☐   am self represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: <u>Status Conference</u>

   Current hearing date and time: <u>November 14, 2019 at 11:00 a.m.</u>

   New date requested: <u>January 9, 2020 at 11:00 a.m.</u>

   Reason for adjournment request: <u>The status conference in the companion case, William Focazio, M.D. P.A., et al., 18-10752-VFP, has been adjourned to January 9, 2020. The Trustee feels it makes sense to hold the status conference in the business case and the individual case at the same time.</u>

WPOFDocs 357589v.1

2. Consent to adjournment:

☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: November 13, 2019                                                                 */s/ Sydney J. Darling*

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted           New hearing date:  1/9/2020 @ 10:00am           ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____   ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

2

WPOFDocs 357589v.1