| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-1 |
| Stephen V. Falanga<br>Sydney J. Darling<br>**WALSH PIZZI O'REILLY FALANGA LLP**<br>Three Gateway Center<br>100 Mulberry Street, 15th Floor<br>Newark, New Jersey 07102<br>T: 973.757.1100 \| F: 973.757.1090<br>sfalanga@walsh.law<br>sdarling@walsh.law<br>*Counsel to Edward A. Philips, Chapter 11*<br>*Trustee of the Estate of William J. Focazio* |

| | |
|---|---|
| In re:<br><br>WILLIAM J. FOCAZIO, JR.,<br><br>                    Debtor. | Bankr. Case No.: 19-10880-VFP<br><br>Honorable Vincent F. Papalia, U.S.B.J.<br><br>Chapter 11 |

## CERTIFICATION OF SERVICE

1. I, Sydney J. Darling:

   X  represent the Chapter 11 Trustee           in this matter.

   ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

2. On October 27, 2019 I caused to be sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   a. Application for Retention of Professional Nunc Pro Tunc to October 27, 2019 [Dkt.119];
   b. Certification of Professional in Support of Application for Retention of Professional Nunc Pro Tunc to October 27, 2019 [Dkt. 119-1];
   c. Proposed Order Authorizing Retention of Integrated Property Group D/B/A Auction Advisors as Realtor/Auctioneer to Chapter 11 Trustee Nunc Pro Tunc to October 27, 2019[Dkt. 119-2].

   I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:  November 15, 2019                                    /s/*Sydney J. Darling*
                                                            Sydney J. Darling

| | | |
|---|---|---|
| Mithcell Hausman<br>U.S. Dept of Justice<br>Office of the US Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ 07102<br>Mitchell.B.Hausman@usdoj.gov | U.S. Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Jerrold S. Kulbank<br>Archer & Greiner, P.C.<br>Three Logan Square<br>1717 Arch Street, Suite 3500<br>Philadelphia, PA 19103<br>jkulback@archerlaw.com | Attorneys for Fulton Bank of NJ | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Andrew M. Lubin<br>Milstead & Associates, LLC<br>1 E. Stow Road<br>Marlton, NJ 08053<br>alubin@milsteadlaw.com | Attorneys for Secured Creditor: Wilmington Savings Fund Society, FSB, as Trustee of Stanwich Mortgage Loan Truste | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Matthew P. Dolan<br>David B. Grantz<br>Meyner & Landis LLP<br>One Gateway Center, Suite 2500<br>Newark, NJ 07102<br>mdolan@meyner.com<br>dgrantz@meyner.com | Attorneys for Provident Bank | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |

| | | |
|---|---|---|
| David S. Catuogno<br>K&L Gates LLP<br>One Newark Center, 10th Fl.,<br>1085 Raymond Blvd.,<br>Newark, NJ 07102<br>David.catuogno@klgates.com | Attorneys for Oritani Bank | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Mark A. Slama<br>Jay Samuels<br>Daniel F. Corrigan<br>Windels Marx Lane & Mittendorf, LLP<br>120 Albany Street Plaza, 6th Floor<br>New Brunswick, NJ 08901<br>mslama@windelsmarx.com<br>jsamuels@windelsmarx.com<br>dcorrigan@windelsmarx.com | Attorneys for First Commerce Bank | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Maria Arnott<br>Andrew J. Pincus<br>Seidman & Pincus, LLC<br>777 Terrarce Avenue, Suite 508<br>Hasbrouck Heights, NJ 07604<br>ma@seidmanllc.com<br>ap@seidmanllc.com | Attorneys for SB One Bank f/k/a Community Bank of Bergen County, NJ | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Brian E. Caine<br>Parker McCay P.A.<br>9000 Midlantic Drive, Suite 300<br>Mt. Laurel, New Jersey 08054<br>bcaine@parkermccay.com | Attorney for U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |

| | | |
|---|---|---|
| Kevin G. McDonald<br>KML Law Group, P.C.<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>kmcdonald@kmllawgroup.com | Attorneys for PNC Bank, NA | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Philip S. Rosen<br>Kerry A. Duffy<br>Zeichner Ellman & Krause LLP<br>103 Eisenhower Parkway<br>Roseland, NJ 07068<br>prosen@zeklaw.com<br>kduffy@zeklaw.com | Attorneys for Bank of America, NA | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Donald F. Campbell, Jr., Esq.<br>Giordano, Halleran & Ciesla, P.C.<br>125 Half Mile Road, Suite 300<br>Red Bank, NJ 07701<br>dcampbell@ghclaw.com | Attorney for Allstate New Jersey Property and Casualty Insurance Company | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| John P. Di Iorio<br>Shapiro Croland Reiser Apfel & DiIorio<br>Continental Plaza II, 6th Floor<br>411 Hackensack Avenue<br>Hackensack, NJ 07601-6328 | Attorney for Debtor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |