**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In re <u>William J. Focazio</u>                                            Case No. <u>19-10880</u>
                                                                            Reporting Period: <u>January 15 - January 30</u>

**MONTHLY OPERATING REPORT**
**(INDIVIDUAL WAGE EARNERS)**
File with Court and submit copy to United States Trustee within 20 days after end of month

**Include FORM MOR-1 (INDV) if debtor is a wage earner.**
**Substitute FORM MOR-2 (RE) for MOR-2 if case is a Single Asset Real Estate case.**
Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | X | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | X | |
| Copies of bank statements | | X | |
| Cash disbursements journals | MOR -1b | X | |
| Statement of Operations | | | |
| Balance Sheet | MOR - 3 | X | |
| Status of Postpetition Taxes | | | |
| Copies of IRS Form 6123 or payment receipt | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | | | |
| Listing of aged accounts payable | | | |
| Accounts Receivable Reconciliation and Aging | | | |
| Debtor Questionnaire | | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report
are true and correct to the best of my knowledge and belief.

_____          _____
Signature of Debtor                                             Date

_Edward A. Philips, Chapter 11 Trustee for_
_the Estate of William J. Focazio, Jr._                    11/22/19
_____          _____
Signature of Chapter 11 Trustee                          Date

**The Trustee was appointed by Court Order on May 17, 2019. The information contained herein is based on the Trustee's accountant's analysis of the Debtor's financial information that was made available to the Trustee. The Trustee takes no responsibility for the accuracy of the Debtor's information and reserves all rights in connection therewith. All statements were prepared on a cash basis of accounting.

                                                                            FORM MOR (INDV)
                                                                                 (9/99)

In re: William J. Focazio  
    Debtor

Case No. 19-10880  
Reporting Period Ja Reporting Period January 15, 2019 - January 31, 2019

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
( This Form must be submitted for each Bank Account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. [See MOR-1 (INDV) (CON'T)]

|  | Current Month Actual | | | Cumulative Filing to Date |
|---|---|---|---|---|
|  | 4607 | 0713 | Total |  |
| **Cash - Beginning of Month** | 9,176 | 128 | 9,304 | 9,304 |
|  |  |  |  |  |
| **RECEIPTS** |  |  |  |  |
| Wages (Crosstown Distributions) | 9,500 |  | 9,500 | 9,500 |
| **Interest and Dividend Income** |  |  | - | - |
| Alimony and Child Support |  |  | - | - |
| Social Security and Pension Income |  |  | - | - |
| Sale of Assets |  |  | - | - |
| Other Income (attach schedule) | 452 |  | 452 | 452 |
|   Total Receipts | 9,952 | - | 9,952 | 9,952 |
|  |  |  |  |  |
| **DISBURSEMENTS** |  |  |  |  |
| **ORDINARY ITEMS:** |  |  |  |  |
| Mortgage Payment(s) |  |  | - | - |
| Rental Payment(s) |  |  | - | - |
| **Other Secured Note Payments** |  |  | - | - |
| Utilities | 691 |  | 691 | 691 |
| Insurance | 5,214 |  | 5,214 | 5,214 |
| Auto Expense | - |  | - | - |
| Lease Payments | - |  | - | - |
| IRA Contributions | - |  | - | - |
| Repairs and Maintenance | 500 |  | 500 | 500 |
| Medical Expenses | 47 |  | 47 | 47 |
| Household Expenses | 1,500 |  | 1,500 | 1,500 |
| Charitable Contributions | - |  | - | - |
| Bank Fees | 285 | 35 | 320 | 320 |
| Child Care Expenses | 400 |  | 400 | 400 |
| Alimony and Child Support Payments | - |  | - | - |
| Legal Fees (non-bankruptcy) | 2,425 |  | 2,425 | 2,425 |
| Taxes - Real Estate | - |  | - | - |
| Taxes - Personal Property | - |  | - | - |
| Taxes - Other (attach schedule) | - |  | - | - |
| Travel and Entertainment | - |  | - | - |
| Housekeeping | 2,840 |  | 2,840 | 2,840 |
| Gifts | - |  | - | - |
| Other (attach schedule) | - |  | - | - |
|   Total Ordinary Disbursements | 13,902 | 35 | 13,937 | 13,937 |
| **REORGANIZATION ITEMS:** |  |  |  |  |
| Professional Fees | 5,000 | - | 5,000 | 5,000 |
| U. S. Trustee Fees | - | - | - | - |
| Other Reorganization Expenses (attach schedule) | - | - | - | - |
|   Total Reorganization Items | 5,000 | - | 5,000 | 5,000 |
|  |  |  |  |  |
| **Total Disbursements (Ordinary + Reorganization)** | 18,902 | 35 | 18,937 | 18,937 |
|  |  |  |  |  |
| **Net Cash Flow (Total Receipts - Total Disbursements)** | (8,950) | (35) | (8,985) | (8,985) |
|  |  |  |  |  |
| **Cash - End of Month (Must equal reconciled bank statement** | 226 | 93 | 319 | 319 |

**In re:** <u>William J. Focazio</u>  **Case No.** <u>19-10880</u>
Debtor  **Reporting Period** <u>January 15, 2019 - January 31, 2019</u>

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---:|---:|
| **Other Income** | | |
| Coalhouse (Distribution) | 452.05 | 452.05 |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Taxes** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |

FORM MOR-1 (INDV) (CON'T)
(9/99)

**In re:** William J. Focazio  **Case No.** 19-10880
**Reporting Period** January 15, 2019 - January 31, 2019
Debtor

**DISBURSEMENTS**

| Payee | Account | Date | Amount | Purpose | Check # | Comment | |
|---|---|---|---|---|---|---|---|
| **Personal Disbursements** | | | | | | | |
| Investor's Bank | x0713 | 1/15/2019 | $35 | Credit Card Payments / Bank Fees | | Bank Fees | |
| AT&T | x4607 | 1/15/2019 | $360 | Cable / Internet / Phone / Cell | | Utilities | |
| Franklin Mutual | x4607 | 1/15/2019 | $685 | Insurance (Personal / Renter's / Auto / Other) | | Insurance | *for 66 Westview Rd, Wayne NJ |
| AFI Pathfinder | x4607 | 1/15/2019 | $4,529 | Insurance (Personal / Renter's / Auto / Other) | | Insurance | *Health Insurance |
| Verizon | x4607 | 1/15/2019 | $331 | Cable / Internet / Phone / Cell | | Utilities | |
| Cash | x4607 | 1/15/2019 | $1,500 | Incidentals (Food / Taxi / Other) | | Household Expenses | |
| Investor's Bank | x4607 | 1/15/2019 | $45 | Credit Card Payments / Bank Fees | | Bank Fees | |
| PNC Bank | x4607 | 1/16/2019 | $170 | Other | | Bank Fees | |
| Colonial Pharmacy | x4607 | 1/22/2019 | $47 | Out of Pocket Health Expenses | | Medical Expenses | |
| Investors Bank | x4607 | 1/30/2019 | $35 | Credit Card Payments / Bank Fees | | Bank Fees | |
| Investors Bank | x4607 | 1/31/2019 | $35 | Credit Card Payments / Bank Fees | | Bank Fees | |
| Evelyn | x4607 | 1/15/2019 | $700 | Other | 1326 | Housekeeping | |
| Delma | x4607 | 1/15/2019 | $480 | Other | 1327 | Housekeeping | |
| Wiley Lavender | x4607 | 1/17/2019 | $1,425 | Other | 1322 | Legal Fees (non-bankruptcy) | |
| David Stevens | x4607 | 1/17/2019 | $5,000 | Other | 1322 | Professional Fees | |
| Wiley Lavender | x4607 | 1/22/2019 | $1,000 | Other | 1323 | Legal Fees (non-bankruptcy) | |
| Evelyn | x4607 | 1/20/2019 | $700 | Other | 1331 | Housekeeping | |
| Delma | x4607 | 1/21/2019 | $480 | Other | 1332 | Housekeeping | |
| Learning Lounge | x4607 | 1/23/2019 | $400 | Child Care Expenses (Tuition/Rent) | 1334 | Child Care Expenses | |
| Joaquin | x4607 | 1/26/2019 | $500 | Maintenance | 1335 | Repairs and Maintenance | |
| Delma | x4607 | 1/29/2019 | $480 | Other | 1337 | Housekeeping | |
| | | | $18,937 | | | | |

**investors**Bank
101 Wood Avenue South • Iselin, NJ • 08830

855-iBank4U (855.422.6548)
myinvestorsbank.com

**RETURN SERVICE REQUESTED**
>003129 2631030 0001 092233 10Z

NORTH JERSEY MEDICAL CONSULTANTS CORP
101 FOX HEDGE RD
SADDLE RIVER NJ 07458-2715



TOUCH. TAP. PAY.

Mobile**Wallet**
Apple Pay® | Google Pay™ | Samsung Pay®

Member FDIC

## BUSINESS CHECKING

| Account # | XXXXXXX0713 | Beginning Balance | $128.35 |
|---|---|---|---|
| Statement Period | | Deposits/Credits | $0.00 |
| From | 01/01/19 | Interest Paid | $0.00 |
| Through | 01/31/19 | Checks/Debits | 0.00 |
| Average Balance | $109.15 | Service Charges | $35.00 |
| Earned Interest This Period | $0.00 | Ending Balance | $93.35 |
| | | # Deposits/Credits | 0 |
| Annual Percentage Yield Earned (APYE) | 0.00% | # Checks/Debits | 0 |
| | | YTD Interest | $0.00 |
| | | YTD Withholding | $0.00 |

## ACCOUNT ACTIVITY DETAIL

| Date | Description | Deposits | Withdrawals | Balance |
|---|---|---|---|---|
| 01/01 | BEGINNING BALANCE | | | $128.35 |
| 01/15 | SERVICE CHARGE DEBIT | | $35.00- | $93.35 |
| 01/31 | ENDING BALANCE | | | $93.35 |



Holiday Shopping?

Now, we have made it easier to earn more uChoose Rewards® with your Investors Visa® Debit Card.

Visit myinvestorsbank.com/uchoose to register and view your points.

Member FDIC

Page 1 of 2

**investors**Bank
101 Wood Avenue South • Iselin, NJ • 08830

855-iBank4U (855.422.6548)
myinvestorsbank.com



**RETURN SERVICE REQUESTED**

>006554 2631030 0001 092233 10Z

NORTH JERSEY MEDICAL CONSULTANTS CORP
101 FOX HEDGE RD
SADDLE RIVER NJ 07458-2715

|  | BUSINESS CHECKING | |
|---|---|---:|
| **Account #** | XXXXXXX4607 | |
| | Beginning Balance | $1,398.53 |
| Statement Period | Deposits/Credits | $36,544.49 |
| From  01/01/19 | Interest Paid | $0.00 |
| Through  01/31/19 | Checks/Debits | -$37,672.38 |
| Average Balance  $4,619.75 | Service Charges | $45.00 |
| Earned Interest This Period  $0.00 | Ending Balance | $225.64 |
| | # Deposits/Credits | 9 |
| Annual Percentage Yield Earned (APYE)  0.00% | # Checks/Debits | 38 |
| | YTD Interest | $0.00 |
| | YTD Withholding | $0.00 |

**ACCOUNT ACTIVITY DETAIL**

| Date | Description | Deposits | Withdrawals | Balance |
|---|---|---:|---:|---:|
| 01/01 | BEGINNING BALANCE | | | $1,398.53 |
| 01/02 | CHECK #1314 | | $700.00- | $698.53 |
| 01/03 | WIRE CROSSTOWN MEDICAL P.C. | $4,500.00 | | $5,198.53 |
| 01/03 | CHECK #1315 | | $480.00- | $4,718.53 |
| 01/04 | AMEX EPAYMENT    ACH PMT R4196 | | $500.00- | $4,218.53 |
| 01/07 | ROCKLAND ELECTR  BILL PYMT 6588558021 | | $3,000.00- | $1,218.53 |
| 01/08 | DEPOSIT | $10,200.00 | | $11,418.53 |



Holiday Shopping?

Now, we have made it easier to earn more uChoose Rewards® with your Investors Visa® Debit Card.

Visit myinvestorsbank.com/uchoose to register and view your points.

Member FDIC

Page 1 of 4

investors Bank  
101 Wood Avenue South • Iselin, NJ • 08830  
855-iBank4U (855.422.6548)  
myinvestorsbank.com

| | ACCOUNT ACTIVITY DETAIL (continued) | | | |
|---|---|---|---|---|
| Date | Description | Deposits | Withdrawals | Balance |
| 01/08 | CHECK #1319 | | $480.00- | $10,938.53 |
| 01/08 | CHECK #1318 | | $700.00- | $10,238.53 |
| 01/08 | CHECK #1300 | | $800.00- | $9,438.53 |
| 01/08 | PAID UCF DEBIT  000000000001300 UNCOLLECTED | | $35.00- | $9,403.53 |
| 01/08 | CHECK #1304 | | $1,500.00- | $7,903.53 |
| 01/08 | RET UCF DEBIT  000000000001304 UNCOLLECTED | | $35.00- | $7,868.53 |
| 01/08 | CHECK #1317 | | $1,803.49- | $6,065.04 |
| 01/08 | RET UCF DEBIT  000000000001317 UNCOLLECTED | | $35.00- | $6,030.04 |
| 01/08 | CHECK #1316 | | $2,159.00- | $3,871.04 |
| 01/08 | RET UCF DEBIT  000000000001316 UNCOLLECTED | | $35.00- | $3,836.04 |
| 01/09 | RETURNED ITEM - 1316 | $2,159.00 | | $5,995.04 |
| 01/09 | RETURNED ITEM - 1317 | $1,803.49 | | $7,798.53 |
| 01/09 | RETURNED ITEM - 1304 | $1,500.00 | | $9,298.53 |
| 01/10 | WIRE CROSSTOWN MEDICAL P.C. | $6,000.00 | | $15,298.53 |
| 01/10 | NORTHWESTERN MU  ISA PAYMNT XXXXX95-02 | | $798.15- | $14,500.38 |
| 01/11 | DEPOSIT | $429.95 | | $14,930.33 |
| 01/11 | DC#0653 SIG PUR UBER   TRI UBER   TRIP 23KHA HELP.UBER.COM CA  011448 | | $5.00- | $14,925.33 |
| 01/11 | DC#0653 SIG PUR UBER   TRI UBER   TRIP VW3H5 HELP.UBER.COM CA  024681 | | $6.21- | $14,919.12 |
| 01/11 | DC#0653 SIG PUR UBER   TRI UBER   TRIP BHKET HELP.UBER.COM CA  065349 | | $5.56- | $14,913.56 |
| 01/11 | DC#0653 SIG PUR UBER   TRI UBER   TRIP XSHYU HELP.UBER.COM CA  041383 | | $5.00- | $14,908.56 |
| 01/11 | DC#0653 SIG PUR UBER   TRI UBER   TRIP KBY6R HELP.UBER.COM CA  020717 | | $5.00- | $14,903.56 |
| 01/11 | WITHDRAWAL | | $1,500.00- | $13,403.56 |
| 01/11 | CHECK #1317 | | $1,803.49- | $11,600.07 |
| 01/11 | CHECK #1316 | | $2,159.00- | $9,441.07 |
| 01/14 | CHECK #1321 | | $100.98- | $9,340.09 |
| 01/14 | CHECK #1320 | | $164.15- | $9,175.94 |
| 01/15 | WIRE CROSSTOWN MEDICAL P.C. | $9,500.00 | | $18,675.94 |
| 01/15 | ATT           PAYMENT XXXXX0011EPAYA | | $359.82- | $18,316.12 |
| 01/15 | FRANKLIN MUTUAL  PREM & PMT 46607 | | $685.16- | $17,630.96 |

investors Bank
101 Wood Avenue South • Iselin, NJ • 08830

855-iBank4U (855.422.6548)
myinvestorsbank.com

| *ACCOUNT ACTIVITY DETAIL (continued)* | | | | |
|---|---|---|---|---|
| Date | Description | Deposits | Withdrawals | Balance |
| 01/15 | AFI PATHFINDER 7632001 | | $4,529.00- | $13,101.96 |
| 01/15 | DC#0653 REC POS VERIZON*RE VERIZON*RECURRING P 800-VERIZON FL  087040 | | $331.30- | $12,770.66 |
| 01/15 | WITHDRAWAL | | $1,500.00- | $11,270.66 |
| 01/15 | CHECK #1327 | | $480.00- | $10,790.66 |
| 01/15 | CHECK #1326 | | $700.00- | $10,090.66 |
| 01/15 | SERVICE CHARGE DEBIT | | $45.00- | $10,045.66 |
| 01/16 | CHECK #9999 | | $170.00- | $9,875.66 |
| 01/17 | CHECK #1322 | | $1,425.00- | $8,450.66 |
| 01/17 | CHECK #1328 | | $5,000.00- | $3,450.66 |
| 01/22 | DEPOSIT | $452.05 | | $3,902.71 |
| 01/22 | DC#0653 SIG PUR COLONIAL P COLONIAL PHARMACY CLIFTON NJ  000004 | | $47.07- | $3,855.64 |
| 01/22 | CHECK #1323 | | $1,000.00- | $2,855.64 |
| 01/23 | CHECK #1332 | | $480.00- | $2,375.64 |
| 01/23 | CHECK #1331 | | $700.00- | $1,675.64 |
| 01/28 | CHECK #1334 | | $400.00- | $1,275.64 |
| 01/30 | CHECK #1335 | | $500.00- | $775.64 |
| 01/30 | PAID HOLD ITEM 000000000001335 HELD FUNDS | | $35.00- | $740.64 |
| 01/31 | CHECK #1337 | | $480.00- | $260.64 |
| 01/31 | PAID HOLD ITEM 000000000001337 HELD FUNDS | | $35.00- | $225.64 |
| 01/31 | ENDING BALANCE | | | $225.64 |

| *CHECK REGISTER* | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Check # | Date | Amount | Check # | Date | Amount | Check # | Date | Amount |
| 0 | 01/07 | $3,000.00# | 1317* | 01/11 | $1,803.49 | 1327 | 01/15 | $480.00 |
| 1300* | 01/08 | $800.00 | 1318 | 01/08 | $700.00 | 1328 | 01/17 | $5,000.00 |
| 1304* | 01/08 | $1,500.00 | 1319 | 01/08 | $480.00 | 1331* | 01/23 | $700.00 |
| 1314* | 01/02 | $700.00 | 1320 | 01/14 | $164.15 | 1332 | 01/23 | $480.00 |
| 1315 | 01/03 | $480.00 | 1321 | 01/14 | $100.98 | 1334* | 01/28 | $400.00 |
| 1316 | 01/08 | $2,159.00 | 1322 | 01/17 | $1,425.00 | 1335 | 01/30 | $500.00 |
| 1316* | 01/11 | $2,159.00 | 1323 | 01/22 | $1,000.00 | 1337* | 01/31 | $480.00 |
| 1317 | 01/08 | $1,803.49 | 1326* | 01/15 | $700.00 | 9999* | 01/16 | $170.00 |

*(# AFTER THE CHECK AMOUNT INDICATES ACH CHECK - * INDICATES NON-CONSECUTIVE CHECK NUMBER(S))*

**In re:** William J. Focazio  
Debtor

**Case No.** 19-10880  
**Reporting Period** January 15, 2019 - January 31, 2019

## BANK RECONCILIATIONS
**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account. The debtor's bank reconciliation may be substituted for this page.

| | Operating | | Other | | Total |
|---|---|---|---|---|---|
| | # 4607 | | # 0319 | | |
| **BALANCE PER BOOKS** | | 226 | | 93 | 319 |
| | | | | | |
| BANK BALANCE | | 226 | | 93 | |
| (+) DEPOSITS IN TRANSIT (ATTACH LIST) | | - | | - | - |
| (-) OUTSTANDING CHECKS (ATTACH LIST) | | - | | - | - |
| OTHER (ATTACH EXPLANATION) | | - | | - | - |
| ADJUSTED BANK BALANCE * | | 226 | | 93 | 319 |
| * Adjusted bank balance must equal | | | | | |
| balance per books | | | | | |
| | | | | | |
| **DEPOSITS IN TRANSIT** | Date | Amount | Date | Amount | |
| | | | | | |
| **CHECKS OUTSTANDING** | Ck. # | Amount | Ck. # | Amount | |
| | | | | | |
| OTHER | | | | | |

FORM MOR-1a  
(04/07)

In re: William J. Focazio　　　　　　　　　　　　　　　　　　　　　　　Case No. 19-10880
　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　Reporting Period January 15, 2019 - January 31, 2019

**SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID**

This schedule is to include all retained professional payments from case inception to current month.

| Payee | Period Covered | Amount Approved | Payor | Check Number | Check Date | Amount Paid Fees | Amount Paid Expenses | Year-To-Date Fees | Year-To-Date Expenses |
|---|---|---|---|---|---|---|---|---|---|
| David Stevens | | 5,000 | William J. Focazio | 1328 | 1/17/2019 | - | 5,000 | - | 5,000 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

FORM MOR-1b
(04/07)

In re: William J. Focazio  
　　　　　Debtor

Case No. 19-10880  
Reporting Period January 15, 2019 - January 31, 2019

**BALANCE SHEET**

The Balance Sheet is to be completed on an accrual basis only. Pre-petition liabilities must be classified separately from postpetition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---:|---:|
| Other Property (attach schedule) | 1,050,000 | 1,050,000 |
| Total Property | 1,050,000 | 1,050,000 |
| Cash | 319 | 4,000 |
| Autos, Trucks & Other Vehicles | 43,862 | 43,862 |
| Household Goods and Furniture | 100,000 | 100,000 |
| Electronics | 5,000 | 5,000 |
| Clothing | 3,000 | 3,000 |
| Jewelry | 6,000 | 6,000 |
| Patnerships & Business Ventures | 60,000 | 60,000 |
| Medical License | 100,000 | 100,000 |
| Total Other Assets | 318,181 | 321,862 |
| **TOTAL ASSETS** | **1,368,181** | **1,371,862** |

| | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---:|---:|
| *LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)* | | |
| Accounts Payable | - | - |
| Taxes Payable (refer to FORM MOR-4) | - | - |
| Wages Payable | - | - |
| Notes Payable | - | - |
| Rent / Leases - Building/Equipment | - | - |
| Secured Debt / Adequate Protection Payments | - | - |
| Professional Fees | - | - |
| Amounts Due to Insiders* | - | - |
| Other Postpetition Liabilities (attach schedule) | - | - |
| Total Postpetition Liabilities | - | - |
| *LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)* | | |
| Secured Debt | 850,000 | 850,000 |
| Priority Debt | 246,979 | 246,979 |
| Unsecured Debt | 15,228,600 | 15,228,600 |
| Total Pre - Petition Liabilities | 16,325,579 | 16,325,579 |
| **Total Liabilities** | **16,325,579** | **16,325,579** |

*"Insider" is defined in 11 U.S.C. Section 101(31).

FORM MOR-3  
(04/07)

In re: <u>William J. Focazio</u>  
    Debtor_____

Case No. <u>19-10880</u>  
Reporting Period <u>January 15, 2019 - January 31, 2019</u>

## BALANCE SHEET - continuation sheet

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---:|---:|
| Other Property | | |
| 66 Westview Road   Wayne, NJ  07470 | 650,000 | 650,000 |
| 641A Inlet Drive Block 175, Lot 2501 | 200,000 | 200,000 |
| 43 Inlet Drive Point Pleasant Beach, NJ, 08742 | 200,000 | 200,000 |
| Total Other Property | 1,050,000 | 1,050,000 |
| | | |
| | | |
| | | |
| Other Assets | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| Other Postpetition Liabilities | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Adjustments to Owner Equity | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Postpetition Contributions (Distributions) (Draws) | | |

Restricted Cash is cash that is restricted for a specific use and not available to fund operations.  Typically, restricted cash is segregated into a separate account, such as an escrow account.

FORM MOR-3 CONT'D  
(04/07)