**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In re <u>William J. Focazio</u>             Case No. <u>19-10880</u>
                                                   Reporting Period: <u>February 1 - February 28</u>

**MONTHLY OPERATING REPORT**
**(INDIVIDUAL WAGE EARNERS)**
File with Court and submit copy to United States Trustee within 20 days after end of month

**Include FORM MOR-1 (INDV) if debtor is a wage earner.**
**Substitute FORM MOR-2 (RE) for MOR-2 if case is a Single Asset Real Estate case.**
Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | X | |
|    Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | X | |
|    Copies of bank statements | | X | |
|    Cash disbursements journals | MOR -1b | X | |
| Statement of Operations | | | |
| Balance Sheet | MOR - 3 | X | |
| Status of Postpetition Taxes | | | |
|    Copies of IRS Form 6123 or payment receipt | | | |
|    Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | | | |
|    Listing of aged accounts payable | | | |
| Accounts Receivable Reconciliation and Aging | | | |
| Debtor Questionnaire | | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report
are true and correct to the best of my knowledge and belief.

_____           _____
Signature of Debtor                                                           Date

*/s/ Edward A. Philips*
Edward A. Philips, Chapter 11 Trustee for          11.22.19
the Estate of William J. Focazio, Jr.
Signature of Chapter 11 Trustee                             Date

**The Trustee was appointed by Court Order on May 17, 2019. The information contained herein is based on the Trustee's accountant's analysis of the Debtor's financial information that was made available to the Trustee. The Trustee takes no responsibility for the accuracy of the Debtor's information and reserves all rights in connection therewith. All statements were prepared on a cash basis of accounting.

                                                                                                                           FORM MOR (INDV)
                                                                                                                                    (9/99)

**In re:** William J. Focazio  
Debtor

**Case No.** 19-10880  
**Reporting Period** February 1 - February 28

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
( This Form must be submitted for each Bank Account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. [See MOR-1 (INDV) (CON'T)]

|  | Current Month Actual | | | Cumulative Filing to Date |
|---|---|---|---|---|
|  | 4607 | 0713 | Total |  |
| **Cash - Beginning of Month** | 226 | 93 | 319 | 9,304 |
|  |  |  |  |  |
| **RECEIPTS** |  |  |  |  |
| Wages (Crosstown Distributions) | 35,000 |  | 35,000 | 44,500 |
| Personal loan | 9,000 |  | 9,000 | 9,000 |
| Alimony and Child Support |  |  | - | - |
| Social Security and Pension Income |  |  | - | - |
| Miscellaneous Deposits |  |  | - | - |
| Other Income (attach schedule) | 10,580 |  | 10,580 | 11,032 |
| **Total Receipts** | 54,580 | - | 54,580 | 64,532 |
|  |  |  |  |  |
| **DISBURSEMENTS** |  |  |  |  |
| **ORDINARY ITEMS:** |  |  |  |  |
| Mortgage Payment(s) | - | - | - | - |
| Rental Payment(s) | - | - | - | - |
| Other Secured Note Payments | - | - | - | - |
| Utilities | 950 | - | 950 | 1,642 |
| Insurance | 1,707 | - | 1,707 | 6,921 |
| Auto | 789 | - | 789 | 789 |
| Investment Contributions | 10,000 | - | 10,000 | 10,000 |
| Business Expenses | 5,001 | - | 5,001 | 5,001 |
| Repairs and Maintenance | - | - | - | 500 |
| Medical Expenses | 293 | - | 293 | 340 |
| Household Expenses | 16,415 | - | 16,415 | 17,915 |
| Charitable Contributions | - | - | - | - |
| Bank Fees | 130 | - | 130 | 450 |
| Child Care Expenses | - | - | - | 400 |
| Alimony and Child Support Payments | - | - | - | - |
| Legal Fees | - | - | - | 2,425 |
| Accounting Fees | 3,000 | - | 3,000 | 3,000 |
| Taxes - Personal Property | - | - | - | - |
| Storage Unit | 639 | - | 639 | 639 |
| Travel and Entertainment | - | - | - | - |
| Housekeeping | 5,420 | - | 5,420 | 8,260 |
| Miscellaneous Expense | 801 | - | 801 | 801 |
| Other (attach schedule) | - | - | - | - |
| Total Ordinary Disbursements | 45,145 | - | 45,145 | 59,082 |
| **REORGANIZATION ITEMS:** |  |  |  |  |
| Professional Fees | 1,717 | - | 1,717 | 6,717 |
| U. S. Trustee Fees | - | - | - | - |
| Other Reorganization Expenses (attach schedule) | - | - | - | - |
| Total Reorganization Items | $1,717 | - | 1,717 | 6,717 |
|  |  |  |  |  |
| **Total Disbursements (Ordinary + Reorganization)** | $46,862 | - | 46,862 | 65,799 |
|  |  |  |  |  |
| **Net Cash Flow (Total Receipts - Total Disbursements)** | 7,718 | - | 7,718 | (1,267) |
|  |  |  |  |  |
| **Cash - End of Month (Must equal reconciled bank statement)** | 7,944 | 93 | 8,037 | 8,037 |

**In re:** William J. Focazio  
    Debtor

**Case No.** 19-10880  
**Reporting Period** February 1 - February 28

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---:|---:|
| **Other Income** | | |
|   Insurance Refund | 1,580 | 1,580 |
|   Rental Income | 2,000 | 2,000 |
|   Jewelry Sale | 7,000 | 7,000 |
| | | |
| | | |
| | | |
| **Other Taxes** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |

FORM MOR-1 (INDV) (CON'T)  
(9/99)

**In re:** William J. Focazio  
          Debtor

**Case No.** 19-10880  
**Reporting Period** February 1 - February 28

## DISBURSEMENTS

| Payee | Account | Date | Amount | Purpose | Check # | Comment |
|---|---|---|---|---|---|---|
| **Personal Disbursements** | | | | | | |
| Cash | x4607 | 2/1/2019 | $1,500 | Household Expenses | | |
| Evelyn | x4607 | 2/1/2019 | $500 | Housekeeping | 1336 | |
| Olympus | x4607 | 2/4/2019 | $471 | Household Expenses | | |
| The Shannon | x4607 | 2/4/2019 | $247 | Household Expenses | | |
| Sunoco | x4607 | 2/4/2019 | $59 | Auto | | |
| Ulta | x4607 | 2/4/2019 | $71 | Household Expenses | | |
| Uncle Giuseppe's | x4607 | 2/4/2019 | $266 | Household Expenses | | |
| Jaquin Gonzalez | x4607 | 2/4/2019 | $800 | Household Expenses | 1338 | |
| Varka | x4607 | 2/5/2019 | $175 | Household Expenses | | |
| Evelyn | x4607 | 2/5/2019 | $600 | Housekeeping | 1339 | |
| Patrillo Lansdcaping | x4607 | 2/5/2019 | $1,500 | Household Expenses | 1324 | |
| Delma | x4607 | 2/6/2019 | $480 | Housekeeping | 1340 | |
| Franklin Mutual | x4607 | 2/7/2019 | $908 | Insurance | | |
| Jasus Lopez | x4607 | 2/7/2019 | $500 | Miscellaneous Expense | 1343 | |
| Citron Cooperman | x4607 | 2/7/2019 | $3,000 | Accounting Fees | 1341 | |
| Sushi Lounge | x4607 | 2/8/2019 | $284 | Household Expenses | | |
| Cash | x4607 | 2/8/2019 | $1,500 | Household Expenses | | |
| Evelyn | x4607 | 2/8/2019 | $600 | Housekeeping | 1342 | |
| David Stevens | x4607 | 2/8/2019 | $1,717 | Professional Fees | 1329 | |
| Endo Surgical Center | x4607 | 2/11/2019 | $10,000 | Investment Contributions | | |
| E-Z Pass NJ | x4607 | 2/11/2019 | $47 | Auto | | |
| Bloomfield Twp | x4607 | 2/11/2019 | $36 | Miscellaneous Expense | | |
| Matthews Italian | x4607 | 2/11/2019 | $148 | Household Expenses | | |
| E-Z Pass NJ | x4607 | 2/11/2019 | $345 | Auto | | |
| Northwestern Mutual | x4607 | 2/12/2019 | $798 | Insurance | | |
| Varka | x4607 | 2/12/2019 | $193 | Household Expenses | | |
| Varka | x4607 | 2/12/2019 | $35 | Household Expenses | | |
| Evelyn | x4607 | 2/12/2019 | $600 | Housekeeping | 1346 | |
| Jaquin Gonzalez | x4607 | 2/12/2019 | $800 | Household Expenses | 1344 | |
| Safelite | x4607 | 2/13/2019 | $174 | Auto | | |
| Verizon | x4607 | 2/14/2019 | $332 | Utilities | | |
| Point Pleasant Beach | x4607 | 2/14/2019 | $148 | Household Expenses | | |
| Delma | x4607 | 2/14/2019 | $480 | Housekeeping | 1347 | |
| AT&T | x4607 | 2/15/2018 | $618 | Utilities | | |
| First ACH | x4607 | 2/15/2018 | $4,529 | Business Expenses | | |
| Days Gone by | x4607 | 2/15/2018 | $107 | Household Expenses | | |

**investors Bank**
101 Wood Avenue South • Iselin, NJ • 08830

855-iBank4U (855.422.6548)
myinvestorsbank.com



**RETURN SERVICE REQUESTED**

NORTH JERSEY MEDICAL CONSULTANTS CORP
101 FOX HEDGE RD
SADDLE RIVER NJ 07458-2715

| BUSINESS CHECKING | | | |
|---|---|---|---|
| Account # | XXXXXXX4607 | Beginning Balance | $225.64 |
| Statement Period | | Deposits/Credits | $54,580.01 |
| From | 02/01/19 | Interest Paid | $0.00 |
| Through | 02/28/19 | Checks/Debits | -$46,731.88 |
| Average Balance | $11,203.93 | Service Charges | $130.00 |
| Earned Interest This Period | $0.00 | Ending Balance | $7,943.77 |
| | | # Deposits/Credits | 8 |
| Annual Percentage Yield Earned (APYE) | 0.00% | # Checks/Debits | 68 |
| | | YTD Interest | $0.00 |
| | | YTD Withholding | $0.00 |

| ACCOUNT ACTIVITY DETAIL | | | | |
|---|---|---|---|---|
| Date | Description | Deposits | Withdrawals | Balance |
| 02/01 | BEGINNING BALANCE | | | $225.64 |
| 02/01 | WIRE CROSSTOWN MEDICAL P.C. | $10,000.00 | | $10,225.64 |
| 02/01 | DEPOSIT | $1,580.01 | | $11,805.65 |
| 02/01 | WITHDRAWAL | | $1,500.00- | $10,305.65 |
| 02/01 | CHECK #1336 | | $500.00- | $9,805.65 |
| 02/04 | WIRE CROSSTOWN MEDICAL P.C. | $10,000.00 | | $19,805.65 |
| 02/04 | DC#0653 SIG PUR OLYMPUS CO OLYMPUS CORPORATION OLYMPUS.COM PA 076686 | | $471.31- | $19,334.34 |



**Rates to bring you in from out of the cold!**

**2.75% APY** | **15-Month CD* or IRA CD***

New Money required to open these Consumer or Business accounts. Minimum balance of at least **$10,000.00** to receive this Annual Percentage Yield. IRA CD minimum balance of at least **$5,500.00** to receive this APY.

* New Money is defined as money not on deposit with Investors Bank within six months prior to the date of account opening. The maximum amount you may deposit in any one of these promotional accounts is $2,000,000.00. Beginning  12/14/2018, open a Consumer or Business 15-month CD with new money. A minimum balance of at least $10,000.00 is required to receive an Annual Percentage Yield (APY) of 2.75%. Open an IRA 13-month CD with new money. A minimum balance of at least $5,500.00 is required to receive an APY of 2.75%. Penalties may apply for early withdrawal prior to maturity.  Government accounts and financial institution accounts are excluded from these offers. All offers may be withdrawn at any time without notice. There is a maximum of $250,000 of deposit insurance from the FDIC for each category of account ownership. Please visit fdic.gov for details.

Member FDIC

Page 1 of 6

**investors Bank**
101 Wood Avenue South • Iselin, NJ • 08830

855-iBank4U (855.422.6548)
myinvestorsbank.com

| Date | Description | Deposits | Withdrawals | Balance |
|---|---|---|---|---|
| | **ACCOUNT ACTIVITY DETAIL (continued)** | | | |
| 02/04 | DC#0653 SIG PUR THE SHANNO<br>THE SHANNON RO64805<br>RAMSEY NJ 015405 | | $247.48- | $19,086.86 |
| 02/04 | DC#0653 SIG PUR SUNOCO 001<br>SUNOCO 0015161301<br>WOODCLIFF LAK NJ 007673 | | $58.58- | $19,028.28 |
| 02/04 | DC#0653 SIG PUR ULTA #623<br>ULTA #623<br>CLIFTON NJ 020201 | | $71.43- | $18,956.85 |
| 02/04 | DC#0653 SIG PUR UNCLE GIUS<br>UNCLE GIUSEPPE'S R<br>RAMSEY NJ 091830 | | $265.85- | $18,691.00 |
| 02/04 | CHECK #1338 | | $800.00- | $17,891.00 |
| 02/05 | DC#0653 SIG PUR VARKA<br>VARKA<br>RAMSEY NJ 030163 | | $175.00- | $17,716.00 |
| 02/05 | CHECK #1339 | | $600.00- | $17,116.00 |
| 02/05 | CHECK #1324 | | $1,500.00- | $15,616.00 |
| 02/06 | CHECK #1340 | | $480.00- | $15,136.00 |
| 02/07 | DC#0653 SIG PUR FRANKLIN M<br>FRANKLIN MUT INS<br>973-948-3120 NJ 001014 | | $908.40- | $14,227.60 |
| 02/07 | CHECK #1343 | | $500.00- | $13,727.60 |
| 02/07 | CHECK #1341 | | $3,000.00- | $10,727.60 |
| 02/08 | WIRE CROSSTOWN MEDICAL P.C. | $8,000.00 | | $18,727.60 |
| 02/08 | DC#0653 SIG PUR SUSHI LOUN<br>SUSHI LOUNGE<br>TOTOWA NJ 049118 | | $284.38- | $18,443.22 |
| 02/08 | WITHDRAWAL | | $1,500.00- | $16,943.22 |
| 02/08 | CHECK #1342 | | $600.00- | $16,343.22 |
| 02/08 | CHECK #1329 | | $1,717.00- | $14,626.22 |
| 02/11 | WIRE ENDO SURGICAL CENTER OF N | | $10,000.00- | $4,626.22 |
| 02/11 | DEPOSIT | $9,000.00 | | $13,626.22 |
| 02/11 | DC#0653 SIG PUR NJ E-ZPASS<br>NJ E-ZPASS VIOLATIO<br>888-288-6865 NJ 047080 | | $47.10- | $13,579.12 |
| 02/11 | DC#0653 SIG PUR BLOOMFIELD<br>BLOOMFIELD TWP MUNI<br>973-6804078 NJ 023730 | | $36.00- | $13,543.12 |
| 02/11 | DC#0653 SIG PUR MATTHEWS I<br>MATTHEWS ITALIAN RE<br>CLIFTON NJ 013618 | | $148.00- | $13,395.12 |
| 02/11 | DC#0653 REC POS NEW JERSEY<br>NEW JERSEY E-ZPASS<br>888-288-6865 NJ 018359 | | $345.00- | $13,050.12 |

**investors**Bank  855-iBank4U (855.422.6548)
101 Wood Avenue South • Iselin, NJ • 08830  myinvestorsbank.com

| Date | Description | Deposits | Withdrawals | Balance |
|---|---|---|---|---|
| **ACCOUNT ACTIVITY DETAIL (continued)** | | | | |
| 02/12 | NORTHWESTERN MU  ISA PAYMNT<br>XXXXX95-02 | | $798.15- | $12,251.97 |
| 02/12 | DC#0653 SIG PUR VARKA<br>VARKA<br>RAMSEY NJ  058772 | | $193.15- | $12,058.82 |
| 02/12 | DC#0653 SIG PUR VARKA<br>VARKA<br>RAMSEY NJ  058752 | | $35.00- | $12,023.82 |
| 02/12 | CHECK #1346 | | $600.00- | $11,423.82 |
| 02/12 | CHECK #1344 | | $800.00- | $10,623.82 |
| 02/13 | DC#0653 SIG PUR SAFELITE A<br>SAFELITE AUTOGLASS<br>614-210-9192 OH  017284 | | $173.76- | $10,450.06 |
| 02/14 | DC#0653 REC POS VERIZON*RE<br>VERIZON*RECURRING P<br>800-VERIZON FL  003875 | | $332.01- | $10,118.05 |
| 02/14 | DC#0653 SIG PUR POINT PLEA<br>POINT PLEASANT BEAC<br>732-8921118 NJ  008613 | | $148.00- | $9,970.05 |
| 02/14 | CHECK #1347 | | $480.00- | $9,490.05 |
| 02/15 | WIRE CROSSTOWN MEDICAL P.C. | $7,000.00 | | $16,490.05 |
| 02/15 | DEPOSIT | $2,000.00 | | $18,490.05 |
| 02/15 | ATT          PAYMENT<br>XXXXX6011EPAYF | | $618.39- | $17,871.66 |
| 02/15 | AFI          FIRST ACH<br>7732269 | | $4,529.00- | $13,342.66 |
| 02/15 | DC#0653 SIG PUR TMS*DAYS G<br>TMS*DAYS GONE BY FL<br>CLIFTON NJ  000076 | | $107.00- | $13,235.66 |
| 02/15 | WITHDRAWAL | | $2,000.00- | $11,235.66 |
| 02/15 | CHECK #1350 | | $800.00- | $10,435.66 |
| 02/15 | CHECK #1345 | | $1,000.00- | $9,435.66 |
| 02/15 | SERVICE CHARGE DEBIT | | $130.00- | $9,305.66 |
| 02/19 | DC#0653 SIG PUR WOODCLIFF<br>WOODCLIFF LAKE WINE<br>WOODCLIFF LAK NJ  010241 | | $38.35- | $9,267.31 |
| 02/19 | DC#0653 SIG PUR SUNOCO 001<br>SUNOCO 0015161301<br>WOODCLIFF LAK NJ  036236 | | $49.04- | $9,218.27 |
| 02/19 | DC#0653 SIG PUR ACME #1069<br>ACME #1069<br>WOODCLIFF LAK NJ  065067 | | $268.12- | $8,950.15 |
| 02/19 | DC#0653 SIG PUR SUNOCO 001<br>SUNOCO 0015161301<br>WOODCLIFF LAK NJ  038359 | | $54.85- | $8,895.30 |

**investors Bank**
101 Wood Avenue South • Iselin, NJ • 08830

855-iBank4U (855.422.6548)
myinvestorsbank.com

| Date | Description | Deposits | Withdrawals | Balance |
|---|---|---|---|---|
| **ACCOUNT ACTIVITY DETAIL (continued)** ||||
| 02/19 | DC#0653 SIG PUR PRIME STOR<br>PRIME STORAGE NJ17<br>973-6676060 NJ  029635 | | $156.47- | $8,738.83 |
| 02/19 | DC#0653 SIG PUR PRIME STOR<br>PRIME STORAGE NJ17<br>973-6676060 NJ  032678 | | $213.52- | $8,525.31 |
| 02/19 | CHECK #1348 | | $64.50- | $8,460.81 |
| 02/19 | CHECK #1349 | | $472.00- | $7,988.81 |
| 02/20 | DC#0653 SIG PUR VARKA<br>VARKA<br>RAMSEY NJ  089826 | | $181.20- | $7,807.61 |
| 02/20 | CHECK #1352 | | $480.00- | $7,327.61 |
| 02/20 | CHECK #1351 | | $600.00- | $6,727.61 |
| 02/22 | DEPOSIT | $7,000.00 | | $13,727.61 |
| 02/22 | WITHDRAWAL | | $500.00- | $13,227.61 |
| 02/25 | DC#0653 PIN PUR COLONIAL P<br>COLONIAL PHARMACY<br>CLIFTON NJ  476965 | | $198.31- | $13,029.30 |
| 02/25 | DC#0653 SIG PUR NOVELLI RE<br>NOVELLI RESTAURANT<br>WAYNE NJ  022601 | | $260.71- | $12,768.59 |
| 02/25 | DC#0653 SIG PUR PRIME STOR<br>PRIME STORAGE NJ17<br>973-6676060 NJ  016672 | | $269.49- | $12,499.10 |
| 02/25 | DC#0653 SIG PUR FELINA RES<br>FELINA RESTAURANT<br>RIDGEWOOD NJ  000048 | | $250.05- | $12,249.05 |
| 02/25 | DC#0653 SIG PUR VERTICAL G<br>VERTICAL GURU<br>800-581-6728 NJ  061896 | | $149.50- | $12,099.55 |
| 02/26 | DC#0653 SIG PUR MILLERS PH<br>MILLERS PHARMACY<br>201-8913333 NJ  000075 | | $95.00- | $12,004.55 |
| 02/26 | DC#0653 SIG PUR CARECENTRI<br>CARECENTRIX<br>800-808-1902 NY  002766 | | $151.60- | $11,852.95 |
| 02/26 | CHECK #1355 | | $600.00- | $11,252.95 |
| 02/26 | CHECK #1354 | | $800.00- | $10,452.95 |
| 02/27 | DC#0653 SIG PUR ACTION TIR<br>ACTION TIRE CUSTOM<br>LODI NJ  025934 | | $293.21- | $10,159.74 |
| 02/27 | DC#0653 SIG PUR SUNOCO 001<br>SUNOCO 0015161301<br>WOODCLIFF LAK NJ  060788 | | $60.67- | $10,099.07 |

**investors Bank**
101 Wood Avenue South • Iselin, NJ • 08830

855-iBank4U (855.422.6548)
myinvestorsbank.com

| *ACCOUNT ACTIVITY DETAIL (continued)* | | | | |
|---|---|---|---|---|
| Date | Description | Deposits | Withdrawals | Balance |
| 02/27 | DC#0653 SIG PUR NAVITA'S H<br>NAVITA'S HALLMARK<br>WOODCLIFF LAK NJ  085936 | | $34.99- | $10,064.08 |
| 02/27 | WITHDRAWAL | | $1,000.00- | $9,064.08 |
| 02/27 | CHECK #1358 | | $480.00- | $8,584.08 |
| 02/28 | DC#0653 SIG PUR NOVELLI RE<br>NOVELLI RESTAURANT<br>WAYNE NJ  013621 | | $334.16- | $8,249.92 |
| 02/28 | DC#0653 SIG PUR PT RESTAUR<br>PT RESTAURANT CORP<br>MONTVALE NJ  000018 | | $106.15- | $8,143.77 |
| 02/28 | CHECK #1359 | | $200.00- | $7,943.77 |
| 02/28 | ENDING BALANCE | | | $7,943.77 |

| *CHECK REGISTER* | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Check # | Date | Amount | Check # | Date | Amount | Check # | Date | Amount |
| 1324 | 02/05 | $1,500.00 | 1343 | 02/07 | $500.00 | 1351 | 02/20 | $600.00 |
| 1329* | 02/08 | $1,717.00 | 1344 | 02/12 | $800.00 | 1352 | 02/20 | $480.00 |
| 1336* | 02/01 | $500.00 | 1345 | 02/15 | $1,000.00 | 1354* | 02/26 | $800.00 |
| 1338* | 02/04 | $800.00 | 1346 | 02/12 | $600.00 | 1355 | 02/26 | $600.00 |
| 1339 | 02/05 | $600.00 | 1347 | 02/14 | $480.00 | 1358* | 02/27 | $480.00 |
| 1340 | 02/06 | $480.00 | 1348 | 02/19 | $64.50 | 1359 | 02/28 | $200.00 |
| 1341 | 02/07 | $3,000.00 | 1349 | 02/19 | $472.00 | | | |
| 1342 | 02/08 | $600.00 | 1350 | 02/15 | $800.00 | | | |

*(# AFTER THE CHECK AMOUNT INDICATES ACH CHECK - * INDICATES NON-CONSECUTIVE CHECK NUMBER(S))*

**investors**Bank

101 Wood Avenue South • Iselin, NJ • 08830

855-iBank4U (855.422.6548)
myinvestorsbank.com

**RETURN SERVICE REQUESTED**

NORTH JERSEY MEDICAL CONSULTANTS CORP
101 FOX HEDGE RD
SADDLE RIVER NJ 07458-2715



Depositing checks just got easier!
Download Investors Bank Mobile

Member FDIC

## BUSINESS CHECKING

| | | | | |
|---|---|---|---|---|
| **Account #** | XXXXXXX0713 | Beginning Balance | | $93.35 |
| *Statement Period* | | Deposits/Credits | | $0.00 |
| From | 02/01/19 | Interest Paid | | $0.00 |
| Through | 02/28/19 | Checks/Debits | | 0.00 |
| *Average Balance* | $93.35 | Service Charges | | $0.00 |
| *Earned Interest This Period* | $0.00 | Ending Balance | | $93.35 |
| | | # Deposits/Credits | | 0 |
| Annual Percentage Yield Earned (APYE) | 0.00% | # Checks/Debits | | 0 |
| | | YTD Interest | | $0.00 |
| | | YTD Withholding | | $0.00 |

### ACCOUNT ACTIVITY DETAIL

| Date | Description | Deposits | Withdrawals | Balance |
|---|---|---|---|---|
| 02/01 | BEGINNING BALANCE | | | $93.35 |
| 02/28 | ENDING BALANCE | | | $93.35 |



**2.75% APY  15-Month CD* or IRA CD***

New Money required to open these Consumer or Business accounts. Minimum balance of at least **$10,000.00** to receive this Annual Percentage Yield. IRA CD minimum balance of at least **$5,500.00** to receive this APY.



* New Money is defined as money not on deposit with Investors Bank within six months prior to the date of account opening. The maximum amount you may deposit in any one of these promotional accounts is $2,000,000.00. Beginning 12/14/2018, open a Consumer or Business 15-month CD with new money. A minimum balance of at least $10,000.00 is required to receive an Annual Percentage Yield (APY) of 2.75%. Open an IRA 13-month CD with new money. A minimum balance of at least $5,500.00 is required to receive an APY of 2.75%. Penalties may apply for early withdrawal prior to maturity. Government accounts and financial institution accounts are excluded from these offers. All offers may be withdrawn at any time without notice. There is a maximum of $250,000 of deposit insurance from the FDIC for each category of account ownership. Please visit fdic.gov for details.

Member FDIC

Page 1 of 2

**In re:** William J. Focazio  
        Debtor

**Case No.** 19-10880  
**Reporting Period** February 1 - February 28

### DISBURSEMENTS

| Payee | Account | Date | Amount | Purpose | Check # | Comment |
|---|---|---|---|---|---|---|
| **Personal Disbursements** | | | | | | |
| Cash | x4607 | 2/15/2019 | $2,000 | Household Expenses | | |
| Jaquin Gonzalez | x4607 | 2/15/2019 | $800 | Household Expenses | 1350 | |
| Pool Company | x4607 | 2/15/2019 | $1,000 | Household Expenses | 1345 | |
| TD Bank | x4607 | 2/15/2019 | $130 | Bank Fees | | |
| Woodcliff Lake Wine | x4607 | 2/19/2019 | $38 | Household Expenses | | |
| Sunoco | x4607 | 2/19/2019 | $49 | Auto | | |
| ACME | x4607 | 2/19/2019 | $268 | Household Expenses | | |
| Sunoco | x4607 | 2/19/2019 | $55 | Auto | | |
| Prime Storage | x4607 | 2/19/2019 | $156 | Storage Unit | | |
| Prime Storage | x4607 | 2/19/2019 | $214 | Storage Unit | | |
| | x4607 | 2/19/2019 | $65 | Miscellaneous Expense | 1348 | |
| Colleen Wilson | x4607 | 2/19/2019 | $472 | Business Expenses | 1349 | |
| Varka | x4607 | 2/20/2019 | $181 | Household Expenses | | |
| Delma | x4607 | 2/20/2019 | $480 | Housekeeping | 1352 | |
| Evelyn | x4607 | 2/20/2019 | $600 | Housekeeping | 1351 | |
| Cash | x4607 | 2/22/2019 | $500 | Household Expenses | | |
| Colonial Pharmacy | x4607 | 2/25/2019 | $198 | Medical Expenses | | |
| Novelli | x4607 | 2/25/2019 | $261 | Household Expenses | | |
| Prime Storage | x4607 | 2/25/2019 | $269 | Storage Unit | | |
| Felina Restaurant | x4607 | 2/25/2019 | $250 | Household Expenses | | |
| Vertical Guru | x4607 | 2/25/2019 | $150 | Household Expenses | | |
| Millers Pharmacy | x4607 | 2/26/2019 | $95 | Medical Expenses | | |
| CareCentrix | x4607 | 2/26/2019 | $152 | Household Expenses | | |
| Evelyn | x4607 | 2/26/2019 | $600 | Housekeeping | 1355 | |
| Jaquin Gonzalez | x4607 | 2/26/2019 | $800 | Household Expenses | 1354 | |
| Action Tire Custom | x4607 | 2/27/2019 | $293 | Household Expenses | | |
| Sunoco | x4607 | 2/27/2019 | $61 | Auto | | |
| Navaita's Hallmark | x4607 | 2/27/2019 | $35 | Household Expenses | | |
| Cash | x4607 | 2/27/2019 | $1,000 | Household Expenses | | |
| Delma | x4607 | 2/27/2019 | $480 | Housekeeping | 1358 | |
| Novelli | x4607 | 2/28/2019 | $334 | Household Expenses | | |
| PT Restaurant | x4607 | 2/28/2019 | $106 | Household Expenses | | |
| | x4607 | 2/28/2019 | $200 | Miscellaneous Expense | 1359 | |
| | | | $46,862 | | | |

**In re:** William J. Focazio   **Case No.** 19-10880
Debtor   **Reporting Period** February 1 - February 28

## BANK RECONCILIATIONS
**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account. The debtor's bank reconciliation may be substituted for this page.

|  | Operating | | Other | | Total |
|---|---|---|---|---|---|
|  | # 4607 | | # 0319 | | |
| **BALANCE PER BOOKS** | | 7,944 | | 93 | 8,037 |
| | | | | | |
| BANK BALANCE | | 7,944 | | 93 | |
| (+) DEPOSITS IN TRANSIT (ATTACH LIST) | | - | | - | - |
| (-) OUTSTANDING CHECKS (ATTACH LIST) | | - | | - | - |
| OTHER (ATTACH EXPLANATION) | | - | | - | - |
| ADJUSTED BANK BALANCE * | | 7,944 | | 93 | 8,037 |
| * Adjusted bank balance must equal | | | | | |
| balance per books | | | | | |
| | | | | | |
| **DEPOSITS IN TRANSIT** | Date | Amount | Date | Amount | |
| | | | | | |
| **CHECKS OUTSTANDING** | Ck. # | Amount | Ck. # | Amount | |
| | | | | | |
| OTHER | | | | | |

FORM MOR-1a
(04/07)

**In re:** William J. Focazio  
            Debtor

**Case No.** 19-10880  
**Reporting Period** February 1 - February 28

## SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID
This schedule is to include all retained professional payments from case inception to current month.

| Payee | Period Covered | Amount Approved | Payor | Check Number | Check Date | Amount Paid Fees | Amount Paid Expenses | Year-To-Date Fees | Year-To-Date Expenses |
|---|---|---|---|---|---|---|---|---|---|
| David Stevens | | 5,000 | William J. Focazio | 1328 | 1/17/2019 | 5,000 | - | 5,000.00 | - |
| David Stevens | | 1,717 | William J. Focazio | 1329 | 2/8/2019 | 1,717 | - | 1,717.00 | - |

FORM MOR-1b  
(04/07)

In re: <u>William J. Focazio</u>  
    Debtor

Case No. <u>19-10880</u>  
Reporting Period <u>January 15, 2019 - January 31, 2019</u>

**BALANCE SHEET**

The Balance Sheet is to be completed on an accrual basis only. Pre-petition liabilities must be classified separately from postpetition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---:|---:|
| Other Property (attach schedule) | 1,050,000 | 1,050,000 |
|   Total Property | 1,050,000 | 1,050,000 |
| Cash | 319 | 4,000 |
| Autos, Trucks & Other Vehicles | 43,862 | 43,862 |
| Household Goods and Furniture | 100,000 | 100,000 |
| Electronics | 5,000 | 5,000 |
| Clothing | 3,000 | 3,000 |
| Jewelry | 6,000 | 6,000 |
| Patnerships & Business Ventures | 60,000 | 60,000 |
| Medical License | 100,000 | 100,000 |
|   Total Other Assets | 318,181 | 321,862 |
| **TOTAL ASSETS** | 1,368,181 | 1,371,862 |

| | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---:|---:|
| *LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)* | | |
| Accounts Payable | - | - |
| Taxes Payable (refer to FORM MOR-4) | - | - |
| Wages Payable | - | - |
| Notes Payable | - | - |
| Rent / Leases - Building/Equipment | - | - |
| Secured Debt / Adequate Protection Payments | - | - |
| Professional Fees | - | - |
| Amounts Due to Insiders* | - | - |
| Other Postpetition Liabilities (attach schedule) | - | - |
|   Total Postpetition Liabilities | - | - |
| *LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)* | | |
| Secured Debt | 850,000 | 850,000 |
| Priority Debt | 246,979 | 246,979 |
| Unsecured Debt | 15,228,600 | 15,228,600 |
|   Total Pre - Petition Liabilities | 16,325,579 | 16,325,579 |
| **Total Liabilities** | 16,325,579 | 16,325,579 |

*"Insider" is defined in 11 U.S.C. Section 101(31).

FORM MOR-3  
(04/07)

In re: <u>William J. Focazio</u>　　　　　　　　　　　　　　　　　　　　　Case No. <u>19-10880</u>
　　　　Debtor_____　　　　　Reporting Period <u>January 15, 2019 - January 31, 2019</u>

**BALANCE SHEET - continuation sheet**

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---:|---:|
| Other Property | | |
| 66 Westview Road   Wayne, NJ  07470 | 650,000 | 650,000 |
| 641A Inlet Drive Block 175, Lot 2501 | 200,000 | 200,000 |
| 43 Inlet Drive Point Pleasant Beach, NJ, 08742 | 200,000 | 200,000 |
|   Total Other Property | 1,050,000 | 1,050,000 |
| | | |
| | | |
| | | |
| Other Assets | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---:|---:|
| Other Postpetition Liabilities | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Adjustments to Owner Equity | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Postpetition Contributions (Distributions) (Draws) | | |

Restricted Cash is cash that is restricted for a specific use and not available to fund operations.  Typically, restricted cash is segregated into a separate account, such as an escrow account.