**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In re <u>William J. Focazio</u>    Case No. <u>19-10880</u>
    Reporting Period: <u>March 1 - March 31</u>

**MONTHLY OPERATING REPORT**
**(INDIVIDUAL WAGE EARNERS)**
File with Court and submit copy to United States Trustee within 20 days after end of month

**Include FORM MOR-1 (INDV) if debtor is a wage earner.**
**Substitute FORM MOR-2 (RE) for MOR-2 if case is a Single Asset Real Estate case.**
Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | X | |
|    Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | X | |
|    Copies of bank statements | | X | |
|    Cash disbursements journals | MOR -1b | X | |
| Statement of Operations | | | |
| Balance Sheet | MOR - 3 | X | |
| Status of Postpetition Taxes | | | |
|    Copies of IRS Form 6123 or payment receipt | | | |
|    Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | | | |
|    Listing of aged accounts payable | | | |
| Accounts Receivable Reconciliation and Aging | | | |
| Debtor Questionnaire | | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report
are true and correct to the best of my knowledge and belief.

_____                  _____
Signature of Debtor                                                    Date

Edward A. Philips, Chapter 11 Trustee for
the Estate of William J. Focazio, Jr.
_____                  11.22.19
Signature of Chapter 11 Trustee                                        Date

**The Trustee was appointed by Court Order on May 17, 2019. The information contained herein is based on the Trustee's accountant's analysis of the Debtor's financial information that was made available to the Trustee. The Trustee takes no responsibility for the accuracy of the Debtor's information and reserves all rights in connection therewith. All statements were prepared on a cash basis of accounting.

FORM MOR (INDV)
(9/99)

**In re:** <u>William J. Focazio</u>  
Debtor

**Case No.** <u>19-10880</u>  
**Reporting Period** <u>March 1 - March 31</u>

### INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
( This Form must be submitted for each Bank Account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. [See MOR-1 (INDV) (CON'T)]

| | Current Month Actual | | | | Cumulative Filing to Date |
|---|---|---|---|---|---|
| | 4607 | 0713 | 7712 | Total | |
| **Cash - Beginning of Month** | 7,944 | 93 | - | 8,037 | 9,304 |
| **RECEIPTS** | | | | | |
| Wages (Distributions) | 16,000 | | | 16,000 | 60,500 |
| Personal loan | | | | - | 9,000 |
| Alimony and Child Support | | | | - | |
| Social Security and Pension Income | | | | - | |
| Miscellaneous Deposits | 811 | | 120 | 931 | 931 |
| Other Income (attach schedule) | 21,750 | | | 21,750 | 32,782 |
| **Total Receipts** | 38,561 | - | 120 | 38,681 | 103,213 |
| **DISBURSEMENTS** | | | | | |
| **ORDINARY ITEMS:** | | | | | |
| Mortgage Payment(s) | - | - | - | - | - |
| Rental Payment(s) | - | - | - | - | - |
| Other Secured Note Payments | | | | - | - |
| Utilities | 683 | - | - | 683 | 2,324 |
| Insurance | 1,301 | - | - | 1,301 | 8,222 |
| Auto | 1,232 | - | - | 1,232 | 2,021 |
| Investment Contributions | 1,250 | - | - | 1,250 | 11,250 |
| Business Expenses | 4,529 | - | - | 4,529 | 9,530 |
| Repairs and Maintenance | 4,200 | - | - | 4,200 | 4,700 |
| Medical Expenses | 182 | - | - | 182 | 523 |
| Household Expenses | 14,941 | - | - | 14,941 | 32,856 |
| Charitable Contributions | - | - | - | - | - |
| Bank Fees | 180 | - | 12 | 192 | 642 |
| Child Care Expenses | 400 | - | - | 400 | 800 |
| Alimony and Child Support Payments | - | - | - | - | - |
| Legal Fees | 3,500 | - | - | 3,500 | 5,925 |
| Accounting Fees | - | - | - | - | 3,000 |
| Taxes - Personal Property | - | - | - | - | - |
| Storage Unit | - | - | - | - | 639 |
| Travel and Entertainment | - | - | - | - | - |
| Housekeeping | 4,800 | - | - | 4,800 | 13,060 |
| Miscellaneous Expense | 3,962 | - | - | 3,962 | 4,762 |
| Other (attach schedule) | - | - | - | - | - |
| Total Ordinary Disbursements | 41,160 | - | 12 | 41,172 | 100,254 |
| **REORGANIZATION ITEMS:** | | | | | |
| Professional Fees | - | - | - | - | 6,717 |
| U. S. Trustee Fees | - | - | - | - | - |
| Other Reorganization Expenses (attach schedule) | - | - | - | - | - |
| Total Reorganization Items | - | - | - | - | 6,717 |
| **Total Disbursements (Ordinary + Reorganization)** | 41,160 | - | 12 | 41,172 | 106,971 |
| **Net Cash Flow (Total Receipts - Total Disbursements)** | (2,599) | - | 108 | (2,491) | (3,758) |
| **Cash - End of Month (Must equal reconciled bank statement)** | 5,345 | 93 | 108 | 5,546 | 5,546 |

**In re:** William J. Focazio  **Case No.** 19-10880
      Debtor  **Reporting Period** March 1 - March 31

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---:|---|
| **Other Income** | | |
|   Rental Income | 2,500 | |
|   Back Rent | 18,750 | |
|   Medical Services | 500 | |
| | | |
| | | |
| | | |
| **Other Taxes** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |

FORM MOR-1 (INDV) (CON'T)
(9/99)

In re: <u>William J. Focazio</u>  
       Debtor

**Case No.** <u>19-10880</u>  
**Reporting Period** <u>March 1 - March 31</u>

**DISBURSEMENTS**

| Payee | Account | Date | Amount | Purpose | Check # | Comment |
|---|---|---|---|---|---|---|
| **Personal Disbursements** | | | | | | |
| Colonial Pharmacy | x4607 | 3/1/2019 | $66 | Medical Expenses | | |
| Varka Restaurant | x4607 | 3/1/2019 | $256 | Household Expenses | | |
| Cash | x4607 | 3/1/2019 | $1,000 | Household Expenses | | |
| Fire & Oak Restaurant | x4607 | 3/4/2019 | $181 | Household Expenses | | |
| Par 440 Restaurant and Lounge | x4607 | 3/4/2019 | $155 | Household Expenses | | |
| Sunoco | x4607 | 3/4/2019 | $57 | Auto | | |
| Liberty Mutual | x4607 | 3/4/2019 | $503 | Insurance | 1356 | |
| Jaquin Gonzalez | x4607 | 3/4/2019 | $800 | Household Expenses | 1361 | |
| Cash | x4607 | 3/5/2019 | $2,000 | Miscellaneous Expense | | |
| Cash | x4607 | 3/5/2019 | $272 | Miscellaneous Expense | 1367 | |
| Cash | x4607 | 3/5/2019 | $300 | Miscellaneous Expense | 1366 | |
| Evelyn | x4607 | 3/5/2019 | $600 | Housekeeping | 1362 | |
| E-Z Pass NJ | x4607 | 3/6/2019 | $345 | Auto | | |
| Northern Highlands School District | x4607 | 3/6/2019 | $130 | Miscellaneous Expense | | |
| Il Vecchio Cafe | x4607 | 3/6/2019 | $260 | Household Expenses | | |
| Joaquin | x4607 | 3/6/2019 | $1,000 | Repairs and Maintenance | 1353 | |
| E-Z Pass NJ | x4607 | 3/7/2019 | $775 | Auto | | |
| E-Z Pass NJ | x4607 | 3/7/2019 | $1 | Auto | | |
| E-Z Pass NJ | x4607 | 3/7/2019 | $54 | Auto | | |
| Cash | x4607 | 3/8/2019 | $2,000 | Household Expenses | | |
| | x4607 | 3/8/2019 | $260 | Miscellaneous Expense | 1364 | |
| Cash | x4607 | 3/11/2019 | $300 | Miscellaneous Expense | 1373 | |
| Delma | x4607 | 3/11/2019 | $480 | Housekeeping | 1371 | |
| Joaquin | x4607 | 3/11/2019 | $800 | Repairs and Maintenance | 1370 | |
| Nortwestern Mutual Insurance | x4607 | 3/12/2019 | $798 | Insurance | | |
| Vertical Guru | x4607 | 3/12/2019 | $150 | Household Expenses | | |
| Verizon | x4607 | 3/13/2019 | $331 | Utilities | | |
| Delma | x4607 | 3/13/2019 | $480 | Housekeeping | 1374 | |
| Evelyn | x4607 | 3/13/2019 | $600 | Housekeeping | 1372 | |
| Roger Serruto | x4607 | 3/13/2019 | $1,000 | Legal Fees | 1375 | |
| Gen Sushi & Hibachi | x4607 | 3/14/2019 | $91 | Household Expenses | | |
| SAMSCLUB.COM | x4607 | 3/14/2019 | $48 | Household Expenses | | |
| Cash | x4607 | 3/14/2019 | $2,000 | Household Expenses | | |
| Patrillo Landscaping | x4607 | 3/14/2019 | $500 | Household Expenses | 1369 | |
| Roger Serruto | x4607 | 3/14/2019 | $2,500 | Legal Fees | 1368 | |
| AT&T | x4607 | 3/15/2019 | $352 | Utilities | | |

In re: <u>William J. Focazio</u>　　　　　　　　　　　　　　　　　　　　　　　　Case No. <u>19-10880</u>
Debtor　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Reporting Period <u>March 1 - March 31</u>

**DISBURSEMENTS**

| Payee | Account | Date | Amount | Purpose | Check # | Comment |
|---|---|---|---|---|---|---|
| **Personal Disbursements** | | | | | | |
| First ACH | x4607 | 3/15/2019 | $4,529 | Business Expenses | | |
| Colonial Pharmacy | x4607 | 3/15/2019 | $117 | Medical Expenses | | |
| Service Charge Debit | x4607 | 3/15/2019 | $75 | Bank Fees | | |
| Joaquin | x4607 | 3/18/2019 | $800 | Repairs and Maintenance | 1376 | |
| Patrillo Landscaping | x4607 | 3/18/2019 | $2,500 | Household Expenses | 1377 | |
| Learning Lounge | x4607 | 3/19/2019 | $400 | Child Care Expenses | 1365 | |
| Cash | x4607 | 3/20/2019 | $3,000 | Household Expenses | | |
| UCF Charge | x4607 | 3/20/2019 | $35 | Bank Fees | | |
| Delma | x4607 | 3/20/2019 | $480 | Housekeeping | 1379 | |
| UCF Charge | x4607 | 3/20/2019 | $35 | Bank Fees | | |
| UCF Charge | x4607 | 3/20/2019 | $35 | Bank Fees | | |
| Cash | x4607 | 3/25/2019 | $2,000 | Household Expenses | | |
| Delma | x4607 | 3/25/2019 | $480 | Housekeeping | 1381 | |
| Joaquin | x4607 | 3/25/2019 | $800 | Repairs and Maintenance | 1382 | |
| Evelyn | x4607 | 3/26/2019 | $600 | Housekeeping | 1383 | |
| Delma | x4607 | 3/27/2019 | $480 | Housekeeping | 1384 | |
| | x4607 | 3/27/2019 | $500 | Miscellaneous Expense | 1385 | |
| Evelyn | x4607 | 3/27/2019 | $600 | Housekeeping | 1378 | |
| | x4607 | 3/28/2019 | $200 | Miscellaneous Expense | 1380 | |
| William Focazio MDPA | x4607 | 3/28/2019 | $1,250 | Investment Contributions | 1387 | |
| Joaquin | x4607 | 3/29/2019 | $800 | Repairs and Maintenance | 1389 | |
| | | | | | | |
| Harland Clarke Check Orders | x7712 | 3/15/2019 | $12 | Bank Fees | | |
| | | | | | | |
| | | | $41,172 | | | |

**investors**Bank
101 Wood Avenue South • Iselin, NJ • 08830

855-iBank4U (855.422.6548)
myinvestorsbank.com



**RETURN SERVICE REQUESTED**

NORTH JERSEY MEDICAL CONSULTANTS CORP
101 FOX HEDGE RD
SADDLE RIVER NJ 07458-2715

| BUSINESS CHECKING | | | |
|---|---|---|---|
| **Account #** | XXXXXXX4607 | Beginning Balance | $7,943.77 |
| Statement Period | | Deposits/Credits | $39,161.05 |
| From | 03/01/19 | Interest Paid | $0.00 |
| Through | 03/31/19 | Checks/Debits | -$41,685.25 |
| Average Balance | $10,393.52 | Service Charges | $75.00 |
| Earned Interest This Period | $0.00 | Ending Balance | $5,344.57 |
| | | # Deposits/Credits | 10 |
| Annual Percentage Yield Earned (APYE) | 0.00% | # Checks/Debits | 54 |
| | | YTD Interest | $0.00 |
| | | YTD Withholding | $0.00 |

| ACCOUNT ACTIVITY DETAIL | | | | |
|---|---|---|---|---|
| Date | Description | **Deposits** | **Withdrawals** | **Balance** |
| 03/01 | BEGINNING BALANCE | | | $7,943.77 |
| 03/01 | DEPOSIT | $1,000.00 | | $8,943.77 |
| 03/01 | DC#0653 SIG PUR COLONIAL P COLONIAL PHARMACY 973-4734000 NJ  000064 | | $65.90- | $8,877.87 |
| 03/01 | DC#0653 SIG PUR VARKA VARKA RAMSEY NJ  084243 | | $256.45- | $8,621.42 |
| 03/01 | WITHDRAWAL | | $1,000.00- | $7,621.42 |

# IMPORTANT NOTICE:

Enclosed please find updates to our
2019 Fee Schedule for Business accounts.
These changes are effective June 1, 2019.



Member FDIC

Page 1 of 6

**investors**Bank  
101 Wood Avenue South • Iselin, NJ • 08830

855-iBank4U (855.422.6548)  
myinvestorsbank.com

| | ACCOUNT ACTIVITY DETAIL (continued) | | | |
|---|---|---|---|---|
| Date | Description | Deposits | Withdrawals | Balance |
| 03/04 | DC#0653 SIG PUR FIRE & OAK<br>FIRE & OAK<br>MONTVALE NY  020096 | | $181.22- | $7,440.20 |
| 03/04 | DC#0653 SIG PUR PAR 440<br>PAR 440<br>SHORT HILLS NJ  058336 | | $154.88- | $7,285.32 |
| 03/04 | DC#0653 SIG PUR SUNOCO 001<br>SUNOCO 0015161301<br>WOODCLIFF LAK NJ  072408 | | $56.62- | $7,228.70 |
| 03/04 | CHECK #1356 | | $502.87- | $6,725.83 |
| 03/04 | CHECK #1361 | | $800.00- | $5,925.83 |
| 03/05 | WIRE CROSSTOWN MEDICAL P.C. | $13,000.00 | | $18,925.83 |
| 03/05 | WIRE CROSSTOWN MEDICAL P.C. | $2,000.00 | | $20,925.83 |
| 03/05 | DEPOSIT | $500.00 | | $21,425.83 |
| 03/05 | WITHDRAWAL | | $2,000.00- | $19,425.83 |
| 03/05 | CHECK #1367 | | $272.00- | $19,153.83 |
| 03/05 | CHECK #1366 | | $300.00- | $18,853.83 |
| 03/05 | CHECK #1362 | | $600.00- | $18,253.83 |
| 03/06 | DC#0653 REC POS NEW JERSEY<br>NEW JERSEY E-ZPASS<br>888-288-6865 NJ  035268 | | $345.00- | $17,908.83 |
| 03/06 | DC#0653 SIG PUR PFI*NORTHE<br>PFI*NORTHERN HIGHLA<br>201-327-8700 NJ  033502 | | $129.94- | $17,778.89 |
| 03/06 | DC#0653 SIG PUR IL VECCHIO<br>IL VECCHIO CAFE<br>CALDWELL NJ  055142 | | $259.92- | $17,518.97 |
| 03/06 | CHECK #1353 | | $1,000.00- | $16,518.97 |
| 03/07 | DC#0653 SIG PUR NJ E-ZPASS<br>NJ E-ZPASS VIOLATIO<br>888-288-6865 NJ  043241 | | $775.00- | $15,743.97 |
| 03/07 | DC#0653 SIG PUR NJ E-ZPASS<br>NJ E-ZPASS VIOLATIO<br>888-288-6865 NJ  043244 | | $0.90- | $15,743.07 |
| 03/07 | DC#0653 SIG PUR NJ E-ZPASS<br>NJ E-ZPASS VIOLATIO<br>888-288-6865 NJ  043087 | | $54.25- | $15,688.82 |
| 03/08 | DEPOSIT | $4,750.00 | | $20,438.82 |
| 03/08 | WITHDRAWAL | | $2,000.00- | $18,438.82 |
| 03/08 | CHECK #1364 | | $260.00- | $18,178.82 |
| 03/11 | CHECK #1373 | | $300.00- | $17,878.82 |
| 03/11 | CHECK #1371 | | $480.00- | $17,398.82 |
| 03/11 | CHECK #1370 | | $800.00- | $16,598.82 |
| 03/12 | NORTHWESTERN MU  ISA PAYMNT<br>XXXXX95-02 | | $798.15- | $15,800.67 |

investors Bank
101 Wood Avenue South • Iselin, NJ • 08830

855-iBank4U (855.422.6548)
myinvestorsbank.com

| | ACCOUNT ACTIVITY DETAIL (continued) | | | |
|---|---|---|---|---|
| Date | Description | Deposits | Withdrawals | Balance |
| 03/12 | DC#0653 SIG PUR VERTICAL G<br>VERTICAL GURU<br>800-581-6728 NJ 076125 | | $149.50- | $15,651.17 |
| 03/13 | DC#0653 REC POS VERIZON*RE<br>VERIZON*RECURRING P<br>800-VERIZON FL 031764 | | $331.05- | $15,320.12 |
| 03/13 | CHECK #1374 | | $480.00- | $14,840.12 |
| 03/13 | CHECK #1372 | | $600.00- | $14,240.12 |
| 03/13 | CHECK #1375 | | $1,000.00- | $13,240.12 |
| 03/14 | DEPOSIT | $2,500.00 | | $15,740.12 |
| 03/14 | DC#0653 SIG PUR GEN SUSHI<br>GEN SUSHI & HIBACHI<br>MONTVALE NJ 090068 | | $91.23- | $15,648.89 |
| 03/14 | DC#0653 SIG PUR SAMSCLUB.C<br>SAMSCLUB.COM<br>888-746-7726 AR 018135 | | $47.98- | $15,600.91 |
| 03/14 | WITHDRAWAL | | $2,000.00- | $13,600.91 |
| 03/14 | CHECK #1369 | | $500.00- | $13,100.91 |
| 03/14 | CHECK #1368 | | $2,500.00- | $10,600.91 |
| 03/15 | ATT         PAYMENT<br>XXXXX7011EPAYH | | $351.81- | $10,249.10 |
| 03/15 | AFI         FIRST ACH<br>7833916 | | $4,529.00- | $5,720.10 |
| 03/15 | DC#0653 SIG PUR COLONIAL P<br>COLONIAL PHARMACY<br>973-4734000 NJ 000057 | | $116.58- | $5,603.52 |
| 03/15 | SERVICE CHARGE DEBIT | | $75.00- | $5,528.52 |
| 03/18 | CHECK #1376 | | $800.00- | $4,728.52 |
| 03/18 | CHECK #1377 | | $2,500.00- | $2,228.52 |
| 03/19 | CHECK #1365 | | $400.00- | $1,828.52 |
| 03/20 | DEPOSIT | $14,000.00 | | $15,828.52 |
| 03/20 | WITHDRAWAL | | $3,000.00- | $12,828.52 |
| 03/20 | PAID UCF DEBIT<br>UNCOLLECTED | | $35.00- | $12,793.52 |
| 03/20 | CHECK #1379 | | $480.00- | $12,313.52 |
| 03/20 | RET UCF DEBIT  000000000001379<br>UNCOLLECTED | | $35.00- | $12,278.52 |
| 03/20 | CHECK #1378 | | $600.00- | $11,678.52 |
| 03/20 | RET UCF DEBIT  000000000001378<br>UNCOLLECTED | | $35.00- | $11,643.52 |
| 03/21 | RETURNED ITEM - 1378 | $600.00 | | $12,243.52 |
| 03/21 | RETURNED ITEM - 1379 | $480.00 | | $12,723.52 |
| 03/25 | WITHDRAWAL | | $2,000.00- | $10,723.52 |
| 03/25 | CHECK #1381 | | $480.00- | $10,243.52 |
| 03/25 | CHECK #1382 | | $800.00- | $9,443.52 |
| 03/26 | CHECK #1383 | | $600.00- | $8,843.52 |

**investors** Bank
101 Wood Avenue South • Iselin, NJ • 08830

855-iBank4U (855.422.6548)
myinvestorsbank.com

| *ACCOUNT ACTIVITY DETAIL (continued)* | | | | |
|---|---|---|---|---|
| Date | Description | *Deposits* | Withdrawals | Balance |
| 03/27 | PROVISIONAL CREDIT REG E DISPUTE | $331.05 | | $9,174.57 |
| 03/27 | CHECK #1384 | | $480.00- | $8,694.57 |
| 03/27 | CHECK #1385 | | $500.00- | $8,194.57 |
| 03/27 | CHECK #1378 | | $600.00- | $7,594.57 |
| 03/28 | CHECK #1380 | | $200.00- | $7,394.57 |
| 03/28 | CHECK #1387 | | $1,250.00- | $6,144.57 |
| 03/29 | CHECK #1389 | | $800.00- | $5,344.57 |
| 03/31 | ENDING BALANCE | | | $5,344.57 |

| *CHECK REGISTER* | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Check # | Date | Amount | Check # | Date | Amount | Check # | Date | Amount |
| 1353 | 03/06 | $1,000.00 | 1370 | 03/11 | $800.00 | 1379 | 03/20 | $480.00 |
| 1356* | 03/04 | $502.87 | 1371 | 03/11 | $480.00 | 1380 | 03/28 | $200.00 |
| 1361* | 03/04 | $800.00 | 1372 | 03/13 | $600.00 | 1381 | 03/25 | $480.00 |
| 1362 | 03/05 | $600.00 | 1373 | 03/11 | $300.00 | 1382 | 03/25 | $800.00 |
| 1364* | 03/08 | $260.00 | 1374 | 03/13 | $480.00 | 1383 | 03/26 | $600.00 |
| 1365 | 03/19 | $400.00 | 1375 | 03/13 | $1,000.00 | 1384 | 03/27 | $480.00 |
| 1366 | 03/05 | $300.00 | 1376 | 03/18 | $800.00 | 1385 | 03/27 | $500.00 |
| 1367 | 03/05 | $272.00 | 1377 | 03/18 | $2,500.00 | 1387* | 03/28 | $1,250.00 |
| 1368 | 03/14 | $2,500.00 | 1378 | 03/20 | $600.00 | 1389* | 03/29 | $800.00 |
| 1369 | 03/14 | $500.00 | 1378* | 03/27 | $600.00 | | | |

*(# AFTER THE CHECK AMOUNT INDICATES ACH CHECK - * INDICATES NON-CONSECUTIVE CHECK NUMBER(S))*

**TD Bank**
America's Most Convenient Bank®                    T         STATEMENT OF ACCOUNT

WILLIAM FOCAZIO                                  Page:                                    1 of 2
DIP CASE 19-10880 DIST NJ                        Statement Period:     Mar 07 2019-Apr 05 2019
101 FOX HEDGE RD                                 Cust Ref #:           4364907712-039-T-###
SADDLE RIVER NJ  07458                           Primary Account #:              436-4907712

## Chapter 11 Checking

WILLIAM FOCAZIO                                                          Account # 436-4907712
DIP CASE 19-10880 DIST NJ

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 0.00 | Average Collected Balance | 197.90 |
| Deposits | 2,620.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Electronic Payments | 11.95 | Annual Percentage Yield Earned | 0.00% |
| Ending Balance | 2,608.05 | Days in Period | 30 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/07 | DEPOSIT | 120.00 |
| 04/04 | DEPOSIT | 2,500.00 |
| | Subtotal: | 2,620.00 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/15 | ACH DEBIT, HARLAND CLARKE CHK ORDERS *I***24003741L7 | 11.95 |
| | Subtotal: | 11.95 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 03/07 | 0.00 | 03/15 | 108.05 |
| 03/07 | 120.00 | 04/04 | 2,608.05 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

**investors**Bank

101 Wood Avenue South • Iselin, NJ • 08830

855-iBank4U (855.422.6548)
myinvestorsbank.com

**RETURN SERVICE REQUESTED**

NORTH JERSEY MEDICAL CONSULTANTS CORP
101 FOX HEDGE RD
SADDLE RIVER NJ 07458-2715



Depositing checks just got easier!
Download Investors Bank Mobile
Member FDIC

## BUSINESS CHECKING

| Account # | XXXXXXX0713 | Beginning Balance | $93.35 |
|---|---|---|---|
| Statement Period | | Deposits/Credits | $0.00 |
| From | 03/01/19 | Interest Paid | $0.00 |
| Through | 03/31/19 | Checks/Debits | 0.00 |
| Average Balance | $93.35 | Service Charges | $0.00 |
| Earned Interest This Period | $0.00 | Ending Balance | $93.35 |
| | | # Deposits/Credits | 0 |
| Annual Percentage Yield Earned (APYE) | 0.00% | # Checks/Debits | 0 |
| | | YTD Interest | $0.00 |
| | | YTD Withholding | $0.00 |

### ACCOUNT ACTIVITY DETAIL

| Date | Description | Deposits | Withdrawals | Balance |
|---|---|---|---|---|
| 03/01 | BEGINNING BALANCE | | | $93.35 |
| 03/31 | ENDING BALANCE | | | $93.35 |



**IMPORTANT NOTICE:**
Enclosed please find updates to our
2019 Fee Schedule for Business accounts.
These changes are effective June 1, 2019.

**investors**Bank
Member FDIC

Page 1 of 2

| In re: William J. Focazio | | | | | | Case No. 19-10880 |
|---|---|---|---|---|---|---|
| Debtor | | | | | | Reporting Period March 1 - March 31 |

**BANK RECONCILIATIONS**
**Continuation Sheet for MOR-1**
A bank reconciliation must be included for each bank account. The debtor's bank reconciliation may be substituted for this page.

| | Operating | Other | Other | Total |
|---|---|---|---|---|
| | # 4607 | # 0713 | # 7712 | |
| **BALANCE PER BOOKS** | 5,345 | 93 | 108 | 5,546 |
| BANK BALANCE | 5,345 | 93 | 108 | 5,546 |
| (+) DEPOSITS IN TRANSIT (ATTACH LIST) | - | - | - | - |
| (-) OUTSTANDING CHECKS (ATTACH LIST) | - | - | - | - |
| OTHER (ATTACH EXPLANATION) | - | - | - | - |
| ADJUSTED BANK BALANCE * | 5,345 | 93 | 108 | 5,546 |
| * Adjusted bank balance must equal balance per books | | | | |

| **DEPOSITS IN TRANSIT** | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|
| | | | | | | |

| **CHECKS OUTSTANDING** | Ck. # | Amount | Ck. # | Amount | Ck. # | Amount |
|---|---|---|---|---|---|---|
| | | | | | | |

| OTHER | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |

FORM MOR-1a
(04/07)

**In re:** William J. Focazio  
            Debtor

**Case No.** 19-10880  
**Reporting Period** March 1 - March 31

### SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID
This schedule is to include all retained professional payments from case inception to current month.

| Payee | Period Covered | Amount Approved | Payor | Check Number | Check Date | Amount Paid Fees | Amount Paid Expenses | Year-To-Date Fees | Year-To-Date Expenses |
|---|---|---|---|---|---|---|---|---|---|
| David Stevens | | 5,000 | William J. Focazio | 1328 | 1/17/2019 | 5,000 | - | 5,000.00 | - |
| David Stevens | | 1,717 | William J. Focazio | 1329 | 2/8/2019 | 1,717 | - | 1,717.00 | - |

FORM MOR-1b  
(04/07)

In re: <u>William J. Focazio</u>  
           Debtor

Case No. <u>19-10880</u>  
Reporting Period <u>March 1, 2019 - March 31, 2019</u>

**BALANCE SHEET**

The Balance Sheet is to be completed on an accrual basis only. Pre-petition liabilities must be classified separately from postpetition obligations.

| | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---:|---:|
| **ASSETS** | | |
| Other Property (attach schedule) | 1,050,000 | 1,050,000 |
|   Total Property | 1,050,000 | 1,050,000 |
| Cash | 319 | 4,000 |
| Autos, Trucks & Other Vehicles | 43,862 | 43,862 |
| Household Goods and Furniture | 100,000 | 100,000 |
| Electronics | 5,000 | 5,000 |
| Clothing | 3,000 | 3,000 |
| Jewelry | 6,000 | 6,000 |
| Patnerships & Business Ventures | 60,000 | 60,000 |
| Medical License | 100,000 | 100,000 |
|   Total Other Assets | 318,181 | 321,862 |
| **TOTAL ASSETS** | 1,368,181 | 1,371,862 |

| | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---:|---:|
| *LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)* | | |
| Accounts Payable | - | - |
| Taxes Payable (refer to FORM MOR-4) | - | - |
| Wages Payable | - | - |
| Notes Payable | - | - |
| Rent / Leases - Building/Equipment | - | - |
| Secured Debt / Adequate Protection Payments | - | - |
| Professional Fees | - | - |
| Amounts Due to Insiders* | - | - |
| Other Postpetition Liabilities (attach schedule) | - | - |
|   Total Postpetition Liabilities | - | - |
| *LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)* | | |
| Secured Debt | 850,000 | 850,000 |
| Priority Debt | 246,979 | 246,979 |
| Unsecured Debt | 15,228,600 | 15,228,600 |
|   Total Pre - Petition Liabilities | 16,325,579 | 16,325,579 |
| **Total Liabilities** | 16,325,579 | 16,325,579 |

*"Insider" is defined in 11 U.S.C. Section 101(31).

FORM MOR-3  
(04/07)

In re: William J. Focazio
Debtor

Case No. 19-10880
Reporting Period March 1, 2019 - March 31, 2019

**BALANCE SHEET - continuation sheet**

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| Other Property | | |
| 66 Westview Road   Wayne, NJ  07470 | 650,000 | 650,000 |
| 641A Inlet Drive Block 175, Lot 2501 | 200,000 | 200,000 |
| 43 Inlet Drive Point Pleasant Beach, NJ, 08742 | 200,000 | 200,000 |
| Total Other Property | 1,050,000 | 1,050,000 |
| | | |
| | | |
| | | |
| Other Assets | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| Other Postpetition Liabilities | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Adjustments to Owner Equity | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Postpetition Contributions (Distributions) (Draws) | | |

Restricted Cash is cash that is restricted for a specific use and not available to fund operations.  Typically, restricted cash is segregated into a separate account, such as an escrow account.

FORM MOR-3 CONT'D
(04/07)