**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In re <u>William J. Focazio</u>           Case No. <u>19-10880</u>
                                          Reporting Period: <u>April 1 - April 30</u>

**MONTHLY OPERATING REPORT**
**(INDIVIDUAL WAGE EARNERS)**
File with Court and submit copy to United States Trustee within 20 days after end of month

**Include FORM MOR-1 (INDV) if debtor is a wage earner.**
**Substitute FORM MOR-2 (RE) for MOR-2 if case is a Single Asset Real Estate case.**
Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | X | |
|    Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | X | |
|    Copies of bank statements | | X | |
|    Cash disbursements journals | MOR -1b | X | |
| Statement of Operations | | | |
| Balance Sheet | MOR - 3 | X | |
| Status of Postpetition Taxes | | | |
|    Copies of IRS Form 6123 or payment receipt | | | |
|    Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | | | |
|    Listing of aged accounts payable | | | |
| Accounts Receivable Reconciliation and Aging | | | |
| Debtor Questionnaire | | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report
are true and correct to the best of my knowledge and belief.

_____                              _____
Signature of Debtor                                             Date

*[signature: Edward A. Philips, Chapter 11 Trustee for the Estate of William J. Focazio, Jr.]*           11.22.19
Signature of Chapter 11 Trustee                                 Date

**The Trustee was appointed by Court Order on May 17, 2019. The information contained herein is based on the Trustee's accountant's analysis of the Debtor's financial information that was made available to the Trustee. The Trustee takes no responsibility for the accuracy of the Debtor's information and reserves all rights in connection therewith. All statements were prepared on a cash basis of accounting.

FORM MOR (INDV)
(9/99)

| In re: William J. Focazio | | | | | Case No. 19-10880 |
|---|---|---|---|---|---|
| Debtor | | | | | Reporting Period April 1 - April 30 |

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

( This Form must be submitted for each Bank Account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement.  The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed.  Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount.  A bank reconciliation must be attached for each account.  [See MOR-1 (INDV) (CON'T)]

| | Current Month Actual | | | | Cumulative Filing to Date |
|---|---|---|---|---|---|
| | 4607 | 0713 | 7712 | Total | |
| **Cash - Beginning of Month** | 5,345 | 93 | 108 | 5,546 | 9,304 |
| | | | | | |
| **RECEIPTS** | | | | | |
| Wages (Distributions) | 27,526 | | | 27,526 | 88,026 |
| Personal loan | | | | - | 9,000 |
| Alimony and Child Support | | | | - | - |
| Social Security and Pension Income | | | | - | - |
| Miscellaneous Deposits | | | 5,500 | 5,500 | 6,431 |
| Other Income (attach schedule) | 7,500 | | | 7,500 | 40,282 |
| **Total Receipts** | 35,026 | - | 5,500 | 40,526 | 143,739 |
| | | | | | |
| **DISBURSEMENTS** | | | | | |
| **ORDINARY ITEMS:** | | | | | |
| Mortgage Payment(s) | - | - | | - | - |
| Rental Payment(s) | - | - | | - | - |
| Other Secured Note Payments | - | - | - | - | - |
| Utilities | 350 | - | 2,548 | 2,899 | 5,223 |
| Insurance | 1,496 | - | - | 1,496 | 9,718 |
| Auto | - | - | - | - | 2,021 |
| Investment Contributions | 6,000 | - | - | 6,000 | 17,250 |
| Business Expenses | - | - | - | - | 9,530 |
| Repairs and Maintenance | 2,400 | - | - | 2,400 | 7,100 |
| Medical Expenses | 412 | - | - | 412 | 935 |
| Household Expenses | 13,072 | - | 60 | 13,132 | 45,988 |
| Charitable Contributions | - | - | - | - | - |
| Bank Fees | 20 | - | - | 20 | 662 |
| Child Care Expenses | - | - | - | - | 800 |
| Alimony and Child Support Payments | - | - | - | - | - |
| Legal Fees | - | - | - | - | 5,925 |
| Accounting Fees | - | - | - | - | 3,000 |
| Taxes - Personal Property | - | - | - | - | - |
| Storage Unit | - | - | - | - | 639 |
| Travel and Entertainment | 419 | - | - | 419 | 419 |
| Housekeeping | 5,513 | - | - | 5,513 | 18,573 |
| Miscellaneous Expense | 3,936 | - | - | 3,936 | 8,699 |
| Other (attach schedule) | 4,645 | - | - | 4,645 | 4,645 |
| Total Ordinary Disbursements | 38,264 | - | 2,608 | 40,872 | 141,127 |
| **REORGANIZATION ITEMS:** | | | | | |
| Professional Fees | - | - | - | - | 6,717 |
| U. S. Trustee Fees | - | - | 325 | 325 | 325 |
| Other Reorganization Expenses (attach schedule) | - | - | - | - | - |
| Total Reorganization Items | - | - | 325 | 325 | 7,042 |
| | | | | | |
| **Total Disbursements (Ordinary + Reorganization)** | 38,264 | - | 2,933 | 41,197 | 148,169 |
| | | | | | |
| **Net Cash Flow (Total Receipts - Total Disbursements)** | (3,238) | - | 2,567 | (671) | (4,430) |
| | | | | | |
| **Cash - End of Month (Must equal reconciled bank statement)** | 2,106 | 93 | 2,675 | 4,875 | 4,875 |

**In re:** William J. Focazio  
 Debtor

**Case No.** 19-10880  
**Reporting Period** April 1 - April 30

### INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| Astram Anesthesia Payment | 7,500 | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Taxes** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| Appraisal Cost | 3,000 | |
| Home Rental | 1,645 | |
| | | |
| | | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |

FORM MOR-1 (INDV) (CON'T)  
(9/99)

In re: William J. Focazio

Debtor

Case No. 19-10880
Reporting Period April 1 - April 30

**DISBURSEMENTS**

| Payee | Account | Date | Amount | Purpose | Check # | Comment |
|---|---|---|---|---|---|---|
| **Personal Disbursements** | | | | | | |
| | x4607 | 4/1/2019 | $147 | Miscellaneous Expense | | |
| Cash | x4607 | 4/1/2019 | $2,000 | Household Expenses | | |
| Joe | x4607 | 4/1/2019 | $450 | Miscellaneous Expense | 1388 | |
| The Coal House Restaurant | x4607 | 4/2/2019 | $149 | Household Expenses | | |
| Evelyn | x4607 | 4/2/2019 | $600 | Housekeeping | 1390 | |
| Delma | x4607 | 4/3/2019 | $480 | Housekeeping | 1391 | |
| Varka | x4607 | 4/4/2019 | $300 | Household Expenses | | |
| Franklin Mutual | x4607 | 4/5/2019 | $698 | Insurance | | |
| Sushi Lounge | x4607 | 4/5/2019 | $120 | Household Expenses | | |
| Plumber | x4607 | 4/5/2019 | $3,260 | Household Expenses | 1392 | |
| Churrascaria Boi Na Brasa Restaurant | x4607 | 4/8/2019 | $122 | Household Expenses | | |
| | x4607 | 4/8/2019 | $130 | Miscellaneous Expense | | |
| Tease Salon | x4607 | 4/8/2019 | $35 | Household Expenses | | |
| Vivid Seats New York | x4607 | 4/8/2019 | $266 | Travel and Entertainment | | |
| Joaquin Gonzalez | x4607 | 4/8/2019 | $800 | Repairs and Maintenance | 1393 | |
| Fleet Feet Sports | x4607 | 4/9/2019 | $150 | Household Expenses | | |
| Fleet Feet Sports | x4607 | 4/9/2019 | $113 | Household Expenses | | |
| Evelyn | x4607 | 4/9/2019 | $600 | Housekeeping | 1395 | |
| Northwestern Mutual | x4607 | 4/10/2019 | $798 | Insurance | | |
| Cash | x4607 | 4/10/2019 | $2,500 | Household Expenses | | |
| Delma | x4607 | 4/10/2019 | $480 | Housekeeping | 1399 | |
| Totoutt Animals | x4607 | 4/10/2019 | $1,112 | Household Expenses | 1386 | |
| NJT Mobile - Newark NJ | x4607 | 4/11/2019 | $20 | Travel and Entertainment | | |
| Uber | x4607 | 4/11/2019 | $123 | Travel and Entertainment | | |
| Uber | x4607 | 4/11/2019 | $5 | Travel and Entertainment | | |
| Uber | x4607 | 4/11/2019 | $6 | Travel and Entertainment | | |
| Gen Sushi & Habachi | x4607 | 4/12/2019 | $43 | Household Expenses | | |
| Matthew Italian Restaurant | x4607 | 4/12/2019 | $164 | Household Expenses | | |
| Cash | x4607 | 4/12/2019 | $170 | Miscellaneous Expense | 1400 | |
| | x4607 | 4/12/2019 | $1,500 | Miscellaneous Expense | 1396 | |
| Joaquin | x4607 | 4/15/2019 | $800 | Repairs and Maintenance | 1403 | |
| Endo Surgical | x4607 | 4/15/2019 | $6,000 | Investment Contributions | 1401 | |
| Bank Service Charge Debit | x4607 | 4/15/2019 | $20 | Bank Fees | | |
| AT&T | x4607 | 4/16/2019 | $350 | Utilities | | |
| Cash | x4607 | 4/16/2019 | $1,000 | Household Expenses | | |
| Delma | x4607 | 4/17/2019 | $480 | Housekeeping | 1404 | |

**In re:** William J. Focazio  
Debtor

**Case No. 1910880**  
**Reporting Period April 1 - April 30**

### DISBURSEMENTS

| Payee | Account | Date | Amount | Purpose | Check # | Comment |
|---|---|---|---|---|---|---|
| **Personal Disbursements** | | | | | | |
| Fire & Oak Restaurant | x4607 | 4/18/2019 | $147 | Household Expenses | | |
| Colonial Pharmacy | x4607 | 4/18/2019 | $412 | Medical Expenses | | |
| Cash | x4607 | 4/18/2019 | $500 | Household Expenses | | |
| Varka | x4607 | 4/19/2019 | $255 | Household Expenses | | |
| | x4607 | 4/19/2019 | $240 | Miscellaneous Expense | 1405 | |
| Patrillo Landscaping | x4607 | 4/19/2019 | $2,873 | Housekeeping | 1394 | |
| Gen Sushi & Hibachi | x4607 | 4/22/2019 | $103 | Household Expenses | | |
| Joaquin | x4607 | 4/22/2019 | $800 | Repairs and Maintenance | 1407 | |
| | x4607 | 4/22/2019 | $3,000 | Other | 1406 | |
| Cash | x4607 | 4/23/2019 | $800 | Miscellaneous Expense | 1409 | |
| Cash | x4607 | 4/24/2019 | $1,000 | Household Expenses | | |
| | x4607 | 4/24/2019 | $500 | Miscellaneous Expense | 1398 | |
| Berkshire Hathaway | x4607 | 4/26/2019 | $1,645 | Other | 1410 | |
| Con Edison | x7712 | 4/10/2019 | $2,548 | Utilities | | |
| Home Depot | x7712 | 4/22/2019 | $60 | Household Expenses | | |
| US Trustee | x7712 | 4/25/2019 | $325 | U. S. Trustee Fees | 103 | |
| | | | $41,197 | | | |

**investorsBank**
101 Wood Avenue South • Iselin, NJ • 08830

855-iBank4U (855.422.6548)
myinvestorsbank.com



**RETURN SERVICE REQUESTED**

NORTH JERSEY MEDICAL CONSULTANTS CORP
101 FOX HEDGE RD
SADDLE RIVER NJ 07458-2715

| BUSINESS CHECKING | | | |
|---|---|---|---|
| **Account #** | XXXXXXX4607 | Beginning Balance | $5,344.57 |
| Statement Period | | Deposits/Credits | $35,026.03 |
| From | 04/01/19 | Interest Paid | $0.00 |
| Through | 04/30/19 | Checks/Debits | -$38,244.25 |
| Average Balance | $8,306.66 | Service Charges | $20.00 |
| Earned Interest This Period | $0.00 | Ending Balance | $2,106.35 |
| | | # Deposits/Credits | 8 |
| Annual Percentage Yield Earned (APYE) | 0.00% | # Checks/Debits | 48 |
| | | YTD Interest | $0.00 |
| | | YTD Withholding | $0.00 |

| ACCOUNT ACTIVITY DETAIL | | | | |
|---|---|---|---|---|
| Date | Description | Deposits | Withdrawals | Balance |
| 04/01 | BEGINNING BALANCE | | | $5,344.57 |
| 04/01 | WIRE CROSSTOWN MEDICAL P.C. | $10,000.00 | | $15,344.57 |
| 04/01 | DC#0705 SIG PUR 709 | | $146.56- | $15,198.01 |
| | 709 | | | |
| | POINT PLEASAN NJ  000089 | | | |
| 04/01 | WITHDRAWAL | | $2,000.00- | $13,198.01 |
| 04/01 | CHECK #1388 | | $450.00- | $12,748.01 |

**IMPORTANT NOTICE:**

Enclosed please find updates to our
2019 Fee Schedule for Business accounts.
These changes are effective June 1, 2019.



Member FDIC

Page 1 of 8

**investors Bank**
101 Wood Avenue South • Iselin, NJ • 08830

855-iBank4U (855.422.6548)
myinvestorsbank.com

| | ACCOUNT ACTIVITY DETAIL (continued) | | | |
|---|---|---|---|---|
| Date | Description | Deposits | Withdrawals | Balance |
| 04/02 | DC#0705 SIG PUR THE COAL H<br>THE COAL HOUSE BIST<br>POINT PLEASAN NJ 076393 | | $149.22- | $12,598.79 |
| 04/02 | CHECK #1390 | | $600.00- | $11,998.79 |
| 04/03 | CHECK #1391 | | $480.00- | $11,518.79 |
| 04/04 | DC#0705 SIG PUR VARKA<br>VARKA<br>RAMSEY NJ 026173 | | $300.00- | $11,218.79 |
| 04/05 | FRANKLIN MUTUAL PREM & PMT<br>54970 | | $697.92- | $10,520.87 |
| 04/05 | DC#0705 SIG PUR SUSHI LOUN<br>SUSHI LOUNGE<br>TOTOWA NJ 094676 | | $119.96- | $10,400.91 |
| 04/05 | CHECK #1392 | | $3,260.41- | $7,140.50 |
| 04/08 | DEPOSIT | $4,000.00 | | $11,140.50 |
| 04/08 | DC#0705 SIG PUR CHURRASCAR<br>CHURRASCARIA BOI NA<br>NEWARK NJ 070117 | | $121.60- | $11,018.90 |
| 04/08 | DC#0705 SIG PUR 709<br>709<br>POINT PLEASAN NJ 060048 | | $129.82- | $10,889.08 |
| 04/08 | DC#0705 SIG PUR TEASE SALO<br>TEASE SALON<br>BLOOMFIELD NJ 040013 | | $35.00- | $10,854.08 |
| 04/08 | DC#0705 SIG PUR VIVID SEAT<br>VIVID SEATS NEW YOR<br>866-848-8499 IL 058244 | | $265.76- | $10,588.32 |
| 04/08 | CHECK #1393 | | $800.00- | $9,788.32 |
| 04/09 | DEPOSIT | $3,500.00 | | $13,288.32 |
| 04/09 | DC#0705 SIG PUR SPN*FLEETF<br>SPN*FLEETFEETSPOR<br>877-4127467 CA 074011 | | $150.00- | $13,138.32 |
| 04/09 | DC#0705 SIG PUR FLEET FEET<br>FLEET FEET SPORTS<br>MONTCLAIR NJ 000042 | | $112.50- | $13,025.82 |
| 04/09 | CHECK #1395 | | $600.00- | $12,425.82 |
| 04/10 | WIRE CROSSTOWN MEDICAL P.C. | $10,000.00 | | $22,425.82 |
| 04/10 | NORTHWESTERN MU ISA PAYMNT<br>XXXXX95-02 | | $798.15- | $21,627.67 |
| 04/10 | WITHDRAWAL | | $2,500.00- | $19,127.67 |
| 04/10 | CHECK #1399 | | $480.00- | $18,647.67 |
| 04/10 | CHECK #1386 | | $1,112.00- | $17,535.67 |
| 04/11 | DC#0705 SIG PUR NJT MOBILE<br>NJT MOBILE 3001<br>NEWARK NJ 071791 | | $19.50- | $17,516.17 |

investors Bank
101 Wood Avenue South • Iselin, NJ • 08830
855-iBank4U (855.422.6548)
myinvestorsbank.com

| Date | Description | Deposits | Withdrawals | Balance |
|---|---|---|---|---|
| *ACCOUNT ACTIVITY DETAIL (continued)* | | | | |
| 04/11 | DC#0705 SIG PUR UBER   TRI UBER   TRIP HELP.UBER.COM CA  040534 | | $122.56- | $17,393.61 |
| 04/11 | DC#0705 SIG PUR UBER   TRI UBER   TRIP HELP.UBER.COM CA  011872 | | $5.00- | $17,388.61 |
| 04/11 | DC#0705 SIG PUR UBER   TRI UBER   TRIP HELP.UBER.COM CA  087855 | | $5.84- | $17,382.77 |
| 04/12 | DC#0705 SIG PUR GEN SUSHI GEN SUSHI & HIBACHI MONTVALE NJ  070099 | | $43.18- | $17,339.59 |
| 04/12 | DC#0705 SIG PUR MATTHEWS I MATTHEWS ITALIAN RE CLIFTON NJ  060886 | | $163.50- | $17,176.09 |
| 04/12 | CHECK #1400 | | $170.00- | $17,006.09 |
| 04/12 | CHECK #1396 | | $1,500.00- | $15,506.09 |
| 04/15 | CHECK #1403 | | $800.00- | $14,706.09 |
| 04/15 | CHECK #1401 | | $6,000.00- | $8,706.09 |
| 04/15 | SERVICE CHARGE DEBIT | | $20.00- | $8,686.09 |
| 04/16 | DEPOSIT | $3,000.00 | | $11,686.09 |
| 04/16 | ATT        PAYMENT XXXXX5011EPAYM | | $350.44- | $11,335.65 |
| 04/16 | WITHDRAWAL | | $1,000.00- | $10,335.65 |
| 04/17 | CHECK #1404 | | $480.00- | $9,855.65 |
| 04/18 | DEPOSIT | $1,000.00 | | $10,855.65 |
| 04/18 | DC#0705 SIG PUR FIRE & OAK FIRE & OAK MONTVALE NY  020104 | | $146.69- | $10,708.96 |
| 04/18 | DC#0705 PIN PUR COLONIAL P COLONIAL PHARMACY CLIFTON NJ  472153 | | $412.48- | $10,296.48 |
| 04/18 | WITHDRAWAL | | $500.00- | $9,796.48 |
| 04/19 | DC#0705 SIG PUR VARKA VARKA RAMSEY NJ  053062 | | $255.40- | $9,541.08 |
| 04/19 | CHECK #1405 | | $240.00- | $9,301.08 |
| 04/19 | CHECK #1394 | | $2,873.00- | $6,428.08 |
| 04/22 | DC#0705 SIG PUR GEN SUSHI GEN SUSHI & HIBACHI MONTVALE NJ  050090 | | $102.76- | $6,325.32 |
| 04/22 | CHECK #1407 | | $800.00- | $5,525.32 |
| 04/22 | CHECK #1406 | | $3,000.00- | $2,525.32 |
| 04/23 | CHECK #1409 | | $800.00- | $1,725.32 |
| 04/24 | DEPOSIT | $1,726.03 | | $3,451.35 |
| 04/24 | WITHDRAWAL | | $1,000.00- | $2,451.35 |

**investors Bank**
101 Wood Avenue South • Iselin, NJ • 08830

855-iBank4U (855.422.6548)
myinvestorsbank.com

| ACCOUNT ACTIVITY DETAIL (continued) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Date | Description | | | Deposits | | Withdrawals | | Balance |
| 04/24 | CHECK #1398 | | | | | $500.00- | | $1,951.35 |
| 04/26 | DEPOSIT | | | $1,800.00 | | | | $3,751.35 |
| 04/26 | CHECK #1410 | | | | | $1,645.00- | | $2,106.35 |
| 04/30 | ENDING BALANCE | | | | | | | $2,106.35 |
| *CHECK REGISTER* | | | | | | | | |
| Check # | Date | Amount | Check # | Date | Amount | Check # | Date | Amount |
| 1386 | 04/10 | $1,112.00 | 1395 | 04/09 | $600.00 | 1404 | 04/17 | $480.00 |
| 1388* | 04/01 | $450.00 | 1396 | 04/12 | $1,500.00 | 1405 | 04/19 | $240.00 |
| 1390* | 04/02 | $600.00 | 1398* | 04/24 | $500.00 | 1406 | 04/22 | $3,000.00 |
| 1391 | 04/03 | $480.00 | 1399 | 04/10 | $480.00 | 1407 | 04/22 | $800.00 |
| 1392 | 04/05 | $3,260.41 | 1400 | 04/12 | $170.00 | 1409* | 04/23 | $800.00 |
| 1393 | 04/08 | $800.00 | 1401 | 04/15 | $6,000.00 | 1410 | 04/26 | $1,645.00 |
| 1394 | 04/19 | $2,873.00 | 1403* | 04/15 | $800.00 | | | |

*(# AFTER THE CHECK AMOUNT INDICATES ACH CHECK - * INDICATES NON-CONSECUTIVE CHECK NUMBER(S))*

**Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

WILLIAM FOCAZIO
DIP CASE 19-10880 DIST NJ
101 FOX HEDGE RD
SADDLE RIVER NJ  07458

| | |
|---|---|
| Page: | 1 of 2 |
| Statement Period: | Mar 07 2019-Apr 05 2019 |
| Cust Ref #: | 4364907712-039-T-### |
| Primary Account #: | 436-4907712 |

## Chapter 11 Checking

WILLIAM FOCAZIO
DIP CASE 19-10880 DIST NJ

Account # 436-4907712

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 0.00 | Average Collected Balance | 197.90 |
| Deposits | 2,620.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Electronic Payments | 11.95 | Annual Percentage Yield Earned | 0.00% |
| Ending Balance | 2,608.05 | Days in Period | 30 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/07 | DEPOSIT | 120.00 |
| 04/04 | DEPOSIT | 2,500.00 |
| | Subtotal: | 2,620.00 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/15 | ACH DEBIT, HARLAND CLARKE CHK ORDERS *I***24003741L7 | 11.95 |
| | Subtotal: | 11.95 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 03/07 | 0.00 | 03/15 | 108.05 |
| 03/07 | 120.00 | 04/04 | 2,608.05 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

**TD Bank**
America's Most Convenient Bank®

T    STATEMENT OF ACCOUNT

WILLIAM FOCAZIO
DIP CASE 19-10880 DIST NJ
101 FOX HEDGE RD
SADDLE RIVER NJ  07458

Page: 1 of 2
Statement Period: Apr 06 2019-May 05 2019
Cust Ref #: 4364907712-039-T-###
Primary Account #: 436-4907712

## Chapter 11 Checking

WILLIAM FOCAZIO
DIP CASE 19-10880 DIST NJ

Account # 436-4907712

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 2,608.05 | Average Collected Balance | 1,800.16 |
| Deposits | 3,300.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 325.00 | Annual Percentage Yield Earned | 0.00% |
| Electronic Payments | 5,576.05 | Days in Period | 30 |
| Ending Balance | 7.00 | | |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/16 | DEPOSIT | 3,000.00 |
| 05/02 | DEPOSIT | 300.00 |
| | Subtotal: | 3,300.00 |

**Checks Paid**    No. Checks: 1    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 04/25 | 103 | 325.00 |
| | Subtotal: | 325.00 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/10 | ELECTRONIC CK PMT-ARC, CONED-ROCKLAND CHECK PYMT 0101 | 2,548.06 |
| 04/22 | DEBIT CARD PURCHASE, *****30040422362, AUT 041919 VISA DDA PUR THE HOME DEPOT 963     MAHWAH     * NJ | 59.99 |
| 05/02 | ACH DEBIT, PUBLIC SERVICE PSEG ****66492302 | 2,968.00 |
| | Subtotal: | 5,576.05 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 04/05 | 2,608.05 | 04/22 | 3,000.00 |
| 04/10 | 59.99 | 04/25 | 2,675.00 |
| 04/16 | 3,059.99 | 05/02 | 7.00 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

**investors** Bank
101 Wood Avenue South • Iselin, NJ • 08830

855-iBank4U (855.422.6548)
myinvestorsbank.com

**RETURN SERVICE REQUESTED**

NORTH JERSEY MEDICAL CONSULTANTS CORP
101 FOX HEDGE RD
SADDLE RIVER NJ 07458-2715



Depositing checks just got easier!
Download Investors Bank Mobile
Member FDIC

## BUSINESS CHECKING

| Account # | XXXXXXX0713 | Beginning Balance | $93.35 |
|---|---|---|---|
| Statement Period | | Deposits/Credits | $0.00 |
| From | 04/01/19 | Interest Paid | $0.00 |
| Through | 04/30/19 | Checks/Debits | 0.00 |
| Average Balance | $93.35 | Service Charges | $0.00 |
| Earned Interest This Period | $0.00 | Ending Balance | $93.35 |
| | | # Deposits/Credits | 0 |
| Annual Percentage Yield Earned (APYE) | 0.00% | # Checks/Debits | 0 |
| | | YTD Interest | $0.00 |
| | | YTD Withholding | $0.00 |

## ACCOUNT ACTIVITY DETAIL

| Date | Description | Deposits | Withdrawals | Balance |
|---|---|---|---|---|
| 04/01 | BEGINNING BALANCE | | | $93.35 |
| 04/30 | ENDING BALANCE | | | $93.35 |

**IMPORTANT NOTICE:**

Enclosed please find updates to our
2019 Fee Schedule for Business accounts.
These changes are effective June 1, 2019.



Member FDIC

Page 1 of 2

In re: <u>William J. Focazio</u>  
    Debtor

Case No. <u>19-10880</u>  
Reporting Period <u>April 1 - April 30</u>

## BANK RECONCILIATIONS
**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account.  The debtor's bank reconciliation may be substituted for this page.

| | Operating #4607 | | Other #0319 | | Operating #7712 | | Total |
|---|---|---|---|---|---|---|---|
| **BALANCE PER BOOKS** | | 2,106 | | 93 | | 2,675 | 4,875 |
| | | | | | | | |
| BANK BALANCE | | 2,106 | | 93 | | 2,675 | 4,875 |
| (+) DEPOSITS IN TRANSIT (ATTACH LIST) | | - | | - | | - | - |
| (-) OUTSTANDING CHECKS (ATTACH LIST) | | - | | - | | - | - |
| OTHER (ATTACH EXPLANATION) | | - | | - | | - | - |
| ADJUSTED BANK BALANCE * | | 2,106 | | 93 | | 2,675 | 4,875 |
| * Adjusted bank balance must equal | | | | | | | |
|   balance per books | | | | | | | |
| | | | | | | | |
| **DEPOSITS IN TRANSIT** | Date | Amount | Date | Amount | Date | Amount | |

| **CHECKS OUTSTANDING** | Ck. # | Amount | Ck. # | Amount | Ck. # | Amount |
|---|---|---|---|---|---|---|

OTHER

FORM MOR-1a  
(04/07)

**In re:** William J. Focazio  **Case No.** 19-10880
　　　　　Debtor  **Reporting Period** April 1 - April 30

### SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID
This schedule is to include all retained professional payments from case inception to current month.

| Payee | Period Covered | Amount Approved | Payor | Check Number | Check Date | Amount Paid Fees | Amount Paid Expenses | Year-To-Date Fees | Year-To-Date Expenses |
|---|---|---|---|---|---|---|---|---|---|
| David Stevens | | 5,000 | William J. Focazio | 1328 | 1/17/2019 | 5,000 | - | 5,000.00 | - |
| David Stevens | | 1,717 | William J. Focazio | 1329 | 2/8/2019 | 1,717 | - | 1,717.00 | - |
| US Trustee | | 325 | William J. Focazio | | 4/25/2019 | 325 | - | 325.00 | - |

FORM MOR-1b
(04/07)

In re: William J. Focazio  
        Debtor

Case No. 19-10880  
Reporting Period April 1 - April 30

**BALANCE SHEET**

The Balance Sheet is to be completed on an accrual basis only. Pre-petition liabilities must be classified separately from postpetition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---:|---:|
| Other Property (attach schedule) | 1,050,000 | 1,050,000 |
|   Total Property | 1,050,000 | 1,050,000 |
| Cash | 319 | 4,000 |
| Autos, Trucks & Other Vehicles | 43,862 | 43,862 |
| Household Goods and Furniture | 100,000 | 100,000 |
| Electronics | 5,000 | 5,000 |
| Clothing | 3,000 | 3,000 |
| Jewelry | 6,000 | 6,000 |
| Patnerships & Business Ventures | 60,000 | 60,000 |
| Medical License | 100,000 | 100,000 |
|   Total Other Assets | 318,181 | 321,862 |
| **TOTAL ASSETS** | 1,368,181 | 1,371,862 |

| | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---:|---:|
| *LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)* | | |
| Accounts Payable | - | - |
| Taxes Payable (refer to FORM MOR-4) | - | - |
| Wages Payable | - | - |
| Notes Payable | - | - |
| Rent / Leases - Building/Equipment | - | - |
| Secured Debt / Adequate Protection Payments | - | - |
| Professional Fees | - | - |
| Amounts Due to Insiders* | - | - |
| Other Postpetition Liabilities (attach schedule) | - | - |
|   Total Postpetition Liabilities | - | - |
| *LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)* | | |
| Secured Debt | 850,000 | 850,000 |
| Priority Debt | 246,979 | 246,979 |
| Unsecured Debt | 15,228,600 | 15,228,600 |
|   Total Pre - Petition Liabilities | 16,325,579 | 16,325,579 |
| **Total Liabilities** | 16,325,579 | 16,325,579 |

*"Insider" is defined in 11 U.S.C. Section 101(31).

FORM MOR-3  
(04/07)

In re: <u>William J. Focazio</u>  
    Debtor

Case No. <u>19-10880</u>  
Reporting Period <u>April 1 - April 30</u>

## BALANCE SHEET - continuation sheet

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---:|---:|
| Other Property | | |
| 66 Westview Road   Wayne, NJ  07470 | 650,000 | 650,000 |
| 641A Inlet Drive Block 175, Lot 2501 | 200,000 | 200,000 |
| 43 Inlet Drive Point Pleasant Beach, NJ, 08742 | 200,000 | 200,000 |
|   Total Other Property | 1,050,000 | 1,050,000 |
| | | |
| | | |
| | | |
| Other Assets | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---:|---:|
| Other Postpetition Liabilities | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Adjustments to Owner Equity | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Postpetition Contributions (Distributions) (Draws) | | |

Restricted Cash is cash that is restricted for a specific use and not available to fund operations.  Typically, restricted cash is segregated into a separate account, such as an escrow account.

FORM MOR-3 CONT'D  
(04/07)