**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In re <u>William J. Focazio</u>  Case No. <u>19-10880</u>
Debtor  Reporting Period: <u>May 1 - May 16</u>

**MONTHLY OPERATING REPORT**
**(INDIVIDUAL WAGE EARNERS)**
File with Court and submit copy to United States Trustee within 20 days after end of month

**Include FORM MOR-1 (INDV) if debtor is a wage earner.**
**Substitute FORM MOR-2 (RE) for MOR-2 if case is a Single Asset Real Estate case.**
Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | X | |
|    Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | X | |
|    Copies of bank statements | | X | |
|    Cash disbursements journals | MOR -1b | X | |
| Statement of Operations | | | |
| Balance Sheet | MOR - 3 | X | |
| Status of Postpetition Taxes | | | |
|    Copies of IRS Form 6123 or payment receipt | | | |
|    Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | | | |
|    Listing of aged accounts payable | | | |
| Accounts Receivable Reconciliation and Aging | | | |
| Debtor Questionnaire | | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report
are true and correct to the best of my knowledge and belief.

_____  _____
Signature of Debtor  Date

_Edward A. Philips, Chapter 11 Trustee for_
_the Estate of William J. Focazio, Jr._
_____  11.22.19
Signature of Chapter 11 Trustee  Date

**The Trustee was appointed by Court Order on May 17, 2019. The information contained herein is based on the Trustee's accountant's analysis of the Debtor's financial information that was made available to the Trustee. The Trustee takes no responsibility for the accuracy of the Debtor's information and reserves all rights in connection therewith. All statements were prepared on a cash basis of accounting.

FORM MOR (INDV)
(9/99)

| In re: William J. Focazio | | | | | Case No. 19-10880 |
|---|---|---|---|---|---|
| Debtor | | | | | Reporting Period May 1 - May 16 |

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

( This Form must be submitted for each Bank Account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account.  [See MOR-1 (INDV) (CON'T)]

| | Current Month Actual | | | | Cumulative Filing to Date |
|---|---|---|---|---|---|
| | 4607 | 0713 | 7712 | Total | |
| **Cash - Beginning of Month (May 1, 2019)** | 2,106 | 93 | 2,675 | 4,875 | 9,304 |
| | | | | | |
| **RECEIPTS** | | | | | |
| Wages (Crosstown Distributions) | 20,000 | | | 20,000 | 99,500 |
| Interest and Dividend Income | | | | - | - |
| Alimony and Child Support | | | | - | - |
| Social Security and Pension Income | | | | - | - |
| Miscellaneous Deposits | 9,911 | | 3,800 | 13,711 | 77,498 |
| Other Income (attach schedule) | | | | - | 452 |
| Total Receipts | 29,911 | - | 3,800 | 33,711 | 177,450 |
| | | | | | |
| **DISBURSEMENTS** | | | | | |
| **ORDINARY ITEMS:** | | | | | |
| Mortgage Payment(s) | - | - | - | - | - |
| Rental Payment(s) | - | - | - | - | - |
| Other Secured Note Payments | - | - | - | - | - |
| Utilities | 521 | - | 2,968 | 3,489 | 8,712 |
| Insurance | 4,351 | - | - | 4,351 | 15,714 |
| Auto | - | - | - | - | 2,021 |
| Investment Contributions | - | - | - | - | 17,250 |
| Business Expenses | - | - | - | - | 9,058 |
| Repairs and Maintenance | 3,200 | - | - | 3,200 | 10,750 |
| Medical Expenses | 945 | - | - | 945 | 1,880 |
| Household Expenses | 6,633 | - | 1,000 | 7,633 | 46,121 |
| Charitable Contributions | - | - | - | - | - |
| Bank Fees | 160 | - | - | 160 | 822 |
| Child Care Expenses | - | - | - | - | 800 |
| Alimony and Child Support Payments | - | - | - | - | - |
| Legal Fees | - | - | - | - | 2,425 |
| Taxes - Real Estate | - | - | - | - | - |
| Taxes - Personal Property | - | - | - | - | - |
| Storage Unit | - | - | - | - | 639 |
| Travel and Entertainment | 185 | - | - | 185 | 604 |
| Housekeeping | 3,080 | - | 480 | 3,560 | 17,100 |
| Miscellaneous Expense | 4,512 | - | 890 | 5,402 | 36,156 |
| Other (attach schedule) | - | - | | - | - |
| Total Ordinary Disbursements | 23,587 | - | 5,338 | 28,925 | 170,052 |
| **REORGANIZATION ITEMS:** | | | | | |
| Professional Fees | - | - | - | - | 6,717 |
| U. S. Trustee Fees | - | - | - | - | 325 |
| Other Reorganization Expenses (attach schedule) | - | - | - | - | - |
| Total Reorganization Items | $0 | - | - | - | 7,042 |
| | | | | | |
| **Total Disbursements (Ordinary + Reorganization)** | $23,587 | - | 5,338 | 28,925 | 177,094 |
| | | | | | |
| **Net Cash Flow (Total Receipts - Total Disbursements)** | 6,324 | - | (1,538) | 4,786 | 356 |
| | | | | | |
| **Cash - End of Month (May 16, 2019) (Must equal reconciled bank statement)** | 8,430 | 93 | 1,137 | 9,661 | 9,661 |

**In re:** <u>William J. Focazio</u>  **Case No.** <u>19-10880</u>
Debtor  **Reporting Period** <u>May 1 - May 16</u>

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Taxes** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |

FORM MOR-1 (INDV) (CON'T)
(9/99)

**In re:** William J. Focazio  
Debtor

**Case No.** 19-10880  
**Reporting Period** May 1 - May 16

**DISBURSEMENTS**

| Payee | Account | Date | Amount | Purpose | Check # | Comment |
|---|---|---|---|---|---|---|
| **Personal Disbursements** | | | | | | |
| David | x4607 | 5/1/2019 | $185 | Miscellaneous Expense | 1397 | |
| Dr. Debra | x4607 | 5/2/2019 | $200 | Medical Expenses | 1411 | |
| Delma | x4607 | 5/2/2019 | $480 | Housekeeping | 1412 | |
| Joaquin | x4607 | 5/2/2019 | $800 | Repairs and Maintenance | 1413 | |
| Evelyn | x4607 | 5/3/2019 | $600 | Housekeeping | 1415 | |
| UCF Debit | x4607 | 5/3/2019 | $35 | Bank Fees | | |
| Millers Pharmacy | x4607 | 5/6/2019 | $95 | Medical Expenses | | |
| UCF Debit | x4607 | 5/6/2019 | $35 | Bank Fees | | |
| | x4607 | 5/6/2019 | $1,497 | Miscellaneous Expense | 1418 | |
| Pool Cleaner | x4607 | 5/6/2019 | $2,500 | Household Expenses | 1421 | |
| Dr. Debra | x4607 | 5/7/2019 | $200 | Medical Expenses | 1422 | |
| UCF Debit | x4607 | 5/7/2019 | $35 | Bank Fees | | |
| UCF Debit | x4607 | 5/7/2019 | $35 | Bank Fees | | |
| | x4607 | 5/8/2019 | $425 | Miscellaneous Expense | 1420 | |
| Delma | x4607 | 5/9/2019 | $480 | Housekeeping | 1416 | |
| Evelyn | x4607 | 5/9/2019 | $600 | Housekeeping | 1423 | |
| Joaquin | x4607 | 5/9/2019 | $800 | Repairs and Maintenance | 1419 | |
| Northwestern Mutual | x4607 | 5/10/2019 | $798 | Insurance | | |
| | x4607 | 5/10/2019 | $2,000 | Miscellaneous Expense | 1414 | |
| Lyme Resource Center | x4607 | 5/13/2019 | $450 | Medical Expenses | | |
| Uber | x4607 | 5/13/2019 | $72 | Travel and Entertainment | | |
| Uber | x4607 | 5/13/2019 | $113 | Travel and Entertainment | | |
| Wicked Willy's | x4607 | 5/13/2019 | $105 | Household Expenses | | |
| The Red Lion | x4607 | 5/13/2019 | $28 | Household Expenses | | |
| Joaquin | x4607 | 5/13/2019 | $800 | Repairs and Maintenance | 1428 | |
| Pool Cleaner | x4607 | 5/13/2019 | $2,000 | Household Expenses | 1430 | |
| Horizon BCBS | x4607 | 5/14/2019 | $1,776 | Insurance | | |
| Evelyn | x4607 | 5/14/2019 | $600 | Housekeeping | 1431 | |
| AT&T | x4607 | 5/15/2019 | $521 | Utilities | | |
| Cash | x4607 | 5/15/2019 | $2,000 | Household Expenses | | |
| Delma | x4607 | 5/15/2019 | $320 | Housekeeping | 1434 | |
| | x4607 | 5/15/2019 | $340 | Miscellaneous Expense | 1432 | |
| Service Charge Debit | x4607 | 5/15/2019 | $20 | Bank Fees | | |
| Horizon BCBS | x4607 | 5/16/2019 | $1,776 | Insurance | | |
| | x4607 | 5/16/2019 | $65 | Miscellaneous Expense | 1417 | |
| Joaquin | x4607 | 5/16/2019 | $800 | Repairs and Maintenance | 1435 | |

**In re:** William J. Focazio  
Debtor

**Case No. 19-10880**  
**Reporting Period May 1 - May 16**

## DISBURSEMENTS

| Payee | Account | Date | Amount | Purpose | Check # | Comment |
|---|---|---|---|---|---|---|
| **Personal Disbursements** | | | | | | |
| PSEG | x7712 | 5/2/2019 | $2,968 | Utilities | | |
| Delma | x7712 | 5/10/2019 | $480 | Housekeeping | 1004 | |
| Petrillo Landscapping | x7712 | 5/14/2019 | $1,000 | Household Expenses | | |
| | x7712 | 5/16/2019 | $890 | Miscellaneous Expense | 1001 | |
| | | | $28,925 | | | |

**investorsBank**
101 Wood Avenue South • Iselin, NJ • 08830

855-iBank4U (855.422.6548)
myinvestorsbank.com

**RETURN SERVICE REQUESTED**

NORTH JERSEY MEDICAL CONSULTANTS CORP
101 FOX HEDGE RD
SADDLE RIVER NJ 07458-2715

| BUSINESS CHECKING | | | |
|---|---|---|---|
| **Account #** | XXXXXXX4607 | Beginning Balance | $2,106.35 |
| Statement Period | | Deposits/Credits | $34,910.91 |
| From | 05/01/19 | Interest Paid | $0.00 |
| Through | 05/31/19 | Checks/Debits | -$33,661.49 |
| Average Balance | $6,683.45 | Service Charges | $20.00 |
| Earned Interest This Period | $0.00 | Ending Balance | $3,335.77 |
| | | # Deposits/Credits | 6 |
| Annual Percentage Yield Earned (APYE) | 0.00% | # Checks/Debits | 54 |
| | | YTD Interest | $0.00 |
| | | YTD Withholding | $0.00 |

| ACCOUNT ACTIVITY DETAIL | | | | |
|---|---|---|---|---|
| Date | Description | Deposits | Withdrawals | Balance |
| 05/01 | BEGINNING BALANCE | | | $2,106.35 |
| 05/01 | CHECK #1397 | | $185.00- | $1,921.35 |
| 05/02 | CHECK #1411 | | $200.00- | $1,721.35 |
| 05/02 | CHECK #1412 | | $480.00- | $1,241.35 |
| 05/02 | CHECK #1413 | | $800.00- | $441.35 |
| 05/03 | DEPOSIT | $9,460.91 | | $9,902.26 |
| 05/03 | CHECK #1415 | | $600.00- | $9,302.26 |
| 05/03 | PAID UCF DEBIT 000000000001415 UNCOLLECTED | | $35.00- | $9,267.26 |

## IMPORTANT NOTICE:

Enclosed please find updates to our
2019 Fee Schedule for Business accounts.
These changes are effective June 1, 2019.



Member FDIC

Page 1 of 8

**investors BANK**
101 Wood Avenue South • Iselin, NJ • 08830

855-iBank4U (855.422.6548)
myinvestorsbank.com

| Date | Description | Deposits | Withdrawals | Balance |
|---|---|---|---|---|
| *ACCOUNT ACTIVITY DETAIL (continued)* |
| 05/06 | DC#0705 SIG PUR MILLERS PH<br>MILLERS PHARMACY<br>201-8913333 NJ  000045 | | $95.00- | $9,172.26 |
| 05/06 | PAID UCF DEBIT<br>UNCOLLECTED | | $35.00- | $9,137.26 |
| 05/06 | CHECK #1418 | | $1,497.00- | $7,640.26 |
| 05/06 | CHECK #1421 | | $2,500.00- | $5,140.26 |
| 05/07 | WIRE CROSSTOWN MEDICAL P.C. | $8,000.00 | | $13,140.26 |
| 05/07 | CHECK #1422 | | $200.00- | $12,940.26 |
| 05/07 | PAID UCF DEBIT 000000000001418<br>UNCOLLECTED | | $35.00- | $12,905.26 |
| 05/07 | PAID UCF DEBIT 000000000001421<br>UNCOLLECTED | | $35.00- | $12,870.26 |
| 05/08 | CHECK #1420 | | $425.00- | $12,445.26 |
| 05/09 | CHECK #1416 | | $480.00- | $11,965.26 |
| 05/09 | CHECK #1423 | | $600.00- | $11,365.26 |
| 05/09 | CHECK #1419 | | $800.00- | $10,565.26 |
| 05/10 | NORTHWESTERN MU  ISA PAYMNT<br>XXXXX95-02 | | $798.15- | $9,767.11 |
| 05/10 | CHECK #1414 | | $2,000.00- | $7,767.11 |
| 05/13 | WIRE CROSSTOWN MEDICAL P.C. | $12,000.00 | | $19,767.11 |
| 05/13 | DC#0705 SIG PUR LYME RESOU<br>LYME RESOURCE MEDIC<br>212-7991121 NY  001720 | | $450.00- | $19,317.11 |
| 05/13 | DC#0705 SIG PUR UBER   TRI<br>UBER   TRIP<br>HELP.UBER.COM CA  082417 | | $71.71- | $19,245.40 |
| 05/13 | DC#0705 SIG PUR UBER   TRI<br>UBER   TRIP<br>HELP.UBER.COM CA  045451 | | $113.47- | $19,131.93 |
| 05/13 | DC#0705 SIG PUR WICKED WIL<br>WICKED WILLY`S<br>NEW YORK NY  096506 | | $105.34- | $19,026.59 |
| 05/13 | DC#0705 SIG PUR THE RED LI<br>THE RED LION<br>NEW YORK NY  098011 | | $28.00- | $18,998.59 |
| 05/13 | CHECK #1428 | | $800.00- | $18,198.59 |
| 05/13 | CHECK #1430 | | $2,000.00- | $16,198.59 |
| 05/14 | DC#0705 DDA RTN LYME RESOU<br>LYME RESOURCE MEDIC<br>212-7991121 NY  011726 | $450.00 | | $16,648.59 |
| 05/14 | DC#0705 REC POS OPC*HORIZO<br>OPC*HORIZON BCBS NJ<br>800-3552583 NJ  028189 | | $1,776.32- | $14,872.27 |
| 05/14 | CHECK #1431 | | $600.00- | $14,272.27 |

investors Bank  
101 Wood Avenue South • Iselin, NJ • 08830  
855-iBank4U (855.422.6548)  
myinvestorsbank.com

| ACCOUNT ACTIVITY DETAIL (continued) | | | | |
|---|---|---|---|---|
| Date | Description | Deposits | Withdrawals | Balance |
| 05/15 | ATT PAYMENT XXXXX3012EPAYQ | | $520.75- | $13,751.52 |
| 05/15 | WITHDRAWAL | | $2,000.00- | $11,751.52 |
| 05/15 | CHECK #1434 | | $320.00- | $11,431.52 |
| 05/15 | CHECK #1432 | | $340.00- | $11,091.52 |
| 05/15 | SERVICE CHARGE DEBIT | | $20.00- | $11,071.52 |
| 05/16 | DC#0705 SIG PUR OPC*HORIZO OPC*HORIZON BCBS NJ 800-3552583 NJ 004432 | | $1,776.32- | $9,295.20 |
| 05/16 | CHECK #1417 | | $65.00- | $9,230.20 |
| 05/16 | CHECK #1435 | | $800.00- | $8,430.20 |
| 05/17 | WITHDRAWAL | | $1,000.00- | $7,430.20 |
| 05/17 | CHECK #1425 | | $400.00- | $7,030.20 |
| 05/20 | DC#0705 SIG PUR VISIONS VISIONS WOODCLIFF LAK NJ 028040 | | $900.00- | $6,130.20 |
| 05/20 | DC#0705 REC POS APL*ITUNES APL*ITUNES.COM/BILL 866-712-7753 CA 064206 | | $0.99- | $6,129.21 |
| 05/21 | DC#0705 REC POS APL*ITUNES APL*ITUNES.COM/BILL 866-712-7753 CA 015482 | | $9.99- | $6,119.22 |
| 05/21 | CHECK #1436 | | $1,000.00- | $5,119.22 |
| 05/21 | CHECK #1429 | | $2,500.00- | $2,619.22 |
| 05/22 | CHECK #1437 | | $480.00- | $2,139.22 |
| 05/23 | DEPOSIT | $3,000.00 | | $5,139.22 |
| 05/23 | DC#0705 SIG PUR RAMSEY VET RAMSEY VET HOSPITAL RAMSEY NJ 000008 | | $455.01- | $4,684.21 |
| 05/23 | DC#0705 SIG PUR GEN SUSHI GEN SUSHI & HIBACHI MONTVALE NJ 090055 | | $79.37- | $4,604.84 |
| 05/24 | DC#0705 SIG PUR GEN SUSHI GEN SUSHI & HIBACHI MONTVALE NJ 000060 | | $59.58- | $4,545.26 |
| 05/28 | DC#0705 SIG PUR VARKA VARKA RAMSEY NJ 076950 | | $19.95- | $4,525.31 |
| 05/28 | DC#0705 SIG PUR VARKA VARKA RAMSEY NJ 076915 | | $163.65- | $4,361.66 |
| 05/28 | DC#0705 SIG PUR UBER TRI UBER TRIP HELP.UBER.COM CA 025622 | | $22.79- | $4,338.87 |

investors Bank
101 Wood Avenue South • Iselin, NJ • 08830
855-iBank4U (855.422.6548)
myinvestorsbank.com

### ACCOUNT ACTIVITY DETAIL (continued)

| Date | Description | Deposits | Withdrawals | Balance |
|---|---|---|---|---|
| 05/28 | DC#0705 SIG PUR ACME #1069<br>ACME #1069<br>WOODCLIFF LAK NJ  063077 | | $150.95- | $4,187.92 |
| 05/28 | DC#0705 SIG PUR FAIRWAY ES<br>FAIRWAY ESTATE NURS<br>MIDLAND PARK NJ  011767 | | $309.08- | $3,878.84 |
| 05/28 | DC#0705 SIG PUR CVS/PHARMA<br>CVS/PHARMACY #04163<br>MONTVALE NJ  099940 | | $148.33- | $3,730.51 |
| 05/28 | DC#0705 SIG PUR BOTTLE KIN<br>BOTTLE KING RAMSEY<br>RAMSEY NJ  041824 | | $187.70- | $3,542.81 |
| 05/28 | DC#0705 SIG PUR ANTHONYS C<br>ANTHONYS COAL FIRED<br>RAMSEY NJ  075768 | | $155.17- | $3,387.64 |
| 05/28 | CHECK #1438 | | $800.00- | $2,587.64 |
| 05/28 | CHECK #1439 | | $1,000.00- | $1,587.64 |
| 05/30 | CHECK #1426 | | $65.00- | $1,522.64 |
| 05/31 | DEPOSIT | $2,000.00 | | $3,522.64 |
| 05/31 | DC#0705 SIG PUR GEN SUSHI<br>GEN SUSHI & HIBACHI<br>MONTVALE NJ  070099 | | $186.87- | $3,335.77 |
| 05/31 | ENDING BALANCE | | | $3,335.77 |

### CHECK REGISTER

| Check # | Date | Amount | Check # | Date | Amount | Check # | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1397 | 05/01 | $185.00 | 1419 | 05/09 | $800.00 | 1430 | 05/13 | $2,000.00 |
| 1411* | 05/02 | $200.00 | 1420 | 05/08 | $425.00 | 1431 | 05/14 | $600.00 |
| 1412 | 05/02 | $480.00 | 1421 | 05/06 | $2,500.00 | 1432 | 05/15 | $340.00 |
| 1413 | 05/02 | $800.00 | 1422 | 05/07 | $200.00 | 1434* | 05/15 | $320.00 |
| 1414 | 05/10 | $2,000.00 | 1423 | 05/09 | $600.00 | 1435 | 05/16 | $800.00 |
| 1415 | 05/03 | $600.00 | 1425* | 05/17 | $400.00 | 1436 | 05/21 | $1,000.00 |
| 1416 | 05/09 | $480.00 | 1426 | 05/30 | $65.00 | 1437 | 05/22 | $480.00 |
| 1417 | 05/16 | $65.00 | 1428* | 05/13 | $800.00 | 1438 | 05/28 | $800.00 |
| 1418 | 05/06 | $1,497.00 | 1429 | 05/21 | $2,500.00 | 1439 | 05/28 | $1,000.00 |

*(# AFTER THE CHECK AMOUNT INDICATES ACH CHECK - \* INDICATES NON-CONSECUTIVE CHECK NUMBER(S))*

**TD Bank**
America's Most Convenient Bank®                    T            STATEMENT OF ACCOUNT

WILLIAM FOCAZIO
DIP CASE 19-10880 DIST NJ
101 FOX HEDGE RD
SADDLE RIVER NJ  07458

Page: 1 of 2
Statement Period: Apr 06 2019-May 05 2019
Cust Ref #: 4364907712-039-T-###
Primary Account #: 436-4907712

## Chapter 11 Checking

WILLIAM FOCAZIO
DIP CASE 19-10880 DIST NJ

Account # 436-4907712

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 2,608.05 | Average Collected Balance | 1,800.16 |
| Deposits | 3,300.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 325.00 | Annual Percentage Yield Earned | 0.00% |
| Electronic Payments | 5,576.05 | Days in Period | 30 |
| Ending Balance | 7.00 | | |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/16 | DEPOSIT | 3,000.00 |
| 05/02 | DEPOSIT | 300.00 |
| | Subtotal: | 3,300.00 |

**Checks Paid**   No. Checks: 1   *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 04/25 | 103 | 325.00 |
| | Subtotal: | 325.00 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/10 | ELECTRONIC CK PMT-ARC, CONED-ROCKLAND CHECK PYMT 0101 | 2,548.06 |
| 04/22 | DEBIT CARD PURCHASE, *****30040422362, AUT 041919 VISA DDA PUR THE HOME DEPOT 963    MAHWAH    * NJ | 59.99 |
| 05/02 | ACH DEBIT, PUBLIC SERVICE PSEG ****66492302 | 2,968.00 |
| | Subtotal: | 5,576.05 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 04/05 | 2,608.05 | 04/22 | 3,000.00 |
| 04/10 | 59.99 | 04/25 | 2,675.00 |
| 04/16 | 3,059.99 | 05/02 | 7.00 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

**TD Bank**
America's Most Convenient Bank®    T    STATEMENT OF ACCOUNT

WILLIAM FOCAZIO
DIP CASE 19-10880 DIST NJ
101 FOX HEDGE RD
SADDLE RIVER NJ  07458

Page:                                                           1 of 3
Statement Period:    May 06 2019-Jun 05 2019
Cust Ref #:          4364907712-039-T-###
Primary Account #:                    436-4907712

## Chapter 11 Checking

WILLIAM FOCAZIO
DIP CASE 19-10880 DIST NJ

Account # 436-4907712

### ACCOUNT SUMMARY

| | | | |
|---|---:|---|---:|
| Beginning Balance | 7.00 | Average Collected Balance | 8,684.92 |
| Deposits | 27,200.00 | Interest Earned This Period | 0.00 |
| Other Credits | 25,000.00 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| Checks Paid | 31,695.30 | Days in Period | 31 |
| Electronic Payments | 4,000.00 | | |
| Other Withdrawals | 35.00 | | |
| Ending Balance | 16,476.70 | | |

| | Total for this Period | Total Year-to-Date |
|---|---:|---:|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees (NSF) | $35.00 | $35.00 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 05/06 | DEPOSIT | 1,500.00 |
| 05/13 | DEPOSIT | 2,000.00 |
| 05/17 | DEPOSIT | 4,200.00 |
| 05/23 | DEPOSIT | 18,500.00 |
| 05/28 | DEPOSIT | 1,000.00 |
| | Subtotal: | 27,200.00 |

**Other Credits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 06/04 | RETURNED ITEM | 25,000.00 |
| | Subtotal: | 25,000.00 |

**Checks Paid**   No. Checks: 12   *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---:|---|---|---:|
| 05/16 | 1001 | 890.00 | 06/03 | 1007* | 25,000.00 |
| 05/10 | 1004* | 480.00 | 05/23 | 1008 | 730.00 |
| 05/20 | 1005 | 600.00 | 05/23 | 1009 | 85.30 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**investors**Bank
101 Wood Avenue South • Iselin, NJ • 08830

855-iBank4U (855.422.6548)
myinvestorsbank.com

**RETURN SERVICE REQUESTED**

NORTH JERSEY MEDICAL CONSULTANTS CORP
101 FOX HEDGE RD
SADDLE RIVER NJ 07458-2715

## BUSINESS CHECKING

| | | | |
|---|---|---|---|
| Account # | XXXXXXX0713 | Beginning Balance | $93.35 |
| Statement Period | | Deposits/Credits | $0.00 |
| From | 05/01/19 | Interest Paid | $0.00 |
| Through | 05/31/19 | Checks/Debits | 0.00 |
| Average Balance | $93.35 | Service Charges | $0.00 |
| Earned Interest This Period | $0.00 | Ending Balance | $93.35 |
| | | # Deposits/Credits | 0 |
| Annual Percentage Yield Earned (APYE) | 0.00% | # Checks/Debits | 0 |
| | | YTD Interest | $0.00 |
| | | YTD Withholding | $0.00 |

### ACCOUNT ACTIVITY DETAIL

| Date | Description | Deposits | Withdrawals | Balance |
|---|---|---|---|---|
| 05/01 | BEGINNING BALANCE | | | $93.35 |
| 05/31 | ENDING BALANCE | | | $93.35 |

## IMPORTANT NOTICE:

Enclosed please find updates to our
2019 Fee Schedule for Business accounts.
These changes are effective June 1, 2019.



Member FDIC

Page 1 of 2

| In re: William J. Focazio | | Case No. 19-10880 |
|---|---|---|
| Debtor | | Reporting Period May 1 - May 16 |

**BANK RECONCILIATIONS**
Continuation Sheet for MOR-1
A bank reconciliation must be included for each bank account.  The debtor's bank reconciliation may be substituted for this page.

| | Operating | Other | Operating | Total |
|---|---|---|---|---|
| | # 4607 | # 0713 | # 7712 | |
| **BALANCE PER BOOKS** | 8,430 | 93 | 1,137 | 8,524 |
| | | | | |
| BANK BALANCE | 8,430 | 93 | 1,137 | |
| (+) DEPOSITS IN TRANSIT (ATTACH LIST) | - | - | - | - |
| (-) OUTSTANDING CHECKS (ATTACH LIST) | - | - | - | - |
| OTHER (ATTACH EXPLANATION) | - | - | - | - |
| ADJUSTED BANK BALANCE * | 8,430 | 93 | 1,137 | 8,523 |
| * Adjusted bank balance must equal | | | | |
|   balance per books | | | | |

| DEPOSITS IN TRANSIT | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|
| | | | | | | |

| CHECKS OUTSTANDING | Ck. # | Amount | Ck. # | Amount | Ck. # | Amount |
|---|---|---|---|---|---|---|
| | | | | | | |

OTHER

FORM MOR-1a
(04/07)

**Case No.** <u>19-10880</u>
**Reporting Period** <u>May 1 - May 16</u>

### SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID
This schedule is to include all retained professional payments from case inception to current month.

| Payee | Period Covered | Amount Approved | Payor | Check Number | Check Date | Amount Paid Fees | Amount Paid Expenses | Year-To-Date Fees | Year-To-Date Expenses |
|---|---|---|---|---|---|---|---|---|---|
| David Stevens | | 5,000 | William J. Focazio | 1328 | 1/17/2019 | 5,000 | - | 5,000.00 | - |
| David Stevens | | 1,717 | William J. Focazio | 1329 | 2/8/2019 | 1,717 | - | 1,717.00 | - |
| US Trustee | | 325 | William J. Focazio | | 4/25/2019 | 325 | - | 325.00 | - |

FORM MOR-1b
(04/07)

In re: William J. Focazio  
Debtor

Case No. 19-10880  
Reporting Period May 1 - May 16

**BALANCE SHEET**

The Balance Sheet is to be completed on an accrual basis only. Pre-petition liabilities must be classified separately from postpetition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---:|---:|
| Other Property (attach schedule) | 1,050,000 | 1,050,000 |
| Total Property | 1,050,000 | 1,050,000 |
| Cash | 319 | 4,000 |
| Autos, Trucks & Other Vehicles | 43,862 | 43,862 |
| Household Goods and Furniture | 100,000 | 100,000 |
| Electronics | 5,000 | 5,000 |
| Clothing | 3,000 | 3,000 |
| Jewelry | 6,000 | 6,000 |
| Patnerships & Business Ventures | 60,000 | 60,000 |
| Medical License | 100,000 | 100,000 |
| Total Other Assets | 318,181 | 321,862 |
| **TOTAL ASSETS** | 1,368,181 | 1,371,862 |

| | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---:|---:|
| *LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)* | | |
| Accounts Payable | - | - |
| Taxes Payable (refer to FORM MOR-4) | - | - |
| Wages Payable | - | - |
| Notes Payable | - | - |
| Rent / Leases - Building/Equipment | - | - |
| Secured Debt / Adequate Protection Payments | - | - |
| Professional Fees | - | - |
| Amounts Due to Insiders* | - | - |
| Other Postpetition Liabilities (attach schedule) | - | - |
| Total Postpetition Liabilities | - | - |
| *LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)* | | |
| Secured Debt | 850,000 | 850,000 |
| Priority Debt | 246,979 | 246,979 |
| Unsecured Debt | 15,228,600 | 15,228,600 |
| Total Pre - Petition Liabilities | 16,325,579 | 16,325,579 |
| **Total Liabilities** | 16,325,579 | 16,325,579 |

*"Insider" is defined in 11 U.S.C. Section 101(31).

FORM MOR-3  
(04/07)

In re: <u>William J. Focazio</u>　　　　　　　　　　　　　　　　　　　　　Case No. <u>19-10880</u>
Debtor　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Reporting Period <u>May 1 - May 16</u>

## BALANCE SHEET - continuation sheet

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---:|---:|
| Other Property | | |
| 66 Westview Road   Wayne, NJ  07470 | 650,000 | 650,000 |
| 641A Inlet Drive Block 175, Lot 2501 | 200,000 | 200,000 |
| 43 Inlet Drive Point Pleasant Beach, NJ, 08742 | 200,000 | 200,000 |
| Total Other Property | 1,050,000 | 1,050,000 |
| | | |
| | | |
| Other Assets | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---:|---:|
| Other Postpetition Liabilities | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Adjustments to Owner Equity | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Postpetition Contributions (Distributions) (Draws) | | |

Restricted Cash is cash that is restricted for a specific use and not available to fund operations.  Typically, restricted cash is segregated into a separate account, such as an escrow account.

FORM MOR-3 CONT'D
(04/07)