Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 19−10880−VFP
        Chapter: 11
        Judge: Vincent F. Papalia
        Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   William J Focazio
   101 Fox Hedge Road
   Saddle River, NJ 07458

Social Security No.:
   xxx−xx−2504

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

    Please be advised that on November 25, 2019, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 131 − 119
Order Granting Application to Employ Integrated Property Group D/B/A Auction Advisors as Auctioneer Nunc Pro Tunc to October 27, 2019 (Related Doc # 119). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 11/25/2019. (jf)

    Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: November 25, 2019
JAN: jf

                                         Jeanne Naughton
                                         Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 19-10880-VFP
William J Focazio                                                       Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin              Page 1 of 1              Date Rcvd: Nov 25, 2019
                            Form ID: orderntc        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 27, 2019.
auc            +Intergrated Property Group Advisors, LLC d/b/a Auc,   26 Park Street, Ste. 2200,
                Montclair, NJ 07042-3443

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 27, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 25, 2019 at the address(es) listed below:
              Andrew J. Pincus    on behalf of Creditor    SB One Bank f/k/a Community Bank of Bergen County,
               N.J. ap@seidmanllc.com
              Andrew M. Lubin    on behalf of Creditor    Wilmington Savings Fund Society, FSB, as Trustee of
               Stanwich Mortgage Loan Trust A bkecf@milsteadlaw.com,    alubin@milsteadlaw.com
              Brian E Caine    on behalf of Creditor    U.S. Bank National Association, not in its individual
               capacity but solely as Trustee for the RMAC Trust, Series 2016-CTT bcaine@parkermccay.com,
               BKcourtnotices@parkermccay.com
              Daniel F. Corrigan    on behalf of Creditor    First Commerce Bank dcorrigan@windelsmarx.com,
               mslama@windelsmarx.com
              David B. Grantz    on behalf of Creditor    Provident Bank f/k/a The Provident Bank
               dgrantz@meyner.com,    ckelly@meyner.com
              David S. Catuogno    on behalf of Creditor    Oritani Bank david.catuogno@klgates.com
              Donald F. Campbell, Jr.    on behalf of Creditor    Allstate New Jersey Property and Casualty
               Insurance Company dcampbell@ghclaw.com,    4433@notices.nextchapterbk.com
              Edward A. Phillips    ephillips@getzlerhenrich.com
              Jerrold S. Kulback    on behalf of Creditor    Fulton Bank of New Jersey jkulback@archerlaw.com
              John P. Di Iorio    on behalf of Debtor William J Focazio jdiiorio@shapiro-croland.com
              Kevin Gordon McDonald    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Maria Arnott    on behalf of Creditor    SB One Bank f/k/a Community Bank of Bergen County, N.J.
               ma@seidmanllc.com
              Matthew Patrick Dolan    on behalf of Creditor    Provident Bank f/k/a The Provident Bank
               mdolan@meyner.com
              Mitchell Hausman    on behalf of U.S. Trustee    U.S. Trustee Mitchell.B.Hausman@usdoj.gov
              Philip Seth Rosen    on behalf of Creditor    BANK OF AMERICA, N.A. prosen@zeklaw.com,
               3723198420@filings.docketbird.com
              Sydney J. Darling    on behalf of Trustee Edward A. Phillips sdarling@walsh.law,   mvargas@walsh.law
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 17