**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-1

Sydney J. Darling, Esq.
Stephen V. Falanga, Esq.
**WALSH PIZZI O'REILLY FALANGA LLP**
Three Gateway Center
100 Mulberry St., 15th Floor
Newark, New Jersey 07102
T: 973.757.1100 | F: 973.757.1090
sdarling@walsh.law
sfalanga@walsh.law
*Counsel to Edward A. Philips, Chapter 11*
*Trustee of the Estate of William J. Focazio*

| In re: | Bankr. Case No.: 19-10880-VFP |
|---|---|
| WILLIAM J. FOCAZIO, | Honorable Vincent F. Papalia, U.S.B.J. |
| Debtor. | Chapter 11 |

## ADJOURNMENT REQUEST

1. I, <u>Sydney J. Darling</u>,

    ☒ am the attorney for: <u>Edward A. Philips, Chapter 11 Trustee of the Estate of William J. Focazio</u>,

    ☐ am self represented,

    and request an adjournment of the following hearing for the reason set forth below.

    Matter: <u>Status Conference</u>

    Current hearing date and time: <u>January 9, 2020 at 11:00 a.m.</u>

    New date requested: <u>January 23, 2020 at 11:00 a.m.</u>

    Reason for adjournment request: <u>I have to appear in person on January 9, 2020 at 10:00 am in another case venued in Trenton on an urgent matter scheduled on shortened notice. The Trustee feels that my presence at the status conference is sufficiently important to warrant an adjournment to a date on which I can appear.</u>

WPOFDocs 370449v.1

2. Consent to adjournment:

☒ I have the consent of all parties.     ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: January 7, 2020                                            */s/ Sydney J. Darling*

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted              New hearing date: 1/23/2020 @ 11:00AM          ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____   ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**