**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-1

Sydney J. Darling
**WALSH PIZZI O'REILLY FALANGA LLP**
One Riverfront Plaza
1037 Raymond Blvd., Ste. 600
Newark, New Jersey 07102
T: 973.757.1100 | F: 973.757.1090
sdarling@walsh.law
*Counsel to Chapter 11 Trustee*

| In re: | Bankr. Case No.: 19-10880-VFP |
|---|---|
| WILLIAM J. FOCAZIO, | Honorable Vincent F. Papalia, U.S.B.J. |
| Debtor. | Chapter 11 |

## CERTIFICATION OF SERVICE

1. I, <u>Sydney J. Darling</u>:

    <u>X</u>  represent <u>the Chapter 11 Trustee</u>         in this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

2. On <u>January 24, 2020</u>[1] I caused to be sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    a. Notice of Chapter 11 Trustee's Motion for Entry of an Order Compelling Compliance with Rule 2004 Subpoena Pursuant to Fed. Bankr. P. 2004. And 9016 and D.N.J. LBR 2004-1(e)[Dkt. 136];
    b. Certification of Counsel (with Exhibits) [Dkt. 12636-1];
    c. Proposed Order [Dkt. 136-2];

    I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:  January 24, 2020                                          /s/*Sydney J. Darling*
                                                                  Sydney J. Darling

---

[1] ECF Notice was sent on January 23, 2020. Notice via Regular Mail was sent on January 24, 2020.

| Name and Address | Role | Method of Service |
|---|---|---|
| Mithcell Hausman<br>U.S. Dept of Justice<br>Office of the US Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ 07102<br>Mitchell.B.Hausman@usdoj.gov | U.S. Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Edward A. Phillips<br>Getzler Henrich & Associates LLC<br>1515 Market Street<br>Suite 1200<br>Philadelphia, PA 19102<br>ephillips@getzlerhenrich.com | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| John P. Di Iorio, Esq.<br>Shapiro, Croland, Reiser, Apfel & Di Iorio, LLP<br>411 Hackensack Avenue<br>Hackensack, New Jersey 07601<br>jdiiorio@shapiro-croland.com | Attorney for Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Jerrold S. Kulbank<br>Archer & Greiner, P.C.<br>Three Logan Square<br>1717 Arch Street, Suite 3500<br>Philadelphia, PA 19103<br>jkulback@archerlaw.com | Attorneys for Fulton Bank of NJ | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |

| | | |
|---|---|---|
| Andrew M. Lubin<br>Milstead & Associates, LLC<br>1 E. Stow Road<br>Marlton, NJ 08053<br>alubin@milsteadlaw.com | Attorneys for Secured Creditor: Wilmington Savings Fund Society, FSB, as Trustee of Stanwich Mortgage Loan Truste | ☐  Hand-delivered<br>☐   Regular mail<br>☐  Certified mail/RR<br>☐   E-mail<br>☒  Notice of Electronic Filing (NEF)<br>☐  Other _____<br>(as authorized by the court*) |
| Matthew P. Dolan<br>David B. Grantz<br>Meyner & Landis LLP<br>One Gateway Center, Suite 2500<br>Newark, NJ 07102<br>mdolan@meyner.com<br>dgrantz@meyner.com | Attorneys for Provident Bank | ☐  Hand-delivered<br>☐   Regular mail<br>☐  Certified mail/RR<br>☐   E-mail<br>☒  Notice of Electronic Filing (NEF)<br>☐  Other _____<br>(as authorized by the court*) |
| David S. Catuogno<br>K&L Gates LLP<br>One Newark Center, 10th Fl.,<br>1085 Raymond Blvd.,<br>Newark, NJ 07102<br>David.catuogno@klgates.com | Attorneys for Oritani Bank | ☐  Hand-delivered<br>☐   Regular mail<br>☐  Certified mail/RR<br>☐   E-mail<br>☒  Notice of Electronic Filing (NEF)<br>☐  Other _____<br>(as authorized by the court*) |
| Mark A. Slama<br>Jay Samuels<br>Daniel F. Corrigan<br>Windels Marx Lane & Mittendorf, LLP<br>120 Albany Street Plaza, 6th Floor<br>New Brunswick, NJ 08901<br>mslama@windelsmarx.com<br>jsamuels@windelsmarx.com<br>dcorrigan@windelsmarx.com | Attorneys for First Commerce Bank | ☐  Hand-delivered<br>☐   Regular mail<br>☐  Certified mail/RR<br>☐   E-mail<br>☒  Notice of Electronic Filing (NEF)<br>☐  Other _____<br>(as authorized by the court*) |

| | | |
|---|---|---|
| Mitchell B. Seidman<br>Maria Arnott<br>Seidman & Pincus, LLC<br>777 Terrarce Avenue, Suite 508<br>Hasbrouck Heights, NJ 07604<br>ma@seidmanllc.com | Attorneys for SB One Bank f/k/a Community Bank of Bergen County, NJ | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Brian E. Caine<br>Parker McCay P.A.<br>9000 Midlantic Drive, Suite 300<br>Mt. Laurel, New Jersey 08054<br>bcaine@parkermccay.com | Attorney for U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Kevin G. McDonald<br>KML Law Group, P.C.<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>kmcdonald@kmllawgroup.com | Attorneys for PNC Bank, NA | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Sharil A. Clarke<br>Schacter Portnoy LLC<br>3490 US 1<br>Princeton, NJ 08540 | Attorneys for On Deck Capital, Inc. | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |

| | | |
|---|---|---|
| Philip S. Rosen<br>Kerry A. Duffy<br>Zeichner Ellman & Krause LLP<br>103 Eisenhower Parkway<br>Roseland, NJ 07068<br>prosen@zeklaw.com<br>kduffy@zeklaw.com | Attorneys for Bank of America, NA | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Paul Gagliano<br>Gagliano & Associates<br>9 James Street<br>Bloomfield, New Jersey | Attorney for Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |

4