## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

In re William J. Focazio

Case No. 19-10880
**Reporting Period:** June 1 - June 30

## MONTHLY OPERATING REPORT
### (INDIVIDUAL WAGE EARNERS)
**File with Court and submit copy to United States Trustee within 20 days after end of month**

**Include FORM MOR-1 (INDV) if debtor is a wage earner.**
**Substitute FORM MOR-2 (RE) for MOR-2 if case is a Single Asset Real Estate case.**
Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | X | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | X | |
| Copies of bank statements | | X | |
| Cash disbursements journals | MOR -Disbursements | X | |
| Statement of Operations | MOR-1 (INDV) | X | |
| Balance Sheet | MOR - 3 | X | |
| Status of Postpetition Taxes | | N/A | |
| Copies of IRS Form 6123 or payment receipt | | N/A | |
| Copies of tax returns filed during reporting period | | N/A | |
| Summary of Unpaid Postpetition Debts | | N/A | |
| Listing of aged accounts payable | | N/A | |
| Accounts Receivable Reconciliation and Aging | | N/A | |
| Debtor Questionnaire | | X | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report
are true and correct to the best of my knowledge and belief.

_____
Signature of Debtor                                                          Date

_____                    _____
Signature of Chapter 11 Trustee                         February 10, 2020
                                                                        Date

*The Trustee was appointed by Court Order on May 17, 2019.  The information contained herein is based on the Trustee's accountant's
analysis of the Debtor's bank statements and financing information made available to the Trustee. The Trustee takes no responsibility for the
accuracy of the Debtor's information and reserves all rights in connection therewith.

**The Trustee, upon his appointment requested that all cash receipts of the Debtor be forwarded directly to the Trustee account for deposit.
Subsequently, it came to the Trustee's attention that not all funds received by the Debtor were being forwarded to him, and the Trustee and his
counsel contacted the Debtor and his counsel several times to address this matter. In addition, not all documents requested by the Trustee and
his professionals were produced by the Debtor and his representatives. On January 23,  2020, the Trustee's counsel filed a Motion To Compel
Compliance with Subpoena to Debtor's accountant.

FORM MOR (INDV)
(9/99)

In re: William J. Focazio
Debtor

Case No. 19-10880
Reporting Period June 1 - June 30

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
( This Form must be submitted for each Bank Account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement.  The beginning cash should be the ending cash from the prior month or, if this
is the first report, the amount should be the balance on the date the petition was filed.  Attach the bank statements and a detailed list of all disbursements
made during the report period that includes the date, the check number, the payee, the transaction description, and the amount.   A bank reconciliation
must be attached for each account.  [See MOR-1 (INDV) (CON'T)]

| | Current Month Actual | | | | Cumulative Filing to Date |
|---|---|---|---|---|---|
| | 4607 | 0713 | 7712 | Total | |
| **Cash - Beginning of Month (June 1, 2019)** | 3,336 | 93 | 19,842 | 23,271 | 9,304 |
| | | | | | |
| **RECEIPTS** | | | | | |
| Wages / Distributions | 20,000 | - | - | 20,000 | 140,000 |
| Interest and Dividend Income | - | - | - | - | - |
| Alimony and Child Support | - | - | - | - | - |
| Account Transfer | - | - | - | - | 1,000 |
| Miscellaneous Deposits | - | - | | - | 77,498 |
| Other Income (attach schedule) | 12,785 | - | 10,950 | 23,735 | 31,387 |
| **Total Receipts** | 32,785 | - | 10,950 | 43,735 | 249,885 |
| | | | | | |
| **DISBURSEMENTS** | | | | | |
| **ORDINARY ITEMS:** | | | | | |
| Mortgage Payment(s) | 10,000 | - | - | 10,000 | 10,000 |
| Rental Payment(s) | - | - | | - | - |
| Other Loan Payments | - | - | 2,500 | 2,500 | 2,500 |
| Utilities | 2,398 | - | 2,500 | 4,898 | 13,610 |
| Insurance | 798 | - | 1,853 | 2,651 | 18,365 |
| Auto | - | - | - | - | 2,021 |
| Investment Contributions | - | - | - | - | 17,250 |
| Business Expenses | - | - | - | - | 9,058 |
| Repairs and Maintenance | - | - | 2,697 | 2,697 | 14,247 |
| Medical Expenses | 1,199 | - | 537 | 1,736 | 4,664 |
| Household Expenses | 6,430 | - | 6,689 | 13,119 | 65,933 |
| Account Transfer | - | - | - | - | 1,000 |
| Bank Fees | 20 | - | 70 | 90 | 912 |
| Child Care Expenses | - | - | - | - | 1,200 |
| Alimony and Child Support Payments | - | - | - | - | - |
| Legal Fees | - | - | - | - | 2,425 |
| Taxes - Real Estate | - | - | - | - | - |
| Taxes - Personal Property | - | - | - | - | - |
| Storage Unit | - | - | - | - | 639 |
| Travel and Entertainment | 163 | - | 443 | 606 | 1,384 |
| Housekeeping | 980 | - | 2,840 | 3,820 | 23,080 |
| Miscellaneous Expense | 72 | - | 3,500 | 3,572 | 42,543 |
| Other (attach schedule) | - | - | | - | - |
| Total Ordinary Disbursements | 22,061 | - | 23,629 | 45,689 | 230,831 |
| **REORGANIZATION ITEMS:** | | | | | |
| Professional Fees | - | - | - | - | 6,717 |
| U. S. Trustee Fees | - | - | - | - | 325 |
| Other Reorganization Expenses (attach schedule) | - | - | - | - | - |
| Total Reorganization Items | $0 | - | - | - | 7,042 |
| | | | | | |
| **Total Disbursements  (Ordinary + Reorganization)** | $22,061 | - | 23,629 | 45,689 | 237,873 |
| | | | | | |
| **Net Cash Flow (Total Receipts  -  Total Disbursements)** | 10,725 | - | (12,679) | (1,954) | 12,012 |
| | | | | | |
| **Cash - End of Month (June 30, 2019) (Must equal reconciled bank statement)** | 14,060 | 93 | 7,163 | 21,317 | 21,317 |

**In re:** <u>William J. Focazio</u>                                    **Case No.** <u>19-10880</u>
Debtor                                                                **Reporting Period** <u>June 1 - June 30</u>

### INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
|  |  |  |
| **Other Income** |  |  |
| Account #4607 |  |  |
|   Endo Surgical Distribution | 6,000.00 |  |
|   Rent on 999 Clifton | 6,785.00 |  |
|     Total | 12,785.00 |  |
|  |  |  |
| Account #7712 |  |  |
|   Rent on 66 Westview Road | 4,750.00 |  |
|   Endo Surgical Distribution | 6,000.00 |  |
|   Rent from Passaic Medical Assoc. (999 Clifton) | 200.00 |  |
|     Total | 10,950.00 |  |
| **Other Taxes** |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **Other Ordinary Disbursements** |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **Other Reorganization Expenses** |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

FORM MOR-1 (INDV) (CON'T)
(9/99)

**In re:** William J. Focazio
Debtor

**Case No.** 19-10880
**Reporting Period** June 1 - June 30

### DISBURSEMENTS - Account 4607

| Payee | Account | Date | Amount | Purpose | Check # | Comment |
|---|---|---|---|---|---|---|
| **Personal Disbursements** | | | | | | |
| | | | | | | |
| PSV Natural Health | x4607 | 6/3/2019 | $37 | Medical Expenses | | |
| Prime at Valent | x4607 | 6/3/2019 | $563 | Household Expenses | | |
| Montvale Nails | x4607 | 6/3/2019 | $178 | Household Expenses | | |
| CB Management | x4607 | 6/4/2019 | $1,229 | Household Expenses | 1440 | |
| Silverman Jeweler | x4607 | 6/6/2019 | $43 | Household Expenses | | |
| Ramsey Vet Hospital | x4607 | 6/6/2019 | $42 | Household Expenses | | |
| Varka | x4607 | 6/7/2019 | $338 | Household Expenses | | |
| Prime at Valent | x4607 | 6/10/2019 | $222 | Household Expenses | | |
| Northwestern Mutual | x4607 | 6/11/2019 | $798 | Insurance | | |
| Bel Fiore Greenhouse | x4607 | 6/11/2019 | $284 | Household Expenses | | |
| NJ Annual Report | x4607 | 6/11/2019 | $103 | Travel and Entertainment | | |
| Twin Capital | x4607 | 6/11/2019 | $10,000 | Mortgage Payment(s) | 1441 | |
| Club Pilates | x4607 | 6/13/2019 | $249 | Household Expenses | | |
| Service Charge Debit | x4607 | 6/14/2019 | $20 | Bank Fees | | |
| AT&T | x4607 | 6/17/2019 | $419 | Utilities | | |
| Verizon | x4607 | 6/17/2019 | $603 | Utilities | | |
| Joe Leone's Italian | x4607 | 6/17/2019 | $117 | Household Expenses | | |
| iTunes | x4607 | 6/19/2019 | $10 | Travel and Entertainment | | |
| iTunes | x4607 | 6/19/2019 | $1 | Travel and Entertainment | | |
| Cash Withdrawal | x4607 | 6/19/2019 | $1,785 | Household Expenses | | |
| Optimum | x4607 | 6/20/2019 | $1,376 | Utilities | | |
| Esty Street | x4607 | 6/20/2019 | $353 | Household Expenses | | |
| Evelyn | x4607 | 6/20/2019 | $250 | Housekeeping | 1444 | |
| Evelyn | x4607 | 6/21/2019 | $250 | Housekeeping | 1445 | |
| B. Stephens Fithouse | x4607 | 6/21/2019 | $700 | Medical Expenses | 1447 | |
| Solaire Nutrace | x4607 | 6/24/2019 | $199 | Medical Expenses | | |
| Wabi Sabi | x4607 | 6/24/2019 | $32 | Household Expenses | | |
| Sunoco | x4607 | 6/24/2019 | $50 | Travel and Entertainment | | |
| Tease Salon | x4607 | 6/24/2019 | $265 | Household Expenses | | |
| Bel Fiore Greenhouse | x4607 | 6/24/2019 | $364 | Household Expenses | | |
| Varka | x4607 | 6/24/2019 | $280 | Household Expenses | | |
| Retina Associates | x4607 | 6/25/2019 | $168 | Medical Expenses | | |
| Miller's Pharmacy | x4607 | 6/25/2019 | $95 | Household Expenses | | |
| N. Highland High School | x4607 | 6/25/2019 | $72 | Miscellaneous Expense | 1449 | |
| Sunoco | x4607 | 6/26/2019 | $87 | Household Expenses | | |
| Delma | x4607 | 6/26/2019 | $480 | Housekeeping | 1451 | |
| Total | | | $22,061 | | | |
| | | | | | | |

**In re:** William J. Focazio
Debtor

**Case No.** 19-10880
**Reporting Period** June 1 - June 30

**DISBURSEMENTS – Account 7712**

| Payee | Account | Date | Amount | Purpose | Check # | Comment |
|---|---|---|---|---|---|---|
| **Personal Disbursements** | | | | | | |
| | | | | | | |
| Evelyn | x7712 | 6/3/2019 | $350 | Housekeeping | 1015 | |
| Delma | x7712 | 6/4/2019 | $480 | Housekeeping | 1016 | |
| Rockland Electric Bill Payment | x7712 | 6/4/2019 | $2,500 | Utilities | | |
| Overdraft Ret | x7712 | 6/4/2019 | $35 | Bank Fees | | |
| Progressive | x7712 | 6/13/2019 | $633 | Insurance | 1018 | |
| Cash | x7712 | 6/6/2019 | $1,000 | Miscellaneous Expense | 1021 | |
| United Healthcare | x7712 | 6/14/2019 | $177 | Insurance | 1022 | |
| Joaquin | x7712 | 6/7/2019 | $800 | Repairs and Maintenance | 1023 | |
| CB Management | x7712 | 6/10/2019 | $2,474 | Household Expenses | 1024 | |
| Evelyn | x7712 | 6/10/2019 | $350 | Housekeeping | 1026 | |
| Wade - Appraisals | x7712 | 6/14/2019 | $2,400 | Miscellaneous Expense | 1027 | |
| Manny | x7712 | 6/12/2019 | $400 | Repairs and Maintenance | 1028 | |
| Dr. Deb | x7712 | 6/14/2019 | $300 | Medical Expenses | 1030 | |
| Michael Shaw | x7712 | 6/18/2019 | $340 | Insurance | 1031 | |
| Delma | x7712 | 6/14/2019 | $480 | Housekeeping | 1032 | |
| Evelyn | x7712 | 6/17/2019 | $350 | Housekeeping | 1033 | |
| Barry's | x7712 | 6/24/2019 | $597 | Repairs and Maintenance | 1034 | |
| Crystal Clear | x7712 | 6/20/2019 | $500 | Repairs and Maintenance | 1035 | |
| Delma | x7712 | 6/19/2019 | $480 | Housekeeping | 1036 | |
| Manny | x7712 | 6/18/2019 | $400 | Repairs and Maintenance | 1037 | |
| Ivan Corbora | x7712 | 6/19/2019 | $2,500 | Other Loan Payments | 1038 | |
| Evelyn | x7712 | 6/26/2019 | $350 | Housekeeping | 1039 | |
| Cash | x7712 | 6/12/2019 | $100 | Miscellaneous Expense | 21029 | |
| Gundry MD | x7712 | 6/10/2019 | $162 | Medical Expenses | | |
| Franklin Mutual | x7712 | 6/11/2019 | $698 | Insurance | | |
| Franklin Mutual | x7712 | 6/11/2019 | $5 | Insurance | | |
| Petrillo Landscaping | x7712 | 6/12/2019 | $1,500 | Household Expenses | | |
| Woof Gang Bakery | x7712 | 6/14/2019 | $160 | Household Expenses | | |
| Gen Sushi Hibachi | x7712 | 6/14/2019 | $118 | Household Expenses | | |
| Wine Outlet | x7712 | 6/17/2019 | $260 | Household Expenses | | |
| NJ Motor Vehicle | x7712 | 6/18/2019 | $66 | Travel and Entertainment | | |
| Colonial Pharmacy | x7712 | 6/19/2019 | $75 | Medical Expenses | | |
| Gen Sushi Hibachi | x7712 | 6/20/2019 | $67 | Household Expenses | | |
| Sunoco | x7712 | 6/25/2019 | $54 | Travel and Entertainment | | |
| Sunoco | x7712 | 6/25/2019 | $12 | Travel and Entertainment | | |
| Bolkema Fuel Co. | x7712 | 6/28/2019 | $311 | Travel and Entertainment | | |
| Gen Sushi Hibachi | x7712 | 6/28/2019 | $110 | Household Expenses | | |
| Overdraft | x7712 | 6/7/2019 | $35 | Bank Fees | | |
| Cash Withdrawal | x7712 | 6/13/2019 | $2,000 | Household Expenses | | |
| Total | | | $23,629 | | | |
| | | | | | | |

**In re:** William J. Focazio                                                      **Case No.** 19-10880
Debtor                                                                              **Reporting Period** June 1 - June 30

### BANK RECONCILIATIONS
**Continuation Sheet for MOR-1**
A bank reconciliation must be included for each bank account.  The debtor's bank reconciliation may be substituted for this page.

| | Operating | | Other | | Operating | | Total |
|---|---|---|---|---|---|---|---|
| | # 4607 | | # 0713 | | # 7712 | | |
| **BALANCE PER BOOKS** | 14,060 | | 93 | | 7,163 | | 21,317 |
| | | | | | | | |
| BANK BALANCE | 14,060 | | 93 | | 7,163 | | 21,317 |
| (+) DEPOSITS IN TRANSIT (ATTACH LIST) | - | | - | | - | | - |
| (-) OUTSTANDING CHECKS (ATTACH LIST) | - | | - | | - | | - |
| OTHER  (ATTACH EXPLANATION) | - | | - | | - | | - |
| ADJUSTED BANK BALANCE * | 14,060 | | 93 | | 7,163 | | 21,317 |
| * Adjusted bank balance must equal | | | | | | | |
|    balance per books | | | | | | | |
| | | | | | | | |
| **DEPOSITS IN TRANSIT** | Date | Amount | Date | Amount | Date | Amount | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| **CHECKS OUTSTANDING** | Ck. # | Amount | Ck. # | Amount | Ck. # | Amount | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| OTHER | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**Case No.** 19-10880
**Reporting Period** June 1 - June 30

### SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID
This schedule is to include all retained professional payments from case inception to current month.

| Payee | Period Covered | Amount Approved | Payor | Check Number | Date | Amount Paid Fees | Expenses | Year-To-Date Fees | Expenses |
|-------|----------------|-----------------|-------|--------------|------|------------------|----------|-------------------|----------|
| David Stevens | | 5,000 | William J. Focazio | 1328 | 1/17/2019 | 5,000 | - | 5,000.00 | - |
| David Stevens | | 1,717 | William J. Focazio | 1329 | 2/8/2019 | 1,717 | - | 1,717.00 | - |
| | | | | | | | | | |
| Wade Appraisals | | 2,400 | William J. Focazio | 1027 | 6/14/2019 | 2,400 | - | 2,400.00 | - |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

FORM MOR-1b
(04/07)

In re: William J. Focazio
Debtor

Case No. 19-10880
Reporting Period June 1 - June 30

**BALANCE SHEET**

The Balance Sheet is to be completed on an accrual basis only.  Pre-petition liabilities must be classified separately from postpetition obligations.

| | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| **ASSETS** | | |
| Other Property (attach schedule) | 1,455,000 | 1,455,000 |
| | | |
| Total Property | 1,455,000 | 1,455,000 |
| | | |
| Cash | 21,317 | 4,000 |
| Autos, Trucks & Other Vehicles | 43,862 | 43,862 |
| Household Goods and Furniture | 100,000 | 100,000 |
| Electronics | 5,000 | 5,000 |
| Clothing | 3,000 | 3,000 |
| Jewelry | 6,000 | 6,000 |
| Partnerships & Business Ventures | 60,000 | 60,000 |
| Medical License | 100,000 | 100,000 |
| Total Other Assets | 339,179 | 321,862 |
| | | |
| **TOTAL ASSETS** | 1,794,179 | 1,776,862 |

| | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| **LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)** | | |
| Accounts Payable | 48,960 | - |
| Taxes Payable (refer to FORM MOR-4) | - | - |
| Wages Payable | - | - |
| Notes Payable | - | - |
| Rent / Leases - Building/Equipment | - | - |
| Secured Debt / Adequate Protection Payments | - | - |
| Professional Fees | - | - |
| Amounts Due to Insiders* | - | - |
| Other Postpetition Liabilities (attach schedule) | - | - |
| Total Postpetition Liabilities | 48,960 | - |
| | | |
| **LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)** | | |
| Secured Debt | 1,455,000 | 850,000 |
| Priority Debt | 421,014 | 246,979 |
| Unsecured Debt | 14,886,783 | 15,228,600 |
| Total Pre - Petition Liabilities | 16,762,796 | 16,325,579 |
| | | |
| **Total Liabilities** | 16,811,756 | 16,325,579 |

*"Insider" is defined in 11 U.S.C. Section 101(31).

In re: William J. Focazio                                                    Case No. 19-10880
Debtor                                                          Reporting Period June 1 - June 30

## BALANCE SHEET - continuation sheet

| ASSETS | | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| Other Property | | | |
| 66 Westview Road    Wayne, NJ  07470 | | 650,000 | 650,000 |
| 41 Inlet Drive Point Pleasant Beach, NJ | | 260,000 | 260,000 |
| 41A Inlet Drive Point Pleasant Beach, NJ | | 275,000 | 275,000 |
| 43 Inlet Drive Point Pleasant Beach, NJ, 08742 | | 270,000 | 270,000 |
| 999 Clifton Ave. | | Value Unknown | Value Unknown |
| | | | |
| Total Other Property | | 1,455,000 | 1,455,000 |
| Other Assets | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| LIABILITIES AND OWNER EQUITY | | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| Other Postpetition Liabilities | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Adjustments to Owner Equity | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Postpetition Contributions (Distributions) (Draws) | | | |

Restricted Cash is cash that is restricted for a specific use and not available to fund operations.  Typically, restricted cash is segregated into a separate account, such as an escrow account.

In re: William J. Focazio                                                    Case No. 19-10880
Debtor                                                           Reporting Period June 1 - June 30

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | |
| + Amounts billed during the period | |
| - Amounts collected during the period | N/A |
| Total Accounts Receivable at the end of the reporting period | |
| | |

| Accounts Receivable Aging | Amount |
|---|---|
| 0 - 30 days old | |
| 31 - 60 days old | |
| 61 - 90 days old | |
| 91+ days old | N/A |
| Total Accounts Receivable | |
| Amount considered uncollectible (Bad Debt) | |
| Accounts Receivable (Net) | |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1.  Have any assets been sold or transferred outside the normal course of business this reporting period?  If yes, provide an explanation below. | | X |
| 2.  Have any funds been disbursed from any account other than a debtor in possession account this reporting period?  If yes, provide an explanation below. | X[1] | |
| 3.  Have all postpetition tax returns been timely filed?  If no, provide an explanation below. | | N/A |
| 4.  Are workers compensation, general liability and other necessary insurance coverages in effect?  If no, provide an explanation below. | | N/A |
| 5.  Has any bank account been opened during the reporting period?  If yes, provide documentation identifying the opened account(s).  If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | X |

[1] The debtor did not begin to turn over funds to the Trustee until July 12th.

## investors Bank

101 Wood Avenue South • Iselin, NJ • 08830

855-iBank4U (855.422.6548)
myinvestorsbank.com

**RETURN SERVICE REQUESTED**

NORTH JERSEY MEDICAL CONSULTANTS CORP
101 FOX HEDGE RD
SADDLE RIVER NJ 07458-2715

| BUSINESS CHECKING | | | |
|---|---|---|---|
| *Account #* | **XXXXXXX4607** | *Beginning Balance* | $3,335.77 |
| *Statement Period* | | *Deposits/Credits* | $32,785.22 |
| *From* | 06/01/19 | *Interest Paid* | $0.00 |
| *Through* | 06/30/19 | *Checks/Debits* | -$22,040.55 |
| *Average Balance* | $5,939.46 | *Service Charges* | $20.00 |
| *Earned Interest This Period* | $0.00 | *Ending Balance* | $14,060.44 |
| | | *# Deposits/Credits* | 5 |
| *Annual Percentage Yield Earned (APYE)* | 0.00% | *# Checks/Debits* | 35 |
| | | *YTD Interest* | $0.00 |
| | | *YTD Withholding* | $0.00 |

| ACCOUNT ACTIVITY DETAIL | | | | |
|---|---|---|---|---|
| *Date* | *Description* | *Deposits* | *Withdrawals* | *Balance* |
| 06/01 | BEGINNING BALANCE | | | $3,335.77 |
| 06/03 | DC#0705 REC POS PSV*NATURA PSV*NATURAL HEALTH 800-8960796 MD  059611 | | $37.00- | $3,298.77 |
| 06/03 | DC#0705 SIG PUR 103 PRIME 103 PRIME AT VALENT 724-2831878 NJ  013535 | | $563.01- | $2,735.76 |



Treat yourself to *checking* with rewards.

Visit your local branch to get a sweet deal on YourStyle® Plus Checking.

Member FDIC
Equal Housing Lender

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS**

Contact the Bank immediately if your statement is incorrect or if you need more information about any non-electronic transaction (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

Please contact us at the telephone number or address listed on the front of this statement as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt or if you believe a transfer was made using information from your check without your permission. We must hear from you no later than 30 days after we sent you the FIRST statement on which the problem or error appeared.

1. Provide your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Provide us with the dollar amount of the suspected error.

We will investigate your complaint and will credit any error promptly. If we need more time to complete the investigation, we may take up to 45 days to investigate your complaint or question. If Investors Bank decides to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint in writing and we do not receive it within 10 business days, we may not re-credit your account.

If we decide that there was no error, we will send you a written explanation within three (3) business days after we finish our investigation. You may ask for copies of the documents that we used in our investigation.

**LOST OR STOLEN ATM OR VISA DEBIT CARD**

Contact us immediately if your Investors ATM or VISA Debit Card is lost or stolen. During normal business hours, Monday through Friday, call 855-iBank4U. After hours, call 1-800-472-3272.

For more complete details, see the Terms and Conditions agreement that governs your account.

---

**THIS SECTION IS DESIGNED TO HELP YOU BALANCE YOUR STATEMENT**

**LIST**                                    **ENTER**

NOT CHARGED TO ACCOUNT            AS PER STATEMENT        $ _____

| CHECK NUMBER | $ AMOUNT |
| --- | --- |
|  |  |
|  |  |
|  |  |

**ADD**
DEPOSITS YOU HAVE
MADE SINCE THE DATE
ON THIS STATEMENT        $ _____

_____

_____

**TOTAL**   $ _____

**SUBTRACT**
CHECKS OUTSTANDING

**BALANCE**   $ _____

BALANCE SHOULD AGREE WITH YOUR CHECK BOOK BALANCE AFTER YOU RECORD ALL ITEMS PRINTED ON THIS STATEMENT THAT WERE NOT ENTERED IN YOUR CHECKBOOK.

---

**FINANCE CHARGE**

We calculate the **FINANCE CHARGE** on your account by applying the applicable **DAILY PERIODIC RATE** to the **BALANCE SUBJECT TO FINANCE CHARGE** in your account at the end of each day. We get the **BALANCE SUBJECT TO FINANCE CHARGE** by taking the balance you owed at the end of the previous billing cycle (shown on the statement as the **PREV. BALANCE**). We then reduce that **PREV. BALANCE** by the amount of any unpaid **FINANCE CHARGES** or other charges included in it and any payments or other credits applied to your account prior to the end of the day in question. We then increase this amount by the amount of any loan advances and adjustments charged to your account prior to the end of the day in question.

**BILLING RIGHTS SUMMARY**

In case of errors or questions about your bill:

If you think your bill is wrong or if you need more information about a transaction on your bill, write us on a separate sheet at our address shown on the face of the statement as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter give us the following information: (1) Your name and account number. (2) The dollar amount of the suspected error. (3) Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

**HOW TO MAKE PAYMENT**

Payments received prior to 5:00 p.m. at the Bank address shown on the face of your statement will be credited as of day of receipt. Payments can be made at a Branch, over the phone or online. Payments made at other locations of the Bank may result in a delay in crediting your payments (but not more than 5 days).



**investors** Bank

855-iBank4U (855.422.6548)
myinvestorsbank.com

101 Wood Avenue South • Iselin, NJ • 08830

## ACCOUNT ACTIVITY DETAIL (continued)

| Date | Description | Deposits | Withdrawals | Balance |
|------|-------------|----------|-------------|---------|
| 06/03 | DC#0705 SIG PUR MONTVALE<br>MONTVALE  NAILS & S<br>MONTVALE NJ  020109 | | $178.00- | $2,557.76 |
| 06/04 | DEPOSIT | $1,000.00 | | $3,557.76 |
| 06/04 | CHECK #1440 | | $1,229.39- | $2,328.37 |
| 06/06 | DC#0705 SIG PUR F. SILVERM<br>F. SILVERMAN JEWLER<br>WOODCLIFF LAK NJ  053070 | | $42.65- | $2,285.72 |
| 06/06 | DC#0705 SIG PUR RAMSEY VET<br>RAMSEY VET HOSPITAL<br>201-825-4545 NJ  000003 | | $42.00- | $2,243.72 |
| 06/07 | DC#0705 SIG PUR VARKA<br>VARKA<br>RAMSEY NJ  063712 | | $337.53- | $1,906.19 |
| 06/10 | WIRE CROSSTOWN MEDICAL P.C. | $10,000.00 | | $11,906.19 |
| 06/10 | DC#0705 SIG PUR 103 PRIME<br>103 PRIME AT VALENT<br>724-2831878 NJ  016827 | | $222.33- | $11,683.86 |
| 06/11 | NORTHWESTERN MU  ISA PAYMNT<br>XXXXX95-02 | | $798.15- | $10,885.71 |
| 06/11 | DC#0705 SIG PUR BEL FIORE<br>BEL FIORE GREENHOUS<br>WOODCLIFF LAK NJ  000014 | | $283.62- | $10,602.09 |
| 06/11 | DC#0705 SIG PUR NJ ANNUAL<br>NJ ANNUAL REPORT SE<br>EGOV.COM NJ  001695 | | $102.50- | $10,499.59 |
| 06/11 | CHECK #1441 | | $10,000.00- | $499.59 |
| 06/13 | DEPOSIT | $5,000.00 | | $5,499.59 |
| 06/13 | DC#0705 SIG PUR CLR*CLUBPI<br>CLR*CLUBPILATES2018<br>201-8225260 NJ  092053 | | $249.00- | $5,250.59 |
| 06/14 | SERVICE CHARGE DEBIT | | $20.00- | $5,230.59 |
| 06/17 | ATT          PAYMENT<br>XXXXX4011EPAYU | | $419.17- | $4,811.42 |
| 06/17 | VERIZON        VZ BILLPAY<br>4500111390001 | | $603.01- | $4,208.41 |
| 06/17 | DC#0705 SIG PUR JOE LEONE'<br>JOE LEONE'S ITALIAN<br>POINT PLEASAN NJ  000068 | | $117.09- | $4,091.32 |
| 06/19 | DEPOSIT | $6,785.22 | | $10,876.54 |
| 06/19 | DC#0705 REC POS APL*ITUNES<br>APL*ITUNES.COM/BILL<br>866-712-7753 CA  046323 | | $9.99- | $10,866.55 |
| 06/19 | DC#0705 REC POS APL*ITUNES<br>APL*ITUNES.COM/BILL<br>866-712-7753 CA  078143 | | $0.99- | $10,865.56 |

**investors Bank**

855-iBank4U (855.422.6548)
myinvestorsbank.com

101 Wood Avenue South • Iselin, NJ • 08830

## ACCOUNT ACTIVITY DETAIL (continued)

| Date | Description | Deposits | Withdrawals | Balance |
|------|-------------|----------|-------------|---------|
| 06/19 | WITHDRAWAL | | $1,785.00- | $9,080.56 |
| 06/20 | DC#0705 SIG PUR OPTIMUM 78 OPTIMUM 7802V 201-405-8222 NY  057299 | | $1,376.05- | $7,704.51 |
| 06/20 | DC#0705 SIG PUR ESTY STREE ESTY STREET PARK RIDGE NJ  027322 | | $353.20- | $7,351.31 |
| 06/20 | CHECK #1444 | | $250.00- | $7,101.31 |
| 06/21 | CHECK #1445 | | $250.00- | $6,851.31 |
| 06/21 | CHECK #1447 | | $700.00- | $6,151.31 |
| 06/24 | DC#0705 SIG PUR PSV*SOLAIR PSV*SOLAIRE NUTRACE 800-7520625 MD  055027 | | $199.00- | $5,952.31 |
| 06/24 | DC#0705 SIG PUR WABI SABI WABI SABI BLOOMFIELD NJ  090004 | | $31.74- | $5,920.57 |
| 06/24 | DC#0705 SIG PUR SUNOCO 001 SUNOCO 0015161301 WOODCLIFF LAK NJ  033729 | | $50.00- | $5,870.57 |
| 06/24 | DC#0705 SIG PUR TEASE SALO TEASE SALON BLOOMFIELD NJ  090009 | | $265.00- | $5,605.57 |
| 06/24 | DC#0705 SIG PUR BEL FIORE BEL FIORE GREENHOUS WOODCLIFF LAK NJ  000024 | | $363.59- | $5,241.98 |
| 06/24 | DC#0705 SIG PUR VARKA VARKA RAMSEY NJ  018613 | | $279.95- | $4,962.03 |
| 06/25 | DC#0705 SIG PUR RETINA ASS RETINA ASSOCIATES O 201-8377300 NJ  031910 | | $167.58- | $4,794.45 |
| 06/25 | DC#0705 SIG PUR MILLERS PH MILLERS PHARMACY 201-8913333 NJ  000087 | | $95.00- | $4,699.45 |
| 06/25 | CHECK #1449 | | $72.00- | $4,627.45 |
| 06/26 | WIRE CROSSTOWN MEDICAL P.C. | $10,000.00 | | $14,627.45 |
| 06/26 | DC#0705 SIG PUR SUNOCO 075 SUNOCO 0752440800 POINT PLEASAN NJ  035119 | | $87.01- | $14,540.44 |
| 06/26 | CHECK #1451 | | $480.00- | $14,060.44 |
| 06/30 | ENDING BALANCE | | | $14,060.44 |

## CHECK REGISTER

| Check # | Date | Amount | Check # | Date | Amount | Check # | Date | Amount |
|---------|------|--------|---------|------|--------|---------|------|--------|
| 0 | 06/17 | $603.01# | 1441 | 06/11 | $10,000.00 | 1445 | 06/21 | $250.00 |
| 1440* | 06/04 | $1,229.39 | 1444* | 06/20 | $250.00 | 1447* | 06/21 | $700.00 |

**investors** Bank

855-iBank4U (855.422.6548)
myinvestorsbank.com

101 Wood Avenue South • Iselin, NJ • 08830

### CHECK REGISTER

| Check # | Date | Amount | Check # | Date | Amount | Check # | Date | Amount |
|---------|------|--------|---------|------|--------|---------|------|--------|
| 1449* | 06/25 | $72.00 | 1451* | 06/26 | $480.00 | | | |

*(# AFTER THE CHECK AMOUNT INDICATES ACH CHECK - * INDICATES NON-CONSECUTIVE CHECK NUMBER(S))*

 **investors** Bank

855-iBank4U (855.422.6548)
myinvestorsbank.com

101 Wood Avenue South • Iselin, NJ • 08830

**RETURN SERVICE REQUESTED**

NORTH JERSEY MEDICAL CONSULTANTS CORP
101 FOX HEDGE RD
SADDLE RIVER NJ 07458-2715

| BUSINESS CHECKING | | | |
|---|---|---|---|
| Account # | XXXXXXX0713 | Beginning Balance | $93.35 |
| Statement Period | | Deposits/Credits | $0.00 |
| From | 06/01/19 | Interest Paid | $0.00 |
| Through | 06/30/19 | Checks/Debits | 0.00 |
| Average Balance | $93.35 | Service Charges | $0.00 |
| Earned Interest This Period | $0.00 | Ending Balance | $93.35 |
| | | # Deposits/Credits | 0 |
| Annual Percentage Yield Earned (APYE) | 0.00% | # Checks/Debits | 0 |
| | | YTD Interest | $0.00 |
| | | YTD Withholding | $0.00 |

| ACCOUNT ACTIVITY DETAIL | | | | |
|---|---|---|---|---|
| Date | Description | Deposits | Withdrawals | Balance |
| 06/01 | BEGINNING BALANCE | | | $93.35 |
| 06/30 | ENDING BALANCE | | | $93.35 |



Treat yourself to *checking* with rewards.

Visit your local branch to get a sweet deal on *YourStyle®* Plus Checking.

Member FDIC    Equal Housing Lender

## IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS

Contact the Bank immediately if your statement is incorrect or if you need more information about any non-electronic transaction (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

Please contact us at the telephone number or address listed on the front of this statement as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt or if you believe a transfer was made using information from your check without your permission. We must hear from you no later than 30 days after we sent you the FIRST statement on which the problem or error appeared.

1.   Provide your name and account number.
2.   Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3.   Provide us with the dollar amount of the suspected error.

We will investigate your complaint and will credit any error promptly. If we need more time to complete the investigation, we may take up to 45 days to investigate your complaint or question. If Investors Bank decides to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint in writing and we do not receive it within 10 business days, we may not re-credit your account.

If we decide that there was no error, we will send you a written explanation within three (3) business days after we finish our investigation. You may ask for copies of the documents that we used in our investigation.

## LOST OR STOLEN ATM OR VISA DEBIT CARD

Contact us immediately if your Investors ATM or VISA Debit Card is lost or stolen. During normal business hours, Monday through Friday, call 855-iBank4U. After hours, call 1-800-472-3272.

For more complete details, see the Terms and Conditions agreement that governs your account.

---

### THIS SECTION IS DESIGNED TO HELP YOU BALANCE YOUR STATEMENT

LIST

NOT CHARGED TO ACCOUNT

| CHECK NUMBER | $ AMOUNT |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

ENTER

AS PER STATEMENT        $ _____

ADD
DEPOSITS YOU HAVE
MADE SINCE THE DATE
ON THIS STATEMENT        $ _____

_____

_____

TOTAL   $ _____

SUBTRACT
CHECKS OUTSTANDING

BALANCE   $ _____

BALANCE SHOULD AGREE WITH YOUR CHECK BOOK BALANCE AFTER YOU
RECORD ALL ITEMS PRINTED ON THIS STATEMENT THAT WERE NOT
ENTERED IN YOUR CHECKBOOK.

---

### FINANCE CHARGE

We calculate the FINANCE CHARGE on your account by applying the applicable DAILY PERIODIC RATE to the BALANCE SUBJECT TO FINANCE CHARGE in your account at the end of each day. We get the BALANCE SUBJECT TO FINANCE CHARGE by taking the balance you owed at the end of the previous billing cycle (shown on the statement as the PREV. BALANCE). We then reduce that PREV. BALANCE by the amount of any unpaid FINANCE CHARGES or other charges included in it and any payments or other credits applied to your account prior to the end of the day in question. We then increase this amount by the amount of any loan advances and adjustments charged to your account prior to the end of the day in question.

### BILLING RIGHTS SUMMARY

In case of errors or questions about your bill:

If you think your bill is wrong or if you need more information about a transaction on your bill, write us on a separate sheet at our address shown on the face of the statement as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter give us the following information: (1) Your name and account number. (2) The dollar amount of the suspected error. (3) Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

### HOW TO MAKE PAYMENT

Payments received prior to 5:00 p.m. at the Bank address shown on the face of your statement will be credited as of day of receipt. Payments can be made at a Branch, over the phone or online. Payments made at other locations of the Bank may result in a delay in crediting your payments (but not more than 5 days).





**America's Most Convenient Bank®**

STATEMENT OF ACCOUNT

WILLIAM FOCAZIO
DIP CASE 19-10880 DIST NJ

## DAILY ACCOUNT ACTIVITY

### Checks Paid (continued)

*Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|------|-----------|--------|------|-----------|--------|
| 05/28 | 1010 | 1,000.00 | 05/31 | 1014 | 1,000.00 |
| 05/28 | 1012* | 600.00 | 06/03 | 1015 | 350.00 |
| 05/29 | 1013 | 480.00 | 06/04 | 1016 | 480.00 |
| | | | | Subtotal: | 31,695.30 |

### Electronic Payments

| POSTING DATE | DESCRIPTION | AMOUNT |
|------|-----------|--------|
| 05/14 | DEBIT CARD PURCHASE, *****30040422362, AUT 051219 VISA DDA PUR PETRILLO LANDSCAPING RIVER VALES * NJ | 1,000.00 |
| 05/17 | DEBIT CARD PURCHASE, *****30040422362, AUT 051519 VISA DDA PUR PETRILLO LANDSCAPING RIVER VALES * NJ | 500.00 |
| 06/04 | ACH DEBIT, ROCKLAND ELECTR BILL PYMT ****558049 | 2,500.00 |
| | Subtotal: | 4,000.00 |

### Other Withdrawals

| POSTING DATE | DESCRIPTION | AMOUNT |
|------|-----------|--------|
| 06/04 | OVERDRAFT RET | 35.00 |
| | Subtotal: | 35.00 |

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|
| 05/05 | 7.00 | 05/20 | 4,237.00 |
| 05/06 | 1,507.00 | 05/23 | 21,921.70 |
| 05/10 | 1,027.00 | 05/28 | 21,321.70 |
| 05/13 | 3,027.00 | 05/29 | 20,841.70 |
| 05/14 | 2,027.00 | 05/31 | 19,841.70 |
| 05/16 | 1,137.00 | 06/03 | -5,508.30 |
| 05/17 | 4,837.00 | 06/04 | 16,476.70 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# TD Bank

**America's Most Convenient Bank®**

T    STATEMENT OF ACCOUNT

WILLIAM FOCAZIO
DIP CASE 19-10880 DIST NJ
101 FOX HEDGE RD
SADDLE RIVER NJ  07458

## Chapter 11 Checking

WILLIAM FOCAZIO
DIP CASE 19-10880 DIST NJ

Account # 436-4907712

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 16,476.70 | Average Collected Balance | 6,124.35 |
| Deposits | 11,950.00 | Interest Earned This Period | 0.00 |
| Other Credits | 25,000.00 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| Checks Paid | 40,911.55 | Days in Period | 30 |
| Electronic Payments | 3,661.46 | | |
| Other Withdrawals | 2,035.00 | | |
| Ending Balance | 6,818.69 | | |

| | Total for this Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees (NSF) | $35.00 | $70.00 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/13 | DEPOSIT | 4,750.00 |
| 06/21 | DEPOSIT | 3,000.00 |
| 06/28 | DEPOSIT | 3,200.00 |
| 07/02 | DEPOSIT | 1,000.00 |
| | Subtotal: | 11,950.00 |

**Other Credits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/07 | RETURNED ITEM | 25,000.00 |
| | Subtotal: | 25,000.00 |

**Checks Paid**    No. Checks: 23    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 06/06 | 1007 | 25,000.00 | 06/14 | 1027 | 2,400.00 |
| 06/13 | 1018* | 633.00 | 06/12 | 1028 | 400.00 |
| 06/06 | 1021* | 1,000.00 | 06/14 | 1030* | 300.00 |
| 06/14 | 1022 | 177.12 | 06/18 | 1031 | 340.00 |
| 06/07 | 1023 | 800.00 | 06/14 | 1032 | 480.00 |
| 06/10 | 1024 | 2,474.33 | 06/17 | 1033 | 350.00 |
| 06/10 | 1026* | 350.00 | 06/24 | 1034 | 597.10 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.

- Subtract any automatic payments, transfers or other electronic with-drawals not previously recorded.

- Add any interest earned if you have an interest-bearing account.

- Add any automatic deposit or overdraft line of credit.

- Review all withdrawals shown on this statement and check them off in your account register.

- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| | | |
|---|---|---|
| ① Ending Balance | | 6,818.69 |
| ② Total Deposits | + | |
| ③ Sub Total | | |
| ④ Total Withdrawals | - | |
| ⑤ Adjusted Balance | | |

| ② DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** | | ② |

| ④ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** | | ④ |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.

**TD Bank**

America's Most Convenient Bank®

WILLIAM FOCAZIO
DIP CASE 19-10880 DIST NJ

## DAILY ACCOUNT ACTIVITY

### Checks Paid (continued)

*Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 06/20 | 1035 | 500.00 | 07/01 | 1040 | 350.00 |
| 06/19 | 1036 | 480.00 | 07/03 | 1041 | 480.00 |
| 06/18 | 1037 | 400.00 | 07/02 | 1043* | 450.00 |
| 06/19 | 1038 | 2,500.00 | 06/12 | 21029* | 100.00 |
| 06/26 | 1039 | 350.00 | | | |
| | | | | Subtotal: | 40,911.55 |

### Electronic Payments

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/10 | DEBIT CARD PURCHASE, *****30040422362, AUT 060819 VISA DDA PUR GUNDRY MD  LLC       800 8520477   * CA | 161.97 |
| 06/11 | ACH DEBIT, FRANKLIN MUTUAL PREM & PMT 61379 | 697.92 |
| 06/11 | ACH DEBIT, FRANKLIN MUTUAL PREM & PMT 61378 | 5.00 |
| 06/12 | DEBIT CARD PURCHASE, *****30040422362, AUT 061019 VISA DDA PUR PETRILLO LANDSCAPING     RIVER VALES  * NJ | 1,500.00 |
| 06/14 | DEBIT CARD PURCHASE, *****30040422362, AUT 061319 VISA DDA PUR WOOF GANG BAKERY  GROOM    ALLENDALE   * NJ | 159.94 |
| 06/14 | DEBIT CARD PURCHASE, *****30040422362, AUT 061219 VISA DDA PUR GEN SUSHI  HIBACHI       MONTVALE    * NJ | 117.69 |
| 06/17 | DEBIT CARD PURCHASE, *****30040422362, AUT 061519 VISA DDA PUR WINE OUTLET           POINT PLEASAN * NJ | 259.68 |
| 06/18 | DEBIT CARD PURCHASE, *****30040422362, AUT 061719 VISA DDA PUR NJ MOTOR VEHICLE PAY     EGOV COM    * NJ | 66.00 |
| 06/19 | DEBIT CARD PURCHASE, *****30040422362, AUT 061719 VISA DDA PUR COLONIAL PHARMACY       CLIFTON     * NJ | 75.00 |
| 06/20 | DEBIT CARD PURCHASE, *****30040422362, AUT 061819 VISA DDA PUR GEN SUSHI  HIBACHI       MONTVALE    * NJ | 67.41 |
| 06/25 | DEBIT CARD PURCHASE, *****30040422362, AUT 062419 VISA DDA PUR SUNOCO 0015161301       WOODCLIFF LAK * NJ | 53.72 |
| 06/25 | DEBIT CARD PURCHASE, *****30040422362, AUT 062419 VISA DDA PUR SUNOCO 0015161301       WOODCLIFF LAK * NJ | 11.68 |
| 06/28 | DEBIT CARD PURCHASE, *****30040422362, AUT 062619 VISA DDA PUR BOLKEMA FUEL CO INC     201 891 1000 * NJ | 311.26 |
| 06/28 | DEBIT CARD PURCHASE, *****30040422362, AUT 062719 VISA DDA PUR GEN SUSHI  HIBACHI       MONTVALE    * NJ | 110.10 |
| 07/05 | DEBIT CARD PURCHASE, *****30040422362, AUT 070319 VISA DDA PUR SUNOCO 0015161301       WOODCLIFF LAK * NJ | 64.09 |
| | Subtotal: | 3,661.46 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender


**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

WILLIAM FOCAZIO
DIP CASE 19-10880 DIST NJ

---

## DAILY ACCOUNT ACTIVITY

**Other Withdrawals**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/07 | OVERDRAFT RET | 35.00 |
| 06/13 | DEBIT | 2,000.00 |
| | Subtotal: | 2,035.00 |

---

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 06/05 | 16,476.70 | 06/20 | 2,396.64 |
| 06/06 | -9,523.30 | 06/21 | 5,396.64 |
| 06/07 | 14,641.70 | 06/24 | 4,799.54 |
| 06/10 | 11,655.40 | 06/25 | 4,734.14 |
| 06/11 | 10,952.48 | 06/26 | 4,384.14 |
| 06/12 | 8,952.48 | 06/28 | 7,162.78 |
| 06/13 | 11,069.48 | 07/01 | 6,812.78 |
| 06/14 | 7,434.73 | 07/02 | 7,362.78 |
| 06/17 | 6,825.05 | 07/03 | 6,882.78 |
| 06/18 | 6,019.05 | 07/05 | 6,818.69 |
| 06/19 | 2,964.05 | | |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender