Order Filed on February 14, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-1

Sydney J. Darling, Esq.
Stephen V. Falanga, Esq.
**WALSH PIZZI O'REILLY FALANGA LLP**
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
T: 973.757.1100 | F: 973.757.1090
sdarling@walsh.law
sfalanga@walsh.law
*Counsel to Edward A. Philips, Chapter 11
Trustee of the Estate of William J. Focazio*

| | |
|---|---|
| In re:<br><br>WILLIAM J. FOCAZIO, JR.<br><br>                              Debtor. | Bankr. Case No.: 19-10880-VFP<br><br>Honorable Vincent F. Papalia, U.S.B.J.<br><br>Chapter 11 |

**ORDER COMPELLING COMPIANCE WITH SUBPOENA PURSUANT TO
FED. R. BANKR. P. 2004 & 9016 AND D.N.J. LBR 2004-1(e)**

The relief set forth on the following page, numbered two, is hereby **ORDERED**.

**DATED: February 14, 2020**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

WPOFDocs 373920v.1

(Page 2)

Debtor:     William J. Focazio, Jr.
Case No.:   19-10880-VFP
Caption:    ORDER COMPELLING COMPIANCE WITH SUBPOENA PURSUANT TO FED. R. BANKR. P. 2004 & 9016 AND D.N.J. LBR 2004-1(e)

This matter having been opened to the Court upon the motion (the "Motion") of Edward A. Philips, in his capacity as Chapter 11 Trustee (the "Trustee") for the bankruptcy estate of William J. Focazio, Jr. (the "Debtor"), pursuant to Rules 2004 and 9016 of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule 2004-1(e), for the entry of an Order compelling compliance with a subpoena served on Paul Gagliano; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§157 and 1334; and this being a core proceeding pursuant to 28 U.S.C. §157(b) and venue being proper pursuant to 28 U.S.C. §§1408 and 1409; and the Court having considered the papers submitted in support of, and in opposition to, the Motion and any arguments made by the parties at the hearing on the Motion; and it appearing that the legal and factual bases set forth in the Motion establish just cause for the relief granted therein; and it further appearing that the relief requested in the Motion is in the best interests of the Debtor's estate and creditors; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED** that the Motion is granted as set forth herein; and it is further

**ORDERED** that on February 25, 2020 by 4:30 p.m., Paul Gagliano shall produce all documents responsive to the Subpoena to the Trustee's counsel at the following address:

> Walsh Pizzi O'Reilly Falanga LLP
> Three Gateway Center
> 100 Mulberry Street, 15th Floor
> Newark, NJ 07102
> Attn: Sydney J. Darling, Esq.

WPOFDocs 373920v.1