**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-1

Sydney J. Darling, Esq.
Stephen V. Falanga, Esq.
**WALSH PIZZI O'REILLY FALANGA LLP**
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
T: 973.757.1100 | F: 973.757.1090
sdarling@walsh.law
sfalanga@walsh.law
*Counsel to Edward A. Philips, Chapter 11
Trustee of the Estate of William J. Focazio*

Order Filed on February 14, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

WILLIAM J. FOCAZIO, JR.

　　　　　　　　　　　　　Debtor.

Bankr. Case No.: 19-10880-VFP

Honorable Vincent F. Papalia, U.S.B.J.

Chapter 11

**ORDER COMPELLING COMPIANCE WITH SUBPOENA PURSUANT TO
FED. R. BANKR. P. 2004 & 9016 AND D.N.J. LBR 2004-1(e)**

The relief set forth on the following page, numbered two, is hereby **ORDERED**.

**DATED: February 14, 2020**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

WPOFDocs 373920v.1

(Page 2)

| | |
|---|---|
| Debtor: | William J. Focazio, Jr. |
| Case No.: | 19-10880-VFP |
| Caption: | ORDER COMPELLING COMPIANCE WITH SUBPOENA PURSUANT TO FED. R. BANKR. P. 2004 & 9016 AND D.N.J. LBR 2004-1(e) |

This matter having been opened to the Court upon the motion (the "Motion") of Edward A. Philips, in his capacity as Chapter 11 Trustee (the "Trustee") for the bankruptcy estate of William J. Focazio, Jr. (the "Debtor"), pursuant to Rules 2004 and 9016 of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule 2004-1(e), for the entry of an Order compelling compliance with a subpoena served on Paul Gagliano; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§157 and 1334; and this being a core proceeding pursuant to 28 U.S.C. §157(b) and venue being proper pursuant to 28 U.S.C. §§1408 and 1409; and the Court having considered the papers submitted in support of, and in opposition to, the Motion and any arguments made by the parties at the hearing on the Motion; and it appearing that the legal and factual bases set forth in the Motion establish just cause for the relief granted therein; and it further appearing that the relief requested in the Motion is in the best interests of the Debtor's estate and creditors; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED** that the Motion is granted as set forth herein; and it is further

**ORDERED** that on February 25, 2020 by 4:30 p.m., Paul Gagliano shall produce all documents responsive to the Subpoena to the Trustee's counsel at the following address:

> Walsh Pizzi O'Reilly Falanga LLP
> Three Gateway Center
> 100 Mulberry Street, 15th Floor
> Newark, NJ 07102
> Attn: Sydney J. Darling, Esq.

WPOFDocs 373920v.1

```
                        United States Bankruptcy Court
                             District of New Jersey
```

In re:                                                          Case No. 19-10880-VFP
William J Focazio                                               Chapter 11
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: Feb 14, 2020
                              Form ID: pdf903          Total Noticed: 2

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 16, 2020.
db             +William J Focazio,    101 Fox Hedge Road,   Saddle River, NJ 07458-2715
aty            +Roper & Thyne, LLC,    Roper & Thyne, LLC,   77 Jefferson Place,   Totowa, NJ 07512-2614

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 16, 2020                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 14, 2020 at the address(es) listed below:
              Andrew J. Pincus    on behalf of Creditor    SB One Bank f/k/a Community Bank of Bergen County,
               N.J. ap@seidmanllc.com
              Andrew M. Lubin    on behalf of Creditor    Wilmington Savings Fund Society, FSB, as Trustee of
               Stanwich Mortgage Loan Trust A bkecf@milsteadlaw.com, alubin@milsteadlaw.com
              Brian E Caine    on behalf of Creditor    U.S. Bank National Association, not in its individual
               capacity but solely as Trustee for the RMAC Trust, Series 2016-CTT bcaine@parkermccay.com,
               BKcourtnotices@parkermccay.com
              Daniel F. Corrigan    on behalf of Creditor    First Commerce Bank dcorrigan@windelsmarx.com,
               mslama@windelsmarx.com
              David B. Grantz    on behalf of Creditor    Provident Bank f/k/a The Provident Bank
               dgrantz@meyner.com, ckelly@meyner.com
              David S. Catuogno    on behalf of Creditor    Oritani Bank david.catuogno@klgates.com
              Donald F. Campbell, Jr.    on behalf of Plaintiff    Encompass Indemnity Company
               dcampbell@ghclaw.com, 4433@notices.nextchapterbk.com
              Donald F. Campbell, Jr.    on behalf of Plaintiff    Allstate Property and Casualty Insurance
               Company dcampbell@ghclaw.com, 4433@notices.nextchapterbk.com
              Donald F. Campbell, Jr.    on behalf of Plaintiff    Allstate Insurance Company
               dcampbell@ghclaw.com, 4433@notices.nextchapterbk.com
              Donald F. Campbell, Jr.    on behalf of Plaintiff    Allstate Indemnity Company
               dcampbell@ghclaw.com, 4433@notices.nextchapterbk.com
              Donald F. Campbell, Jr.    on behalf of Plaintiff    AllState Fire and Casualty Insurance Company
               dcampbell@ghclaw.com, 4433@notices.nextchapterbk.com
              Donald F. Campbell, Jr.    on behalf of Creditor    Allstate New Jersey Property and Casualty
               Insurance Company dcampbell@ghclaw.com, 4433@notices.nextchapterbk.com
              Donald F. Campbell, Jr.    on behalf of Plaintiff    Encompass Property and Casualty Company of New
               Jersey dcampbell@ghclaw.com, 4433@notices.nextchapterbk.com
              Donald F. Campbell, Jr.    on behalf of Plaintiff    Allstate New Jersey Property and Casualty
               Insurance Company dcampbell@ghclaw.com, 4433@notices.nextchapterbk.com
              Donald F. Campbell, Jr.    on behalf of Plaintiff    Encompass insurance company of New Jersey
               dcampbell@ghclaw.com, 4433@notices.nextchapterbk.com
              Donald F. Campbell, Jr.    on behalf of Plaintiff    Allstate New Jersey Insurance Company
               dcampbell@ghclaw.com, 4433@notices.nextchapterbk.com
              Edward A. Phillips    ephillips@getzlerhenrich.com
              Jerrold S. Kulback    on behalf of Creditor    Fulton Bank of New Jersey jkulback@archerlaw.com
              John P. Di Iorio    on behalf of Debtor William J Focazio jdiiorio@shapiro-croland.com
              Kevin Gordon McDonald    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              Maria Arnott    on behalf of Creditor    SB One Bank f/k/a Community Bank of Bergen County, N.J.
               ma@seidmanllc.com
              Matthew Patrick Dolan    on behalf of Creditor    Provident Bank f/k/a The Provident Bank
               mdolan@meyner.com
```

```
District/off: 0312-2           User: admin              Page 2 of 2            Date Rcvd: Feb 14, 2020
                               Form ID: pdf903          Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Mitchell  Hausman    on behalf of U.S. Trustee    U.S. Trustee Mitchell.B.Hausman@usdoj.gov
        Philip Seth Rosen    on behalf of Creditor    BANK OF AMERICA, N.A. prosen@zeklaw.com, 3723198420@filings.docketbird.com
        Sydney J. Darling    on behalf of Trustee Edward A. Phillips sdarling@walsh.law,  mvargas@walsh.law
        Sydney J. Darling    on behalf of U.S. Trustee    U.S. Trustee sdarling@walsh.law, mvargas@walsh.law
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                       TOTAL: 27