Form 170 – ntchrgdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  19−10880−VFP
Chapter:  11
Judge:  Vincent F. Papalia
Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    William J Focazio
    101 Fox Hedge Road
    Saddle River, NJ 07458
Social Security No.:
    xxx−xx−2504

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON DISMISSAL OF CASE

Notice is hereby given that:

☑    A Motion to Dismiss has been filed by Filed by John P. Di Iorio on behalf of William J Focazio..

☐    An Order to Show Cause Why the Case Should Not be Dismissed concerning the issue highlighted below has been entered by the Court.

    ☐    The debtor has not complied with the credit counseling requirements of the Bankruptcy Code.

    ☐    The debtor is a corporation and has filed under Chapter 13 of the Bankruptcy code.

    ☐    The corporate debtor is self−represented.

    ☐    Other: .

A hearing to determine if there is cause for dismissal will be held by the Honorable Vincent F. Papalia
Vincent F. Papalia on,

Date: 3/17/20
Time: 10:00 AM
Location: Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

Dated: March 10, 2020
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 19-10880-VFP
William J Focazio                                                               Chapter 11
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 4          Date Rcvd: Mar 10, 2020
                             Form ID: 170          Total Noticed: 70

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 12, 2020.
```
db            +William J Focazio,   101 Fox Hedge Road,   Saddle River, NJ 07458-2715
aty           +Roper & Thyne, LLC,   Roper & Thyne, LLC,   77 Jefferson Place,  Totowa, NJ 07512-2614
aty           +Sharil A. Clarke,   Law Offices of Sharil A. Clarke, LLC,   458 Elizabeth Avenue,   Ste 5375,
               Somerset, NJ 08873-5110
cr            +Allstate New Jersey Property and Casualty Insuranc,   125 Half Mile Road,   Suite 300,
               Attn: Donald F. Campbell, Jr.,   Red Bank, NJ 07701,   UNITED STATES 07701-6777
cr            +Fulton Bank of New Jersey,   c/o Jerrold S. Kulback, Esq.,   Archer & Greiner, P.C.,
               1717 Arch Street, Suite 3500,   Philadelphia, PA 19103-2739
auc           +Intergrated Property Group Advisors, LLC d/b/a Auc,   26 Park Street, Ste. 2200,
               Montclair, NJ 07042-3443
cr            +Oritani Bank,   c/o K&L Gates, LLP,   One Newark Center,   10th Floor,   Newark, NJ 07102-5237
cr            +Provident Bank f/k/a The Provident Bank,   100 Wood Avenue,   Iselin, NJ 08830-2716
cr            +SB One Bank f/k/a Community Bank of Bergen County,,   100 Enterprise Drive,   Suite 700,
               Rockaway, NJ 07866-2176
517969673      ARCHER ATTORNEY AT LAW,   One Centennial Square,   33 East Euclid Avenue,
               Haddonfield, NJ 08033
518332188     +Allstate New Jersey Property and Casualty Insuranc,   c/o Giordano, Halleran & Ciesla, P.C.,
               125 Half Mile Rd., Ste 300,   Red Bank, NJ 07701-6777
518038444      American Express National Bank,   c/o Becket and Lee LLP,   PO Box 3001,
               Malvern  PA 19355-0701
517969671     +Amex,   Correspondence/Bankruptcy,   Po Box 981540,   El Paso, TX 79998-1540
517969672     +Archer and Greiner,   c/o Jerrold Kulback,   33 East Euclid Avenue,
               Haddonfield, NJ 08033-2374
517969674     +Bank of America,   4909 Savarese Circle,   Fll-908-01-50,   Tampa, FL 33634-2413
518134710     +Bank of America, N.A.,   P O Box 982284,   El Paso, TX 79998-2284
518446277     +Bank of America, N.A.,   33 Wood Avenue South,   Suite 110,   Iselin, New Jersey 08830-2719
518140054     +Bank of New Jersey,   1365 Palisades Ave.,   Fort Lee, NJ 07024-5242
518140061     +Becket and Lee, LLP,   PO Box 3001,   Malvern, PA 19355-0701
517969684     +CIT Finance LLC,   D/B/A Avaya Financial Services,   1 Cit Drive,   Livingston, NJ 07039-5703
518168603     +CIT Finance, LLC,   c/o Bankruptcy Processing Solutions, Inc,   PO Box 593007,
               San Antonio, TX 78259-0200
517969679     +Capital One/Neiman Marcus/Bergdorf Goodm,   Attn: Bankruptcy,   Po Box 30285,
               Salt Lake City, UT 84130-0285
518139925     +Carrington Mortgage Services,   PO Box 3010,   Anaheim, CA 92803-3010
517969680     +Carrington Mortgage, LLC,   PO Box 5001,   Newark, NJ 07105-0001
517969683     +Chevy Chase Fed Sav Ba,   Capital One/Attn:Bankruptcy,   Po Box 30285,
               Salt Lake City, UT 84130-0285
518072329     +Cole Schotz P.C.,   Attn: Ryan T. Jareck, Esq.,   Court Plaza North,   25 Main Street,
               Hackensack, NJ 07601-7083
518076760     +DVCO LLC,   999 Clifton Ave.,   Clifton, NJ 07013-2711
518076783      Endo Surgical Center of,   North Jersey,   62-64 Fenner Ave.,   Fort Lee, NJ 07024
518076782     +Endo Surgical Center of,   North Jersey, PC,   999 Clifton Ave.,   Clifton, NJ 07013-2711
517969686     +Ferro Labella & Zucker LLC,   27 Warren St.,   Suite 201,   Hackensack, NJ 07601-5476
517969687     +First Commerce Bank,   105 River Ave,   Lakewood, NJ 08701-4267
518009942     +Fulton Bank of New Jersey,   c/o Jerrold S. Kulback,   1717 Arch Street, Suite 3500,
               Philadelphia, PA 19103-2739
517969689      George A Tsairis Architects PC,   2052 Highway 35,   Suite 101,   Spring Lake, NJ 07762
518139957     +Jerrold S. Kulback, Esq.,   Archer & Grein,   1717 Arch St.,   Suite 3500,
               Philadelphia, PA 19103-2739
517969690     ++++LECLAIRRYAN,   ONE RIVERFRONT PLAZA,   ATTN. WILLIAM L. WALDMAN,   1 RIVERFRONT PLZ STE 16,
               NEWARK NJ  07102-5436
               (address filed with court:  LeClairRyan,   One Riverfront Plaza,
               1037 Raymoun Boulevard, 16th Floor,   Attn. William L. Waldman,   Newark, NJ 07102)
517969691     +Levitt and Cerciello,   75 Main Street,   Suite 201,   Millburn, NJ 07041-1322
517969693     +MRS BPO,   Attn: Bankruptcy,   1930 Olney Ave,   Cherry Hill, NJ 08003-2016
517969692     +Meyer and Landis LLP,   1 Gateway Ctr STE 2500,   Newark, NJ 07102-5396
518139958     +Milstead & Associates, LLC,   Salvatore L,   1 East Stow Rd.,   Marlton, NJ 08053-3118
518156623     +On Deck Capital, Inc.,   c/o Schachter Portnoy L.L.C.,   3490 US Route 1,
               Princeton, NJ 08540-5920
517969695     +Oritani Bank,   321 Main St,   Hackensack, NJ 07601-5770
518231110     +Oritani Bank,   c/o David S. Catuogno, Esq.,   K&L Gates LLP,   One Newark Center, 10th Floor,
               Newark, NJ 07102-5237
517969697     +PNC Bank,   Attn: Bankruptcy Department,   Po Box 94982: Mailstop Br-Yb58-01-5,
               Cleveland, OH 44101-4982
518119928     +PNC Bank, N.A.,   PO Box 94982,   Cleveland, OH 44101-4982
518140047      Parker McCay P.A.,   9000 Midlantic Dr.,   Suite 300,   Lyons, CO 80540
517969696     +Pnc Bank,   Atn: Bankruptcy Department,   Po Box 94982: Ms: Br-Yb58-01-5,
               Cleveland, OH 44101-4982
517969698     +Romano, Garubo & Argentieri,   52 Newton Ave.,   Woodbury, NJ 08096-4610
517969699     +Rushmore Lms,   Attn: Bankruptcy,   Po Box 55004,   Irvine, CA 92619-5004
```

District/off: 0312-2          User: admin              Page 2 of 4              Date Rcvd: Mar 10, 2020
                             Form ID: 170              Total Noticed: 70

```
517969694     ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                TRENTON NJ 08646-0245
                (address filed with court:  New Jersey Division of Taxation,
                Compliance & Enforcement - Bankruptcy,   50 Barrack St., 9th Fl.,   PO Box 245,
                Trenton, NJ 08695)
518140048     +Seidman & Pincus, LLC,   777 Terrace Ave.,   Suite 508,   Hasbrouck Heights, NJ 07604-3114
517969701     +The Provident Bank,   Attn: Matthew P. Dolan, Esq.,   One Gateway Center,   Suite 2500,
                Newark, NJ 07102-5323
518014516      U.S. Bank National Association, et al,   c/o Rushmore Loan Management Services,
                P.O. Box 52708,   Irvine, CA 92619-2708
518196043     +Wilmington Savings Fund Society, FSB,   c/o Carrington Mortgage Services, LLC,
                1600 South Douglass Road,   Anaheim, CA 92806-5948
518139934     +Windels Marx Lane, et al,   Attn: Jay Samuels, Esq.,   120 Albany Street Plaza,
                New Brunswick, NJ 08901-2163
518139933     +Windels, Marx Lane, et al,   Attn: Daniel F. Corrigan, Esq.,   6th Floor,
                120 Albany Street Plaza,   New Brunswick, NJ 08901-2126
517969676     +c/o Daniel F. Corrigan, Esq,   Windels Marx Lane & Mittendorf, LLP,   120 Albany Street Plaza,
                New Brunswick, NJ 08901-2163
517969677     +c/o Jay Samuels, Esq.,   Windels Marx Lane & Mittendorf, LLP,   120 Albany Street Plaza,
                New Brunswick, NJ 08901-2163

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: sbse.cio.bnc.mail@irs.gov Mar 11 2020 00:39:15     Dist Dir of IRS,
                Insolvency Function,   PO Box 724,   Springfield, NJ  07081-0724
smg            E-mail/Text: usanj.njbankr@usdoj.gov Mar 11 2020 00:40:05     U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 11 2020 00:39:59     United States Trustee,
                Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
acc           +E-mail/Text: delmarie.velazquez@eisneramper.com Mar 11 2020 00:41:01     EisnerAmper LLP,
                111 Wood Avenue South,   Iselin, NJ 08830-2700
517969670     +E-mail/Text: bkrpt@retrievalmasters.com Mar 11 2020 00:39:58
                AMCA/American Medical Collection Agency,   Attention: Bankruptcy,
                4 Westchester Plaza, Suite 110,   Elmsford, NY 10523-1615
517969675      E-mail/PDF: ais.bmw.ebn@americaninfosource.com Mar 11 2020 00:42:42     BMW Financial Services,
                Attn: Bankruptcy Department,   Po Box 3608,   Dublin, OH 43016
517969678     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 11 2020 00:43:20     Capital One,
                1680 Capital One Drive,   Mc Lean, VA 22102-3407
517969681     +E-mail/Text: bk.notifications@jpmchase.com Mar 11 2020 00:39:39     Chase Auto Finance,
                Attn: Bankruptcy,   Po Box 901076,   Fort Worth, TX 76101-2076
517969688     +E-mail/Text: bankruptcy@fult.com Mar 11 2020 00:41:46     Fulton Bank of NJ,
                533 Fellowship Rd. - Ste. 250,   Mount Laurel, NJ 08054-3411
518026980     +E-mail/Text: legaldept@infiniteenergy.com Mar 11 2020 00:40:06     Infinite Energy, Inc.,
                7001 SW 24th Ave.,   Gainesville, FL 32607-3704
517969682      E-mail/PDF: ais.chase.ebn@americaninfosource.com Mar 11 2020 00:42:33     Chase Card Services,
                Correspondence Dept,   Po Box 15298,   Wilmington, DE 19850
518242125     +E-mail/Text: ccd@oru.com Mar 11 2020 00:39:40     Orange & Rockland Utilities-CSO,
                390 W Route 59,   Spring Valley, NY 10977-5345
518140058     +E-mail/Text: ccd@oru.com Mar 11 2020 00:39:40     Rockland Electric Co.,   390 West Route 59,
                Customer Support Operations,   Spring Valley, NJ 10977-5320
                                                                                       TOTAL: 13


             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             On Deck Capital, Inc.,   Schachter Portnoy, L.L.C.,   3490 US Route 1,   Princeton
518076759      Arthur St. Realty, LLC
517969685      Comm Bk Bergen Cty N J
518076802      Fox Hedge Manor, LLC
518076803      Metropolitan Anesthesia, LLC
518076804      Riverwood Surgical Center, LLC
517969700      Sb One Bank
518076805      William J Focazio
cr*           +First Commerce Bank,   105 River Avenue,   Lakewood, NJ 08701-4267
518038446*    +American Express National Bank,   c/o Becket and Lee LLP,   PO Box 3001,
                Malvern PA 19355-0701
518038448*    +American Express National Bank,   c/o Becket and Lee LLP,   PO Box 3001,
                Malvern PA 19355-0701
518023363*    +INTERNAL REVENUE SERVICE,   PO Box 7346,   Philadelphia, PA 19101-7346
518177665*   ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                TRENTON NJ 08646-0245
                (address filed with court:  State of New Jersey,   Department of Treasury,
                Division of Taxation,   PO BOX 245,   Trenton NJ 08695-0245)
517969669    ##+Allgenic Health and Wellness Inc,   Suite 2210,   175 SW 7th,   Miami, FL 33130-2963
                                                                     TOTALS: 8, * 5, ## 1


Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0312-2            User: admin              Page 3 of 4           Date Rcvd: Mar 10, 2020
                               Form ID: 170             Total Noticed: 70
```

```
            ***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 12, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 10, 2020 at the address(es) listed below:
          Andrew J. Pincus   on behalf of Creditor   SB One Bank f/k/a Community Bank of Bergen County,
          N.J. ap@seidmanllc.com
          Andrew M. Carlson   on behalf of Creditor   Wilmington Savings Fund Society, FSB, as Trustee of
          Stanwich Mortgage Loan Trust A bkecf@milsteadlaw.com, alubin@milsteadlaw.com
          Brian E Caine   on behalf of Creditor   U.S. Bank National Association, not in its individual
          capacity but solely as Trustee for the RMAC Trust, Series 2016-CTT bcaine@parkermccay.com,
          BKcourtnotices@parkermccay.com
          Daniel F. Corrigan   on behalf of Creditor   First Commerce Bank dcorrigan@windelsmarx.com,
          mslama@windelsmarx.com
          David B. Grantz   on behalf of Creditor   Provident Bank f/k/a The Provident Bank
          dgrantz@meyner.com,  ckelly@meyner.com
          David S. Catuogno   on behalf of Creditor   Oritani Bank david.catuogno@klgates.com
          Donald F. Campbell, Jr.   on behalf of Plaintiff   AllState Fire and Casualty Insurance Company
          dcampbell@ghclaw.com,  4433@notices.nextchapterbk.com
          Donald F. Campbell, Jr.   on behalf of Creditor   Allstate New Jersey Property and Casualty
          Insurance Company dcampbell@ghclaw.com,  4433@notices.nextchapterbk.com
          Donald F. Campbell, Jr.   on behalf of Plaintiff   Encompass Property and Casualty Company of New
          Jersey dcampbell@ghclaw.com,  4433@notices.nextchapterbk.com
          Donald F. Campbell, Jr.   on behalf of Plaintiff   Allstate New Jersey Property and Casualty
          Insurance Company dcampbell@ghclaw.com,  4433@notices.nextchapterbk.com
          Donald F. Campbell, Jr.   on behalf of Plaintiff   Encompass insurance company of New Jersey
          dcampbell@ghclaw.com,  4433@notices.nextchapterbk.com
          Donald F. Campbell, Jr.   on behalf of Plaintiff   Encompass Insurance dcampbell@ghclaw.com,
          4433@notices.nextchapterbk.com
          Donald F. Campbell, Jr.   on behalf of Plaintiff   Allstate New Jersey Insurance Company
          dcampbell@ghclaw.com,  4433@notices.nextchapterbk.com
          Donald F. Campbell, Jr.   on behalf of Plaintiff   Encompass Indemnity Company
          dcampbell@ghclaw.com,  4433@notices.nextchapterbk.com
          Donald F. Campbell, Jr.   on behalf of Plaintiff   Allstate Property and Casualty Insurance
          Company dcampbell@ghclaw.com,  4433@notices.nextchapterbk.com
          Donald F. Campbell, Jr.   on behalf of Plaintiff   Allstate Insurance Company
          dcampbell@ghclaw.com,  4433@notices.nextchapterbk.com
          Donald F. Campbell, Jr.   on behalf of Plaintiff   Allstate Indemnity Company
          dcampbell@ghclaw.com,  4433@notices.nextchapterbk.com
          Edward A. Phillips   ephillips@getzlerhenrich.com
          Jerrold S. Kulback   on behalf of Creditor   Fulton Bank of New Jersey jkulback@archerlaw.com
          John P. Di Iorio   on behalf of Debtor William J Focazio jdiiorio@shapiro-croland.com
          Kevin Gordon McDonald   on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION
          kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Maria  Arnott   on behalf of Creditor   SB One Bank f/k/a Community Bank of Bergen County, N.J.
          ma@seidmanllc.com
          Matthew Patrick Dolan   on behalf of Creditor   Provident Bank f/k/a The Provident Bank
          mdolan@meyner.com
          Mitchell  Hausman   on behalf of U.S. Trustee   U.S. Trustee Mitchell.B.Hausman@usdoj.gov
          Philip Seth Rosen   on behalf of Creditor   BANK OF AMERICA, N.A. prosen@zeklaw.com,
          3723198420@filings.docketbird.com
          Sydney J. Darling   on behalf of Trustee Edward A. Phillips sdarling@walsh.law,  mvargas@walsh.law
          Sydney J. Darling   on behalf of U.S. Trustee   U.S. Trustee sdarling@walsh.law,
          mvargas@walsh.law
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
```

District/off: 0312-2          User: admin          Page 4 of 4          Date Rcvd: Mar 10, 2020
                             Form ID: 170          Total Noticed: 70

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
                                                                              TOTAL: 28