**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In re William J. Focazio

Case No. 19-10880
Reporting Period: August 1 - August 31

**MONTHLY OPERATING REPORT**
**(INDIVIDUAL WAGE EARNERS)**
File with Court and submit copy to United States Trustee within 20 days after end of month

Submit copy of report to any official committee appointed in the case

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | X | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | X | |
| Copies of bank statements | | X | |
| Cash disbursements journals | MOR -Disbursements | X | |
| Statement of Operations | MOR-1 (INDV) | X | |
| Balance Sheet | MOR - 3 | X | |
| Status of Postpetition Taxes | | N/A | |
| Copies of IRS Form 6123 or payment receipt | | N/A | |
| Copies of tax returns filed during reporting period | | N/A | |
| Summary of Unpaid Postpetition Debts | | N/A | |
| Listing of aged accounts payable | | N/A | |
| Accounts Receivable Reconciliation and Aging | | N/A | |
| Debtor Questionnaire | MOR - 5 | X | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report
are true and correct to the best of my knowledge and belief.

_____
Signature of Debtor

_____
Date

_____
Signature of Chapter 11 Trustee

March 13, 2020
_____
Date

*The Trustee was appointed by Court Order on May 17, 2019  The information contained herein is based on the Trustee's accountant's
analysis of the Debtor's bank statements and financing information made available to the Trustee  The Trustee takes no responsibility for
the accuracy of the Debtor's information and reserves all rights in connection therewith

**The Trustee, upon his appointment requested that all cash receipts of the Debtor be forwarded directly to the Trustee account for
deposit  Subsequently, it came to the Trustee's attention that not all funds received by the Debtor were being forwarded to him, and the
Trustee and his counsel contacted the Debtor and his counsel several times to address this matter  In addition, not all documents requested
by the Trustee and his professionals were produced by the Debtor and his representatives  On January 23,  2020, the Trustee's counsel
filed a Motion To Compel Compliance with Subpoena to Debtor's accountant

FORM MOR (INDV)
(9/99)

In re: **William J. Focazio**
Debtor

**Case No.** 19-10880
**Reporting Period:** August 1 – August 31

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
( This Form must be submitted for each Bank Account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement.  The beginning cash should be the ending cash from the prior month or, if this
is the first report, the amount should be the balance on the date the petition was filed.  Attach the bank statements and a detailed list of all disbursements
made during the report period that includes the date, the check number, the payee, the transaction description, and the amount.  A bank reconciliation
must be attached for each account.  [See MOR-1 (INDV) (CONT)]

| | Current Month Actual | | | | | | Cumulative Filing to Date |
|---|---|---|---|---|---|---|---|
| | 4667 | 0713 | 7712 | 8981 - Trustee Account | DIP - 6942 | Total | |
| **Cash - Beginning of Month (, 2019)** | 17,674 | 93 | 31 | 3,988 | - | 21,786 | 9,304 |
| **RECEIPTS** | | | | | | | |
| Wages / Distributions | 20,000 | - | - | - | - | 20,000 | 190,000 |
| Interest and Dividend Income | - | - | - | - | - | - | - |
| Alimony and Child Support | - | - | - | - | - | - | - |
| Account Transfer | - | - | - | - | - | - | 5,000 |
| Miscellaneous Deposits | - | - | - | - | 1,488 | 1,488 | 78,986 |
| Other Income (attach schedule) | 10,000 | - | - | - | - | 10,000 | 48,685 |
| **Total Receipts** | 30,000 | - | - | - | 1,488 | 31,488 | 322,671 |
| **DISBURSEMENTS** | | | | | | | |
| **ORDINARY ITEMS:** | | | | | | | |
| Mortgage Payment(s) | - | - | - | - | - | - | 10,000 |
| Rental Payment(s) | 4,030 | - | - | - | - | 4,030 | 4,030 |
| Other Loan Payments | - | - | - | - | - | - | 2,500 |
| Utilities | 3,808 | - | - | - | - | 3,808 | 18,246 |
| Insurance | 2,574 | - | - | - | - | 2,574 | 24,212 |
| Auto | 185 | - | - | - | - | 185 | 2,736 |
| Investment Contributions | 6,500 | - | - | - | - | 6,500 | 28,750 |
| Business Expenses | - | - | - | - | - | - | 9,058 |
| Repairs and Maintenance | 5,600 | - | - | - | - | 5,600 | 23,297 |
| Medical Expenses | 1,942 | - | - | - | - | 1,942 | 6,606 |
| Household Expenses | 2,434 | - | - | - | - | 2,434 | 86,813 |
| Account Transfer | - | - | - | - | - | - | 5,000 |
| Bank Fees | 180 | - | - | - | 12 | 192 | 1,231 |
| Child Care Expenses | - | - | - | - | - | - | 1,200 |
| Alimony and Child Support Payments | - | - | - | - | - | - | - |
| Legal Fees | 6,717 | - | - | - | - | 6,717 | 9,142 |
| Taxes - Real Estate | - | - | - | - | - | - | - |
| Taxes - Personal Property | - | - | - | - | - | - | - |
| Storage Unit | - | - | - | - | - | - | 639 |
| Travel and Entertainment | - | - | - | - | - | - | 1,659 |
| Housekeeping | 3,090 | - | - | - | - | 3,090 | 31,070 |
| Miscellaneous Expense | 10,323 | 93 | 31 | - | - | 10,448 | 52,991 |
| Other (attach schedule) | - | - | - | - | - | - | - |
| **Total Ordinary Disbursements** | 47,383 | 93 | 31 | - | 12 | 47,520 | 319,179 |
| **REORGANIZATION ITEMS:** | | | | | | | |
| Professional Fees | - | - | - | - | - | - | 6,717 |
| U. S. Trustee Fees | - | - | - | - | - | - | 325 |
| Other Reorganization Expenses (attach schedule) | - | - | - | - | - | - | - |
| **Total Reorganization Items** | - | - | - | - | - | - | 7,042 |
| **Total Disbursements  (Ordinary + Reorganization)** | 47,383 | 93 | 31 | - | 12 | 47,520 | 326,221 |
| **Net Cash Flow (Total Receipts - Total Disbursements)** | (17,383) | (93) | (31) | - | 1,476 | (16,032) | (3,550) |
| **Cash - End of Month (, 2019) (Must equal reconciled bank statement)** | 290 | - | - | 3,988 | 1,476 | 5,754 | 5,754 |

**In re:** William J. Focazio
Debtor

**Case No.** 19-10880
**Reporting Period:** August 1 - August 31

### INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| | | |
| **Other Income** | | |
| Account #4607 | | |
| Triboro Medical Distribution | 10,000 | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Taxes** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

FORM MOR-1 (INDV) (CON'T)
(9/99)

**In re:** William J. Focazio
Debtor

**Case No.** 19-10880
**Reporting Period:** August 1 - August 31

**DISBURSEMENTS**

| Payee | Account | Date | Amount | Purpose | Check # | Comment |
|---|---|---|---|---|---|---|
| **Personal Disbursements** | | | | | | |
| Bici Restaurant | x4607 | 08/01/2019 | 117 | Household Expenses | | |
| Sunoco | x4607 | 08/01/2019 | 53 | Auto | | |
| Le Club Avenue | x4607 | 08/01/2019 | 327 | Household Expenses | | |
| Joaquin | x4607 | 08/01/2019 | 800 | Repairs and Maintenance | 1466 | |
| Endo Surgical Center | x4607 | 08/01/2019 | 1,000 | Investment Contributions | 1468 | |
| Endo Surgical Center | x4607 | 08/01/2019 | 3,000 | Investment Contributions | 1467 | |
| Montvale Nails | x4607 | 08/02/2019 | 118 | Household Expenses | | |
| Horizon Blue Cross Blue Shield | x4607 | 08/02/2019 | 1,776 | Insurance | | |
| Club Pilates | x4607 | 08/02/2019 | 15 | Household Expenses | | |
| Shipwreck Point | x4607 | 08/05/2019 | 258 | Household Expenses | | |
| Cash | x4607 | 08/05/2019 | 5,010 | Miscellaneous Expense | | |
| Cash | x4607 | 08/05/2019 | 500 | Miscellaneous Expense | 1469 | |
| Varka | x4607 | 08/06/2019 | 112 | Household Expenses | | |
| Sunoco | x4607 | 08/06/2019 | 68 | Auto | | |
| Netflix | x4607 | 08/06/2019 | 17 | Household Expenses | | |
| European Wax Center | x4607 | 08/06/2019 | 160 | Household Expenses | | |
| Evelyn | x4607 | 08/07/2019 | 350 | Housekeeping | 1465 | |
| Jesus | x4607 | 08/07/2019 | 400 | Repairs and Maintenance | 1474 | |
| Delma | x4607 | 08/07/2019 | 480 | Housekeeping | 1473 | |
| SM Law PC | x4607 | 08/08/2019 | 6,717 | Legal Fees | | |
| Prime 103 | x4607 | 08/08/2019 | 71 | Household Expenses | | |
| Club Pilates | x4607 | 08/08/2019 | 14 | Household Expenses | | |
| Cash Withdrawal | x4607 | 08/08/2019 | 2,000 | Miscellaneous Expense | | |
| Joaquin | x4607 | 08/08/2019 | 800 | Repairs and Maintenance | 1475 | |
| Capital Grille | x4607 | 08/09/2019 | 216 | Household Expenses | | |
| Varka | x4607 | 08/09/2019 | 163 | Household Expenses | | |
| Body System Fitness | x4607 | 08/09/2019 | 700 | Medical Expenses | 1477 | |
| Endo Surgical Center | x4607 | 08/09/2019 | 2,500 | Investment Contributions | 1476 | |
| Northwestern Mutual | x4607 | 08/12/2019 | 798 | Insurance | | |
| Evelyn | x4607 | 08/12/2019 | 600 | Housekeeping | 9994 | |
| Berkshire Hathway | x4607 | 08/12/2019 | 4,030 | Rental Payment(s) | 1470 | |
| Bank Fees | x4607 | 08/12/2019 | 35 | Bank Fees | | |
| Verizon | x4607 | 08/13/2019 | 340 | Utilities | | |
| Bank Fees | x4607 | 08/13/2019 | 35 | Bank Fees | | |
| Club Pilates | x4607 | 08/13/2019 | 249 | Household Expenses | | |
| Bank Fees | x4607 | 08/13/2019 | 35 | Bank Fees | | |
| Bank Fees | x4607 | 08/14/2019 | 35 | Bank Fees | | |
| AT&T Payment | x4607 | 08/15/2019 | 391 | Utilities | | |
| Bank Fees | x4607 | 08/15/2019 | 40 | Bank Fees | | |
| Salon KOKO | x4607 | 08/19/2019 | 117 | Household Expenses | | |
| Apple iTunes | x4607 | 08/19/2019 | 10 | Household Expenses | | |
| Apple iTunes | x4607 | 08/19/2019 | 1 | Household Expenses | | |
| Evelyn | x4607 | 08/19/2019 | 350 | Housekeeping | 1472 | |
| Delma | x4607 | 08/20/2019 | 480 | Housekeeping | 9996 | |
| Varka | x4607 | 08/21/2019 | 80 | Household Expenses | | |
| Joaquin | x4607 | 08/21/2019 | 800 | Repairs and Maintenance | 9995 | |
| Cash | x4607 | 08/21/2019 | 2,000 | Miscellaneous Expense | 9995 | |
| Hot Bagel | x4607 | 08/22/2019 | 22 | Household Expenses | | |
| Optimum | x4607 | 08/22/2019 | 1,076 | Utilities | | |
| Delma | x4607 | 08/22/2019 | 350 | Housekeeping | 9996 | |
| Prime 103 | x4607 | 08/23/2019 | 65 | Household Expenses | | |
| Zip Recruiters | x4607 | 08/23/2019 | 649 | Miscellaneous Expense | | |
| Orange County Utilities | x4607 | 08/23/2019 | 2,000 | Utilities | | |
| Sunoco | x4607 | 08/26/2019 | 64 | Auto | | |
| Delma | x4607 | 08/26/2019 | 480 | Housekeeping | 9995 | |
| Joaquin | x4607 | 08/26/2019 | 800 | Repairs and Maintenance | 9996 | |
| Deluxe Business Products | x4607 | 08/27/2019 | 164 | Miscellaneous Expense | | |
| Clifton Endodontics | x4607 | 08/27/2019 | 1,215 | Medical Expenses | | |
| Varka | x4607 | 08/27/2019 | 82 | Household Expenses | | |
| Matthews Italian | x4607 | 08/28/2019 | 209 | Household Expenses | | |
| Petrillo Landscaping | x4607 | 08/28/2019 | 2,000 | Repairs and Maintenance | 1479 | |
| Wedgewood Pharmacy | x4607 | 08/29/2019 | 27 | Medical Expenses | | |
| Henry's Deli | x4607 | 08/30/2019 | 11 | Household Expenses | | |
| | | | | | | |
| Total | | | $47,383 | | | |

**In re:** William J. Focazio                                          **Case No.** 19-10880
Debtor                                                                 **Reporting Period:** August 1 - August 31

**DISBURSEMENTS**

| Payee | Account | Date | Amount | Purpose | Check # | Comment |
|---|---|---|---|---|---|---|
| **Personal Disbursements** | | | | | | |
| Harland Clarke | x6942 | 8/23/2019 | 12 | Bank Fees | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| Total | | | $12 | | | |

**In re:** William J. Focazie
Debtor

**Case No.** 19-10880
**Reporting Period:** August 1 – August 31

### BANK RECONCILIATIONS
**Continuation Sheet for MOR-1**
A bank reconciliation must be included for each bank account. The debtor's bank reconciliation may be substituted for this page.

| | | Operating | | Trustee Account | | DIP Account | Total |
|---|---|---|---|---|---|---|---|
| | | # 4607 | | # 8981 | | # 6942 | |
| **BALANCE PER BOOKS** | | | 290 | | 3,988 | 1,476 | 5 754 |
| | | | | | | | |
| BANK BALANCE | | | 290 | | 3,988 | 1,476 | 5,754 |
| (+) DEPOSITS IN TRANSIT (ATTACH LIST) | | | - | | - | - | - |
| (-) OUTSTANDING CHECKS (ATTACH LIST) | | | - | | - | - | - |
| OTHER  (ATTACH EXPLANATION) | | | - | | - | - | - |
| ADJUSTED BANK BALANCE * | | | 290 | | 3 988 | 1 476 | 5 754 |
| * Adjusted bank balance must equal | | | | | | | |
|   balance per books | | | | | | | |
| | | | | | | | |
| **DEPOSITS IN TRANSIT** | | Date | Amount | Date | Amount | Date | Amount |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| **CHECKS OUTSTANDING** | | Ck. # | Amount | Ck. # | Amount | Ck. # | Amount |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| OTHER | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

In re: William J. Focazio
Debtor

Case No. 19-10880
Reporting Period: August 1 - August 31

**SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID**
This schedule is to include all retained professional payments from case inception to current month.

| Payee | Period Covered | Amount Approved | Payor | Check Number | Check Date | Amount Paid Fees | Amount Paid Expenses | Year-To-Date Fees | Year-To-Date Expenses |
|---|---|---|---|---|---|---|---|---|---|
| David Stevens | | 5,000 | William J. Focazio | 1328 | 1/17/2019 | 5,000 | - | 5,000 | - |
| David Stevens | | 1,717 | William J. Focazio | 1329 | 2/8/2019 | 1,717 | - | 1,717 | - |
| | | | | | | | | | - |
| Wade Appraisals | | 2,400 | William J. Focazio | 1027 | 6/14/2019 | 2,400 | - | 2,400 | - |
| | | | | | | | | | |
| SM Law | | 6,717 | William J. Focazio | | 8/8/2019 | 6,717 | - | 6,717 | - |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

FORM MOR-1b
(04/07)

In re: William J. Focazio
Debtor

Case No. 19-10880
Reporting Period: August 1 - August 31

**BALANCE SHEET**

The Balance Sheet is to be completed on an accrual basis only   Pre-petition liabilities must be classified separately from postpetition obligations

| | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| **ASSETS** | | |
| Other Property (attach schedule) | 1,455,000 | 1,455,000 |
| | | |
| Total Property | 1,455,000 | 1,455,000 |
| | | |
| Cash | 21,317 | 4,000 |
| Autos, Trucks & Other Vehicles | 43,862 | 43,862 |
| Household Goods and Furniture | 100,000 | 100,000 |
| Electronics | 5,000 | 5,000 |
| Clothing | 3,000 | 3,000 |
| Jewelry | 6,000 | 6,000 |
| Partnerships & Business Ventures | 60,000 | 60,000 |
| Medical License | 100,000 | 100,000 |
| Total Other Assets | 339,179 | 321,862 |
| | | |
| **TOTAL ASSETS** | 1,794,179 | 1,776,862 |

| | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| **LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)** | | |
| Accounts Payable | 60,474 | - |
| Taxes Payable (refer to FORM MOR-4) | - | - |
| Wages Payable | - | - |
| Notes Payable | - | - |
| Rent / Leases - Building/Equipment | - | - |
| Secured Debt / Adequate Protection Payments | - | - |
| Professional Fees | - | - |
| Amounts Due to Insiders* | - | - |
| Other Postpetition Liabilities (attach schedule) | - | - |
| Total Postpetition Liabilities | 60,474 | - |
| | | |
| **LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)** | | |
| Secured Debt | 1,455,000 | 850,000 |
| Priority Debt | 421,014 | 246,979 |
| Unsecured Debt | 14,886,783 | 15,228,600 |
| Total Pre - Petition Liabilities | 16,762,796 | 16,325,579 |
| | | |
| **Total Liabilities** | 16,823,270 | 16,325,579 |

*"Insider" is defined in 11 U S C  Section 101(31)

In re: William J. Focazio

Debtor

Case No. 19-10880

Reporting Period: August 1 - August 31

### BALANCE SHEET - continuation sheet

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| Other Property | | |
| 66 Westview Road   Wayne, NJ  07470 | 650,000 | 650,000 |
| 41 Inlet Drive Point Pleasant Beach, NJ | 260,000 | 260,000 |
| 41A Inlet Drive Point Pleasant Beach, NJ | 275,000 | 275,000 |
| 43 Inlet Drive Point Pleasant Beach, NJ, 08742 | 270,000 | 270,000 |
| 999 Clifton Ave | Value Unknown | Value Unknown |
| | | |
| Total Other Property | 1,455,000 | 1,455,000 |
| Other Assets | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| Other Postpetition Liabilities | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Adjustments to Owner Equity | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Postpetition Contributions (Distributions) (Draws) | | |

Restricted Cash is cash that is restricted for a specific use and not available to fund operations   Typically, restricted cash is segregated into a separate account, such as an escrow account

In re: <u>William J  Focazio</u>
Debtor

Case No. <u>19-10880</u>
**Reporting Period** <u>August 1 - August 31</u>

### ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | |
| + Amounts billed during the period | |
| - Amounts collected during the period | N/A |
| Total Accounts Receivable at the end of the reporting period | |
| | |

| Accounts Receivable Aging | Amount |
|---|---|
| 0 - 30 days old | |
| 31 - 60 days old | |
| 61 - 90 days old | |
| 91+ days old | N/A |
| Total Accounts Receivable | |
| Amount considered uncollectible (Bad Debt) | |
| Accounts Receivable (Net) | |

### DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1  Have any assets been sold or transferred outside the normal course of business this reporting period?  If yes, provide an explanation below | | X |
| 2  Have any funds been disbursed from any account other than a debtor in possession account this reporting period?  If yes, provide an explanation below | X[1] | |
| 3  Have all postpetition tax returns been timely filed?  If no, provide an explanation below | | N/A |
| 4  Are workers compensation, general liability and other necessary insurance coverages in effect?  If no, provide an explanation below | | N/A |
| 5  Has any bank account been opened during the reporting period?  If yes, provide documentation identifying the opened account(s)  If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3 | X[1] | |

[1] The debtor did not begin to turn over funds to the Trustee until July 12th  During the Period the Debtor closed two accounts and opened a new DIP account



101 Wood Avenue South • Iselin, NJ • 08830

855-iBank4U (855.422.6548)
investorsbank.com

**ADDRESS SERVICE REQUESTED**

NORTH JERSEY MEDICAL CONSULTANTS CORP
101 FOX HEDGE RD
SADDLE RIVER NJ 07458-2715



### BUSINESS CHECKING

| | | | |
|---|---|---|---|
| Account # | XXXXXXX4607 | Beginning Balance | $17,673.69 |
| Statement Period | | Deposits/Credits | $32,000.00 |
| From | 08/01/19 | Interest Paid | $0.00 |
| Through | 08/31/19 | Checks/Debits | -$49,343.41 |
| Average Balance | $6,167.84 | Service Charges | $40.00 |
| Earned Interest This Period | $0.00 | Ending Balance | $290.28 |
| | | # Deposits/Credits | 5 |
| Annual Percentage Yield Earned (APYE) | 0.00% | # Checks/Debits | 59 |
| | | YTD Interest | $0.00 |
| | | YTD Withholding | $0.00 |

### ACCOUNT ACTIVITY DETAIL

| Date | Description | Deposits | Withdrawals | Balance |
|---|---|---|---|---|
| 08/01 | BEGINNING BALANCE | | | $17,673.69 |
| 08/01 | DC#0705 SIG PUR BICI RESTA | | $116.68- | $17,557.01 |
| | BICI RESTAURANT | | | |
| | RAMSEY NJ  068895 | | | |
| 08/01 | DC#0705 SIG PUR SUNOCO 001 | | $53.22- | $17,503.79 |
| | SUNOCO 0015161301 | | | |
| | WOODCLIFF LAK NJ  026835 | | | |



**We Are Going Green with e-Statements.**

Your October account statement, will be available
electronically as an e-Statement.
See enclosed instructions on how to access your
account statements.



investors Bank                          855-iBank4U (855.422.6548)
101 Wood Avenue South • Iselin, NJ • 08830                    investorsbank.com

## ACCOUNT ACTIVITY DETAIL (continued)

| Date | Description | Deposits | Withdrawals | Balance |
|------|-------------|----------|-------------|---------|
| 08/01 | DC#0705 SIG PUR LE CLUB & LE CLUB & AVENUE LONG BRANCH NJ 077331 | | $326.83- | $17,176.96 |
| 08/01 | CHECK #1466 | | $800.00- | $16,376.96 |
| 08/01 | CHECK #1468 | | $1,000.00- | $15,376.96 |
| 08/01 | CHECK #1467 | | $3,000.00- | $12,376.96 |
| 08/02 | WIRE CROSSTOWN MEDICAL P.C. | $5,000.00 | | $17,376.96 |
| 08/02 | DC#0705 SIG PUR MONTVALE MONTVALE  NAILS & S MONTVALE NJ 098988 | | $118.00- | $17,258.96 |
| 08/02 | DC#0705 REC POS OPC*HORIZO OPC*HORIZON BCBS NJ 800-3552583 NJ 063448 | | $1,776.32- | $15,482.64 |
| 08/02 | DC#0705 SIG PUR CLR*CLUBPI CLR*CLUBPILATES7325 732-5399077 NJ 075509 | | $15.00- | $15,467.64 |
| 08/05 | DC#0705 SIG PUR TST* SHIPW TST* SHIPWRECK POIN POINT PLEASAN NJ 036921 | | $257.52- | $15,210.12 |
| 08/05 | WITHDRAWAL | | $5,010.00- | $10,200.12 |
| 08/05 | CHECK #1469 | | $500.00- | $9,700.12 |
| 08/06 | DC#0705 SIG PUR VARKA VARKA RAMSEY NJ 097298 | | $111.70- | $9,588.42 |
| 08/06 | DC#0705 SIG PUR SUNOCO 001 SUNOCO 0015161301 WOODCLIFF LAK NJ 039073 | | $68.17- | $9,520.25 |
| 08/06 | DC#0705 REC POS NETFLIX CO NETFLIX COM LOS GATOS CA 921800310957 | | $17.05- | $9,503.20 |
| 08/06 | DC#0705 SIG PUR EUROPEAN W EUROPEAN WAX CENTER SEA GIRT NJ 037477 | | $160.00- | $9,343.20 |
| 08/07 | WIRE CROSSTOWN MEDICAL P.C. | $10,000.00 | | $19,343.20 |
| 08/07 | CHECK #1465 | | $350.00- | $18,993.20 |
| 08/07 | CHECK #1474 | | $400.00- | $18,593.20 |
| 08/07 | CHECK #1473 | | $480.00- | $18,113.20 |
| 08/08 | WIRE SM LAW PC NJ IOLTA TRUST | | $6,717.00- | $11,396.20 |
| 08/08 | DC#0705 SIG PUR 103 PRIME 103 PRIME AT VALENT PARK RIDGE NJ 038067 | | $71.18- | $11,325.02 |
| 08/08 | DC#0705 SIG PUR CLR*CLUBPI CLR*CLUBPILATES7325 732-5399077 NJ 057895 | | $14.00- | $11,311.02 |
| 08/08 | WITHDRAWAL | | $2,000.00- | $9,311.02 |
| 08/08 | CHECK #1475 | | $800.00- | $8,511.02 |



**investors** Bank

101 Wood Avenue South • Iselin, NJ • 08830

855-iBank4U (855.422.6548)
investorsbank.com

## ACCOUNT ACTIVITY DETAIL (continued)

| Date | Description | Deposits | Withdrawals | Balance |
|---|---|---|---|---|
| 08/09 | DC#0705 SIG PUR CAPITAL GR CAPITAL GRILLE 0138 PARAMUS NJ 000037 | | $216.41- | $8,294.61 |
| 08/09 | DC#0705 SIG PUR VARKA VARKA RAMSEY NJ 008976 | | $163.30- | $8,131.31 |
| 08/09 | CHECK #1477 | | $700.00- | $7,431.31 |
| 08/09 | CHECK #1476 | | $2,500.00- | $4,931.31 |
| 08/12 | NORTHWESTERN MU  ISA PAYMNT XXXXX95-02 | | $798.15- | $4,133.16 |
| 08/12 | CHECK #9994 | | $600.00- | $3,533.16 |
| 08/12 | CHECK #1470 | | $4,030.00- | -$496.84 |
| 08/12 | PAID NSF/OD DEB000000000001470 OVERDRAWN FUNDS | | $35.00- | -$531.84 |
| 08/13 | VERIZON      PAYMENTREC 4500111390001 | | $340.43- | -$872.27 |
| 08/13 | PAID NSF/OD DEBIT OVERDRAWN FUNDS | | $35.00- | -$907.27 |
| 08/13 | DC#0705 SIG PUR CLR*CLUBPI CLR*CLUBPILATES2018 201-8225260 NJ 040656 | | $249.00- | -$1,156.27 |
| 08/13 | CHECK #1479 | | $2,000.00- | -$3,156.27 |
| 08/13 | RET NSF/OD DEBI000000000001479 OVERDRAWN FUNDS | | $35.00- | -$3,191.27 |
| 08/14 | WIRE CROSSTOWN MEDICAL P.C. | $5,000.00 | | $1,808.73 |
| 08/14 | RETURNED ITEM - 1479 | $2,000.00 | | $3,808.73 |
| 08/14 | PAID NSF/OD DEBIT OVERDRAWN FUNDS | | $35.00- | $3,773.73 |
| 08/15 | ATT        PAYMENT XXXXX6012EPAYD | | $391.43- | $3,382.30 |
| 08/15 | SERVICE CHARGE DEBIT | | $40.00- | $3,342.30 |
| 08/19 | DC#0705 SIG PUR SALON KOKO SALON KOKOPELLI BRI BRIELLE NJ 079181 | | $117.00- | $3,225.30 |
| 08/19 | DC#0705 REC POS APL*ITUNES APL*ITUNES.COM/BILL 866-712-7753 CA  005588 | | $9.99- | $3,215.31 |
| 08/19 | DC#0705 REC POS APL*ITUNES APL*ITUNES.COM/BILL 866-712-7753 CA  036822 | | $0.99- | $3,214.32 |
| 08/19 | CHECK #1472 | | $350.00- | $2,864.32 |
| 08/20 | WIRE TRIBORO MEDICAL SERVICES | $10,000.00 | | $12,864.32 |
| 08/20 | CHECK #9996 | | $480.00- | $12,384.32 |
| 08/21 | DC#0705 SIG PUR VARKA VARKA RAMSEY NJ 032175 | | $80.09- | $12,304.23 |



101 Wood Avenue South • Iselin, NJ • 08830

855-iBank4U (855.422.6548)
investorsbank.com

## ACCOUNT ACTIVITY DETAIL (continued)

| Date | Description | Deposits | Withdrawals | Balance |
|------|-------------|----------|-------------|---------|
| 08/21 | CHECK #9995 | | $800.00- | $11,504.23 |
| 08/21 | CHECK #9995 | | $2,000.00- | $9,504.23 |
| 08/22 | DC#0705 SIG PUR HOT BAGEL' | | $22.25- | $9,481.98 |
| | HOT BAGEL'S ABROAD | | | |
| | CLIFTON NJ  002894 | | | |
| 08/22 | DC#0705 SIG PUR OPTIMUM 78 | | $1,076.01- | $8,405.97 |
| | OPTIMUM 7802V | | | |
| | 201-405-8222 NY  048401 | | | |
| 08/22 | CHECK #9996 | | $350.00- | $8,055.97 |
| 08/23 | DC#0705 SIG PUR 103 PRIME | | $65.45- | $7,990.52 |
| | 103 PRIME AT VALENT | | | |
| | PARK RIDGE NJ  061238 | | | |
| 08/23 | DC#0705 SIG PUR ZIPRECRUIT | | $649.00- | $7,341.52 |
| | ZIPRECRUITER, INC. | | | |
| | 8557475493 CA  066485 | | | |
| 08/23 | DC#0705 SIG PUR BILLMATRIX | | $2,000.00- | $5,341.52 |
| | ORANGEUTIL/BILLMATR | | | |
| | SPRING VALLEY NY  979858 | | | |
| 08/26 | DC#0705 SIG PUR SUNOCO 001 | | $63.65- | $5,277.87 |
| | SUNOCO 0015161301 | | | |
| | WOODCLIFF LAK NJ  080483 | | | |
| 08/26 | CHECK #9995 | | $480.00- | $4,797.87 |
| 08/26 | CHECK #9996 | | $800.00- | $3,997.87 |
| 08/27 | DELUXE BUS SYS.  BUS PRODS | | $164.16- | $3,833.71 |
| | 86025377 | | | |
| 08/27 | DC#0705 SIG PUR CLIFTON EN | | $1,215.00- | $2,618.71 |
| | CLIFTON ENDODONTICS | | | |
| | 973-7736050 NJ  090012 | | | |
| 08/27 | DC#0705 SIG PUR VARKA | | $82.06- | $2,536.65 |
| | VARKA | | | |
| | RAMSEY NJ  073307 | | | |
| 08/28 | DC#0705 SIG PUR MATTHEWS I | | $209.00- | $2,327.65 |
| | MATTHEWS ITALIAN RE | | | |
| | CLIFTON NJ  023141 | | | |
| 08/28 | CHECK #1479 | | $2,000.00- | $327.65 |
| 08/29 | DC#0705 SIG PUR WEDGEWOOD | | $26.66- | $300.99 |
| | WEDGEWOOD PHARMACY | | | |
| | 800-3318272 NJ  020906 | | | |
| 08/30 | DC#0705 SIG PUR HENRY'S DE | | $10.71- | $290.28 |
| | HENRY'S DELI | | | |
| | CLIFTON NJ  008741 | | | |
| 08/31 | ENDING BALANCE | | | $290.28 |

## CHECK REGISTER

| Check # | Date | Amount | Check # | Date | Amount | Check # | Date | Amount |
|---------|------|--------|---------|------|--------|---------|------|--------|
| 0 | 08/13 | $340.43# | 1466 | 08/01 | $800.00 | 1468 | 08/01 | $1,000.00 |
| 1465* | 08/07 | $350.00 | 1467 | 08/01 | $3,000.00 | 1469 | 08/05 | $500.00 |

```
                                        Date   9/05/19         Page     1
                                        Account Number    @XXXXXXXXXX@8981
                                        Enclosures
```

```
        WILLIAM FOCAZIO
        NJ 19-10880-VFP CHAPTER 11
        EDWARD A PHILLIPS CHAPTER 11 TRUSTEE
        1515 MARKET STREET SUITE 1200
        PHILADELPHIA PA 19102
```

_____ CHECKING ACCOUNT _____

```
ABSOLUTELY FREE CHECKING                Number of Enclosures              0
Account Number          @XXXXXXXXXX@8981 Statement Dates  8/06/19 thru  9/05/19
Previous Balance             3,988.00   Days in the statement period        31
        Deposits/Credits          .00   Average Ledger               3,988.00
        Checks/Debits             .00   Average Collected            3,988.00
Service Charge                    .00
Interest Paid                     .00
Current Balance              3,988.00
```

_____

```
Daily Balance Information
Date          Balance
 8/06         3,988.00
```



**Bank**

America's Most Convenient Bank®

E    **STATEMENT OF ACCOUNT**

WILLIAM FOCAZIO
DIP CASE 19-10880 DIST NJ
101 FOX HEDGE RD
SADDLE RIVER NJ 07458

| | |
|---|---|
| Page: | 1 of 4 |
| Statement Period: | Aug 12 2019-Sep 05 2019 |
| Cust Ref #: | 6942-630-E-*** |
| Primary Account #: | 6942 |

## TD now accepts Real Time Payments!

We're pleased to announce that TD will soon accept Real Time Payments (RTPs), which means you can receive certain electronic payments sent through RTP almost immediately. This is good news for consumers, businesses, and government agencies who use RTPs. As a TD Customer, you are automatically enrolled. Please be advised that you may not send or receive RTPs on behalf of a person who is not a resident of, or otherwise residing in, the United States. Please visit tdbank.com/RTP to learn more.

## TD Convenience Checking

WILLIAMFOCAZIO
DIP CASE 19-10880 DIST NJ

Account #    6942

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 0.00 | Average Collected Balance | 418.47 |
| Deposits | 1,487.60 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 350.00 | Annual Percentage Yield Earned | 0.00% |
| Electronic Payments | 412.03 | Days in Period | 25 |
| Ending Balance | 725.57 | | |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/12 | DEPOSIT | 131.45 |
| 08/29 | DEPOSIT | 1,356.15 |
| | Subtotal: | 1,487.60 |

| **Checks Paid** | No. Checks: 1 | *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments | |
|---|---|---|---|
| **DATE** | **SERIAL NO.** | **AMOUNT** | |
| 09/03 | 101 | 350.00 | |
| | | Subtotal: | 350.00 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/23 | ACH DEBIT, HARLAND CLARKE CHK ORDERS *K***20303741L7 | 11.95 |
| 09/03 | DEBIT CARD PURCHASE, *****30053699930, AUT 083119 VISA DDA PUR VZWRLSS IVR VN    800 922 0204 * FL | 178.52 |
| 09/03 | DEBIT CARD PURCHASE, *****30053699930, AUT 090119 VISA DDA PUR CVS PHARMACY 04163    MONTVALE    * NJ | 44.54 |
| 09/03 | DEBIT CARD PURCHASE, *****30053699930, AUT 090219 VISA DDA PUR THE FRESH MARKET 121    MONTVALE    * NJ | 96.02 |
| 09/03 | DEBIT CARD PURCHASE, *****30053699930, AUT 090219 VISA DDA PUR WOODCLIFF LAKE WINE AND    WOODCLIFF LAK * NJ | 81.00 |
| | Subtotal: | 412.03 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

**TD Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

WILLIAM FOCAZIO
DIP CASE 19-10880 DIST NJ

| | |
|---|---|
| Page: | 3 of 4 |
| Statement Period: | Aug 12 2019-Sep 05 2019 |
| Cust Ref #: | 6942-630-E-*** |
| Primary Account #: | 6942 |

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 08/12 | 0.00 | 08/29 | 1,475.65 |
| 08/12 | 131.45 | 09/03 | 725.57 |
| 08/23 | 119.50 | | |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender