**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**SHAPIRO, CROLAND, REISER,
  APFEL & DI IORIO, LLP**
John P. Di Iorio, Esq.
411 Hackensack Avenue
Hackensack, NJ 07601
(201) 488-3900
Attorneys for Debtor

Order Filed on April 2, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

WILLIAM J. FOCAZIO,

                    Debtor.

Chapter 11 Proceeding

Case No. 19-10880

Hearing Date: March 3, 2020
                    at 10:00 a.m.

## ORDER AUTHORIZING SHAPIRO, CROLAND, REISER, APFEL & DI IORIO, LLP TO WITHDRAW AS COUNSEL TO DEBTOR

The relief set forth on the following page, numbered two (2), is hereby **ORDERED.**

**DATED: April 2, 2020**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

822984.1

**(Page 2)**

| | |
|---|---|
| Debtor: | William J. Focazio |
| Case No. | 19-10880 |
| Caption: | Order Authorizing Shapiro, Croland, Reiser, Apfel & Di Iorio, LLP to Withdraw as Counsel to Debtor |

THIS matter having come before the Court upon the motion of Shapiro, Croland, Reiser, Apfel & Di Iorio, LLP ("Shapiro Croland") for entry of an order authorizing Shapiro Croland to withdraw as counsel for William J. Focazio ("Debtor"); and the Court having considered the declaration of John P. Di Iorio submitted in support of the motion and any opposition filed thereto; and for good cause shown; it is on this __31__ day of March, 2020

ORDERED that Shapiro Croland be and it is hereby authorized to withdraw as counsel for Debtor; and it is further

ORDERED that Debtor shall have thirty (30) days from the entry of this Order to determine whether to retain new counsel or proceed pro se (i.e., on his own, without an attorney). The retention of new counsel after that thirty (30) day period shall not be deemed grounds for the adjournment of any matter; and it is further

ORDERED that Debtor's former counsel shall serve a copy of this Order on the Debtor by regular mail and certified mail, return receipt requested, within three (3) business days of its entry.