UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

SHAPIRO, CROLAND, REISER
 APFEL & DI IORIO, LLP
John P. Di Iorio, Esq.
411 Hackensack Avenue
Hackensack, NJ 07601
(201) 488-3900
Attorneys for Debtor

Order Filed on April 2, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

WILLIAM J. FOCAZIO,

      Debtor.

Chapter 11 Proceeding

Case No. 19-10880

Hearing Date: March 3, 2020
              at 10:00 a.m.

## ORDER AUTHORIZING SHAPIRO, CROLAND, REISER, APFEL & DI IORIO, LLP TO WITHDRAW AS COUNSEL TO DEBTOR

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: April 2, 2020**

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

822984.1

**(Page 2)**
Debtor:       William J. Focazio
Case No.     19-10880
Caption:     Order Authorizing Shapiro, Croland, Reiser, Apfel & Di Iorio, LLP to Withdraw as Counsel to Debtor

---

THIS matter having come before the Court upon the motion of Shapiro, Croland, Reiser, Apfel & Di Iorio, LLP ("Shapiro Croland") for entry of an order authorizing Shapiro Croland to withdraw as counsel for William J. Focazio ("Debtor"); and the Court having considered the declaration of John P. Di Iorio submitted in support of the motion and any opposition filed thereto; and for good cause shown; it is on this __31__ day of March, 2020

ORDERED that Shapiro Croland be and it is hereby authorized to withdraw as counsel for Debtor; and it is further

ORDERED that Debtor shall have thirty (30) days from the entry of this Order to determine whether to retain new counsel or proceed pro se (i.e., on his own, without an attorney). The retention of new counsel after that thirty (30) day period shall not be deemed grounds for the adjournment of any matter; and it is further

ORDERED that Debtor's former counsel shall serve a copy of this Order on the Debtor by regular mail and certified mail, return receipt requested, within three (3) business days of its entry.

United States Bankruptcy Court
District of New Jersey

In re:  
William J Focazio  
    Debtor

Case No. 19-10880-VFP  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 2    Date Rcvd: Apr 03, 2020  
                    Form ID: pdf903    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 05, 2020.
```
db             +William J Focazio,    101 Fox Hedge Road,    Saddle River, NJ 07458-2715
aty            +Roper & Thyne, LLC,    Roper & Thyne, LLC,    77 Jefferson Place,    Totowa, NJ 07512-2614
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                       TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2020                                                                     Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 3, 2020 at the address(es) listed below:
```
              Andrew J. Pincus    on behalf of Creditor    SB One Bank f/k/a Community Bank of Bergen County,
               N.J. ap@seidmanllc.com
              Andrew M. Lubin    on behalf of Creditor    Wilmington Savings Fund Society, FSB, as Trustee of
               Stanwich Mortgage Loan Trust A bkecf@milsteadlaw.com,   alubin@milsteadlaw.com
              Brian E Caine    on behalf of Creditor    U.S. Bank National Association, not in its individual
               capacity but solely as Trustee for the RMAC Trust, Series 2016-CTT bcaine@parkermccay.com,
               BKcourtnotices@parkermccay.com
              Daniel F. Corrigan    on behalf of Creditor    First Commerce Bank dcorrigan@windelsmarx.com,
               mslama@windelsmarx.com
              David B. Grantz    on behalf of Creditor    Provident Bank f/k/a The Provident Bank
               dgrantz@meyner.com,   ckelly@meyner.com
              David S. Catuogno    on behalf of Creditor    Oritani Bank david.catuogno@klgates.com
              Donald F. Campbell, Jr.    on behalf of Plaintiff    Encompass Indemnity Company
               dcampbell@ghclaw.com,   4433@notices.nextchapterbk.com
              Donald F. Campbell, Jr.    on behalf of Plaintiff    Allstate Property and Casualty Insurance
               Company dcampbell@ghclaw.com,   4433@notices.nextchapterbk.com
              Donald F. Campbell, Jr.    on behalf of Plaintiff    Allstate Insurance Company
               dcampbell@ghclaw.com,   4433@notices.nextchapterbk.com
              Donald F. Campbell, Jr.    on behalf of Plaintiff    Allstate Indemnity Company
               dcampbell@ghclaw.com,   4433@notices.nextchapterbk.com
              Donald F. Campbell, Jr.    on behalf of Plaintiff    AllState Fire and Casualty Insurance Company
               dcampbell@ghclaw.com,   4433@notices.nextchapterbk.com
              Donald F. Campbell, Jr.    on behalf of Creditor    Allstate New Jersey Property and Casualty
               Insurance Company dcampbell@ghclaw.com,   4433@notices.nextchapterbk.com
              Donald F. Campbell, Jr.    on behalf of Plaintiff    Encompass Property and Casualty Company of New
               Jersey dcampbell@ghclaw.com,   4433@notices.nextchapterbk.com
              Donald F. Campbell, Jr.    on behalf of Plaintiff    Allstate New Jersey Property and Casualty
               Insurance Company dcampbell@ghclaw.com,   4433@notices.nextchapterbk.com
              Donald F. Campbell, Jr.    on behalf of Plaintiff    Encompass insurance company of New Jersey
               dcampbell@ghclaw.com,   4433@notices.nextchapterbk.com
              Donald F. Campbell, Jr.    on behalf of Plaintiff    Encompass Insurance dcampbell@ghclaw.com,
               4433@notices.nextchapterbk.com
              Donald F. Campbell, Jr.    on behalf of Plaintiff    Allstate New Jersey Insurance Company
               dcampbell@ghclaw.com,   4433@notices.nextchapterbk.com
              Edward A. Phillips    ephillips@getzlerhenrich.com
              Jerrold S. Kulback    on behalf of Creditor    Fulton Bank of New Jersey jkulback@archerlaw.com
              Kevin Gordon McDonald    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Maria Arnott    on behalf of Creditor    SB One Bank f/k/a Community Bank of Bergen County, N.J.
               ma@seidmanllc.com
```

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Apr 03, 2020
                              Form ID: pdf903          Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

- Matthew Patrick Dolan   on behalf of Creditor   Provident Bank f/k/a The Provident Bank mdolan@meyner.com
- Mitchell  Hausman   on behalf of U.S. Trustee   U.S. Trustee Mitchell.B.Hausman@usdoj.gov
- Mitchell B. Seidman   on behalf of Creditor   SB One Bank f/k/a Community Bank of Bergen County, N.J. ms@seidmanllc.com
- Philip Seth Rosen   on behalf of Creditor   BANK OF AMERICA, N.A. prosen@zeklaw.com, 3723198420@filings.docketbird.com
- Sydney J. Darling   on behalf of Trustee Edward A. Phillips sdarling@walsh.law,  mvargas@walsh.law
- Sydney J. Darling   on behalf of U.S. Trustee   U.S. Trustee sdarling@walsh.law, mvargas@walsh.law
- U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 28