**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
**SHAPIRO, CROLAND, REISER**
**APFEL & DI IORIO, LLP**
John P. Di Iorio, Esq.
411 Hackensack Avenue
Hackensack, NJ 07601
(201) 488-3900
Attorneys for Debtor

| | |
|---|---|
| In Re: | Chapter 11 Proceeding |
| WILLIAM J. FOCAZIO, | Case No. 19-10880 |
| Debtor. | |

## CERTIFICATE OF SERVICE

STATE OF NEW JERSEY    )
                                          ) ss:
COUNTY OF BERGEN    )

DIANE MENNONA, of full age, being duly sworn, upon her oath, according to law, deposes and says:

1. I am an employee of the law firm of Shapiro, Croland, Reiser, Apfel & Di Iorio, LLP, attorneys for Debtor.

2. On April 7, 2020 I served a copy of the Order Authorizing Shapiro, Croland, Reiser, Apfel & Di Iorio, LLP to Withdraw as Counsel to Debtor entered on April 2, 2020 on the following via first class mail and certified mail, return receipt requested:

William J. Focazio
101 Fox Hedge Road
Saddle River, NJ 07458

831304.1

I certify that the foregoing statements made by me are true and correct. I am aware that if any of the statements are willfully false, I am subject to punishment.

Dated: April 7, 2020                /s/ Diane Mennona
                                    Diane Mennona