**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-1

Sydney J. Darling, Esq.
Stephen V. Falanga, Esq.
**WALSH PIZZI O'REILLY FALANGA LLP**
Three Gateway Center
100 Mulberry St., 15th Floor
Newark, New Jersey 07102
T: 973.757.1100 | F: 973.757.1090
sdarling@walsh.law
sfalanga@walsh.law
*Counsel to Edward A. Philips, Chapter 11*
*Trustee of the Estate of William J. Focazio*

| | |
|---|---|
| In re: | Bankr. Case No.: 18-10752-VFP |
| WILLIAM FOCAZIO, MD, P.A. and ENDO SURGICAL CENTER OF NORTH JERSEY, P.C., | Honorable Vincent F. Papalia, U.S.B.J.<br><br>Chapter 11 |
| Debtors. | |

### ADJOURNMENT REQUEST

1. I, <u>Sydney J. Darling</u>,

   ☒   am the attorney for: <u>Edward A. Philips, Chapter 11 Trustee of the Estate of William J.</u>

   <u>Focazio (Dkt. No. 19-10880-VFP)</u>,

   ☐   am self represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: <u>Motion to Approve Compromise [DE 373]</u> , and Status Conferences

   Current hearing date and time: <u>May 5, 2020 at 11:00 a.m.</u>

   New date requested: <u>May 19, 2020 at 11:00 a.m.</u>

   Reason for adjournment request: <u>The parties continue to attempt to negotiate a resolution of the Trustee's</u>

   <u>objection to the Debtors' Motion to Approve Compromise.</u>

WPOFDocs 396513v.1

2. Consent to adjournment:

☒ I have the consent of all parties.     ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: May 4, 2020                                      */s/ Sydney J. Darling*

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted          New hearing date:  5/19/2020 @ 11:00 am          ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____   ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

2