**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In re <u>William J. Focazio</u>

Case No. <u>19-10880</u>
Reporting Period <u>April 1, 2020 - April 30, 2020</u>

## MONTHLY OPERATING REPORT
## (INDIVIDUAL WAGE EARNERS)

File with Court and submit copy to United States Trustee within 20 days after end of month

Submit copy of report to any official committee appointed in the case.

| Required Documents | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | X | |
|    Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | X | |
|    Copies of bank statements | | X | |
|    Cash disbursements journals | MOR -Disbursements | X | |
| Statement of Operations | MOR-1 (INDV) | X | |
| Balance Sheet | MOR - 3 | X | |
| Status of Postpetition Taxes | | N/A | |
|    Copies of IRS Form 6123 or payment receipt | | N/A | |
|    Copies of tax returns filed during reporting period | | N/A | |
| Summary of Unpaid Postpetition Debts | | N/A | |
|    Listing of aged accounts payable | | N/A | |
| Accounts Receivable Reconciliation and Aging | | N/A | |
| Debtor Questionnaire | MOR - 5 | X | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

_____
Signature of Debtor

_____
Date

_____    May 26, 2020
Signature of Chapter 11 Trustee                Date

*The Trustee was appointed by Court Order on May 17, 2019.  The information contained herein is based on the Trustee's accountant's analysis of the Debtor's bank statements and financing information made available to the Trustee. The Trustee takes no responsibility for the accuracy of the Debtor's information and reserves all rights in connection therewith.

FORM MOR (INDV)
(9/99)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re William J. Focazio

Case No. 19-10880
Reporting Period April 1, 2020 - April 30, 2020

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

( This Form must be submitted for each Bank Account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. [See MOR-1 (INDV) (CON'T)

| | Trustee's Account 8981 | Cumulative Filing to Date |
|---|---|---|
| **Cash - Beginning of Month (March 1, 2020)** | 18,568 | 9,304 |
| **RECEIPTS** | | |
| Wages / Distributions | - | 205,000 |
| Account Transfer | - | 5,000 |
| Alimony and Child Support | - | - |
| Miscellaneous Deposits | - | 78,986 |
| Other Income (attach schedule) | 12,750 | 84,023 |
| Miscellaneous Income | - | 5,080 |
| **Total Receipts** | 12,750 | 378,089 |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | - | 10,000 |
| Rental Payment(s) | - | 4,030 |
| Other Loan Payments | - | 2,500 |
| Utilities | - | 18,246 |
| Insurance | - | 24,212 |
| Auto | - | 2,736 |
| Investment Contributions | - | 28,750 |
| Business Expenses | - | 9,058 |
| Repairs and Maintenance | - | 23,297 |
| Medical Expenses | - | 6,606 |
| Household Expenses | - | 86,813 |
| Account Transfer | - | 5,000 |
| Bank Fees | 24 | 1,110 |
| Child Care Expenses | - | 1,200 |
| Alimony and Child Support Payments | - | - |
| Legal Fees | - | 9,142 |
| Taxes - Real Estate | - | - |
| Taxes - Personal Property | - | - |
| Storage Unit | - | 639 |
| Travel and Entertainment | - | 1,659 |
| Housekeeping | - | 31,070 |
| Miscellaneous Expense | - | 52,991 |
| Other (attach schedule) | - | - |
| Miscellaneous Disbursements[1] | - | 7,724 |
| Trustee Disbursements[2] | 10,000 | 30,000 |
| Total Ordinary Disbursements | 10,024 | 356,782 |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | - | 6,717 |
| U. S. Trustee Fees | - | 2,600 |
| Other Reorganization Expenses (attach schedule) | - | - |
| Total Reorganization Items | - | 9,317 |
| **Total Disbursements (Ordinary + Reorganization)** | 10,024 | 366,099 |
| **Net Cash Flow (Total Receipts - Total Disbursements)** | 2,726 | 11,990 |
| **Cash - End of Month (March, 2020) (Must equal reconciled bank statement)** | 21,294 | 21,294 |

### THE FOLLOWING SECTION MUST BE COMPLETED

| DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN) | |
|---|---|
| TOTAL DISBURSEMENTS | 10,024 |
| LESS: TRANSFERS TO DEBTOR IN POSSESSION ACCOUNTS | - |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | - |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | 10,024 |

[1] Miscellaneous income and disbursements are sources and expenditures that were not under the control of the Trustee's and did not run through the Trustee's account.

[2] The Trustee created a system where all funds will flow through the Trustee's bank account (account #8981), and a budgeted amount will be transferred to the Debtor's bank account (account #6942) for daily living expenses. Trustee Disbursements are funds that were received by the Trustee and transfered to the Debtor's account for these living expenses.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In re William J. Focazio

**Case No.** 19-10880
**Reporting Period** April 1, 2020 - April 30, 2020

**INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS - continuation sheet**

| BREAKDOWN OF "OTHER" CATEGOR | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| Endo Surgical Center | 10,250 | |
| MD PA | 2,500 | |
|  | 12,750 | |
| | | |
| | | |
| | | |
| **Other Taxes** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

FORM MOR-1

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In re William J. Focazio

**Case No.** 19-10880
**Reporting Period** April 1, 2020 - April 30, 2020

**Disbursements - Account #8981**

| Payee | Account | Date | Amount | Purpose | Check # | Comment |
|---|---|---|---|---|---|---|
| **Personal Disbursements** | | | | | | |
| Wire Fees | #8981 | 4/6/2020 | 12 | Bank Fees | | |
| William Focazio | x8981 | 4/7/2020 | 2,500 | Trustee Disbursements | | |
| William Focazio | x8981 | 4/13/2020 | 2,500 | Trustee Disbursements | | |
| William Focazio | x8981 | 4/20/2020 | 2,500 | Trustee Disbursements | | |
| William Focazio | x8981 | 4/24/2020 | 2,500 | Trustee Disbursements | | |
| Wire Fees | #8981 | 4/29/2020 | 12 | Bank Fees | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| Total | | | $10,024 | | | |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In re William J. Focazio

**Case No.** 19-10880
**Reporting Period** April 1, 2020 - April 30, 2020

**BANK RECONCILIATIONS**
**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account. The debtor's bank reconciliation may be substituted for this page.

|  | Account #8981 |
|---|---:|
| **BALANCE PER BOOKS** | 21,294 |
| BANK BALANCE | 21,294 |
| (+) DEPOSITS IN TRANSIT (ATTACH LIST) | - |
| (-) OUTSTANDING CHECKS (ATTACH LIST) | - |
| OTHER (ATTACH EXPLANATION) | - |
| ADJUSTED BANK BALANCE * | 21,294 |
| * Adjusted bank balance must equal | |
|   balance per books | |

| **DEPOSITS IN TRANSIT** | Date | Amount |
|---|---|---|
| | | |

| **CHECKS OUTSTANDING** | Ck. # | Amount |
|---|---|---|
| | | |

| OTHER | | |
|---|---|---|
| | | |

```
                                            Date  4/06/20        Page    1
                                            Account Number   @XXXXXXXXXX@8981
                                            Enclosures
```

```
WILLIAM FOCAZIO
NJ 19-10880-VFP CHAPTER 11
EDWARD A PHILLIPS CHAPTER 11 TRUSTEE
1515 MARKET STREET SUITE 1200
PHILADELPHIA PA 19102
```

_____ CHECKING ACCOUNT _____

```
ABSOLUTELY FREE CHECKING                Number of Enclosures               0
Account Number         @XXXXXXXXXX@8981 Statement Dates   3/06/20 thru 4/06/20
Previous Balance              18,567.80 Days in the statement period       32
   1 Deposits/Credits          2,750.00 Average Ledger             18,653.36
   1 Checks/Debits                12.00 Average Collected          18,653.36
Service Charge                      .00
Interest Paid                       .00
Current Balance               21,305.80
```

_____

```
Activity in Date Order
Date    Description                          Credits       Debits
 4/06 WIRE-IN 20200970026000 ENDO SU     2,750.00                       21,317.80
      BK AMER NYC
 4/06 WIRE In Fee                                          12.00-       21,305.80
      WILLIAM FOCAZIO
```

_____

```
Daily Balance Information
Date         Balance      Date         Balance
 3/06      18,567.80      4/06       21,305.80
```

```
                                              Date  5/05/20         Page    1
                                              Account Number   @XXXXXXXXXX@8981
                                              Enclosures
```

```
WILLIAM FOCAZIO
NJ 19-10880-VFP CHAPTER 11
EDWARD A PHILLIPS CHAPTER 11 TRUSTEE
1515 MARKET STREET SUITE 1200
PHILADELPHIA PA 19102
```

_____ CHECKING ACCOUNT _____

```
ABSOLUTELY FREE CHECKING                  Number of Enclosures              0
Account Number        @XXXXXXXXXX@8981    Statement Dates   4/07/20 thru  5/05/20
Previous Balance               21,305.80  Days in the statement period       29
   5 Deposits/Credits          12,500.00  Average Ledger               19,979.21
   7 Checks/Debits             12,199.00  Average Collected            19,979.21
Service Charge                       .00
Interest Paid                        .00
Current Balance                21,606.80
```

```
Activity in Date Order
Date    Description                        Credits        Debits
 4/07 Bill Paid-WILLIAM FOCAZIO Conf                    2,500.00-      18,805.80
         #10
 4/09 SENDER     ENDO SURGICAL CE        2,500.00                      21,305.80
         PPD   462522140
 4/13 Bill Paid-WILLIAM FOCAZIO Conf                    2,500.00-      18,805.80
         #11
 4/15 SENDER     ENDO SURGICAL CE        2,500.00                      21,305.80
         PPD   463261392
 4/20 Bill Paid-WILLIAM FOCAZIO Conf                    2,500.00-      18,805.80
         #12
 4/23 SENDER     ENDO SURGICAL CE        2,500.00                      21,305.80
         PPD   464357902
 4/24 Bill Paid-WILLIAM FOCAZIO Conf                    2,500.00-      18,805.80
         #13
 4/29 WIRE-IN 20201200042900 WILLIAM     2,500.00                      21,305.80
         BK AMER NYC
 4/29 WIRE In Fee                                          12.00-      21,293.80
         WILLIAM FOCAZIO
 5/01 Bill Paid-WILLIAM FOCAZIO Conf                    2,175.00-      19,118.80
         #14
 5/05 WIRE-IN 20201260024400 ENDO SU     2,500.00                      21,618.80
         BK AMER NYC
```

```
                                        Date  5/05/20        Page     2
                                        Account Number    @XXXXXXXXXX@8981
                                        Enclosures


        WILLIAM FOCAZIO
        NJ 19-10880-VFP CHAPTER 11
        EDWARD A PHILLIPS CHAPTER 11 TRUSTEE
        1515 MARKET STREET SUITE 1200
        PHILADELPHIA PA 19102


ABSOLUTELY FREE CHECKING            @XXXXXXXXXX@8981   (Continued)

Activity in Date Order
Date     Description                         Credits       Debits
 5/05 WIRE In Fee                                           12.00-      21,606.80
        WILLIAM FOCAZIO
_____

Daily Balance Information
Date         Balance        Date       Balance       Date       Balance
 4/07      18,805.80        4/20     18,805.80       5/01     19,118.80
 4/09      21,305.80        4/23     21,305.80       5/05     21,606.80
 4/13      18,805.80        4/24     18,805.80
 4/15      21,305.80        4/29     21,293.80
```

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In re <u>William J. Focazio</u>

**Case No.** <u>19-10880</u>
**Reporting Period** <u>April 1, 2020 - April 30, 2020</u>

**SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID**

This schedule is to include all retained professional payments from case inception to current month.

| Payee | Period Covered | Amount Approved | Payor | Check Number | Check Date | Amount Paid Fees | Amount Paid Expenses | Year-To-Date Fees | Year-To-Date Expenses |
|---|---|---|---|---|---|---|---|---|---|
| David Stevens | | 5,000 | William J. Focazio | 1328 | 1/17/2019 | 5,000 | - | 5,000 | - |
| David Stevens | | 1,717 | William J. Focazio | 1329 | 2/8/2019 | 1,717 | - | 1,717 | - |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In re <u>William J. Focazio</u>

Case No. <u>19-10880</u>
Reporting Period <u>April 1, 2020 - April 30, 2020</u>

**BALANCE SHEET**

The Balance Sheet is to be completed on an accrual basis only.  Pre-petition liabilities must be classified separately from postpetition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---:|---:|
| Other Property (attach schedule) | 1,455,000 | 1,455,000 |
| Other Investments (attach schedule) | Value Unknown | Value Unknown |
| Cash | 21,294 | 4,000 |
| Autos, Trucks & Other Vehicles | 43,862 | 43,862 |
| Household Goods and Furniture | 100,000 | 100,000 |
| Electronics | 5,000 | 5,000 |
| Clothing | 3,000 | 3,000 |
| Jewelry | 6,000 | 6,000 |
| Partnerships & Business Ventures | 60,000 | 60,000 |
| Medical License | 100,000 | 100,000 |
|   Total Other Assets | 339,156 | 321,862 |
| **TOTAL ASSETS** | **1,794,156** | **1,776,862** |

|  | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---:|---:|
| *LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)* | | |
| Accounts Payable | - | - |
| Taxes Payable (refer to FORM MOR-4) | - | - |
| Wages Payable | - | - |
| Notes Payable | - | - |
| Rent / Leases - Building/Equipment | - | - |
| Secured Debt / Adequate Protection Payments | - | - |
| Professional Fees - Counsel | 112,627 | - |
| Professional Fees - Financial Advisors | 96,851 | - |
| Amounts Due to Insiders* | - | - |
| Other Postpetition Liabilities (attach schedule) | - | - |
|   Total Postpetition Liabilities | 209,477 | - |
| *LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)* | | |
| Secured Debt | 1,455,000 | 850,000 |
| Priority Debt | 421,014 | 246,979 |
| Unsecured Debt | 14,886,783 | 15,228,600 |
|   Total Pre - Petition Liabilities | 16,762,796 | 16,325,579 |
| **Total Liabilities** | **16,972,274** | **16,325,579** |

*"Insider" is defined in 11 U.S.C. Section 101(31).

Note: The asset and liability values were originally based on the values listed in the bankruptcy petition filed and are updated based on any additional information obtained, i.e. proof of claims, appraisals etc.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In re <u>William J. Focazio</u>

**Case No.** <u>19-10880</u>
**Reporting Period** <u>April 1, 2020 - April 30, 2020</u>

**BALANCE SHEET - continuation sheet**

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---:|---:|
| **Other Property** | | |
| 66 Westview Road   Wayne, NJ  07470 | 650,000 | 650,000 |
| 41 Inlet Drive Point Pleasant Beach, NJ | 260,000 | 260,000 |
| 41A Inlet Drive Point Pleasant Beach, NJ | 275,000 | 275,000 |
| 43 Inlet Drive Point Pleasant Beach, NJ, 08742 | 270,000 | 270,000 |
| | | |
| Total Other Property | 1,455,000 | 1,455,000 |
| | | |
| **Other Investments** | | |
| Shares of DVCO | Value Unknown | Value Unknown |
| | | |
| **Other Assets** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| Other Postpetition Liabilities | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Adjustments to Owner Equity | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Postpetition Contributions (Distributions) (Draws) | | |

Restricted Cash is cash that is restricted for a specific use and not available to fund operations.  Typically, restricted cash is segregated into a separate account, such as an escrow account.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In re <u>William J. Focazio</u>

**Case No.** <u>19-10880</u>
**Reporting Period** <u>April 1, 2020 - April 30, 2020</u>

### ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | |
| + Amounts billed during the period | |
| - Amounts collected during the period | N/A |
| Total Accounts Receivable at the end of the reporting period | |

| Accounts Receivable Aging | |
|---|---|
| 0 - 30 days old | |
| 31 - 60 days old | |
| 61 - 90 days old | |
| 91+ days old | N/A |
| Total Accounts Receivable | |
| Amount considered uncollectible (Bad Debt) | |
| Accounts Receivable (Net) | |

### DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes |
|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below. | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | |
| 5. Has any bank account been opened during the reporting period? If yes, provide documentation identifying the opened account(s). If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In re William J. Focazio

**Case No.** 19-10880
**Reporting Period** April 1, 2020 - April 30, 2020

| Amount |
|---|
| N/A |

| Amount |
|---|
| N/A |

| No |
|---|
| X |
| X |
| N/A |
| N/A |
| X |