**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-1

Sydney J. Darling
**WALSH PIZZI O'REILLY FALANGA LLP**
Three Gateway Center
100 Mulberry St., 15th Floor
Newark, New Jersey 07102
T: 973.757.1100 | F: 973.757.1090
sdarling@walsh.law
*Counsel to Chapter 11 Trustee*

In re:

WILLIAM J. FOCAZIO,

                Debtor.

Bankr. Case No.: 19-10880-VFP

Honorable Vincent F. Papalia, U.S.B.J.

Chapter 11

## NOTICE OF WITHDRAWAL OF DOCUMENT

**PLEASE TAKE NOTICE** that the undersigned hereby withdraws the Monthly Operating Report for Filing Period August 2019 [Dkt. 159] due to a docketing error.

                                                          **WALSH PIZZI O'REILLY FALANGA LLP**

Dated: May 26, 2020

                                                          By: */s/ Sydney J. Darling*
                                                                  Sydney J. Darling