| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-1 | |
| Sydney J. Darling<br>**WALSH PIZZI O'REILLY FALANGA LLP**<br>Three Gateway Center<br>100 Mulberry St., 15th Floor<br>Newark, New Jersey 07102<br>T: 973.757.1100 \| F: 973.757.1090<br>sdarling@walsh.law<br>*Counsel to Chapter 11 Trustee* | |
| In re:<br><br>WILLIAM J. FOCAZIO,<br><br>       Debtor. | Bankr. Case No.: 19-10880-VFP<br><br>Honorable Vincent F. Papalia, U.S.B.J.<br><br>Chapter 11 |

## NOTICE OF WITHDRAWAL OF DOCUMENT

**PLEASE TAKE NOTICE** that the undersigned hereby withdraws the Monthly Operating Report for Filing Period November 2019 [Dkt. 161] due to a docketing error listing it as the Monthly Operating Report for November 2020.

                  **WALSH PIZZI O'REILLY FALANGA LLP**

                  By: */s/ Sydney J. Darling*

Dated: May 26, 2020              Sydney J. Darling