UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Donald F. Campbell, Jr., Esq. (DC8924)**
Giordano, Halleran & Ciesla, P.C.
125 Half Mile Road, Suite 300
Red Bank, NJ 07701
Tel: 732 741 3900
Fax: 732 224 6599
Dcampbell@ghclaw.com
*Attorney for Allstate New Jersey Property and Casualty Insurance Company*

In Re:

WILLIAM J. FOCAZIO,

Debtor

Case No: 19-10880

Chapter: 11

Hearing Date:

Judge: Vincent F. Papalia, U.S.B.J.

## CERTIFICATION OF SERVICE

1. I, Megan Kierce:

    ☐ represent _____, the Creditor in the above-captioned matter.

    ☒ am the secretary/paralegal for Giordano, Halleran & Ciesla, P.C., who represents the Allstate New Jersey Property and Casualty Insurance Company in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

2. On June 11, 2020, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    - Supplement to Allstate's previous Joinder to the US Trustee's Motion to Convert [Dkt 145] and as Opposition to the Debtor's Cross-Motion to Dismiss
    - *Certification of Service*

I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: June 11, 2020

                        */s/Megan Kierce*
                        Megan Kierce

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Walsh Pizzi O'Reilly Falanga LLP<br>Attn: Sydney J. Darling<br>Three Gateway Center<br>100 Mulberry Street<br>Ste 15th Floor<br>Newark, NJ 07102 | Counsel to Chapter 11 Trustee, Edward A. Phillips | ☐ Overnight mail<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ E-mail sdarling@walsh.law<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Mitchell Hausman<br>United States Department of Justice<br>Office of the United States Trustee<br>One Newark Ctr<br>Suite 2100<br>Newark, NJ 07102-5504 | US Trustee | ☐ Overnight mail<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ E-mail Mitchell.B.Hausman@usdoj.gov<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| William J Focazio<br>101 Fox Hedge Road<br>Saddle River, NJ 07458 | Debtor | ☐ Overnight mail<br>☒ Regular mail<br>☒ Certified mail/RRR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Kenneth S. Thyne, Esq.<br>Roper & Thyne, LLC<br>77 Jefferson Place<br>Totowa, NJ 07512 | Debtor's special counsel | ☐ Overnight mail<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

Docs #4419349-v1