**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**Caption in Compliance with D.N.J. LBR 9004-1**

**REED SMITH LLP**
*Formed in the State of Delaware*
Aaron M. Bender (15642004)
506 Carnegie Center – Suite 300
Princeton, NJ 08540
Tel (609) 514-5955
Fax (609) 951-0824
*Attorneys for Bank of America, N.A.*

| | |
|---|---|
| In re: | Bankr. Case No.: 19-10880-VFP |
| WILLIAM J. FOCAZIO | Honoroable Vincent F. Papalia, U.S.B.J. |
| Debtor. | Chapter 11 |

## NOTICE OF APPEARANCE

Please enter my appearance as co-counsel in this case for Bank of America, N.A.

Pursuant to Bankruptcy Rule 2002, kindly direct all court notices, pleadings, and correspondence to the undersigned, and please add our firm to the mailing matrix.

                                                      **REED SMITH LLP**
                                                      *Co-counsel for Bank of America, N.A.*

Dated: July 13, 2020                                       By: */s/ Aaron M. Bender*
                                                                               Aaron M. Bender