UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004 – 2(c)**

Kurt R. Kowalski, Esq.
Portnoy Schneck, LLC
3705 Quaker Bridge Rd., Ste 116
Hamilton, NJ 08619
(609)514-8668

| | |
|---|---|
| In re: | Case No.: 19-10880-VFP |
| WILLIAM J. FOCAZIO, | Judge: Honorable Vincent F. Papalia |
| Debtor. | Chapter 11 |

### NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR REMOVAL FROM SERVICE LIST AND ECF

**PLEASE TAKE NOTICE** that this firm has entered an appearance as counsel for creditor and interested party On Deck Capital in the above-captioned bankruptcy case.

**TAKE FURTHER NOTICE** that the undersigned now withdraws the appearance. Undersigned counsel certifies that there is no controversy currently pending before the Court and that On Deck Capital consents to this withdrawal as counsel.

**TAKE FURTHER NOTICE** that the undersigned requests to be removed from all service lists, the mailing matrix, and the Court's electronic notice (ECF) system in this matter.

Dated: September 8, 2020

PORTNOY SCHNECK, LLC
3705 QUAKER BRIDGE RD, STE 116
HAMILTON, NJ 08619
(609)514-8668

By: /s/ Kurt R. Kowalski
 Kurt R. Kowalski

[1]

---

[1] The Debtor in this Chapter 11 case, along with the last four digits of the debtor's tax identification number are: William J. Focazio (2504) with a mailing address of 101 Fox Hedge Road, Saddle River, NJ 07458