Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−10880−VFP
Chapter: 11
Judge: Vincent F. Papalia
Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   William J Focazio
   101 Fox Hedge Road
   Saddle River, NJ 07458

Social Security No.:
   xxx−xx−2504

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

   Please be advised that on September 10, 2020, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 185 − 183
Order Granting Application to Employ Integrated Property Group LLC as Auctioneer and Aucion Advisors as consultant and Broker, Nunc Pro Tunc to July 9, 2020 (Related Doc # 183). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 9/10/2020. (jf)

   Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: September 10, 2020
JAN: jf

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 19-10880-VFP
William J Focazio                                                         Chapter 11
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin            Page 1 of 2              Date Rcvd: Sep 10, 2020
                            Form ID: orderntc      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 12, 2020.
auc            +Integrated Property Group LLC,    Integrated Property Group LLC,    1350 Sixth Avenue,
                 2nd Floor,   New York, NY 10019-4703

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 10, 2020 at the address(es) listed below:
              Aaron M. Bender    on behalf of Creditor    BANK OF AMERICA, N.A. abender@reedsmith.com,
               ltiggett@reedsmith.com
              Andrew J. Pincus    on behalf of Creditor    SB One Bank f/k/a Community Bank of Bergen County,
               N.J. ap@seidmanllc.com
              Andrew M. Lubin    on behalf of Creditor    Wilmington Savings Fund Society, FSB, as Trustee of
               Stanwich Mortgage Loan Trust A bkecf@milsteadlaw.com,  alubin@milsteadlaw.com
              Brian E Caine    on behalf of Creditor    U.S. Bank National Association, not in its individual
               capacity but solely as Trustee for the RMAC Trust, Series 2016-CTT bcaine@parkermccay.com,
               BKcourtnotices@parkermccay.com
              Daniel F. Corrigan    on behalf of Creditor    First Commerce Bank dcorrigan@windelsmarx.com,
               mslama@windelsmarx.com
              David B. Grantz    on behalf of Creditor    Provident Bank f/k/a The Provident Bank
               dgrantz@meyner.com,   ckelly@meyner.com
              David S. Catuogno    on behalf of Creditor    Oritani Bank david.catuogno@klgates.com
              Donald F. Campbell, Jr.    on behalf of Creditor    Allstate New Jersey Property and Casualty
               Insurance Company dcampbell@ghclaw.com,   4433@notices.nextchapterbk.com
              Donald F. Campbell, Jr.    on behalf of Plaintiff    Allstate New Jersey Insurance Company
               dcampbell@ghclaw.com,   4433@notices.nextchapterbk.com
              Donald F. Campbell, Jr.    on behalf of Plaintiff    Encompass Insurance dcampbell@ghclaw.com,
               4433@notices.nextchapterbk.com
              Donald F. Campbell, Jr.    on behalf of Plaintiff    Allstate Property and Casualty Insurance
               Company dcampbell@ghclaw.com,   4433@notices.nextchapterbk.com
              Donald F. Campbell, Jr.    on behalf of Plaintiff    Allstate Insurance Company
               dcampbell@ghclaw.com,   4433@notices.nextchapterbk.com
              Donald F. Campbell, Jr.    on behalf of Plaintiff    AllState Fire and Casualty Insurance Company
               dcampbell@ghclaw.com,   4433@notices.nextchapterbk.com
              Donald F. Campbell, Jr.    on behalf of Plaintiff    Encompass Property and Casualty Company of New
               Jersey dcampbell@ghclaw.com,   4433@notices.nextchapterbk.com
              Donald F. Campbell, Jr.    on behalf of Plaintiff    Allstate New Jersey Property and Casualty
               Insurance Company dcampbell@ghclaw.com,   4433@notices.nextchapterbk.com
              Donald F. Campbell, Jr.    on behalf of Plaintiff    Encompass insurance company of New Jersey
               dcampbell@ghclaw.com,   4433@notices.nextchapterbk.com
              Donald F. Campbell, Jr.    on behalf of Plaintiff    Encompass Indemnity Company
               dcampbell@ghclaw.com,   4433@notices.nextchapterbk.com
              Donald F. Campbell, Jr.    on behalf of Plaintiff    Allstate Indemnity Company
               dcampbell@ghclaw.com,   4433@notices.nextchapterbk.com
              Edward A. Phillips    ephillips@getzlerhenrich.com
              Jerrold S. Kulback    on behalf of Creditor    Fulton Bank of New Jersey jkulback@archerlaw.com
              Kevin Gordon McDonald    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Kurt Ryan Kowalski    on behalf of Creditor    On Deck Capital, Inc. krk@splawoffice.com

```
District/off: 0312-2              User: admin              Page 2 of 2              Date Rcvd: Sep 10, 2020
                                  Form ID: orderntc        Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Marc D. Miceli    on behalf of Debtor William J Focazio mmiceli@sm-lawpc.com, lindsay@sm-lawpc.com
        Maria  Arnott    on behalf of Creditor    SB One Bank f/k/a Community Bank of Bergen County, N.J. ma@seidmanllc.com
        Matthew Patrick Dolan    on behalf of Creditor    Provident Bank f/k/a The Provident Bank mdolan@meyner.com
        Mitchell  Hausman    on behalf of U.S. Trustee    U.S. Trustee Mitchell.B.Hausman@usdoj.gov
        Mitchell B. Seidman    on behalf of Creditor    SB One Bank f/k/a Community Bank of Bergen County, N.J. ms@seidmanllc.com
        Philip Seth Rosen    on behalf of Creditor    BANK OF AMERICA, N.A. prosen@zeklaw.com, 3723198420@filings.docketbird.com
        Steven J. Mitnick    on behalf of Debtor William J Focazio smitnick@sm-lawpc.com, lindsay@sm-lawpc.com
        Sydney J. Darling    on behalf of U.S. Trustee    U.S. Trustee sdarling@walsh.law, mvargas@walsh.law
        Sydney J. Darling    on behalf of Trustee Edward A. Phillips sdarling@walsh.law, mvargas@walsh.law
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                     TOTAL: 32