| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-1 | |
| Sydney J. Darling, Esq.<br>Stephen V. Falanga, Esq.<br>**WALSH PIZZI O'REILLY FALANGA LLP**<br>Three Gateway Center<br>100 Mulberry Street, 15th Floor<br>Newark, New Jersey 07102<br>T: 973.757.1100 \| F: 973.757.1090<br>sdarling@walsh.law<br>sfalanga@walsh.law<br>*Counsel to Edward A. Phillips, Chapter 11*<br>*Trustee of the Estate of William J. Focazio* | Order Filed on September 10, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>WILLIAM FOCAZIO,<br><br>                              Debtor. | Bankr. Case No.: 19-10880-VFP<br><br>Honorable Vincent F. Papalia, U.S.B.J.<br><br>Chapter 11 |

**ORDER AUTHORIZING RETENTION OF INTEGRATED PROPERTY GROUP D/B/A AUCTION ADVISORS AS CONSULTANT, BROKER AND AUCTIONEER TO CHAPTER 11 TRUSTEE *NUNC PRO TUNC* TO JULY 9, 2020**

The relief set forth on the following page is hereby **ORDERED.**

**DATED: September 10, 2020**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

(Page 2)
Debtor:              WILLIAM J. FOCAZIO
Case No.:            19-10880-VFP
Caption of Order:    ORDER AUTHORIZING RETENTION OF INTEGRATED PROPERTY GROUP D/B/A AUCTION ADVISORS AS CONSULTANT, BROKER AND AUCTIONEER TO CHAPTER 11 TRUSTEE *NUNC PRO TUNC* TO JULY 9, 2020

Upon the applicant's request for authorization to retain <u>Integrated Property Group D/B/A Auction Advisors</u> as <u>consultant/broker/auctioneer</u>, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is: <u>1350 Sixth Ave., 2nd Floor</u>
   <u>New York, NY 10019</u>

2. Compensation will be paid as set forth in the paragraph 6 of the Application for Retention of Professional (the "Application"), except that with respect to the sale of any vehicles, AuctionAdvisors shall earn a twenty percent (20%) commission.

3. If the professional requested a waiver as noted below, it is ☐ Granted   ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is *Nunc Pro Tunc* to the date of the Application, July 9, 2020.

United States Bankruptcy Court
District of New Jersey

In re:                                                                               Case No. 19-10880-VFP
William J Focazio                                                                    Chapter 11
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: Sep 10, 2020
                              Form ID: pdf903          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 12, 2020.
db              +William J Focazio,    101 Fox Hedge Road,    Saddle River, NJ 07458-2715
aty             +Roper & Thyne, LLC,    Roper & Thyne, LLC,    77 Jefferson Place,    Totowa, NJ 07512-2614

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 10, 2020 at the address(es) listed below:
              Aaron M. Bender    on behalf of Creditor    BANK OF AMERICA, N.A. abender@reedsmith.com,
               ltiggett@reedsmith.com
              Andrew J. Pincus    on behalf of Creditor    SB One Bank f/k/a Community Bank of Bergen County,
               N.J. ap@seidmanllc.com
              Andrew M. Lubin    on behalf of Creditor    Wilmington Savings Fund Society, FSB, as Trustee of
               Stanwich Mortgage Loan Trust A bkecf@milsteadlaw.com,    alubin@milsteadlaw.com
              Brian E Caine    on behalf of Creditor    U.S. Bank National Association, not in its individual
               capacity but solely as Trustee for the RMAC Trust, Series 2016-CTT bcaine@parkermccay.com,
               BKcourtnotices@parkermccay.com
              Daniel F. Corrigan    on behalf of Creditor    First Commerce Bank dcorrigan@windelsmarx.com,
               mslama@windelsmarx.com
              David B. Grantz    on behalf of Creditor    Provident Bank f/k/a The Provident Bank
               dgrantz@meyner.com,    ckelly@meyner.com
              David S. Catuogno    on behalf of Creditor    Oritani Bank david.catuogno@klgates.com
              Donald F. Campbell, Jr.    on behalf of Plaintiff    Allstate Indemnity Company
               dcampbell@ghclaw.com,    4433@notices.nextchapterbk.com
              Donald F. Campbell, Jr.    on behalf of Creditor    Allstate New Jersey Property and Casualty
               Insurance Company dcampbell@ghclaw.com,    4433@notices.nextchapterbk.com
              Donald F. Campbell, Jr.    on behalf of Plaintiff    Allstate New Jersey Insurance Company
               dcampbell@ghclaw.com,    4433@notices.nextchapterbk.com
              Donald F. Campbell, Jr.    on behalf of Plaintiff    Encompass Insurance dcampbell@ghclaw.com,
               4433@notices.nextchapterbk.com
              Donald F. Campbell, Jr.    on behalf of Plaintiff    Allstate Property and Casualty Insurance
               Company dcampbell@ghclaw.com,    4433@notices.nextchapterbk.com
              Donald F. Campbell, Jr.    on behalf of Plaintiff    Allstate Insurance Company
               dcampbell@ghclaw.com,    4433@notices.nextchapterbk.com
              Donald F. Campbell, Jr.    on behalf of Plaintiff    AllState Fire and Casualty Insurance Company
               dcampbell@ghclaw.com,    4433@notices.nextchapterbk.com
              Donald F. Campbell, Jr.    on behalf of Plaintiff    Encompass Property and Casualty Company of New
               Jersey dcampbell@ghclaw.com,    4433@notices.nextchapterbk.com
              Donald F. Campbell, Jr.    on behalf of Plaintiff    Allstate New Jersey Property and Casualty
               Insurance Company dcampbell@ghclaw.com,    4433@notices.nextchapterbk.com
              Donald F. Campbell, Jr.    on behalf of Plaintiff    Encompass insurance company of New Jersey
               dcampbell@ghclaw.com,    4433@notices.nextchapterbk.com
              Donald F. Campbell, Jr.    on behalf of Plaintiff    Encompass Indemnity Company
               dcampbell@ghclaw.com,    4433@notices.nextchapterbk.com
              Edward A. Phillips     ephillips@getzlerhenrich.com
              Jerrold S. Kulback    on behalf of Creditor    Fulton Bank of New Jersey jkulback@archerlaw.com
              Kevin Gordon McDonald    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Kurt Ryan Kowalski    on behalf of Creditor    On Deck Capital, Inc. krk@splawoffice.com

```
District/off: 0312-2          User: admin              Page 2 of 2                Date Rcvd: Sep 10, 2020
                              Form ID: pdf903          Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Marc D. Miceli    on behalf of Debtor William J Focazio mmiceli@sm-lawpc.com,    lindsay@sm-lawpc.com
        Maria  Arnott    on behalf of Creditor   SB One Bank f/k/a Community Bank of Bergen County, N.J. ma@seidmanllc.com
        Matthew Patrick Dolan    on behalf of Creditor    Provident Bank f/k/a The Provident Bank mdolan@meyner.com
        Mitchell  Hausman    on behalf of U.S. Trustee    U.S. Trustee Mitchell.B.Hausman@usdoj.gov
        Mitchell B. Seidman    on behalf of Creditor    SB One Bank f/k/a Community Bank of Bergen County, N.J. ms@seidmanllc.com
        Philip Seth Rosen    on behalf of Creditor    BANK OF AMERICA, N.A. prosen@zeklaw.com, 3723198420@filings.docketbird.com
        Steven J. Mitnick    on behalf of Debtor William J Focazio smitnick@sm-lawpc.com, lindsay@sm-lawpc.com
        Sydney J. Darling    on behalf of Trustee Edward A. Phillips sdarling@walsh.law,    mvargas@walsh.law
        Sydney J. Darling    on behalf of U.S. Trustee    U.S. Trustee sdarling@walsh.law, mvargas@walsh.law
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                              TOTAL: 32