**MS&B**  McMANIMON · SCOTLAND · BAUMANN                    75 Livingston Avenue, Roseland, NJ 07068  (973) 622-1800

**Sari B. Placona**
Direct Dial: (973) 721-5030
Direct Fax: (973) 681-7233
splacona@msbnj.com

5286-001

September 24, 2020

**VIA ECF**

To:     All Interested Parties

Re:     William J. Focazio, M.D., P.A., *et al.*
        Chapter 11 Case No.: 18-10752 (VFP)
        (Jointly Administered)

        William J. Focazio
        Chapter 11 Case No.: 19-10880 (VFP)

Dear Interested Party:

This firm is counsel for William J. Focazio, M.D., P.A. and Endo Surgical Center of North Jersey, P.C., Debtors/Debtors-in-Possession (the "Debtors") in the captioned matter. Pursuant to the status conferenced held today, below is a list of important deadlines and hearing dates:

- Objections to Election of Subchapter V for the Debtors and/or William Focazio, individual debtor (Case No. 19-10880), are due on October 7, 2020;
- Debtors' reply to any objections for election of Subchapter V due on October 14, 2020;
- Hearing on the Election of Subchapter V on October 16, 2020 at 11:00 a.m.; and
- Confirmation Hearing for the Debtors is adjourned to October 29, 2020 at 10:00 a.m. (with objections due by October 22, 2020).

Please be guided accordingly.

Sincerely,

/s/ Sari B. Placona

Sari B. Placona