UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

William J Focazio

Case No.: 19-10880-VFP

Chapter: 11

Judge: Vincent F. Papalia

# NOTICE OF FAILURE TO FILE SUPPLEMENTAL DOCUMENTS CONCERNING SCHEDULES

TO: Marc Miceli, Esq.

This will confirm that on 9/23/2020 the following document(s) was filed by you.

- ☒ Amendment to Schedule(s) D,
- ☐ Missing Documents, including Schedule(s) _____,

This will further confirm that the court has not received the following supplemental documents:

- ☒ Declaration About an Individual Debtor's Schedules (106 Declaration)
- ☒ An updated Summary of Your Assets and Liabilities and Certain Statistical Information (106 Summary) [Schedules A/B, D, E/F, I and J ONLY]

- ☐ Declaration Under Penalty of Perjury for Non-Individual Debtors (202 Declaration)
- ☐ An updated Summary of Assets and Liabilities for Non-Individuals (206 Summary) [Schedules A/B, D and E/F ONLY]

You are hereby notified that the document(s) indicated above must be filed within 7 days from the date of this notice.

Dated: 9/24/2020                                    Jeanne A. Naughton, Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 19-10880-VFP
William J Focazio                                                   Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2           Date Rcvd: Sep 24, 2020
                              Form ID: pdf903          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 26, 2020.
db              +William J Focazio,    101 Fox Hedge Road,    Saddle River, NJ 07458-2715
aty             +Roper & Thyne, LLC,    Roper & Thyne, LLC,   77 Jefferson Place,   Totowa, NJ 07512-2614

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 24, 2020 at the address(es) listed below:
              Aaron M. Bender    on behalf of Creditor    BANK OF AMERICA, N.A. abender@reedsmith.com,
               ltiggett@reedsmith.com
              Andrew J. Pincus    on behalf of Creditor    SB One Bank f/k/a Community Bank of Bergen County,
               N.J. ap@seidmanllc.com
              Andrew M. Lubin    on behalf of Creditor    Wilmington Savings Fund Society, FSB, as Trustee of
               Stanwich Mortgage Loan Trust A bkecf@milsteadlaw.com,   alubin@milsteadlaw.com
              Brian E Caine    on behalf of Creditor    U.S. Bank National Association, not in its individual
               capacity but solely as Trustee for the RMAC Trust, Series 2016-CTT bcaine@parkermccay.com,
               BKcourtnotices@parkermccay.com
              Daniel F. Corrigan    on behalf of Creditor    First Commerce Bank dcorrigan@windelsmarx.com,
               mslama@windelsmarx.com
              David B. Grantz    on behalf of Creditor    Provident Bank f/k/a The Provident Bank
               dgrantz@meyner.com,   ckelly@meyner.com
              David S. Catuogno    on behalf of Creditor    Oritani Bank david.catuogno@klgates.com
              Donald F. Campbell, Jr.    on behalf of Plaintiff    Allstate Indemnity Company
               dcampbell@ghclaw.com,   4433@notices.nextchapterbk.com
              Donald F. Campbell, Jr.    on behalf of Creditor    Allstate New Jersey Property and Casualty
               Insurance Company dcampbell@ghclaw.com,   4433@notices.nextchapterbk.com
              Donald F. Campbell, Jr.    on behalf of Plaintiff    Allstate New Jersey Insurance Company
               dcampbell@ghclaw.com,   4433@notices.nextchapterbk.com
              Donald F. Campbell, Jr.    on behalf of Plaintiff    Encompass Insurance dcampbell@ghclaw.com,
               4433@notices.nextchapterbk.com
              Donald F. Campbell, Jr.    on behalf of Plaintiff    Allstate Property and Casualty Insurance
               Company dcampbell@ghclaw.com,   4433@notices.nextchapterbk.com
              Donald F. Campbell, Jr.    on behalf of Plaintiff    Allstate Insurance Company
               dcampbell@ghclaw.com,   4433@notices.nextchapterbk.com
              Donald F. Campbell, Jr.    on behalf of Plaintiff    AllState Fire and Casualty Insurance Company
               dcampbell@ghclaw.com,   4433@notices.nextchapterbk.com
              Donald F. Campbell, Jr.    on behalf of Plaintiff    Encompass Property and Casualty Company of New
               Jersey dcampbell@ghclaw.com,   4433@notices.nextchapterbk.com
              Donald F. Campbell, Jr.    on behalf of Plaintiff    Allstate New Jersey Property and Casualty
               Insurance Company dcampbell@ghclaw.com,   4433@notices.nextchapterbk.com
              Donald F. Campbell, Jr.    on behalf of Plaintiff    Encompass insurance company of New Jersey
               dcampbell@ghclaw.com,   4433@notices.nextchapterbk.com
              Donald F. Campbell, Jr.    on behalf of Plaintiff    Encompass Indemnity Company
               dcampbell@ghclaw.com,   4433@notices.nextchapterbk.com
              Edward A. Phillips    ephillips@getzlerhenrich.com
              Jerrold S. Kulback    on behalf of Creditor    Fulton Bank of New Jersey jkulback@archerlaw.com,
               chansen@archerlaw.com
              Kevin Gordon McDonald    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com

```
District/off: 0312-2              User: admin                 Page 2 of 2              Date Rcvd: Sep 24, 2020
                                  Form ID: pdf903             Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Kurt Ryan Kowalski    on behalf of Creditor    On Deck Capital, Inc. krk@splawoffice.com
              Marc D. Miceli    on behalf of Debtor William J Focazio mmiceli@sm-lawpc.com, lindsay@sm-lawpc.com
              Maria  Arnott    on behalf of Creditor    SB One Bank f/k/a Community Bank of Bergen County, N.J.
               ma@seidmanllc.com
              Matthew Patrick Dolan    on behalf of Creditor    Provident Bank f/k/a The Provident Bank
               mdolan@meyner.com
              Mitchell  Hausman    on behalf of U.S. Trustee    U.S. Trustee Mitchell.B.Hausman@usdoj.gov
              Mitchell B. Seidman    on behalf of Creditor    SB One Bank f/k/a Community Bank of Bergen County,
               N.J. ms@seidmanllc.com
              Philip Seth Rosen    on behalf of Creditor    BANK OF AMERICA, N.A. prosen@zeklaw.com,
               3723198420@filings.docketbird.com
              Sari Blair Placona    on behalf of Unknown Role Type    William J. Focazio, MD PA and Endo Surgical
               Center of North Jersey PC splacona@msbnj.com
              Steven J. Mitnick    on behalf of Debtor William J Focazio smitnick@sm-lawpc.com,
               lindsay@sm-lawpc.com
              Sydney J. Darling    on behalf of Trustee Edward A. Phillips sdarling@walsh.law, mvargas@walsh.law
              Sydney J. Darling    on behalf of U.S. Trustee    U.S. Trustee sdarling@walsh.law,
               mvargas@walsh.law
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                  TOTAL: 33
```