| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**MEYNER AND LANDIS LLP**<br>One Gateway Center, Suite 2500<br>Newark, New Jersey 07102<br>(973) 602-3478<br>Matthew P. Dolan, Esq.<br>MDolan@meyner.com<br>*Attorneys for Provident Bank and SB One Bank,*<br>*f/k/a Community Bank of Bergen County, N.J.*<br><br>Caption in compliance with D.N.J. LBR 9004-2(c)<br><br>IN RE:<br><br>William J. Focazio<br><br>                                  Debtor. | In Proceedings Under<br>Chapter 11 of the<br>United States Bankruptcy Code<br><br>Case No.: 19-10880 (VFP) |

### NOTICE OF SUBSTITUTION OF ATTORNEY

Under D.N.J. LBR 9010-2, the undersigned notifies the Court that Meyner and Landis LLP will be substituted as attorney of record for SB One Bank, f/k/a Community Bank of Bergen County, N.J., creditor in this case.

| | |
|---|---|
| **MEYNER AND LANDIS LLP**<br>*Attorneys for SB One Bank f/k/a*<br>*Community Bank of Bergen County, N.J.*<br><br>By:   */s/ Matthew P. Dolan*<br>         Matthew P. Dolan, substituted attorney<br><br>DATED: September 28, 2020 | **SEIDMAN & PINCUS, LLC**<br>*Attorneys for SB One Bank f/k/a*<br>*Community Bank of Bergen County, N.J.*<br><br>By:   */s/ Mitchell B. Seidman, Esq.*<br>         Mitchell B. Seidman, former attorney<br><br>DATED: September 28, 2020 |

1