Form order − ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−10880−VFP
Chapter: 11
Judge: Vincent F. Papalia
Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   William J Focazio
   101 Fox Hedge Road
   Saddle River, NJ 07458

Social Security No.:
   xxx−xx−2504

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

   Please be advised that on September 28, 2020, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 196 − 188
Order Setting Deadlines and Scheduling Confirmation Hearing (related document:188 Chapter 11 Plan Small Business Subchapter V filed by Debtor William J Focazio). . Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 9/28/2020. Confirmation hearing to be held on 10/29/2020 at 10:00 AM at VFP − Courtroom 3B, Newark. Last day to Object to Confirmation 10/22/2020.Last day to file ballots is 10/22/2020. (mcp)

   Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: September 28, 2020
JAN: mcp

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                       Case No. 19-10880-VFP

William J Focazio                                                                                 Chapter 11

    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0312-2                                                User: admin                                            Page 1 of 3

Date Rcvd: Sep 28, 2020                              Form ID: orderntc                                Total Noticed: 11

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+                   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | William J Focazio, 101 Fox Hedge Road, Saddle River, NJ 07458-2715 |
| aty | + | Roper & Thyne, LLC, Roper & Thyne, LLC, 77 Jefferson Place, Totowa, NJ 07512-2614 |
| cr | + | Allstate New Jersey Property and Casualty Insuranc, 125 Half Mile Road, Suite 300, Attn: Donald F. Campbell, Jr., Red Bank, NJ 07701 UNITED STATES 07701-6777 |
| cr | + | First Commerce Bank, 105 River Avenue, Lakewood, NJ 08701-4267 |
| cr | + | Fulton Bank of New Jersey, c/o Jerrold S. Kulback, Esq., Archer & Greiner, P.C., 1717 Arch Street, Suite 3500, Philadelphia, PA 19103-2739 |
| auc | + | Integrated Property Group LLC, Integrated Property Group LLC, 1350 Sixth Avenue, 2nd Floor, New York, NY 10019-4703 |
| auc | + | Intergrated Property Group Advisors, LLC d/b/a Auc, 26 Park Street, Ste. 2200, Montclair, NJ 07042-3443 |
| cr | + | Oritani Bank, c/o K&L Gates, LLP, One Newark Center, 10th Floor, Newark, NJ 07102-5237 |
| cr | + | Provident Bank f/k/a The Provident Bank, 100 Wood Avenue, Iselin, NJ 08830-2716 |
| cr | + | SB One Bank f/k/a Community Bank of Bergen County,, 100 Enterprise Drive, Suite 700, Rockaway, NJ 07866-2176 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| acc | + | Email/Text: delmarie.velazquez@eisneramper.com | Sep 28 2020 22:27:00 | EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | On Deck Capital, Inc., Schachter Portnoy, L.L.C., 3490 US Route 1, Princeton |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2020                                      Signature:          /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 28, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aaron M. Bender | on behalf of Creditor BANK OF AMERICA N.A. abender@reedsmith.com, ltiggett@reedsmith.com |
| Andrew J. Pincus | on behalf of Creditor SB One Bank f/k/a Community Bank of Bergen County N.J. ap@seidmanllc.com |
| Andrew M. Lubin | on behalf of Creditor Wilmington Savings Fund Society FSB, as Trustee of Stanwich Mortgage Loan Trust A bkecf@milsteadlaw.com, alubin@milsteadlaw.com |
| Brian E Caine | on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as Trustee for the RMAC Trust, Series 2016-CTT bcaine@parkermccay.com, BKcourtnotices@parkermccay.com |
| Daniel F. Corrigan | on behalf of Creditor First Commerce Bank dcorrigan@windelsmarx.com mslama@windelsmarx.com |
| David B. Grantz | on behalf of Creditor Provident Bank f/k/a The Provident Bank dgrantz@meyner.com ckelly@meyner.com |
| David S. Catuogno | on behalf of Creditor Oritani Bank david.catuogno@klgates.com |
| Donald F. Campbell, Jr. | on behalf of Plaintiff Encompass Property and Casualty Company of New Jersey dcampbell@ghclaw.com 4433@notices.nextchapterbk.com |
| Donald F. Campbell, Jr. | on behalf of Plaintiff Allstate New Jersey Property and Casualty Insurance Company dcampbell@ghclaw.com 4433@notices.nextchapterbk.com |
| Donald F. Campbell, Jr. | on behalf of Plaintiff Encompass insurance company of New Jersey dcampbell@ghclaw.com 4433@notices.nextchapterbk.com |
| Donald F. Campbell, Jr. | on behalf of Plaintiff Encompass Indemnity Company dcampbell@ghclaw.com 4433@notices.nextchapterbk.com |
| Donald F. Campbell, Jr. | on behalf of Plaintiff Allstate Indemnity Company dcampbell@ghclaw.com 4433@notices.nextchapterbk.com |
| Donald F. Campbell, Jr. | on behalf of Creditor Allstate New Jersey Property and Casualty Insurance Company dcampbell@ghclaw.com 4433@notices.nextchapterbk.com |
| Donald F. Campbell, Jr. | on behalf of Plaintiff Allstate New Jersey Insurance Company dcampbell@ghclaw.com 4433@notices.nextchapterbk.com |
| Donald F. Campbell, Jr. | on behalf of Plaintiff Encompass Insurance dcampbell@ghclaw.com 4433@notices.nextchapterbk.com |
| Donald F. Campbell, Jr. | on behalf of Plaintiff Allstate Property and Casualty Insurance Company dcampbell@ghclaw.com 4433@notices.nextchapterbk.com |
| Donald F. Campbell, Jr. | on behalf of Plaintiff Allstate Insurance Company dcampbell@ghclaw.com 4433@notices.nextchapterbk.com |
| Donald F. Campbell, Jr. | on behalf of Plaintiff AllState Fire and Casualty Insurance Company dcampbell@ghclaw.com 4433@notices.nextchapterbk.com |
| Edward A. Phillips | ephillips@getzlerhenrich.com |
| Jerrold S. Kulback | on behalf of Creditor Fulton Bank of New Jersey jkulback@archerlaw.com chansen@archerlaw.com |
| Kevin Gordon McDonald | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Kurt Ryan Kowalski | on behalf of Creditor On Deck Capital Inc. krk@splawoffice.com |
| Marc D. Miceli | on behalf of Debtor William J Focazio mmiceli@sm-lawpc.com lindsay@sm-lawpc.com |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Sep 28, 2020 | Form ID: orderntc | Total Noticed: 11 |

Maria Arnott
    on behalf of Creditor SB One Bank f/k/a Community Bank of Bergen County  N.J. ma@seidmanllc.com

Matthew Patrick Dolan
    on behalf of Creditor Provident Bank f/k/a The Provident Bank mdolan@meyner.com

Mitchell Hausman
    on behalf of U.S. Trustee U.S. Trustee Mitchell.B.Hausman@usdoj.gov

Mitchell B. Seidman
    on behalf of Creditor SB One Bank f/k/a Community Bank of Bergen County  N.J. ms@seidmanllc.com

Philip Seth Rosen
    on behalf of Creditor BANK OF AMERICA  N.A. prosen@zeklaw.com, 3723198420@filings.docketbird.com

Sari Blair Placona
    on behalf of Unknown Role Type William J. Focazio  MD PA and Endo Surgical Center of North Jersey PC splacona@msbnj.com

Steven J. Mitnick
    on behalf of Debtor William J Focazio smitnick@sm-lawpc.com lindsay@sm-lawpc.com

Sydney J. Darling
    on behalf of U.S. Trustee U.S. Trustee sdarling@walsh.law mvargas@walsh.law

Sydney J. Darling
    on behalf of Trustee Edward A. Phillips sdarling@walsh.law mvargas@walsh.law

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 33