| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)** | |
| STEVEN MITNICK, ESQ.<br>MARC D. MICELI, ESQ.<br>**SM LAW PC**<br>P. O. Box 530<br>Oldwick, New Jersey 08858<br>(908) 572-7275<br>*Counsel to Debtor, William J. Focazio* | **Order Filed on September 28, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>WILLIAM J. FOCAZIO<br><br>                Debtor. | Case No.: 19-10880 (VFP)<br><br>Chapter 11 (Small Business Subchapter V)<br><br>Judge: Hon. Vincent F. Papalia |

**ORDER SETTING DEADLINES AND SCHEDULING CONFIRMATION OF HEARING**

The relief set forth on the following page is **ORDERED**.

**DATED: September 28, 2020**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

This matter having opened to the Court by William J. Focazio, Debtor, upon the filing of a Small Business Plan pursuant to Subchapter V of Title 11; it is

**ORDERED**, and notice is hereby given, that:

A. Within 3 days after the entry of this Order, the Plan, a ballot conforming to Official Form 314, and a copy of this Order must be served on creditors, equity security holders, and other parties in interest by the Debtor, and shall be transmitted to the Subchapter V trustee, the United States Trustee and the chapter 11 trustee.

B. October 22, 2020 is fixed as the last day for filing and serving written objections to confirmation of the Plan.

C. October 22, 2020 is fixed as the last day for voting to accept or reject the Plan under D.N.J. LBR 3018-1(a).

D. A hearing will be scheduled for October 29, 2020 at 10:00 a.m. for confirmation of the Plan before the Honorable Vincent F. Papalia, United States Court, District of New Jersey. The hearing will take place by telephone conference call. Please contact Court Solutions at 917-746-7476 to schedule an appearance.

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                    Case No. 19-10880-VFP
William J Focazio                                                                                Chapter 11
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 3
Date Rcvd: Sep 28, 2020      Form ID: pdf903      Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | William J Focazio, 101 Fox Hedge Road, Saddle River, NJ 07458-2715 |
| aty | + | Roper & Thyne, LLC, Roper & Thyne, LLC, 77 Jefferson Place, Totowa, NJ 07512-2614 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2020      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 28, 2020 at the address(es) listed below:**

**Name**      **Email Address**

Aaron M. Bender
     on behalf of Creditor BANK OF AMERICA  N.A. abender@reedsmith.com, ltiggett@reedsmith.com

Andrew J. Pincus
     on behalf of Creditor SB One Bank f/k/a Community Bank of Bergen County  N.J. ap@seidmanllc.com

Andrew M. Lubin
     on behalf of Creditor Wilmington Savings Fund Society  FSB, as Trustee of Stanwich Mortgage Loan Trust A bkecf@milsteadlaw.com, alubin@milsteadlaw.com

Brian E Caine
     on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as Trustee for the RMAC Trust, Series 2016-CTT bcaine@parkermccay.com, BKcourtnotices@parkermccay.com

Daniel F. Corrigan
     on behalf of Creditor First Commerce Bank dcorrigan@windelsmarx.com  mslama@windelsmarx.com

Case 19-10880-VFP    Doc 200    Filed 09/30/20    Entered 10/01/20 00:29:46    Desc
Imaged Certificate of Notice    Page 4 of 5

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 28, 2020 | Form ID: pdf903 | Total Noticed: 2 |

| | |
|---|---|
| David B. Grantz | on behalf of Creditor Provident Bank f/k/a The Provident Bank dgrantz@meyner.com  ckelly@meyner.com |
| David S. Catuogno | on behalf of Creditor Oritani Bank david.catuogno@klgates.com |
| Donald F. Campbell, Jr. | on behalf of Plaintiff Allstate Indemnity Company dcampbell@ghclaw.com  4433@notices.nextchapterbk.com |
| Donald F. Campbell, Jr. | on behalf of Creditor Allstate New Jersey Property and Casualty Insurance Company dcampbell@ghclaw.com  4433@notices.nextchapterbk.com |
| Donald F. Campbell, Jr. | on behalf of Plaintiff Allstate New Jersey Insurance Company dcampbell@ghclaw.com  4433@notices.nextchapterbk.com |
| Donald F. Campbell, Jr. | on behalf of Plaintiff Encompass Insurance dcampbell@ghclaw.com  4433@notices.nextchapterbk.com |
| Donald F. Campbell, Jr. | on behalf of Plaintiff Allstate Property and Casualty Insurance Company dcampbell@ghclaw.com  4433@notices.nextchapterbk.com |
| Donald F. Campbell, Jr. | on behalf of Plaintiff Allstate Insurance Company dcampbell@ghclaw.com  4433@notices.nextchapterbk.com |
| Donald F. Campbell, Jr. | on behalf of Plaintiff AllState Fire and Casualty Insurance Company dcampbell@ghclaw.com  4433@notices.nextchapterbk.com |
| Donald F. Campbell, Jr. | on behalf of Plaintiff Encompass Property and Casualty Company of New Jersey dcampbell@ghclaw.com  4433@notices.nextchapterbk.com |
| Donald F. Campbell, Jr. | on behalf of Plaintiff Allstate New Jersey Property and Casualty Insurance Company dcampbell@ghclaw.com  4433@notices.nextchapterbk.com |
| Donald F. Campbell, Jr. | on behalf of Plaintiff Encompass insurance company of New Jersey dcampbell@ghclaw.com  4433@notices.nextchapterbk.com |
| Donald F. Campbell, Jr. | on behalf of Plaintiff Encompass Indemnity Company dcampbell@ghclaw.com  4433@notices.nextchapterbk.com |
| Edward A. Phillips | ephillips@getzlerhenrich.com |
| Jerrold S. Kulback | on behalf of Creditor Fulton Bank of New Jersey jkulback@archerlaw.com  chansen@archerlaw.com |
| Kevin Gordon McDonald | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Kurt Ryan Kowalski | on behalf of Creditor On Deck Capital  Inc. krk@splawoffice.com |
| Marc D. Miceli | on behalf of Debtor William J Focazio mmiceli@sm-lawpc.com  lindsay@sm-lawpc.com |
| Maria Arnott | on behalf of Creditor SB One Bank f/k/a Community Bank of Bergen County  N.J. ma@seidmanllc.com |
| Matthew Patrick Dolan | on behalf of Creditor Provident Bank f/k/a The Provident Bank mdolan@meyner.com |
| Mitchell Hausman | on behalf of U.S. Trustee U.S. Trustee Mitchell.B.Hausman@usdoj.gov |
| Mitchell B. Seidman | on behalf of Creditor SB One Bank f/k/a Community Bank of Bergen County  N.J. ms@seidmanllc.com |
| Philip Seth Rosen | on behalf of Creditor BANK OF AMERICA  N.A. prosen@zeklaw.com, 3723198420@filings.docketbird.com |
| Sari Blair Placona | on behalf of Unknown Role Type William J. Focazio  MD PA and Endo Surgical Center of North Jersey PC splacona@msbnj.com |
| Steven J. Mitnick | on behalf of Debtor William J Focazio smitnick@sm-lawpc.com  lindsay@sm-lawpc.com |
| Sydney J. Darling | on behalf of Trustee Edward A. Phillips sdarling@walsh.law  mvargas@walsh.law |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Sep 28, 2020 | Form ID: pdf903 | Total Noticed: 2 |

Sydney J. Darling
    on behalf of U.S. Trustee U.S. Trustee sdarling@walsh.law    mvargas@walsh.law

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 33