| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in compliance with D.N.J. LBR 9004-1(b)**<br><br>**HILL WALLACK LLP**<br>Elizabeth K. Holdren, Esq.<br>21 Roszel Road<br>P.O. Box 5226<br>Princeton, NJ 08543<br>Phone: 609-924-0808<br>Email: eholdren@hillwallack.com<br>*Attorneys for Wilmington Savings Fund Society, FSB as Trustee for Stanwich Mortgage Loan Trust A, through Carrington Mortgage Services, LLC, servicer and attorney-in-fact* | |
| In Re:<br><br> William J. Focazio,<br><br>       Debtor. | Case No.: 19-10880 (VFP)<br><br>Chapter: 11<br><br>Judge: Vincent F. Paplia, U.S.B.J. |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Wilmington Savings Fund Society, FSB as Trustee for Stanwich Mortgage Loan Trust A, through Carrington Mortgage Services, LLC, servicer and attorney-in-fact. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

  ADDRESS:  Elizabeth K. Holdren, Esq.
         Hill Wallack, LLP
         21 Roszel Road
         P.O. Box 5226
         Princeton, NJ 08543

  DOCUMENTS:

   ☑ All notices entered pursuant to Fed. R. Bankr. P. 2002.

   ☑ All documents and pleadings of any nature.

DATED:  October 8, 2020            HILL WALLACK, LLP

                    By: */s/ Elizabeth K. Holdren*
                     Elizabeth K. Holdren