UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Donald F. Campbell, Jr., Esq. (DC8924)
Giordano, Halleran & Ciesla, P.C.
125 Half Mile Road, Suite 300
Red Bank, New Jersey 07701
Tel: (732) 741 3900
Fax: (732) 224 6599
dcampbell@ghclaw.com
Attorneys for Allstate New Jersey Property and Casualty Insurance Company

| In Re: | Case No.: 19-10880 |
|---|---|
| William J Focazio | Chapter: 11 |
| Debtor. | Judge: Vincent F. Papalia, U.S.B.J. |

## CERTIFICATION OF SERVICE

1. I, Megan Kierce:

   ☐ represent _____, the Creditor in the above-captioned matter.

   ☒ am the secretary/paralegal for Giordano, Halleran & Ciesla, P.C., who represents the Allstate New Jersey Property and Casualty Insurance Company in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On October 8, 2020, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   - *Objection of Allstate NJ Property & Casualty Insurance Company to the Debtor's Amended Petitions Electing to Proceed as Subchapter V Cases*

I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: October 8, 2020

*/s/ Megan Kierce*
Megan Kierce

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Jerrold S. Kulback, Esq.<br>Archer & Greiner, P.C.<br>Three Logan Square<br>1717 Arch Street, Suite 3500<br>Philadelphia, PA 19103<br>jkulback@archerlaw.com | Counsel to Fulton Bank of NJ | ☐ Overnight mail<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Andrew M. Lubin, Esq.<br>Milstead & Associates, LLC<br>1 E. Stow Road<br>Marlton, NJ 08053 | Counsel to Wilmington Savings Fund Society, FSB | ☐ Overnight mail<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Matthew Patrick Dolan, Esq.<br>David B. Grantz, Esq,.<br>Meyner & Landis, LLP<br>One Gateway Center, Suite 2500<br>Newark, NJ 0712<br>mdolan@meyner.com<br>dgrantz@meyner.com | Counsel to The Provident Bank | ☐ Overnight mail<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| David Catugno, Esq.<br>K&L Gates, LLP<br>One Newark Center, 10th Floor<br>1085 Raymond Blvd<br>Newark, NJ 07102<br>David.catuogno@klgates.com | Counsel to Oritani Bank | ☐ Overnight mail<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Daniel F. Corrigan, Esq.<br>Windels, Marx Lane & Mittendorf<br>120 Albany Street Plaza<br>New Brunswick, NJ 08901<br>dcorrigan@windelsmarx.com | Counsel for William Focazio, Interested Party | ☐ Overnight mail<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

| Name / Address | Role | | Method |
|---|---|---|---|
| Andrew J. Pincus, Esq.<br>Maria Arnott, Esq.<br>Seidman & Pincus, LLC<br>777 Terrace Ave, Suite 508<br>Hasbrouck Heights, NJ 07604<br>ma@seidmanllc.com | Counsel to SB One Bank f/k/a Community Bank of Bergen County | ☐<br>☒<br>☐<br>☐<br>☐<br>☐ | Overnight mail<br>Regular mail<br>Certified mail/RRR<br>E-mail<br>Notice of Electronic Filing (NEF)<br>Other _____<br>(as authorized by the court *) |
| Brian E Caine, Esq.<br>PARKER McCAY P.A.<br>9000 Midlantic Drive, Suite 300<br>Mount Laurel, New Jersey 08054<br>bcaine@parkermccay.com | Counsel to U.S. Bank National Association | ☐<br>☒<br>☐<br>☐<br>☐<br>☐ | Overnight mail<br>Regular mail<br>Certified mail/RRR<br>E-mail<br>Notice of Electronic Filing (NEF)<br>Other _____<br>(as authorized by the court *) |
| Kevin Gordon McDonald, Esp.<br>KML Law Group, P.C.<br>216 Haddon Avenue, Ste. 406<br>Westmont, NJ 08108<br>kmcdonald@kmllawgroup.com | Counsel to PNC Bank, N.A. | ☐<br>☒<br>☐<br>☐<br>☐<br>☐ | Overnight mail<br>Regular mail<br>Certified mail/RRR<br>E-mail<br>Notice of Electronic Filing (NEF)<br>Other _____<br>(as authorized by the court *) |
| Sharil A. Clark, Esq.<br>Law Office of Sharil A. Clarke, LLC<br>458 Elizabeth Ave, Suite 5375<br>Somerset, NJ 08873<br>sclarke@santander.us | Counsel for Creditor, On Deck Capital | ☐<br>☒<br>☐<br>☐<br>☐<br>☐ | Overnight mail<br>Regular mail<br>Certified mail/RRR<br>E-mail<br>Notice of Electronic Filing (NEF)<br>Other _____<br>(as authorized by the court *) |
| Philip Seth Rosen, Esq.<br>Zeichner Ellman & Krause, LLP<br>33 Wood Ave South<br>Iselin, NJ 08830<br>prozen@zeklaw.com | Counsel for Creditor, Bank of America, N.A. | ☐<br>☒<br>☐<br>☐<br>☐<br>☐ | Overnight mail<br>Regular mail<br>Certified mail/RRR<br>E-mail<br>Notice of Electronic Filing (NEF)<br>Other _____<br>(as authorized by the court *) |
| Aaron M. Bender, Esq.<br>Reed Smith, LLP<br>506 Carnegie Center, Suite 300<br>Princeton, NJ 08540<br>abender@reedsmith.com | Counsel to Bank of America. N.A. | ☐<br>☒<br>☐<br>☐<br>☐<br>☐ | Overnight mail<br>Regular mail<br>Certified mail/RRR<br>E-mail<br>Notice of Electronic Filing (NEF)<br>Other _____<br>(as authorized by the court *) |

Docs #4662244-v1