UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1

Sydney J. Darling, Esq.
Stephen V. Falanga, Esq.
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
T: 973.757.1100 | F: 973.757.1090
sdarling@walsh.law
sfalanga@walsh.law
*Counsel to Edward A. Phillips, Chapter 11 Trustee of the Estate of William J. Focazio*

Order Filed on October 27, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

WILLIAM J. FOCAZIO,

                Debtor.

Bankr. Case No.: 19-10880-VFP

Honorable Vincent F. Papalia, U.S.B.J.

Chapter 11

**STIPULATION WITHDRAWING WITHOUT PREJUDICE UNITED STATES TRUSTEE'S MOTION UNDER 11 U.S.C. §1112(b) FOR AN ORDER CONVERTING CASE TO CHAPTER 7 [DE 140] AND DEBTOR'S CROSS-MOTION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §1112(b) DISMISSING CASE [DE 146]**

The Relief on the following pages is hereby Ordered;

**DATED: October 27, 2020**

_/s/ Vincent F. Papalia_
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

IT IS HEREBY STIPULATED AND AGREED by and between Edward A. Phillips, chapter 11 trustee (the "Trustee") of the bankruptcy estate of the above-captioned debtor, William J. Focazio (the "Debtor"), by his attorneys, Walsh Pizzi O'Reilly Falanga LLP, the Debtor, by his attorneys, SM Law PC, and by the Office of the United States Trustee, represented by Mitchell B. Hausman, that:

1. The Office of the United States Trustee hereby withdraws its Motion Under 11 U.S.C. §1112(b) for an Order Converting the Case to Chapter 7 [DE 140], without prejudice.

2. The Debtor hereby withdraws his Cross-Motion for Entry of an Order Pursuant to §1112(b) Dismissing the Case [DE 146], without prejudice.

3. Facsimile signatures or scanned/copied signatures on this Stipulation shall be of the same force and effect as original signatures.

**SM LAW P.C.**
*Counsel for William Focazio*

By: /s/ Marc D. Miceli
Marc D. Miceli

Date: October 8, 2020

**WALSH PIZZI O'REILLY FALANGA LLP**
*Counsel for the Chapter 11 Trustee*

By: /s/ Sydney J. Darling
Sydney J. Darling

Date: October 8, 2020

**OFFICE TO THE UNITED STATES TRUSTEE**

By:
Mitchell Hausman

Date: October 8, 2020

3. Facsimile signatures or scanned/copied signatures on this Stipulation shall be of the same force and effect as original signatures.

| | |
|---|---|
| **SM LAW P.C.** | **WALSH PIZZI O'REILLY FALANGA LLP** |
| *Counsel for William Focazio* | *Counsel for the Chapter 11 Trustee* |
| By: _____ | By: /s/ Sydney J. Darling |
| Marc D. Miceli | Sydney J. Darling |
| Date: October 8, 2020 | Date: October 8, 2020 |

**OFFICE TO THE UNITED STATES TRUSTEE**

By: _____
Mitchell Hausman

Date: October 8, 2020