| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-1 | |
| Sydney J. Darling, Esq.<br>Stephen V. Falanga, Esq.<br>WALSH PIZZI O'REILLY FALANGA LLP<br>Three Gateway Center<br>100 Mulberry Street, 15th Floor<br>Newark, New Jersey 07102<br>T: 973.757.1100 \| F: 973.757.1090<br>sdarling@walsh.law<br>sfalanga@walsh.law<br>*Counsel to Edward A. Phillips, Chapter 11*<br>*Trustee of the Estate of William J. Focazio* | Order Filed on October 27, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>WILLIAM J. FOCAZIO,<br><br>　　　　　　　　　　　　　Debtor. | Bankr. Case No.: 19-10880-VFP<br><br>Honorable Vincent F. Papalia, U.S.B.J.<br><br>Chapter 11 |

**STIPULATION WITHDRAWING WITHOUT PREJUDICE UNITED STATES TRUSTEE'S MOTION UNDER 11 U.S.C. §1112(b) FOR AN ORDER CONVERTING CASE TO CHAPTER 7 [DE 140] AND DEBTOR'S CROSS-MOTION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §1112(b) DISMISSING CASE [DE 146]**

The Relief on the following pages is hereby Ordered;

**DATED: October 27, 2020**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Honorable Vincent F. Papalia**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　**United States Bankruptcy Judge**

IT IS HEREBY STIPULATED AND AGREED by and between Edward A. Phillips, chapter 11 trustee (the "Trustee") of the bankruptcy estate of the above-captioned debtor, William J. Focazio (the "Debtor"), by his attorneys, Walsh Pizzi O'Reilly Falanga LLP, the Debtor, by his attorneys, SM Law PC, and by the Office of the United States Trustee, represented by Mitchell B. Hausman, that:

1.  The Office of the United States Trustee hereby withdraws its Motion Under 11 U.S.C. §1112(b) for an Order Converting the Case to Chapter 7 [DE 140], without prejudice.

2.  The Debtor hereby withdraws his Cross-Motion for Entry of an Order Pursuant to §1112(b) Dismissing the Case [DE 146], without prejudice.

3.  Facsimile signatures or scanned/copied signatures on this Stipulation shall be of the same force and effect as original signatures.

**SM LAW P.C.**
*Counsel for William Focazio*

By: /s/ Marc D. Miceli
    Marc D. Miceli

Date: October 8, 2020

**WALSH PIZZI O'REILLY FALANGA LLP**
*Counsel for the Chapter 11 Trustee*

By: /s/ Sydney J. Darling
    Sydney J. Darling

Date: October 8, 2020

**OFFICE TO THE UNITED STATES TRUSTEE**

By:
    Mitchell Hausman

Date: October 8, 2020

3. Facsimile signatures or scanned/copied signatures on this Stipulation shall be of the same force and effect as original signatures.

| | |
|---|---|
| **SM LAW P.C.** <br> *Counsel for William Focazio* | **WALSH PIZZI O'REILLY FALANGA LLP** <br> *Counsel for the Chapter 11 Trustee* |
| By: _____ <br> Marc D. Miceli | By: */s/ Sydney J. Darling* <br> Sydney J. Darling |
| Date: October 8, 2020 | Date: October 8, 2020 |

**OFFICE TO THE UNITED STATES TRUSTEE**

By: _____
Mitchell Hausman

Date: October 8, 2020

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 19-10880-VFP
William J Focazio  Chapter 11
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 3
Date Rcvd: Oct 27, 2020     Form ID: pdf903     Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | William J Focazio, 101 Fox Hedge Road, Saddle River, NJ 07458-2715 |
| aty | + | Roper & Thyne, LLC, Roper & Thyne, LLC, 77 Jefferson Place, Totowa, NJ 07512-2614 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2020     Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 27, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aaron M. Bender | on behalf of Creditor BANK OF AMERICA N.A. abender@reedsmith.com, ltiggett@reedsmith.com |
| Andrew M. Lubin | on behalf of Creditor Wilmington Savings Fund Society FSB, as Trustee of Stanwich Mortgage Loan Trust A bkecf@milsteadlaw.com, alubin@milsteadlaw.com |
| Brian E Caine | on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as Trustee for the RMAC Trust, Series 2016-CTT bcaine@parkermccay.com, BKcourtnotices@parkermccay.com |
| Daniel F. Corrigan | on behalf of Creditor First Commerce Bank dcorrigan@windelsmarx.com mslama@windelsmarx.com |
| David B. Grantz | on behalf of Creditor Provident Bank f/k/a The Provident Bank dgrantz@meyner.com ckelly@meyner.com |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 3 |
| Date Rcvd: Oct 27, 2020 | Form ID: pdf903 | Total Noticed: 2 |

David S. Catuogno
    on behalf of Creditor Oritani Bank david.catuogno@klgates.com

Donald F. Campbell, Jr.
    on behalf of Creditor Allstate New Jersey Property and Casualty Insurance Company dcampbell@ghclaw.com
    4433@notices.nextchapterbk.com

Donald F. Campbell, Jr.
    on behalf of Plaintiff Allstate New Jersey Insurance Company dcampbell@ghclaw.com  4433@notices.nextchapterbk.com

Donald F. Campbell, Jr.
    on behalf of Plaintiff Encompass Insurance dcampbell@ghclaw.com  4433@notices.nextchapterbk.com

Donald F. Campbell, Jr.
    on behalf of Plaintiff Allstate Property and Casualty Insurance Company dcampbell@ghclaw.com
    4433@notices.nextchapterbk.com

Donald F. Campbell, Jr.
    on behalf of Plaintiff Allstate Insurance Company dcampbell@ghclaw.com  4433@notices.nextchapterbk.com

Donald F. Campbell, Jr.
    on behalf of Plaintiff AllState Fire and Casualty Insurance Company dcampbell@ghclaw.com  4433@notices.nextchapterbk.com

Donald F. Campbell, Jr.
    on behalf of Plaintiff Encompass Property and Casualty Company of New Jersey dcampbell@ghclaw.com
    4433@notices.nextchapterbk.com

Donald F. Campbell, Jr.
    on behalf of Plaintiff Allstate New Jersey Property and Casualty Insurance Company dcampbell@ghclaw.com
    4433@notices.nextchapterbk.com

Donald F. Campbell, Jr.
    on behalf of Plaintiff Encompass insurance company of New Jersey dcampbell@ghclaw.com  4433@notices.nextchapterbk.com

Donald F. Campbell, Jr.
    on behalf of Plaintiff Encompass Indemnity Company dcampbell@ghclaw.com  4433@notices.nextchapterbk.com

Donald F. Campbell, Jr.
    on behalf of Plaintiff Allstate Indemnity Company dcampbell@ghclaw.com  4433@notices.nextchapterbk.com

Eamonn O'Hagan
    on behalf of Creditor United States of America (Internal Revenue Service) eamonn.ohagan@usdoj.gov

Edward A. Phillips
    ephillips@getzlerhenrich.com

Elizabeth K. Holdren
    on behalf of Creditor Wilmington Savings Fund Society  FSB as Trustee for Stanwich Mortgage Loan Trust A, through
    Carrington Mortgage Services, LLC, servicer and attorney-in-fact eholdren@hillwallack.com,
    jhanley@hillwallack.com;hwbknj@hillwallack.com

Jerrold S. Kulback
    on behalf of Creditor Fulton Bank of New Jersey jkulback@archerlaw.com  chansen@archerlaw.com

Kevin Gordon McDonald
    on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

Kurt Ryan Kowalski
    on behalf of Creditor On Deck Capital  Inc. krk@splawoffice.com

Marc D. Miceli
    on behalf of Debtor William J Focazio mmiceli@sm-lawpc.com  lindsay@sm-lawpc.com

Matthew Patrick Dolan
    on behalf of Creditor SB One Bank f/k/a Community Bank of Bergen County  N.J. mdolan@meyner.com

Matthew Patrick Dolan
    on behalf of Creditor Provident Bank f/k/a The Provident Bank mdolan@meyner.com

Mitchell Hausman
    on behalf of U.S. Trustee U.S. Trustee Mitchell.B.Hausman@usdoj.gov

Philip Seth Rosen
    on behalf of Creditor BANK OF AMERICA  N.A. prosen@zeklaw.com, 3723198420@filings.docketbird.com

Sari Blair Placona
    on behalf of Unknown Role Type William J. Focazio  MD PA and Endo Surgical Center of North Jersey PC
    splacona@msbnj.com

Steven J. Mitnick
    on behalf of Debtor William J Focazio smitnick@sm-lawpc.com  lindsay@sm-lawpc.com

Sydney J. Darling

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Oct 27, 2020 | Form ID: pdf903 | Total Noticed: 2 |

on behalf of Trustee Edward A. Phillips sdarling@walsh.law   mvargas@walsh.law

Sydney J. Darling

on behalf of U.S. Trustee U.S. Trustee sdarling@walsh.law   mvargas@walsh.law

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 33