Steven Mitnick, Esq.
Marc D. Miceli, Esq.
SM LAW PC
P.O. Box 530
Oldwick, New Jersey 08858
(908) 572-7275
Counsel to William J. Focazio
Chapter 11 Debtor



**Order Filed on October 30, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>WILLIAM J. FOCAZIO,<br><br><br><br>Debtors. | Case No.: 18-10880<br>(Jointly Administered)<br><br>Chapter: 11<br><br>Honorable Vincent F. Papalia, U.S.B.J. |

## ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: October 30, 2020**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

After review of the application of William J. Focazio, ("Focazio" or the "Debtor"), the debtor in the above-captioned chapter 11 bankruptcy case for a reduction of time for a hearing on his Motion for an Order (I) Approving the First Amended Disclosure Statement on an Interim Basis; (II) Scheduling a Combined Hearing on Final Approval of the First Amended Disclosure Statement and First Amended Plan Confirmation and Deadlines Related Thereto; (III) Approving the Solicitation, Notice, and Tabulation Procedures and the Forms Related Thereto; and (IV) Granting Related Relief under Fed. R. Bankr. P. 9006(c)(1) (the "Motion"), it is

ORDERED as follows:

1. A hearing will be conducted on the Motion November 10, 2020 at 11:00 am. (the "Hearing"). At the Hearing, the Court will schedule a further hearing date and related deadlines in connection with the Motion. Parties may consult the website for the United States Bankruptcy Court for the District of New Jersey, http://www.njb.uscourts.gov for instructions on how to participate in the Hearing.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties:

All secured creditors or their counsel, if known; _____

by ☒ each, ☐ any of the following methods selected by the Court: _____

☐ fax, ☒ overnight mail, ☐ regular mail, ☒ email (if known), ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:

the top twenty unsecured creditors or their counsel, if known; any other party that filed a Notice of Appearance in the case; the United States Trustee; and counsel for the Chapter 11 Trustee of the Debtor

by ☐ each, ☒ any of the following methods selected by the Court:

☐ fax, ☐ overnight mail, ☒ regular mail, ☒ email, ☐ hand delivery.

2

4841-3722-1839, v. 1

4. Service must be made:

    ☐ on the same day as the date of this order, or

    ☒ within ___1___ day(s) of the date of this Order.

5. Notice by telephone:

    ☒ is not required

    ☐ must be provided to _____

    ☐ on the same day as the date of this Order, or

    ☐ within ____ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to said motion/application identified above:

    ☒ must be filed with the Court and served on all parties in interest by electronic or overnight mail by November 6, 2020.

    ☐ may be presented orally at the hearing.

8. ☒ Parties wishing to participate in the Hearing must contact CourtSolutions to schedule an appearance.

3

4841-3722-1839, v. 1