Steven Mitnick, Esq.
Marc D. Miceli, Esq.
SM LAW PC
P.O. Box 530
Oldwick, New Jersey 08858
(908) 572-7275
Counsel to William J. Focazio
Chapter 11 Debtor

Order Filed on October 30, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>WILLIAM J. FOCAZIO,<br><br><br>Debtors. | Case No.: 18-10880<br>(Jointly Administered)<br><br>Chapter: 11<br><br>Honorable Vincent F. Papalia, U.S.B.J. |

**ORDER SHORTENING TIME PERIOD FOR NOTICE,
SETTING HEARING AND LIMITING NOTICE**

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: October 30, 2020**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

After review of the application of William J. Focazio, ("Focazio" or the "Debtor"), the debtor in the above-captioned chapter 11 bankruptcy case for a reduction of time for a hearing on his Motion for an Order (I) Approving the First Amended Disclosure Statement on an Interim Basis; (II) Scheduling a Combined Hearing on Final Approval of the First Amended Disclosure Statement and First Amended Plan Confirmation and Deadlines Related Thereof; (III) Approving the Solicitation, Notice, and Tabulation Procedures and the Forms Related Thereto; and (IV) Granting Related Relief under Fed. R. Bankr. P. 9006(c)(1) (the "Motion"), it is

ORDERED as follows:

1. A hearing will be conducted on the Motion November 10, 2020 at 11:00 am. (the "Hearing"). At the Hearing, the Court will schedule a further hearing date and related deadlines in connection with the Motion. Parties may consult the website for the United States Bankruptcy Court for the District of New Jersey, http://www.njb.uscourts.gov for instructions on how to participate in the Hearing.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties:

__All secured creditors or their counsel, if known;_____

by ☒ each, ☐ any of the following methods selected by the Court:_____
(if known)
☐ fax, ☒ overnight mail, ☐ regular mail, ☒ email, ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:

the top twenty unsecured creditors or their counsel, if known; any other party that filed a Notice of Appearance in the case; the United States Trustee; and counsel for the Chapter 11 Trustee of the Debtor

by ☐ each, ☒ any of the following methods selected by the Court:

☐ fax, ☐ overnight mail, ☒ regular mail, ☒ email, ☐ hand delivery.

4. Service must be made:

   ☐ on the same day as the date of this order, or

   ☒ within ___1___ day(s) of the date of this Order.

5. Notice by telephone:

   ☒ is not required

   ☐ must be provided to _____

   ☐ on the same day as the date of this Order, or

   ☐ within ____ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to said motion/application identified above:

   ☒ must be filed with the Court and served on all parties in interest by electronic or overnight mail by November 6, 2020.

   ☐ may be presented orally at the hearing.

8. ☒ Parties wishing to participate in the Hearing must contact CourtSolutions to schedule an appearance.

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 19-10880-VFP

William J Focazio  Chapter 11

    Debtor(s)

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Oct 30, 2020 | Form ID: pdf903 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + William J Focazio, 101 Fox Hedge Road, Saddle River, NJ 07458-2715 |
| aty | + Roper & Thyne, LLC, Roper & Thyne, LLC, 77 Jefferson Place, Totowa, NJ 07512-2614 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2020      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 30, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aaron M. Bender | on behalf of Creditor BANK OF AMERICA N.A. abender@reedsmith.com, ltiggett@reedsmith.com |
| Andrew M. Lubin | on behalf of Creditor Wilmington Savings Fund Society FSB, as Trustee of Stanwich Mortgage Loan Trust A bkecf@milsteadlaw.com, alubin@milsteadlaw.com |
| Brian E Caine | on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as Trustee for the RMAC Trust, Series 2016-CTT bcaine@parkermccay.com, BKcourtnotices@parkermccay.com |
| Daniel F. Corrigan | on behalf of Creditor First Commerce Bank dcorrigan@windelsmarx.com  mslama@windelsmarx.com |
| David B. Grantz | on behalf of Creditor Provident Bank f/k/a The Provident Bank dgrantz@meyner.com  ckelly@meyner.com |

Case 19-10880-VFP    Doc 220    Filed 11/01/20    Entered 11/01/20 23:20:12    Desc
Imaged Certificate of Notice    Page 5 of 6

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 30, 2020 | Form ID: pdf903 | Total Noticed: 2 |

| | |
|---|---|
| David S. Catuogno | on behalf of Creditor Oritani Bank david.catuogno@klgates.com |
| Donald F. Campbell, Jr. | on behalf of Creditor Allstate New Jersey Property and Casualty Insurance Company dcampbell@ghclaw.com 4433@notices.nextchapterbk.com |
| Donald F. Campbell, Jr. | on behalf of Plaintiff Allstate New Jersey Insurance Company dcampbell@ghclaw.com  4433@notices.nextchapterbk.com |
| Donald F. Campbell, Jr. | on behalf of Plaintiff Encompass Insurance dcampbell@ghclaw.com  4433@notices.nextchapterbk.com |
| Donald F. Campbell, Jr. | on behalf of Plaintiff Allstate Property and Casualty Insurance Company dcampbell@ghclaw.com 4433@notices.nextchapterbk.com |
| Donald F. Campbell, Jr. | on behalf of Plaintiff Allstate Insurance Company dcampbell@ghclaw.com  4433@notices.nextchapterbk.com |
| Donald F. Campbell, Jr. | on behalf of Plaintiff AllState Fire and Casualty Insurance Company dcampbell@ghclaw.com  4433@notices.nextchapterbk.com |
| Donald F. Campbell, Jr. | on behalf of Plaintiff Encompass Property and Casualty Company of New Jersey dcampbell@ghclaw.com 4433@notices.nextchapterbk.com |
| Donald F. Campbell, Jr. | on behalf of Plaintiff Allstate New Jersey Property and Casualty Insurance Company dcampbell@ghclaw.com 4433@notices.nextchapterbk.com |
| Donald F. Campbell, Jr. | on behalf of Plaintiff Encompass insurance company of New Jersey dcampbell@ghclaw.com  4433@notices.nextchapterbk.com |
| Donald F. Campbell, Jr. | on behalf of Plaintiff Encompass Indemnity Company dcampbell@ghclaw.com  4433@notices.nextchapterbk.com |
| Donald F. Campbell, Jr. | on behalf of Plaintiff Allstate Indemnity Company dcampbell@ghclaw.com  4433@notices.nextchapterbk.com |
| Eamonn O'Hagan | on behalf of Creditor United States of America (Internal Revenue Service) eamonn.ohagan@usdoj.gov |
| Edward A. Phillips | ephillips@getzlerhenrich.com |
| Elizabeth K. Holdren | on behalf of Creditor Wilmington Savings Fund Society  FSB as Trustee for Stanwich Mortgage Loan Trust A, through Carrington Mortgage Services, LLC, servicer and attorney-in-fact eholdren@hillwallack.com, jhanley@hillwallack.com;hwbknj@hillwallack.com |
| Jerrold S. Kulback | on behalf of Creditor Fulton Bank of New Jersey jkulback@archerlaw.com  chansen@archerlaw.com |
| Kevin Gordon McDonald | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Kurt Ryan Kowalski | on behalf of Creditor On Deck Capital  Inc. krk@splawoffice.com |
| Marc D. Miceli | on behalf of Debtor William J Focazio mmiceli@sm-lawpc.com  lindsay@sm-lawpc.com |
| Matthew Patrick Dolan | on behalf of Creditor SB One Bank f/k/a Community Bank of Bergen County  N.J. mdolan@meyner.com |
| Matthew Patrick Dolan | on behalf of Creditor Provident Bank f/k/a The Provident Bank mdolan@meyner.com |
| Mitchell Hausman | on behalf of U.S. Trustee U.S. Trustee Mitchell.B.Hausman@usdoj.gov |
| Philip Seth Rosen | on behalf of Creditor BANK OF AMERICA  N.A. prosen@zeklaw.com, 3723198420@filings.docketbird.com |
| Sari Blair Placona | on behalf of Unknown Role Type William J. Focazio  MD PA and Endo Surgical Center of North Jersey PC splacona@msbnj.com |
| Steven J. Mitnick | on behalf of Debtor William J Focazio smitnick@sm-lawpc.com  lindsay@sm-lawpc.com |
| Sydney J. Darling | |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Oct 30, 2020 | Form ID: pdf903 | Total Noticed: 2 |

|  |  |
|---|---|
| | on behalf of Trustee Edward A. Phillips sdarling@walsh.law  mvargas@walsh.law |
| Sydney J. Darling | |
| | on behalf of U.S. Trustee U.S. Trustee sdarling@walsh.law  mvargas@walsh.law |
| U.S. Trustee | |
| | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 33