| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Steven Mitnick, Esq.<br>Marc D. Miceli, Esq.<br>SM LAW PC<br>PO Box 530<br>49 Old Turnpike Road<br>Oldwick, New Jersey 08858<br>(908) 572-7275<br>*Counsel to William J. Focazio, Chapter 11 Debtor* | |
| In re:<br><br>WILLIAM J. FOCAZIO<br><br>             Debtor. | Case No. 19-10880 (VFP)<br><br>Chapter 11<br><br>Judge: Hon. Vincent F. Papalia |

## CERTIFICATION OF SERVICE

I, **LINDSAY ADAMS**, respectfully certify as follows:

1. I am a paralegal for SM Law PC, who represents the Debtor in this matter.

2. On October 30, 2020, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

- Order Shortening Time along with Application Shortening Time (the "Order");
- Motion for an Order (i) Approving the First Amended Disclosure Statement on an Interim Basis; (ii) Scheduling a Combined Hearing on Final Approval of the First Amended Disclosure Statement and Plan Confirmation and Deadlines Related Thereto; (iii) Approving the Solicitation; and (iv) Granting Related Relief (the "Motion");
- Debtor's First Amended Disclosure Statement, with exhibits attached thereto;
- Debtor's First Amended Chapter 11 Plan of Reorganization, with exhibits attached thereto; and
- Ballot for Accepting or Rejecting Debtor's Plan of Reorganization.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

By: */s/ Lindsay Adams*
      LINDSAY ADAMS

Dated: November 5, 2020

| Name And Address Of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| William J. Focazio<br>101 Fox Hedge Road<br>Saddle River, NJ 07458 | Debtor | ☐ Hand-delivered<br>■ Regular Mail<br>☐ Certified Mail/ RR<br>■ Other – Electronic Mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Sydney J. Darling, Esq.<br>Walsh Pizzi O'Reilly Falanga LLP<br>Three Gateway Center<br>100 Mulberry Street Ste 15th Floor<br>Newark, NJ 07102 | Counsel to Chapter 11 Trustee, Edward A. Phillips | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/ RR<br>■ Other – Electronic and Overnight Mail (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Matthew Patrick Dolan, Esq.<br>Meyner and Landis LLP<br>One Gateway Center, Suite 2500<br>Newark, NJ 07102 | Counsel to SB One Bank f/k/a Community Bank of Bergen County, N.J. | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/ RR<br>■ Other – Electronic and Overnight Mail (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Brian E Caine, Esq.<br>Parker McCay PA<br>9000 Midlantic Drive, Suite 300<br>PO Box 5054<br>Mount Laurel, NJ 08054 | Counsel to U.S. Bank National Association, as Trustee for the RMAC Trust, Servies 2016-CTT | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/ RR<br>■ Other – Electronic and Overnight Mail (As authorized by the Court or by rule. Cite the rule if applicable.) |
| David S. Catuogno, Esq.<br>K&L Gates LLP<br>One Newark Center, 10th Floor<br>Newark, NJ 07102 | Counsel to Oritani Bank | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/ RR<br>■ Other – Electronic and Overnight Mail (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Daniel F. Corrigan, Esq. & Jay Samuels, Esq.<br>Windels, Marx, Lane & Mittendorf, LLP<br>120 Albany Street Plaza<br>New Brunswick, NJ 08901 | Counsel to First Commerce Bank | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/ RR<br>■ Other – Electronic and Overnight Mail (As authorized by the Court or by rule. Cite the rule if applicable.) |
| David B. Grantz, Esq.<br>Meyner and Landis LLP<br>One Gateway Center, Suite 2500<br>Newark, NJ 07102 | Counsel to Provident Bank f/k/a The Provident Bank | ☐ Hand-delivered<br>■ Regular Mail<br>☐ Certified Mail/ RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable. |

| Name And Address Of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| Edward A. Phillips<br>Getzler Henrich & Associates, LLC<br>1515 Market Street, Suite 1200<br>Philadelphia, PA 19102 | Chapter 11 Trustee | ☐ Hand-delivered<br>■ Regular Mail<br>☐ Certified Mail/ RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable. |
| Mitchell Hausman<br>United State Department of Justice<br>Office to the United States Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ 07102 | US Trustee | ☐ Hand-delivered<br>■ Regular Mail<br>☐ Certified Mail/ RR<br>■ Other – Electronic Mail<br>(As authorized by the Court or by rule. Cite the rule if applicable. |
| Aaron M. Bender, Esq.<br>Reed Smith LLP<br>Princeton Forrestal Village<br>136 Main Street - Suite 250<br>Princeton, NJ 08540-7839 | Counsel to Bank of America, N.A. | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/ RR<br>■ Other – Electronic and Overnight Mail (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Donald F. Campbell, Jr., Esq.<br>Giordano Halleran & Ciesla, P.C.<br>125 Half Mile Road, Suite 300<br>Red Bank, NJ 07701 | Counsel to All State New Jersey Property and Casualty Insurance Company | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/ RR<br>■ Other – Electronic and Overnight Mail (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Sharil A. Clarke, Esq.<br>Law Offices of Sharil A. Clarke, LLC<br>458 Elizabeth Avenue, Ste 5375<br>Somerset, NJ 08873 | Counsel to On Deck Capital, Inc. | ☐ Hand-delivered<br>■ Regular Mail<br>☐ Certified Mail/ RR<br>■ Other – Electronic Mail<br>(As authorized by the Court or by rule. Cite the rule if applicable. |
| Attn: BMW Financial Services NA, LLC<br>AIS Portfolio Services, LP<br>Account: XXXXXX2917<br>4515 N. Santa Fee Ave. Dept. APS<br>Oklahoma City, OK 73118 | Creditor | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/ RR<br>■ Other – Electronic and Overnight Mail (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Jerrold S. Kulback, Esq.<br>Archer & Greiner PC<br>One Centennial Square<br>33 Euclid Avenue<br>Haddonfield, NJ 08033 | Counsel to Fulton Bank of New Jersey | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/ RR<br>■ Other – Electronic and Overnight Mail (As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name And Address Of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| Andrew M. Lubin, Esq.<br>Milstead & Associates<br>1 East Stow Road<br>Marlton, NJ 08053 | Counsel to Wilmington Savings Fund Society, FSB, as Trustee of Stanwich Mortgage Loan Trust A | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/ RR<br>■ Other – Electronic and Overnight Mail (As authorized by the Court or by rule. Cite the rule if applicable.) |
| AMCA/American Medical Collection Agency<br>Attention: Bankruptcy<br>4 Westchester Plaza, Suite 110<br>Elmsford, NY 10523 | Creditor | ☐ Hand-delivered<br>■ Regular Mail<br>☐ Certified Mail/ RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable. |
| BMW Financial Services<br>Attn: Bankruptcy Department<br>Po Box 3608<br>Dublin, OH 43016 | Creditor | ☐ Hand-delivered<br>■ Regular Mail<br>☐ Certified Mail/ RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable. |
| Capital One/Neiman Marcus/Bergdorf Goodm<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130 | Creditor | ☐ Hand-delivered<br>■ Regular Mail<br>☐ Certified Mail/ RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable. |
| Carrington Mortgage, LLC<br>PO Box 5001<br>Newark, NJ 07106 | Creditor | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/ RR<br>■ Other – Overnight Mail<br>(As authorized by the Court or by rule. Cite the rule if applicable. |
| Chase Card Services<br>Correspondence Dept<br>Po Box 15298<br>Wilmington, DE 19850 | Creditor | ☐ Hand-delivered<br>■ Regular Mail<br>☐ Certified Mail/ RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable. |
| CIT Finance LLC<br>D/B/A Avaya Financial Services<br>1 Cit Drive<br>Livingston, NJ 07039 | Creditor | ☐ Hand-delivered<br>■ Regular Mail<br>☐ Certified Mail/ RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable. |

| Name And Address Of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| Kevin Gordon McDonald, Esq.<br>KML Law Group, P.C.<br>216 Haddon Ave., Ste. 406<br>Westmont, NJ 08108 | Counsel to PNC Bank, National Association | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/ RR<br>■ Other – Electronic and Overnight Mail (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Philip Seth Rosen, Esq.<br>Zeichner Ellman & Krause LLP<br>33 Wood Avenue South<br>Iselin, NJ 08830 | Counsel to Bank of America, N.A. | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/ RR<br>■ Other – Electronic and Overnight Mail (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Allgenic Health and Wellness Inc<br>175 SW 7th, Suite 2210<br>Miami, FL 33130 | Creditor | ☐ Hand-delivered<br>■ Regular Mail<br>☐ Certified Mail/ RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable. |
| American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Creditor | ☐ Hand-delivered<br>■ Regular Mail<br>☐ Certified Mail/ RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable. |
| Capital One<br>1680 Capital One Drive<br>Mc Lean, VA 22102 | Creditor | ☐ Hand-delivered<br>■ Regular Mail<br>☐ Certified Mail/ RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable. |
| Wilmington Savings Fund Society<br>c/o Carrington Mortgage Services, LLC<br>1600 South Douglass Road<br>Anaheim, CA 92806 | Creditor | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/ RR<br>■ Other –Overnight Mail (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Chase Auto Finance<br>Attn: Bankruptcy<br>Po Box 901076<br>Fort Worth, TX 76101 | Creditor | ☐ Hand-delivered<br>■ Regular Mail<br>☐ Certified Mail/ RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable. |

| Name And Address Of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| Cole Schotz P.C.<br>Attn: Ryan T. Jareck, Esq.<br>Court Plaza North<br>25 Main Street<br>Hackensack, NJ 07601 | Creditor | ☐ Hand-delivered<br>■ Regular Mail<br>☐ Certified Mail/ RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable. |
| Endo Surgical Center of North Jersey, PC<br>999 Clifton Ave.<br>Clifton, NJ 07013 | Creditor | ☐ Hand-delivered<br>■ Regular Mail<br>☐ Certified Mail/ RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable. |
| Ferro Labella & Zucker LLC<br>27 Warren St, Suite 201<br>Hackensack, NJ 07601 | Creditor | ☐ Hand-delivered<br>■ Regular Mail<br>☐ Certified Mail/ RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable. |
| George A Tsairis Architects PC<br>2052 Highway 35<br>Suite 101<br>Spring Lake, NJ 07762 | Creditor | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/ RR<br>■ Other –Overnight Mail (As authorized by the Court or by rule. Cite the rule if applicable.) |
| INTERNAL REVENUE SERVICE<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Taxing Authority | ☐ Hand-delivered<br>■ Regular Mail<br>☐ Certified Mail/ RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable. |
| Eamonn O'Hagan<br>Senior Bankruptcy Counsel<br>U.S. Attorney's Office<br>District of New Jersey<br>970 Broad Street<br>Newark, NJ 07102 | U.S. Attorney's Office | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/ RR<br>■ Other – Electronic and Overnight Mail (As authorized by the Court or by rule. Cite the rule if applicable.) |
| MRS BPO<br>Attn: Bankruptcy<br>1930 Olney Ave<br>Cherry Hill, NJ 08003 | Creditor | ☐ Hand-delivered<br>■ Regular Mail<br>☐ Certified Mail/ RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable. |

| Name And Address Of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| Chevy Chase Fed Sav Ba<br>Capital One/Attn:Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130 | Creditor | ☐ Hand-delivered<br>■ Regular Mail<br>☐ Certified Mail/ RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable. |
| CIT Finance, LLC<br>c/o Bankruptcy Processing Solutions, Inc.<br>PO Box 593007<br>San Antonio, TX 78259 | Creditor | ☐ Hand-delivered<br>■ Regular Mail<br>☐ Certified Mail/ RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable. |
| DVCO LLC<br>999 Clifton Ave.<br>Clifton, NJ 07013 | Creditor | ☐ Hand-delivered<br>■ Regular Mail<br>☐ Certified Mail/ RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable. |
| Endo Surgical Center of North Jersey<br>62-64 Fenner Ave.<br>Fort Lee, NJ 07024 | Creditor | ☐ Hand-delivered<br>■ Regular Mail<br>☐ Certified Mail/ RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable. |
| Fox Hedge Manor, LLC<br>101 Fox Hedge Road<br>Saddle River, NJ 07458 | Creditor | ☐ Hand-delivered<br>■ Regular Mail<br>☐ Certified Mail/ RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable. |
| Infinite Energy, Inc.<br>7001 SW 24th Ave.<br>Gainesville, FL 32607 | Creditor | ☐ Hand-delivered<br>■ Regular Mail<br>☐ Certified Mail/ RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable. |
| Levitt and Cerciello<br>75 Main Street<br>Suite 201<br>Millburn, NJ 07041 | Creditor | ☐ Hand-delivered<br>■ Regular Mail<br>☐ Certified Mail/ RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable. |

| Name And Address Of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| Orange & Rockland Utilities-CSO<br>390 W Route 59<br>Spring Valley, NY 10977 | Creditor | ☐ Hand-delivered<br>■ Regular Mail<br>☐ Certified Mail/ RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable. |
| Romano, Garubo & Argentieri<br>52 Newton Ave.<br>Woodbury, NJ 08096 | Creditor | ☐ Hand-delivered<br>■ Regular Mail<br>☐ Certified Mail/ RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable. |
| Elizabeth K. Holdren, Esq.<br>Hill Wallack, LLP<br>21 Roszel Road<br>P.O. Box 5226<br>Princeton, NJ 08543 | Counsel to Wilmington Mortgage Services, LLC | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/ RR<br>■ Other – Electronic and Overnight Mail (As authorized by the Court or by rule. Cite the rule if applicable.) |
| U.S. Bank National Association, et al.<br>c/o Rushmore Loan Management Services<br>P.O. Box 52708<br>Irvine, CA 92619-2708 | Creditor | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/ RR<br>■ Other –Overnight Mail (As authorized by the Court or by rule. Cite the rule if applicable.) |
| First Commerce Bank<br>105 River Avenue<br>Lakewood, NJ 08701 | Creditor | ☐ Hand-delivered<br>■ Regular Mail<br>☐ Certified Mail/ RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable. |
| Archer Attorney at Law<br>One Centennial Square<br>33 Euclid Avenue<br>Haddonfield, NJ 08033 | Creditor | ☐ Hand-delivered<br>■ Regular Mail<br>☐ Certified Mail/ RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable. |
| Carrington Mortgage Services<br>P.O. Box 3010<br>Anaheim, CA 92803 | Creditor | ☐ Hand-delivered<br>■ Regular Mail<br>☐ Certified Mail/ RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable. |

| Name And Address Of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| Milstead & Associates, LLC<br>Salvatore L<br>1 East Stow Rd.<br>Marlton, NJ 08053 | Creditor | ☐ Hand-delivered<br>■ Regular Mail<br>☐ Certified Mail/ RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable. |
| New Jersey Division of Taxation<br>Compliance & Enforcement –<br>Bankruptcy Unit<br>50 Barrack St., 9th Fl.<br>PO Box 245<br>Trenton, NJ 08695-0267 | Taxing Authority | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/ RR<br>■ Other –Overnight Mail (As authorized by the Court or by rule. Cite the rule if applicable.) |
| PNC Bank, N.A.<br>P.O. Box 94982<br>Cleveland, OH 44101<br>Attn: Bankruptcy Department | Creditor | ☐ Hand-delivered<br>■ Regular Mail<br>☐ Certified Mail/ RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable. |
| State of New Jersey<br>Department of Treasury<br>Division of Taxation<br>PO BOX 245<br>Trenton NJ 08695-0245 | Creditor | ☐ Hand-delivered<br>■ Regular Mail<br>☐ Certified Mail/ RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable. |
| Bank of America, N.A.<br>P.O. Box 982284<br>El Paso, TX 79998-2238 | Creditor | ☐ Hand-delivered<br>■ Regular Mail<br>☐ Certified Mail/ RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable. |
| Christopher Toppo, Esq.<br>The Toppo Law Firm, LLC<br>119 Midwood Road<br>Paramus, New Jersey  07652 | Counsel to Nancy Sullivan and WellCare TCCM | ☐ Hand-delivered<br>■ Regular Mail<br>☐ Certified Mail/ RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable. |
| Amex<br>Correspondence/ Bankruptcy<br>P.O. Box 981540<br>El Paso, TX 79998 | Creditor | ☐ Hand-delivered<br>■ Regular Mail<br>☐ Certified Mail/ RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable. |

| Name And Address Of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| Oritani Bank<br>321 Main Street<br>Hackensack, NJ 07601 | Creditor | ☐ Hand-delivered<br>■ Regular Mail<br>☐ Certified Mail/ RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable. |
| Rockland Electric Co.<br>390 West Route 59<br>Customer Support Operations<br>Spring Valley, NY 10977 | Creditor | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/ RR<br>■ Other –Overnight Mail (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Anthony Sodono, III, Esq. and Sari Placona, Esq.<br>McManimon Scotland & Baumann, LLC<br>75 Livingston Avenue, Suite 201<br>Roseland, NJ 07068 | Interested Party | ☐ Hand-delivered<br>■ Regular Mail<br>☐ Certified Mail/ RR<br>■ Other – Electronic Mail<br>(As authorized by the Court or by rule. Cite the rule if applicable. |
| David Stevens, Esq.<br>Scura, Wigfield, Heyer, Stevens & Cammarota, LLP<br>1599 Hamburg Turnpike, Suite A<br>Wayne, NJ 07470 | Interested Party | ☐ Hand-delivered<br>■ Regular Mail<br>☐ Certified Mail/ RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable. |
| Fulton Bank of NJ<br>533 Fellowship Rd., Suite 250<br>Mount Laurel, NJ 08054 | Creditor | ☐ Hand-delivered<br>■ Regular Mail<br>☐ Certified Mail/ RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable. |
| PNC Bank<br>Attn: Bankruptcy Department<br>P.O. Box 94982: Mailstop Br-Yb58-01-5<br>Cleveland, OH 44101 | Creditor | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/ RR<br>■ Other –Overnight Mail (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Rushmore Lms<br>Attn: Bankruptcy<br>P.O. Box 5504<br>Irvine, CA 92619 | Creditor | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/ RR<br>■ Other –Overnight Mail (As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name And Address Of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| John P. DiIorio, Esq.<br>Shapiro Croland Reiser Apgel & DiIorio<br>Continental Plaza II, 6th Floor<br>411 Hackensack Avenue<br>Hackensack, NJ 07601 | Interested Party | ☐ Hand-delivered<br>■ Regular Mail<br>☐ Certified Mail/ RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable. |