Steven Mitnick, Esq.
Marc D. Miceli, Esq.
**SM LAW PC**
P.O. Box 530
Oldwick, New Jersey 08858
(908) 572-7275
*Counsel to William J. Focazio*
*Chapter 11 Debtor*

**Order Filed on November 12, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Case No.: 19-10880 |
| WILLIAM J. FOCAZIO | Chapter: 11 |
| Debtors. | Honorable Vincent F. Papalia, U.S.B.J. |

### ORDER (I) APPROVING THE FIRST AMENDED DISCLOSURE STATEMENT ON AN INTERIM BASIS; (II) SCHEDULING A COMBINED HEARING ON FINAL APPROVAL OF THE FIRST AMENDED DISCLOSURE STATEMENT AND PLAN CONFIRMATION AND DEADLINES RELATED THERETO; (III) <u>APPROVING THE SOLICITATION; AND (IV) GRANTING RELATED RELIEF</u>

The relief set forth on the following pages, numbered two (2) through five (5), is hereby **ORDERED**.

**DATED: November 12, 2020**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Upon the *Motion of the Debtor for Entry of an Order (I) Approving the First Amended Disclosure Statement on an Interim Basis; (II) Scheduling a Combined Hearing on Final Approval of the First Amended Disclosure Statement and Plan Confirmation and Deadlines Related Thereto; (III) Approving the Solicitation Procedure and the Forms Related Thereto; and (IV) Granting Related Relief* (the "Motion");[1] and based on the record in this chapter 11 case; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the Standing Order of Reference to the Bankruptcy Court Under Title 11 of the United States District Court for the District of New Jersey, dated September 18, 2012 (Simandle, C.J.); and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein;  and after due deliberation and sufficient cause appearing therefor;

IT IS HEREBY FOUND THAT:

A.    This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).    Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

B.    The Motion is in the best interests of the Debtor's estates, his creditors and other parties in interest.

C.    The Debtor has authority to propose and prosecute the Amended Plan and the Disclosure Statement.

D.    The Debtor has provided adequate notice of the Motion, and the time fixed for filing objections thereto, and no other or further notice need be provided with respect to the Motion.

E.    The period, set forth below, during which the Debtor may solicit the Plan is a reasonable and adequate period of time under the circumstances for creditors entitled to vote to

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

make an informed decision to accept or reject the Plan, including to make an informed decision to object to the Plan.

F.      The procedures for solicitation and tabulation of votes to accept or reject the Plan (as more fully set out in the Motion and in this Order below) provide for a fair and equitable process and are consistent with the section 1126 of the Bankruptcy Code. The form of the Ballot attached as **Exhibit A** is sufficiently consistent with Official Form No. 314, adequately addresses the particular needs of these chapter 11 cases and are appropriate for the Voting Class to vote to accept or reject the Plan.

**NOW THEREFOR, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1.      The Motion is **GRANTED** to the extent set forth herein.

2.      The Disclosure Statement is approved on an interim basis under section 1125 of the Bankruptcy Code and Bankruptcy Rule 3017, subject to the modifications as set forth on the record on November 10, 2020 reflecting, inter alia, SB One Bank's objection to the Disclosure Statement. Any objections to the adequacy of the information contained in the Disclosure Statement are expressly reserved for consideration at the Confirmation Hearing.

4.      The combined hearing on final approval of the adequacy of the Disclosure Statement and confirmation of the Plan is scheduled for **November 24, 2020 at 2:00 p.m. (ET)** (the "Confirmation Hearing"). The deadline to file objections to the adequacy of the Disclosure Statement and confirmation of the Plan is **November 20, 2020 at 4:00 p.m. (ET)** (the "Objection Deadline"). The Confirmation Hearing may be continued from time to time by the Court or the Debtor without further notice other than adjournments announced in open or by a notice of adjournment filed with the Bankruptcy Court and served on parties entitled to notice under Bankruptcy Rule 2002 and the Local Rules.

5.      The deadline for the Debtor to file the Certification of Balloting is **November 23, 2020 at 4:00 p.m. (ET)**.

6.      The Deadline for the Debtor (and other parties in support of the Plan) to file a brief in support of confirmation of the Plan and/or a reply to any objections to the final approval of the Disclosure Statement and Confirmation of the Plan is **November 23, 2020**.

7.      Objections to the adequacy of the Disclosure Statement and confirmation of the Plan, if any, must:

      (a)      be in writing;

      (b)      conform to the Bankruptcy Rules and Local Rules;

      (c)      state the name and address of the objecting party and the amount and nature of the Claim or Interest of such entity, to the extent applicable;

      (d)      state with particularity the basis and nature of any objection to the Disclosure Statement, the Plan and, if practicable, a proposed modification to the Plan that would resolve such objection; and

      (e)      be filed, together with a proof of service, with the Court and served on the following parties: (i) counsel to the Debtor, SM Law PC (Attn: Steven Mitnick, Esq. and Marc D. Miceli, Esq.) P.O. Box 530, Oldwick, New Jersey 08858; (ii) the Office of the United States Trustee, One Newark Center, 1085 Raymond Boulevard, Suite 2100, Newark, NJ 07102 (Attn: Mitchell B. Hausman, Esq.); (iii) all parties-in-interest; and (iv) anyone who filed a notice of appearance.

8.      As part of the Solicitation Package, the Debtor shall distribute to creditors entitled to vote on the Plan the ballot based on Official Form No. 314, modified to address the particular circumstances of these chapter 11 cases and to include certain additional information that the Debtor believes to be relevant and appropriate for the Voting Class to vote to accept or reject the Plan. The form of Ballot attached  as **<u>Exhibit A</u>** is hereby approved.

9.      The deadline to submit Ballots to accept or reject the Plan, as applicable, shall be **November 20, 2020 at 4:00 p.m. (ET)** (the "Voting Deadline").

10.     Ballots shall be transmitted by mail or email to Debtor's counsel. All other holders of Claims and Interests will not be provided with a Ballot because such holders either are unimpaired and presumed to accept the Plan under section 1126(f) of the Bankruptcy Code or impaired and deemed to reject the Plan under section 1126(g) Bankruptcy Code.

11.     The Debtor is authorized to make non-material changes to the Disclosure Statement, Plan, Solicitation Procedures, Notices, Ballot, and related pleadings without further order of the Court, including, without limitation, changes to correct typographical and grammatical errors and to make conforming changes among the foregoing documents before their distribution.

12.     The Debtor is hereby authorized to take any action necessary or appropriate to implement the terms of, and the relief granted in, this Order without seeking further order of the Court. The terms and conditions of this Order shall be immediately effective and enforceable upon entry of this Order.

13.     The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

*Exhibit "A"*

Steven Mitnick, Esq.
Marc D. Miceli, Esq.
**SM LAW PC**
P.O. Box 530
Oldwick, New Jersey 08858
(908) 572-7275
*Counsel to William J. Focazio*
*Chapter 11 Debtor*

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| WILLIAM J. FOCAZIO, | Case No. 19-10880 (VFP) |
| Debtor. | Honorable Vincent F. Papalia, U.S.B.J. |

## BALLOT FOR ACCEPTING OR REJECTING
## DEBTOR'S PLAN OF REORGANIZATION

William Focazio, the chapter 11 debtor (the "Debtor") filed a Plan of Reorganization (the "Plan") in this case.  The Plan provides information to assist you in deciding how to vote your Ballot.  If you do not have a copy of the Plan, you may obtain a copy from Marc D. Miceli, Esq.. SM Law PC, P.O. Box 530, Oldwick, New Jersey (908) 572-7275 (telephone); (908) 572-7271 (facsimile), or by email:  mmiceli@sm-lawpc.com.

**You should review the Plan before you vote.  You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan.  If you hold claims or equity interests in more than one (1) class, you will receive a ballot for each class.**

If your Ballot is not received by Marc D. Miceli, Esq., SM Law PC, P.O. Box 530, Oldwick, New Jersey 08858 **on or before November 20, 2020**, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan and the Plan Modification.

**If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.**

*To have your vote count, you must complete and return this ballot.  Any blank ballots returned will be deemed acceptances.*

The undersigned, a creditor of the above-named Debtor, the holder of a Class __ claim against the Debtor in the unpaid principal amount of $_____, hereby

*[check one box]*
(    )  ACCEPTS
(    )  REJECTS

the Plan of Reorganization of the Debtor.


DATED:_____

SIGNATURE:_____

PRINT OR TYPE YOUR NAME: _____

CREDITOR:  _____

TITLE (IF CORPORATION OR PARTNERSHIP): _____

ADDRESS: _____

_____

**TO BE RECEIVED ON OR BEFORE <u>NOVEMBER 20, 2020</u>**

**RETURN THIS BALLOT TO:**
**MARC D. MICELI, ESQ.**
**SM LAW PC**
**P.O. BOX 530**
**OLDWICK, NJ 08858**
**<u>mmiceli@sm-lawpc.com</u>**

United States Bankruptcy Court

District of New Jersey

In re:                                                                                  Case No. 19-10880-VFP

William J Focazio                                                                       Chapter 11

    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0312-2                     User: admin                                    Page 1 of 3

Date Rcvd: Nov 13, 2020                  Form ID: pdf900                         Total Noticed: 13

The following symbols are used throughout this certificate:

**Symbol      Definition**

+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | William J Focazio, 101 Fox Hedge Road, Saddle River, NJ 07458-2715 |
| aty | + | Roper & Thyne, LLC, Roper & Thyne, LLC, 77 Jefferson Place, Totowa, NJ 07512-2614 |
| cr | + | Allstate New Jersey Property and Casualty Insuranc, 125 Half Mile Road, Suite 300, Attn: Donald F. Campbell, Jr., Red Bank, NJ 07701 UNITED STATES 07701-6777 |
| cr | + | First Commerce Bank, 105 River Avenue, Lakewood, NJ 08701-4267 |
| cr | + | Fulton Bank of New Jersey, c/o Jerrold S. Kulback, Esq., Archer & Greiner, P.C., 1717 Arch Street, Suite 3500, Philadelphia, PA 19103-2739 |
| auc | + | Integrated Property Group LLC, Integrated Property Group LLC, 1350 Sixth Avenue, 2nd Floor, New York, NY 10019-4703 |
| auc | + | Intergrated Property Group Advisors, LLC d/b/a Auc, 26 Park Street, Ste. 2200, Montclair, NJ 07042-3443 |
| cr | + | Oritani Bank, c/o K&L Gates, LLP, One Newark Center, 10th Floor, Newark, NJ 07102-5237 |
| cr | + | Provident Bank f/k/a The Provident Bank, 100 Wood Avenue, Iselin, NJ 08830-2716 |
| cr | + | SB One Bank f/k/a Community Bank of Bergen County,, 100 Enterprise Drive, Suite 700, Rockaway, NJ 07866-2176 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@americaninfosource.com | | |
| | | | Nov 13 2020 23:24:50 | BMW FINANCIAL SERVICES NA, LLC, AIS Portfolio Services, LP, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| acc | + | Email/Text: delmarie.velazquez@eisneramper.com | | |
| | | | Nov 13 2020 23:15:15 | EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 |
| cr | | Email/Text: sbse.cio.bnc.mail@irs.gov | | |
| | | | Nov 13 2020 23:14:00 | United States of America (Internal Revenue Service, U.S. Attorney's Office, 970 Broad Street, Suite 700, Newark, NJ 07102-2535 |

TOTAL: 3

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | On Deck Capital, Inc., Schachter Portnoy, L.L.C., 3490 US Route 1, Princeton |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

District/off: 0312-2                        User: admin                        Page 2 of 3
Date Rcvd: Nov 13, 2020                     Form ID: pdf900                     Total Noticed: 13

the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 15, 2020                Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2020 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Aaron M. Bender | on behalf of Creditor BANK OF AMERICA  N.A. abender@reedsmith.com, ltiggett@reedsmith.com |
| Andrew M. Lubin | on behalf of Creditor Wilmington Savings Fund Society  FSB, as Trustee of Stanwich Mortgage Loan Trust A bkecf@milsteadlaw.com, alubin@milsteadlaw.com |
| Brian E Caine | on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as Trustee for the RMAC Trust, Series 2016-CTT bcaine@parkermccay.com, BKcourtnotices@parkermccay.com |
| Daniel F. Corrigan | on behalf of Creditor First Commerce Bank dcorrigan@windelsmarx.com  mslama@windelsmarx.com |
| David B. Grantz | on behalf of Creditor Provident Bank f/k/a The Provident Bank dgrantz@meyner.com  ckelly@meyner.com |
| David S. Catuogno | on behalf of Creditor Oritani Bank david.catuogno@klgates.com |
| Donald F. Campbell, Jr. | on behalf of Plaintiff Encompass Property and Casualty Company of New Jersey dcampbell@ghclaw.com 4433@notices.nextchapterbk.com |
| Donald F. Campbell, Jr. | on behalf of Plaintiff Allstate New Jersey Property and Casualty Insurance Company dcampbell@ghclaw.com 4433@notices.nextchapterbk.com |
| Donald F. Campbell, Jr. | on behalf of Plaintiff Encompass insurance company of New Jersey dcampbell@ghclaw.com  4433@notices.nextchapterbk.com |
| Donald F. Campbell, Jr. | on behalf of Plaintiff Encompass Indemnity Company dcampbell@ghclaw.com  4433@notices.nextchapterbk.com |
| Donald F. Campbell, Jr. | on behalf of Plaintiff Allstate Indemnity Company dcampbell@ghclaw.com  4433@notices.nextchapterbk.com |
| Donald F. Campbell, Jr. | on behalf of Creditor Allstate New Jersey Property and Casualty Insurance Company dcampbell@ghclaw.com 4433@notices.nextchapterbk.com |
| Donald F. Campbell, Jr. | on behalf of Plaintiff Allstate New Jersey Insurance Company dcampbell@ghclaw.com  4433@notices.nextchapterbk.com |
| Donald F. Campbell, Jr. | on behalf of Plaintiff Encompass Insurance dcampbell@ghclaw.com  4433@notices.nextchapterbk.com |
| Donald F. Campbell, Jr. | on behalf of Plaintiff Allstate Property and Casualty Insurance Company dcampbell@ghclaw.com 4433@notices.nextchapterbk.com |
| Donald F. Campbell, Jr. | on behalf of Plaintiff Allstate Insurance Company dcampbell@ghclaw.com  4433@notices.nextchapterbk.com |
| Donald F. Campbell, Jr. | on behalf of Plaintiff AllState Fire and Casualty Insurance Company dcampbell@ghclaw.com  4433@notices.nextchapterbk.com |
| Eamonn O'Hagan | on behalf of Creditor United States of America (Internal Revenue Service) eamonn.ohagan@usdoj.gov |
| Edward A. Phillips | ephillips@getzlerhenrich.com |
| Elizabeth K. Holdren | on behalf of Creditor Wilmington Savings Fund Society  FSB as Trustee for Stanwich Mortgage Loan Trust A, through Carrington Mortgage Services, LLC, servicer and attorney-in-fact eholdren@hillwallack.com, jhanley@hillwallack.com;hwbknj@hillwallack.com |

District/off: 0312-2                          User: admin                          Page 3 of 3
Date Rcvd: Nov 13, 2020                   Form ID: pdf900                  Total Noticed: 13

Jerrold S. Kulback
 on behalf of Creditor Fulton Bank of New Jersey jkulback@archerlaw.com  chansen@archerlaw.com

Kevin Gordon McDonald
 on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

Kurt Ryan Kowalski
 on behalf of Creditor On Deck Capital  Inc. krk@splawoffice.com

Marc D. Miceli
 on behalf of Debtor William J Focazio mmiceli@sm-lawpc.com  lindsay@sm-lawpc.com

Matthew Patrick Dolan
 on behalf of Creditor Provident Bank f/k/a The Provident Bank mdolan@meyner.com

Matthew Patrick Dolan
 on behalf of Creditor SB One Bank f/k/a Community Bank of Bergen County  N.J. mdolan@meyner.com

Mitchell Hausman
 on behalf of U.S. Trustee U.S. Trustee Mitchell.B.Hausman@usdoj.gov

Philip Seth Rosen
 on behalf of Creditor BANK OF AMERICA  N.A. prosen@zeklaw.com, 3723198420@filings.docketbird.com

Sari Blair Placona
 on behalf of Unknown Role Type William J. Focazio  MD PA and Endo Surgical Center of North Jersey PC
splacona@msbnj.com

Steven J. Mitnick
 on behalf of Debtor William J Focazio smitnick@sm-lawpc.com  lindsay@sm-lawpc.com

Sydney J. Darling
 on behalf of U.S. Trustee U.S. Trustee sdarling@walsh.law  mvargas@walsh.law

Sydney J. Darling
 on behalf of Trustee Edward A. Phillips sdarling@walsh.law  mvargas@walsh.law

U.S. Trustee
 USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 33