**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

STEVEN MITNICK, ESQ.
MARC D. MICELI, ESQ.
**SM LAW PC**
P. O. Box 530
Oldwick, New Jersey 08858
(908) 572-7275
*Counsel to Debtor, William J. Focazio*

In Re:

WILLIAM J. FOCAZIO

　　　　　　　　　Debtor.

Case No.: 19-10880 (VFP)

Chapter 11

Judge: Hon. Vincent F. Papalia

# CERTIFICATION OF CONSENT
# REGARDING CONSENT ORDER

　　　　I certify that with respect to the Consent Order *Stipulation and Consent Order Resolving Objection of Internal Revenue Service to Confirmation of Debtor's Plan of Reorganization* submitted to the Court, the following conditions have been met:

　　(a)　The terms of the consent order are identical to those set forth in the original consent order;

　　(b)　The signatures represented by the /s/ Marc D. Miceli and Eamonn O'Hagan on the consent order reference the signatures of consenting parties obtained on the original consent order;

　　(c)　I will retain the original consent order for a period of 7 years from the date of closing of the case or adversary proceeding.

　　(d)　I will make the original consent order available for inspection on request of the Court or any party in interest; and

Final paragraph options:

☐　(e) *If submitting the consent order and this certification to the Court conventionally,* I acknowledge the signing of same for all purposes, including those under Fed. R. Bankr. P. 9011 (sign certification in pen and ink and the Court will scan);

■　(e) *If submitting the consent order and this certification to the Court electronically via the presiding judge's e mail box, as a registered Participant of the Court's Case Management/ Electronic Files (CM/ECF) System*, I will simultaneously electronically file this certification with the Court, by use of my login and password, thereby signing same for all purposes including those under Fed. R. Bankr. P 9011 (sign certification with a /s/ Marc D. Miceli).

Date: November 30, 2020　　　　　　　　　　　　　/s/ Marc D. Miceli
　　　　　　　　　　　　　　　　　　　　　　　　　　　Signature of Attorney