**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

STEVEN MITNICK, ESQ.
MARC D. MICELI, ESQ.
**SM LAW PC**
P. O. Box 530
Oldwick, New Jersey 08858
(908) 572-7275
*Counsel to Debtor, William J. Focazio*

In Re:

WILLIAM J. FOCAZIO

                      Debtor.

Case No.: 19-10880 (VFP)

Chapter 11

Judge: Hon. Vincent F. Papalia

**Confirmation Hearing Date and Time:
December 2, 2020 at 2:30 p.m.**

## AMENDED CERTIFICATION OF BALLOTING AS TO WILLIAM J FOCAZIO

|  | Impaired Yes/No | Number of Ballots Cast | Number of Ballots Accepting | Number of Ballots Rejecting | Percentage of Ballots Accepting | Dollar Amount of Ballots Accepting | Dollar Amount of Ballots Rejecting | Percentage of Dollar Amount Accepting | Accept Yes/No |
|---|---|---|---|---|---|---|---|---|---|
| CLASS 1 | Y | 2[1] | 1 | 1 | 50% | $8,277,966.00 | $539,504.04 | 93.89% | No[2] |
| CLASS 2 | Y | 0[3] | 0 | 0 | 0.00 | 0.00 | $0.00 | 0 | n/a |
| CLASS 3 | Y | 8[4] | 4 | 4 | 50% | $59,098.55 | $5,463,798.93 | 1.07% | No |

      This certification is amended to correct an error in the prior certification which inadvertently listed Class One as having accepted the Plan. This amended Certification corrects that error which now lists Class One as <u>not</u> having accepted the Plan.

---

[1] Provident Bank and Fulton Bank of New Jersey voted as Class 3 claimants.
[2] First Commerce Bank has agreed to support the Debtors' Plan of Reorganization and voted in favor of the Debtors' Plan pursuant to the Order approving a settlement entered on May 20, 2020.
[3] There are no Class 2 claimants in the Debtor's proposed plan as that class was designated for unsecured nontax priority claims. As such, claimants who filed as Class 2 have been redesignated as Class 3 general unsecured creditors in tallying the votes.
[4] See Footnote 3 above. The ballots of Allstate, American Express, and Wellcare have been redesignated as Class 3 general unsecured claims. Cole Schotz, Provident Bank and Fulton filed ballots as Class 3.

      I, Marc D. Miceli, the attorney for William J. Focazio, the chapter 11 debtor, certify under penalty of perjury that the above is true.

Dated:  December 3, 2020             _/s/ Marc D. Miceli_
                                                                   MARC D. MICELI