

# SM LAW, PC

Steven J. Mitnick, Attorney at Law ▪ smitnick@sm-lawpc.com
Marc D. Miceli, Of counsel ▪ mmiceli@sm-lawpc.com
P.O. Box 530 ▪ 49 Old Turnpike Road ▪ Oldwick, NJ 08858
P: 908.572.7275 ▪ F: 908.572-7271
*sm-lawpc.com*

December 10, 2020

**Via E-FILING**
Honorable Vincent F. Papalia, U.S.B.J.
50 Walnut Street
Newark, NJ 07102
Courtroom 3B

Re:    **In re William J. Focazio**
       **Case No.: 19-10880 (VFP)**

Dear Judge Papalia:

This firm is counsel to Dr. William J. Focazio in the above-captioned individual chapter 11 bankruptcy case. On behalf of the individual Debtor, we hereby consent to Your Honor's conducting a mediation in this matter as well as deciding the confirmation of the Debtor's individual chapter 11 plan.

We thank the Court for its continued assistance and courtesies in this matter and we thank Your Honor for taking the time out of Your Honor's schedule to conduct this mediation.

Respectfully submitted,

/s/ Marc D. Miceli

MARC D. MICELI

Cc:    All Counsel Receiving ECF Notification
       Donald Campbell, Esq. (also via email)
       Anthony Sodono, III., Esq. (also via email)
       Sari B. Placona, Esq. (also via email)