**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

STEVEN MITNICK, ESQ.
MARC D. MICELI, ESQ.
**SM LAW PC**
P. O. Box 530
Oldwick, New Jersey 08858
(908) 572-7275
*Counsel to Debtor, William J. Focazio*

Order Filed on December 8, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

WILLIAM J. FOCAZIO

          Debtor.

Case No.: 19-10880 (VFP)

Chapter 11

Judge: Hon. Vincent F. Papalia

**STIPULATION AND CONSENT ORDER**
**RESOLVING OBJECTION OF INTERNAL REVENUE SERVICE TO**
**CONFIRMATION OF DEBTOR'S PLAN OF REORGANIZATION**

The relief set forth on the following pages, numbered two (2) through three (3), is hereby

**ORDERED**.

**DATED: December 8, 2020**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

(Page 2)
Debtors:              William J. Focazio
Case No.:            19-10880 (VFP)
Caption of Order:    Stipulation and Consent Order Resolving Objection of Internal Revenue
                     Service to Debtor's Plan of Reorganization

---

**WHEREAS**, on January 15, 2019, William J. Focazio (the "**Debtor**") filed A voluntary

petition for relief under Chapter 11 of the Bankruptcy Code (11 U.S.C. § 101, *et seq*.); and

**WHEREAS**, on September 23, 2020, the Debtor filed a Chapter 11 Small Business

Subchapter V Plan (See Doc. Nos. 188-189); and

**WHEREAS**, on October 21, 2020, the Internal Revenue Service ("**IRS**") filed an objection

to the confirmation of the Debtor's small business plan of reorganization (See Doc. No. 211) (the

"**Objection**"); and

**WHEREAS**, on October 20, 2020, the Court denied the Debtor's election of subchapter

V; and

**WHEREAS**, on October 29, 2020, the Debtor filed an Amended Disclosure Statement (the

"**Amended Disclosure Statement**") (Doc. No. 213) and Amended Chapter 11 Plan (the

"**Amended Plan**") (Doc. No. 214); and

**WHEREAS**, the Objection that was filed also applies to the Amended Disclosure

Statement and Amended Plan; and

**WHEREAS**, the Debtor and the IRS have resolved the Objection; and

**NOW THEREFORE, INTENDING TO BE LEGALLY BOUND, THE PARTIES**

**HEREBY AGREE AND IT IS HEREBY ORDERED:**

1.      The debtors William J. Focazio, M.D., P.A. ("**Focazio MD PA**") and Endo Surgical

Center of North Jersey ("**Endo Surgical**") (collectively the "**Business Debtors**") entered into a

consent order with the IRS on November 9, 2020 (the "**Focazio MD PA Consent Order**") which

was submitted to the Bankruptcy Court on November 11, 2020 for entry in the bankruptcy case

(Page 3)

| | |
|---|---|
| Debtors: | William J. Focazio |
| Case No.: | 19-10880 (VFP) |
| Caption of Order: | Stipulation and Consent Order Resolving Objection of Internal Revenue Service to Debtor's Plan of Reorganization |

captioned In re William J. Focazio, M.D., P.A., et al. (Case No. 18-10752)(VFP) (the "**Focazio MD PA Bankruptcy Case**") (See Docket No. 449 in the Focazio MD PA Bankruptcy Case). Except as provided herein, the terms contained in the Focazio MD PA Consent Order are hereby incorporated by reference and made a part hereof.

2.     The payments to be made by the Business Debtors pursuant to the Focazio MD PA Consent Order shall be applied towards the Focazio MD PA and/or the Endo Surgical tax debts.

3.     In the event that the Business Debtors default under the terms of the Focazio MD PA Consent Order, and such default is not cured as set forth therein, then any unpaid trust fund tax will continue as a nondischargeable trust fund tax against the Debtor, William J. Focazio, individually.

4.     The IRS supports the Debtor's Amended Plan as modified by this order.

5.     If a dispute arises under the terms of this Stipulation and Consent Order, the Debtor and the IRS consent to the jurisdiction of the Bankruptcy Court to resolve such dispute.

The undersigned consent to the form, substance and entry of the within Consent Order.

| | |
|---|---|
| **SM LAW PC** | **EAMONN O'HAGAN** |
| *Attorneys to William J. Focazio,* | *Attorney for United States of America /* |
| *Chapter 11 Debtor* | *Internal Revenue Service* |
| | |
| *By:  /s/   Marc D. Miceli* | By:    */s/ Eamonn O'Hagan* |
| MARC D. MICELI | EAMONN O'HAGAN |
| | |
| Dated: November 30, 2020 | Dated:  November 30, 2020 |

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-10880-VFP |
| William J Focazio | Chapter 11 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Dec 08, 2020 | Form ID: pdf903 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 10, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + William J Focazio, 101 Fox Hedge Road, Saddle River, NJ 07458-2715 |
| aty | + Roper & Thyne, LLC, Roper & Thyne, LLC, 77 Jefferson Place, Totowa, NJ 07512-2614 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 10, 2020                    Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 8, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aaron M. Bender | |
| | on behalf of Creditor BANK OF AMERICA  N.A. abender@reedsmith.com, ltiggett@reedsmith.com |
| Andrew M. Lubin | |
| | on behalf of Creditor Wilmington Savings Fund Society  FSB, as Trustee of Stanwich Mortgage Loan Trust A bkecf@milsteadlaw.com, alubin@milsteadlaw.com |
| Brian E Caine | |
| | on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as Trustee for the RMAC Trust, Series 2016-CTT bcaine@parkermccay.com, BKcourtnotices@parkermccay.com |
| Daniel F. Corrigan | |
| | on behalf of Creditor First Commerce Bank dcorrigan@windelsmarx.com  mslama@windelsmarx.com |
| David B. Grantz | |
| | on behalf of Creditor Provident Bank f/k/a The Provident Bank dgrantz@meyner.com  ckelly@meyner.com |

District/off: 0312-2                                      User: admin                                              Page 2 of 3

Date Rcvd: Dec 08, 2020                              Form ID: pdf903                                        Total Noticed: 2

David S. Catuogno
                        on behalf of Creditor Oritani Bank david.catuogno@klgates.com

Donald F. Campbell, Jr.
                        on behalf of Creditor Allstate New Jersey Property and Casualty Insurance Company dcampbell@ghclaw.com
                        4433@notices.nextchapterbk.com

Donald F. Campbell, Jr.
                        on behalf of Plaintiff Allstate New Jersey Insurance Company dcampbell@ghclaw.com  4433@notices.nextchapterbk.com

Donald F. Campbell, Jr.
                        on behalf of Plaintiff Encompass Insurance dcampbell@ghclaw.com  4433@notices.nextchapterbk.com

Donald F. Campbell, Jr.
                        on behalf of Plaintiff Allstate Property and Casualty Insurance Company dcampbell@ghclaw.com
                        4433@notices.nextchapterbk.com

Donald F. Campbell, Jr.
                        on behalf of Plaintiff Allstate Insurance Company dcampbell@ghclaw.com  4433@notices.nextchapterbk.com

Donald F. Campbell, Jr.
                        on behalf of Plaintiff AllState Fire and Casualty Insurance Company dcampbell@ghclaw.com  4433@notices.nextchapterbk.com

Donald F. Campbell, Jr.
                        on behalf of Plaintiff Encompass Property and Casualty Company of New Jersey dcampbell@ghclaw.com
                        4433@notices.nextchapterbk.com

Donald F. Campbell, Jr.
                        on behalf of Plaintiff Allstate New Jersey Property and Casualty Insurance Company dcampbell@ghclaw.com
                        4433@notices.nextchapterbk.com

Donald F. Campbell, Jr.
                        on behalf of Plaintiff Encompass insurance company of New Jersey dcampbell@ghclaw.com  4433@notices.nextchapterbk.com

Donald F. Campbell, Jr.
                        on behalf of Plaintiff Encompass Indemnity Company dcampbell@ghclaw.com  4433@notices.nextchapterbk.com

Donald F. Campbell, Jr.
                        on behalf of Plaintiff Allstate Indemnity Company dcampbell@ghclaw.com  4433@notices.nextchapterbk.com

Eamonn O'Hagan
                        on behalf of Creditor United States of America (Internal Revenue Service) eamonn.ohagan@usdoj.gov

Edward A. Phillips
                        ephillips@getzlerhenrich.com

Elizabeth K. Holdren
                        on behalf of Creditor Wilmington Savings Fund Society  FSB as Trustee for Stanwich Mortgage Loan Trust A, through
                        Carrington Mortgage Services, LLC, servicer and attorney-in-fact eholdren@hillwallack.com,
                        jhanley@hillwallack.com;hwbknj@hillwallack.com

Jerrold S. Kulback
                        on behalf of Creditor Fulton Bank of New Jersey jkulback@archerlaw.com  chansen@archerlaw.com

Kevin Gordon McDonald
                        on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

Kurt Ryan Kowalski
                        on behalf of Creditor On Deck Capital  Inc. krk@splawoffice.com

Marc D. Miceli
                        on behalf of Debtor William J Focazio mmiceli@sm-lawpc.com  lindsay@sm-lawpc.com

Matthew Patrick Dolan
                        on behalf of Creditor SB One Bank f/k/a Community Bank of Bergen County  N.J. mdolan@meyner.com

Matthew Patrick Dolan
                        on behalf of Creditor Provident Bank f/k/a The Provident Bank mdolan@meyner.com

Mitchell Hausman
                        on behalf of U.S. Trustee U.S. Trustee Mitchell.B.Hausman@usdoj.gov

Philip Seth Rosen
                        on behalf of Creditor BANK OF AMERICA  N.A. prosen@zeklaw.com, 3723198420@filings.docketbird.com

Sari Blair Placona
                        on behalf of Unknown Role Type William J. Focazio  MD PA and Endo Surgical Center of North Jersey PC
                        splacona@msbnj.com

Steven J. Mitnick
                        on behalf of Debtor William J Focazio smitnick@sm-lawpc.com  lindsay@sm-lawpc.com

Sydney J. Darling

District/off: 0312-2                                        User: admin                                        Page 3 of 3

Date Rcvd: Dec 08, 2020                                    Form ID: pdf903                                    Total Noticed: 2

on behalf of Trustee Edward A. Phillips sdarling@walsh.law  mvargas@walsh.law

Sydney J. Darling

on behalf of U.S. Trustee U.S. Trustee sdarling@walsh.law  mvargas@walsh.law

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 33