# GIORDANO, HALLERAN & CIESLA, P.C.
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
WWW.GHCLAW.COM

**DONALD F. CAMPBELL, JR., ESQ.**
SHAREHOLDER
DCAMPBELL@GHCLAW.COM
DIRECT DIAL: (732) 219-5494

*Please Reply To:*
125 HALF MILE ROAD
SUITE 300
RED BANK, NJ 07701
(732) 741-3900
FAX: (732) 224-6599

December 14, 2020

Client/Matter No. 20115/2

<u>Via CM/ECF</u>
Hon. Vincent F. Papalia, U.S.B.J.
50 Walnut Street
Newark, NJ 07102
Courtroom 3B

Re: **William J. Focazio – Case No.: 19-10880**
**Allstate NJ Property and Casualty Insurance v. Focazio - Case No.: 20-01004-VFP**
**William Focazio, MD, P.A. – Case No.:18-10752**

Your Honor:

This office represents Creditor and Plaintiff, Allstate New Jersey Property and Casualty Insurance Company and related entities (collectively "*Allstate*") in the above referenced cases. Debtors have requested Your Honor participate in mediation between the parties today. Allstate consents to Your Honor participating in mediation and continuing to rendering any and all decisions related to these matters including confirmation of the debtors' proposed plans.

As always, the courtesies of the court are greatly appreciated.

Respectfully Submitted,

*/s/ Donald F. Campbell, Jr.*

DONALD F. CAMPBELL, JR.

DFC/mak

Docs #4788913-v1