UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
-------------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 11 |
| WILLIAM J. FOCAZIO, | Case No. 19-10880-VFP |
| Debtor. | |

-------------------------------------------------------------X

### NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS BY RIVKIN RADLER LLP ON BEHALF OF GEICO GOVERNMENT EMPLOYEES INSURANCE COMPANY, GEICO INDEMNITY COMPANY, GEICO GENERAL INSURANCE COMPANY, AND GEICO CASUALTY COMPANY

PLEASE TAKE NOTICE that Rivkin Radler LLP ("Rivkin Radler"), hereby appears as attorneys for, GEICO GOVERNMENT EMPLOYEES INSURANCE COMPANY, GEICO INDEMNITY COMPANY, GEICO GENERAL INSURANCE COMPANY, AND GEICO CASUALTY COMPANY, a creditor in this proceeding. Pursuant to Section 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rivkin Radler requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given and served upon Rivkin Radler at the offices, addresses and telephone numbers set forth below, and that Rivkin Radler be added to the mailing matrix on file with the Clerk of the Bankruptcy Court as follows:

> Gene Y. Kang, Esq.
> Rivkin Radler LLP
> 25 Main Street, Suite 501
> Court Plaza North
> Hackensack, New Jersey 07601
> Telephone: (201) 287-2460
> Email: gene.kang@rivkin.com

PLEASE TAKE NOTICE that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any applications, motions, petitions, pleadings, complaints, demands, disclosure statements, or plans of reorganization transmitted or conveyed by mail delivery, telephone, telegraph, telecopier, telex or otherwise, which affects the above-captioned debtor, property of such debtor, or the Defendants.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance and Request for Service of Papers (the "Notice") nor any later appearance, pleading, proof of claim, claim or suit shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) the right to trial by jury in any proceeding related to this case or any case, controversy, or proceeding related to this case, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this notice, (v) an election of remedy, (vi) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: Hackensack, NJ
December 30, 2020

        RIVKIN RADLER LLP
         *Attorneys for Government Employees Insurance Company, GEICO Indemnity Company, GEICO General Insurance Company, and GEICO Casualty Company*

        By: /s/ Gene Y. Kang
           Gene Y. Kang