| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)** |  |
| Steven Mitnick, Esq.<br>Marc D. Miceli, Esq.<br>**SM LAW PC**<br>P. O. Box 530<br>Oldwick, New Jersey 08858<br>T:  (908) 572-7275<br>smitnick@sm-lawpc.com<br>mmiceli@sm-lawpcc.com<br>*Counsel to Debtor, William J. Focazio* | Order Filed on February 16, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>WILLIAM J. FOCAZIO<br><br>                              Debtor. | Case No.: 19-10880 (VFP)<br><br>Chapter 11<br><br>Judge: Hon. Vincent F. Papalia |

## ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: February 16, 2021**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

After review of the application of William J. Focazio, ("**Focazio**" or the "**Debtor**"), the debtor in the above-captioned chapter 11 bankruptcy case, for a reduction of time for a hearing on his Application pursuant to 11 U.S.C. §§105(a), 349 and 1112(b) and Fed. R. Bankr. P. 1017(a) and 9019, (I) Approving Settlement, (II) Dismissing the Debtor's Chapter 11 Case; and (II) Granting Related Relief (the "**Application**") under Fed. R. Bankr. P. 9006(c)(1), it is

**ORDERED** as follows:

1. A hearing will be conducted on the matter on the matter on February 26, 2021 at 10:00 a.m. via Court Solutions. Instructions on how to participate in the Hearing can be found on the third page of this order.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties:

   all secured creditors and their counsel, if known

   by ☒ each, ☐ any of the following methods selected by the Court:

   ☐ fax, ☒ overnight mail, ☐ regular mail, ☒ email (if known), ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:

   Top twenty unsecured creditors and their counsel, if known; the U.S. Trustee's Office; Edward Phillips as appointed Trustee and his counsel; and any other party having filed a notice of Appearance

   by ☐ each, ☒ any of the following methods selected by the Court:

   ☐ fax, ☐ overnight mail, ☒ regular mail, ☒ email, ☐ hand delivery.

4. Service must be made:

   ☐ on the same day as the date of this order, or

   ☒ within ___1___ day(s) of the date of this Order.

5. Notice by telephone:

   ☒ is not required

   ☐ must be provided to _____

   ☐ on the same day as the date of this Order, or

   ☐ within ____ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to said motion/application identified above:

   ☒ must be filed with the Court and served on all parties in interest by electronic or overnight mail _2_ day(s) prior to the scheduled hearing; or

   ☐ may be presented orally at the hearing.

8. ☒ Telephonic appearances by counsel for the Debtor are required to prosecute said motion/application and any objections.

9. ☒ Parties wishing to participate in the Hearing must contact Court Solutions via this link or by dailing 917-746-7476 to schedule an appearance no less than twenty-four hours before the Hearing.

3