| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)** | |
| Steven Mitnick, Esq.<br>Marc D. Miceli, Esq.<br>**SM LAW PC**<br>P. O. Box 530<br>Oldwick, New Jersey 08858<br>T:  (908) 572-7275<br>smitnick@sm-lawpc.com<br>mmiceli@sm-lawpcc.com<br>*Counsel to Debtor, William J. Focazio* | Order Filed on February 16, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>WILLIAM J. FOCAZIO<br><br>                              Debtor. | Case No.: 19-10880 (VFP)<br><br>Chapter 11<br><br>Judge: Hon. Vincent F. Papalia |

# ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: February 16, 2021**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

After review of the application of William J. Focazio, ("**Focazio**" or the "**Debtor**"), the debtor in the above-captioned chapter 11 bankruptcy case, for a reduction of time for a hearing on his Application pursuant to 11 U.S.C. §§105(a), 349 and 1112(b) and Fed. R. Bankr. P. 1017(a) and 9019, (I) Approving Settlement, (II) Dismissing the Debtor's Chapter 11 Case; and (II) Granting Related Relief (the "**Application**") under Fed. R. Bankr. P. 9006(c)(1), it is

**ORDERED** as follows:

1. A hearing will be conducted on the matter on the matter on February 26, 2021 at 10:00 a.m. via Court Solutions. Instructions on how to participate in the Hearing can be found on the third page of this order.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties:

   all secured creditors and their counsel , if known

   _____

by ☒ each, ☐ any of the following methods selected by the Court:

        (if known)
☐ fax, ☒ overnight mail, ☐ regular mail, ☒ email, ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:

   Top twenty unsecured creditors and their counsel, if known; the U.S. Trustee's Office; Edward Phillips as appointed Trustee and his counsel; and any other party having filed a notice of Appearance

by ☐ each, ☒ any of the following methods selected by the Court:

☐ fax, ☐ overnight mail, ☒ regular mail, ☒ email, ☐ hand delivery.

2

4. Service must be made:

   ☐ on the same day as the date of this order, or

   ☒ within ___1___ day(s) of the date of this Order.

5. Notice by telephone:

   ☒ is not required

   ☐ must be provided to _____

   ☐ on the same day as the date of this Order, or

   ☐ within ____ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to said motion/application identified above:

   ☒ must be filed with the Court and served on all parties in interest by electronic or overnight mail _2_ day(s) prior to the scheduled hearing; or

   ☐ may be presented orally at the hearing.

8. ☒ Telephonic appearances by counsel for the Debtor are required to prosecute said motion/application and any objections.

9. ☒ Parties wishing to participate in the Hearing must contact Court Solutions via this link or by dailing 917-746-7476 to schedule an appearance no less than twenty-four hours before the Hearing.

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-10880-VFP |
| William J Focazio | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Feb 16, 2021 | Form ID: pdf903 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 18, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + William J Focazio, 101 Fox Hedge Road, Saddle River, NJ 07458-2715 |
| aty | + Roper & Thyne, LLC, Roper & Thyne, LLC, 77 Jefferson Place, Totowa, NJ 07512-2614 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 18, 2021            Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 16, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aaron M. Bender | on behalf of Creditor BANK OF AMERICA N.A. abender@reedsmith.com, ltiggett@reedsmith.com |
| Andrew M. Lubin | on behalf of Creditor Wilmington Savings Fund Society FSB, as Trustee of Stanwich Mortgage Loan Trust A bkecf@milsteadlaw.com, alubin@milsteadlaw.com |
| Brian E Caine | on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as Trustee for the RMAC Trust, Series 2016-CTT bcaine@parkermccay.com, BKcourtnotices@parkermccay.com |
| Daniel F. Corrigan | on behalf of Creditor First Commerce Bank dcorrigan@windelsmarx.com mslama@windelsmarx.com |
| David B. Grantz | on behalf of Creditor Provident Bank f/k/a The Provident Bank dgrantz@meyner.com ckelly@meyner.com |

Case 19-10880-VFP    Doc 254    Filed 02/18/21    Entered 02/19/21 00:25:34    Desc
Imaged Certificate of Notice    Page 5 of 6

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 16, 2021 | Form ID: pdf903 | Total Noticed: 2 |

David S. Catuogno
    on behalf of Creditor Oritani Bank david.catuogno@klgates.com

Donald F. Campbell, Jr.
    on behalf of Plaintiff Allstate Indemnity Company dcampbell@ghclaw.com 4433@notices.nextchapterbk.com

Donald F. Campbell, Jr.
    on behalf of Creditor Allstate New Jersey Property and Casualty Insurance Company dcampbell@ghclaw.com 4433@notices.nextchapterbk.com

Donald F. Campbell, Jr.
    on behalf of Plaintiff Allstate New Jersey Insurance Company dcampbell@ghclaw.com 4433@notices.nextchapterbk.com

Donald F. Campbell, Jr.
    on behalf of Plaintiff Encompass Insurance dcampbell@ghclaw.com 4433@notices.nextchapterbk.com

Donald F. Campbell, Jr.
    on behalf of Plaintiff Allstate Property and Casualty Insurance Company dcampbell@ghclaw.com 4433@notices.nextchapterbk.com

Donald F. Campbell, Jr.
    on behalf of Plaintiff Allstate Insurance Company dcampbell@ghclaw.com 4433@notices.nextchapterbk.com

Donald F. Campbell, Jr.
    on behalf of Plaintiff AllState Fire and Casualty Insurance Company dcampbell@ghclaw.com 4433@notices.nextchapterbk.com

Donald F. Campbell, Jr.
    on behalf of Plaintiff Encompass Property and Casualty Company of New Jersey dcampbell@ghclaw.com 4433@notices.nextchapterbk.com

Donald F. Campbell, Jr.
    on behalf of Plaintiff Allstate New Jersey Property and Casualty Insurance Company dcampbell@ghclaw.com 4433@notices.nextchapterbk.com

Donald F. Campbell, Jr.
    on behalf of Plaintiff Encompass insurance company of New Jersey dcampbell@ghclaw.com 4433@notices.nextchapterbk.com

Donald F. Campbell, Jr.
    on behalf of Plaintiff Encompass Indemnity Company dcampbell@ghclaw.com 4433@notices.nextchapterbk.com

Eamonn O'Hagan
    on behalf of Creditor United States of America (Internal Revenue Service) eamonn.ohagan@usdoj.gov

Edward A. Phillips
    ephillips@getzlerhenrich.com

Elizabeth K. Holdren
    on behalf of Creditor Wilmington Savings Fund Society FSB as Trustee for Stanwich Mortgage Loan Trust A, through Carrington Mortgage Services, LLC, servicer and attorney-in-fact eholdren@hillwallack.com, jhanley@hillwallack.com;hwbknj@hillwallack.com

Gene Y. Kang
    on behalf of Creditor GEICO Indemnity Company gene.kang@rivkin.com jennifer.davila@rivkin.com;stuart.gorton@rivkin.com;matthew.spero@rivkin.com

Gene Y. Kang
    on behalf of Creditor GEICO Government Employees Insurance Company gene.kang@rivkin.com jennifer.davila@rivkin.com;stuart.gorton@rivkin.com;matthew.spero@rivkin.com

Gene Y. Kang
    on behalf of Creditor GEICO Casualty Company gene.kang@rivkin.com jennifer.davila@rivkin.com;stuart.gorton@rivkin.com;matthew.spero@rivkin.com

Gene Y. Kang
    on behalf of Creditor GEICO General Insurance Company gene.kang@rivkin.com jennifer.davila@rivkin.com;stuart.gorton@rivkin.com;matthew.spero@rivkin.com

Jerrold S. Kulback
    on behalf of Creditor Fulton Bank of New Jersey jkulback@archerlaw.com chansen@archerlaw.com

Kevin Gordon McDonald
    on behalf of Creditor PNC BANK NATIONAL ASSOCIATION kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

Kurt Ryan Kowalski
    on behalf of Creditor On Deck Capital Inc. krk@splawoffice.com

Marc D. Miceli
    on behalf of Debtor William J Focazio mmiceli@sm-lawpc.com lindsay@sm-lawpc.com

Matthew Patrick Dolan
    on behalf of Creditor Provident Bank f/k/a The Provident Bank mdolan@meyner.com

Matthew Patrick Dolan

| | |
|---|---|
| | on behalf of Creditor SB One Bank f/k/a Community Bank of Bergen County N.J. mdolan@meyner.com |
| Mitchell Hausman | |
| | on behalf of U.S. Trustee U.S. Trustee Mitchell.B.Hausman@usdoj.gov |
| Philip Seth Rosen | |
| | on behalf of Creditor BANK OF AMERICA N.A. prosen@zeklaw.com, 3723198420@filings.docketbird.com |
| Sari Blair Placona | |
| | on behalf of Unknown Role Type William J. Focazio MD PA and Endo Surgical Center of North Jersey PC splacona@msbnj.com |
| Steven J. Mitnick | |
| | on behalf of Debtor William J Focazio smitnick@sm-lawpc.com lindsay@sm-lawpc.com |
| Sydney J. Darling | |
| | on behalf of Trustee Edward A. Phillips sdarling@walsh.law mvargas@walsh.law |
| Sydney J. Darling | |
| | on behalf of U.S. Trustee U.S. Trustee sdarling@walsh.law mvargas@walsh.law |
| U.S. Trustee | |
| | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 37