<table>
<tr><td>

UNITED STATES BANKRUPTCY COURT DISTRICT OF
NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Steven Mitnick, Esq.
Marc D. Miceli, Esq.
SM LAW PC
PO Box 530
49 Old Turnpike Road
Oldwick, New Jersey 08858
(908) 572-7275
*Counsel to William J. Focazio, Chapter 11 Debtor*

</td></tr>
<tr><td>

In re:

WILLIAM J. FOCAZIO

          Debtor.

</td><td>

Case No. 19-10880 (VFP)

Chapter 11

Judge:  Hon. Vincent F. Papalia

</td></tr>
</table>

### CERTIFICATION OF SERVICE

I, **LINDSAY ADAMS**, respectfully certify as follows:

1.      I am a paralegal for SM Law PC, who represents the Debtor in this matter.

2.      On February 16, 2021, I sent a copy of the following pleadings and/or documents to the

parties listed in the chart below:

- Order Shortening Time along with Application Shortening Time (the "Order");
- Motion of the Debtor Pursuant to 11 U.S.C. §§105(a), 349 and 1112(b), Fed. R. Bankr. P. 1017(a) and 9019, (I) Approving Settlement (II) Dismissing he Debtor's Chapter 11 Case and (III) Granting Related Relief (the "Motion");

3.      I certify under penalty of perjury that the above documents were sent using the mode of

service indicated.

By: */s/ Lindsay Adams*
      LINDSAY ADAMS

Dated:  February 16, 2021

| Name And Address Of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| William J. Focazio<br>101 Fox Hedge Road<br>Saddle River, NJ 07458 | Debtor | ☐ Hand-delivered<br>■ Regular Mail<br>☐ Certified Mail/ RR<br>■ Other – Electronic Mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Sydney J. Darling, Esq.<br>Walsh Pizzi O'Reilly Falanga LLP<br>Three Gateway Center<br>100 Mulberry Street Ste 15th Floor<br>Newark, NJ 07102 | Counsel to Chapter 11 Trustee, Edward A. Phillips | ☐ Hand-delivered<br>■ Regular Mail<br>☐ Certified Mail/ RR<br>■ Other – Electronic Mail (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Matthew Patrick Dolan, Esq./ David B. Grantz, Esq.<br>Meyner and Landis LLP<br>One Gateway Center, Suite 2500<br>Newark, NJ 07102 | Counsel to SB One Bank f/k/a Community Bank of Bergen County, N.J. and Provident Bank f/k/a The Provident Bank | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/ RR<br>■ Other – Electronic and Overnight Mail (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Brian E Caine, Esq.<br>Parker McCay PA<br>9000 Midlantic Drive, Suite 300<br>PO Box 5054<br>Mount Laurel, NJ 08054 | Counsel to U.S. Bank National Association, as Trustee for the RMAC Trust, Servies 2016-CTT | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/ RR<br>■ Other – Electronic and Overnight Mail (As authorized by the Court or by rule. Cite the rule if applicable.) |
| David S. Catuogno, Esq.<br>K&L Gates LLP<br>One Newark Center, 10th Floor<br>Newark, NJ 07102 | Counsel to Oritani Bank | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/ RR<br>■ Other – Electronic and Overnight Mail (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Daniel F. Corrigan, Esq. & Jay Samuels, Esq.<br>Windels, Marx, Lane & Mittendorf, LLP<br>120 Albany Street Plaza<br>New Brunswick, NJ 08901 | Counsel to First Commerce Bank | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/ RR<br>■ Other – Electronic and Overnight Mail (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Edward A. Phillips<br>Getzler Henrich & Associates, LLC<br>1515 Market Street, Suite 1200<br>Philadelphia, PA 19102 | Chapter 11 Trustee | ☐ Hand-delivered<br>■ Regular Mail<br>☐ Certified Mail/ RR<br>■ Other – Electronic Mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name And Address Of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| Andrew M. Lubin, Esq.<br>Milstead & Associates<br>1 East Stow Road<br>Marlton, NJ 08053 | Counsel to Wilmington Savings Fund Society, FSB, as Trustee of Stanwich Mortgage Loan Trust A | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/ RR<br>■ Other – Electronic and Overnight Mail (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Mitchell Hausman<br>United State Department of Justice<br>Office to the United States Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ 07102 | US Trustee | ☐ Hand-delivered<br>■ Regular Mail<br>☐ Certified Mail/ RR<br>■ Other – Electronic Mail<br>(As authorized by the Court or by rule. Cite the rule if applicable. |
| Aaron M. Bender, Esq.<br>Reed Smith LLP<br>Princeton Forrestal Village<br>136 Main Street - Suite 250<br>Princeton, NJ 08540-7839 | Counsel to Bank of America, N.A. | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/ RR<br>■ Other – Electronic and Overnight Mail (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Donald F. Campbell, Jr., Esq.<br>Giordano Halleran & Ciesla, P.C.<br>125 Half Mile Road, Suite 300<br>Red Bank, NJ 07701 | Counsel to All State New Jersey Property and Casualty Insurance Company | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/ RR<br>■ Other – Electronic and Overnight Mail (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Sharil A. Clarke, Esq.<br>Law Offices of Sharil A. Clarke, LLC<br>458 Elizabeth Avenue, Ste 5375<br>Somerset, NJ 08873 | Counsel to On Deck Capital, Inc. | ☐ Hand-delivered<br>■ Regular Mail<br>☐ Certified Mail/ RR<br>■ Other – Electronic Mail and Overnight Mail<br>(As authorized by the Court or by rule. Cite the rule if applicable. |
| Attn: BMW Financial Services NA, LLC<br>AIS Portfolio Services, LP<br>Account: XXXXXX2917<br>4515 N. Santa Fee Ave. Dept. APS<br>Oklahoma City, OK 73118 | Creditor | ☐ Hand-delivered<br>■ Regular Mail<br>☐ Certified Mail/ RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable. |
| Jerrold S. Kulback, Esq.<br>Archer & Greiner PC<br>One Centennial Square<br>33 Euclid Avenue<br>Haddonfield, NJ 08033 | Counsel to Fulton Bank of New Jersey | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/ RR<br>■ Other – Electronic and Overnight Mail (As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name And Address Of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| Kevin Gordon McDonald, Esq.<br>KML Law Group, P.C.<br>216 Haddon Ave., Ste. 406<br>Westmont, NJ 08108 | Counsel to PNC Bank, National Association | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/ RR<br>■ Other – Electronic and Overnight Mail (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Philip Seth Rosen, Esq.<br>Zeichner Ellman & Krause LLP<br>33 Wood Avenue South<br>Iselin, NJ 08830 | Counsel to Bank of America, N.A. | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/ RR<br>■ Other – Electronic and Overnight Mail (As authorized by the Court or by rule. Cite the rule if applicable.) |
| American Medical Collection Agency<br>200 Pemberwick Road<br>Greenwich, CT 06831 | Creditor | ☐ Hand-delivered<br>■ Regular Mail<br>☐ Certified Mail/ RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable. |
| Capital One/Neiman<br>Marcus/Bergdorf Goodm<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130 | Creditor | ☐ Hand-delivered<br>■ Regular Mail<br>☐ Certified Mail/ RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable. |
| Chase Card Services<br>Correspondence Dept<br>Po Box 15298<br>Wilmington, DE 19850 | Creditor | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/ RR<br>■ Other – Overnight Mail<br>(As authorized by the Court or by rule. Cite the rule if applicable. |
| CIT Finance, LLC<br>c/o Bankruptcy Processing Solutions, Inc.<br>P.O. Box 593007<br>San Antonio, TX 78259 | Creditor | ☐ Hand-delivered<br>■ Regular Mail<br>☐ Certified Mail/ RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable. |
| CIT Finance LLC<br>D/B/A Avaya Financial Services<br>1 Cit Drive<br>Livingston, NJ 07039 | Creditor | ☐ Hand-delivered<br>■ Regular Mail<br>☐ Certified Mail/ RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable. |

| Name And Address Of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| Allgenic Health and Wellness Inc<br>175 SW 7th, Suite 2210<br>Miami, FL 33130 | Creditor | ☐ Hand-delivered<br>■ Regular Mail<br>☐ Certified Mail/ RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable. |
| American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Creditor | ☐ Hand-delivered<br>■ Regular Mail<br>☐ Certified Mail/ RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable. |
| Capital One<br>1680 Capital One Drive<br>Mc Lean, VA 22102 | Creditor | ☐ Hand-delivered<br>■ Regular Mail<br>☐ Certified Mail/ RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable. |
| Wilmington Savings Fund Society<br>c/o Carrington Mortgage Services, LLC<br>1600 South Douglass Road<br>Anaheim, CA 92806 | Creditor | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/ RR<br>■ Other –Overnight Mail (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Chase Auto Finance<br>Attn: Bankruptcy<br>Po Box 901076<br>Fort Worth, TX 76101 | Creditor | ☐ Hand-delivered<br>■ Regular Mail<br>☐ Certified Mail/ RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable. |
| Cole Schotz P.C.<br>Attn: Ryan T. Jareck, Esq.<br>Court Plaza North<br>25 Main Street<br>Hackensack, NJ 07601 | Creditor | ☐ Hand-delivered<br>■ Regular Mail<br>☐ Certified Mail/ RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable. |
| Ferro Labella & Zucker LLC<br>27 Warren St, Suite 201<br>Hackensack, NJ 07601 | Creditor | ☐ Hand-delivered<br>■ Regular Mail<br>☐ Certified Mail/ RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable. |

| Name And Address Of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| George A Tsairis Architects PC<br>2052 Highway 35<br>Suite 101<br>Spring Lake, NJ 07762 | Creditor | ☐ Hand-delivered<br>■ Regular Mail<br>☐ Certified Mail/ RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable. |
| INTERNAL REVENUE SERVICE<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Taxing Authority | ☐ Hand-delivered<br>■ Regular Mail<br>☐ Certified Mail/ RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable. |
| Eamonn O'Hagan<br>Senior Bankruptcy Counsel<br>U.S. Attorney's Office<br>District of New Jersey<br>970 Broad Street<br>Newark, NJ 07102 | U.S. Attorney's Office | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/ RR<br>■ Other – Electronic and Overnight Mail (As authorized by the Court or by rule. Cite the rule if applicable.) |
| MRS BPO<br>Attn: Bankruptcy<br>1930 Olney Ave<br>Cherry Hill, NJ 08003 | Creditor | ☐ Hand-delivered<br>■ Regular Mail<br>☐ Certified Mail/ RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable. |
| Chevy Chase Fed Sav Ba<br>Capital One/Attn:Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130 | Creditor | ☐ Hand-delivered<br>■ Regular Mail<br>☐ Certified Mail/ RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable. |
| CIT Finance, LLC<br>c/o Bankruptcy Processing Solutions, Inc.<br>PO Box 593007<br>San Antonio, TX 78259 | Creditor | ☐ Hand-delivered<br>■ Regular Mail<br>☐ Certified Mail/ RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable. |
| Infinite Energy, Inc.<br>7001 SW 24th Ave.<br>Gainesville, FL 32607 | Creditor | ☐ Hand-delivered<br>■ Regular Mail<br>☐ Certified Mail/ RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable. |

| Name And Address Of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| Levitt and Cerciello<br>75 Main Street<br>Suite 201<br>Millburn, NJ 07041 | Creditor | ☐ Hand-delivered<br>■ Regular Mail<br>☐ Certified Mail/ RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable. |
| Romano, Garubo & Argentieri<br>52 Newton Ave.<br>Woodbury, NJ 08096 | Creditor | ☐ Hand-delivered<br>■ Regular Mail<br>☐ Certified Mail/ RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable. |
| Elizabeth K. Holdren, Esq.<br>Hill Wallack, LLP<br>21 Roszel Road<br>P.O. Box 5226<br>Princeton, NJ 08543 | Counsel to Wilmington Mortgage Services, LLC | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/ RR<br>■ Other – Electronic and Overnight Mail (As authorized by the Court or by rule. Cite the rule if applicable.) |
| U.S. Bank National Association, et al.<br>c/o Rushmore Loan Management Services<br>P.O. Box 52708<br>Irvine, CA 92619-2708 | Creditor | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/ RR<br>■ Other –Overnight Mail (As authorized by the Court or by rule. Cite the rule if applicable.) |
| First Commerce Bank<br>105 River Avenue<br>Lakewood, NJ 08701 | Creditor | ☐ Hand-delivered<br>■ Regular Mail<br>☐ Certified Mail/ RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable. |
| Carrington Mortgage Services<br>P.O. Box 3010<br>Anaheim, CA 92803 | Creditor | ☐ Hand-delivered<br>■ Regular Mail<br>☐ Certified Mail/ RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable. |
| Gene Y. Kang, Esq.<br>Rivkin Radler LLP<br>25 Main Street, Suite 501<br>Court Plaza North<br>Hackensack, NJ 0760 | Counsel to Geico | ☐ Hand-delivered<br>■ Regular Mail<br>☐ Certified Mail/ RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable. |

| Name And Address Of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| New Jersey Division of Taxation Compliance & Enforcement – Bankruptcy Unit 50 Barrack St., 9th Fl. PO Box 245 Trenton, NJ 08695-0267 | Taxing Authority | ☐ Hand-delivered ☐ Regular Mail ☐ Certified Mail/ RR ■ Other –Overnight Mail (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Valerie A. Hamilton Division of Law- Tax, Bankruptcy, Debt Recovery Section Deputy Attorney General State of New Jersey 25 Market St., P.O. Box 106 Trenton, NJ 08625 | Taxing Authority | ☐ Hand-delivered ■ Regular Mail ☐ Certified Mail/ RR ☐ Other (As authorized by the Court or by rule. Cite the rule if applicable. |
| State of New Jersey Department of Treasury Division of Taxation PO BOX 245 Trenton NJ 08695-0245 | Creditor | ☐ Hand-delivered ■ Regular Mail ☐ Certified Mail/ RR ☐ Other (As authorized by the Court or by rule. Cite the rule if applicable. |
| Bank of America, N.A. P.O. Box 982284 El Paso, TX 79998-2238 | Creditor | ☐ Hand-delivered ■ Regular Mail ☐ Certified Mail/ RR ☐ Other (As authorized by the Court or by rule. Cite the rule if applicable. |
| Christopher Toppo, Esq. The Toppo Law Firm, LLC 119 Midwood Road Paramus, New Jersey  07652 | Counsel to Nancy Sullivan and WellCare TCCM | ☐ Hand-delivered ■ Regular Mail ☐ Certified Mail/ RR ☐ Other (As authorized by the Court or by rule. Cite the rule if applicable. |
| Amex Correspondence/ Bankruptcy P.O. Box 981540 El Paso, TX 79998 | Creditor | ☐ Hand-delivered ■ Regular Mail ☐ Certified Mail/ RR ☐ Other (As authorized by the Court or by rule. Cite the rule if applicable. |

| Name And Address Of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| Oritani Bank<br>321 Main Street<br>Hackensack, NJ 07601 | Creditor | ☐ Hand-delivered<br>■ Regular Mail<br>☐ Certified Mail/ RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Rockland Electric Co.<br>390 West Route 59<br>Customer Support Operations<br>Spring Valley, NY 10977 | Creditor | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/ RR<br>■ Other –Overnight Mail (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Anthony Sodono, III, Esq. and Sari Placona, Esq.<br>McManimon Scotland & Baumann, LLC<br>75 Livingston Avenue, Suite 201<br>Roseland, NJ 07068 | Interested Party | ☐ Hand-delivered<br>■ Regular Mail<br>☐ Certified Mail/ RR<br>■ Other – Electronic Mail<br>(As authorized by the Court or by rule. Cite the rule if applicable. |
| David Stevens, Esq.<br>Scura, Wigfield, Heyer, Stevens & Cammarota, LLP<br>1599 Hamburg Turnpike, Suite A<br>Wayne, NJ 07470 | Interested Party | ☐ Hand-delivered<br>■ Regular Mail<br>☐ Certified Mail/ RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable. |
| Fulton Bank of NJ<br>533 Fellowship Rd., Suite 250<br>Mount Laurel, NJ 08054 | Creditor | ☐ Hand-delivered<br>■ Regular Mail<br>☐ Certified Mail/ RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable. |
| PNC Bank<br>Attn: Bankruptcy Department<br>P.O. Box 94982: Mailstop Br-Yb58-01-5<br>Cleveland, OH 44101 | Creditor | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/ RR<br>■ Other –Overnight Mail (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Rushmore Lms<br>Attn: Bankruptcy<br>P.O. Box 5504<br>Irvine, CA 92619 | Creditor | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/ RR<br>■ Other –Overnight Mail (As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name And Address Of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| John P. DiIorio, Esq.<br>Shapiro Croland Reiser Apgel &<br>DiIorio<br>Continental Plaza II, 6th Floor<br>411 Hackensack Avenue<br>Hackensack, NJ 07601 | Interested Party | ☐ Hand-delivered<br>■ Regular Mail<br>☐ Certified Mail/ RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable. |