| |
|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)** |
| Steven Mitnick, Esq.<br>Marc D. Miceli, Esq.<br>SM LAW PC<br>PO Box 530<br>49 Old Turnpike Road<br>Oldwick, New Jersey 08858<br>(908) 572-7275<br>*Counsel to William J. Focazio, Chapter 11 Debtor* |

| | |
|---|---|
| In re:<br><br>WILLIAM J. FOCAZIO<br><br>                    Debtor. | Case No. 19-10880 (VFP)<br><br>Chapter 11<br><br>Judge:  Hon. Vincent F. Papalia |

## SUPPLEMENTAL CERTIFICATION OF SERVICE

I, **MARC D. MICELI**, respectfully certify as follows:

1. I represent the Debtor in this matter.

2. On February 17, 2021, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   - Order Shortening Time along with Application Shortening Time (the "Order");
   - Motion of the Debtor Pursuant to 11 U.S.C. §§105(a), 349 and 1112(b), Fed. R. Bankr. P. 1017(a) and 9019, (I) Approving Settlement (II) Dismissing he Debtor's Chapter 11 Case and (III) Granting Related Relief (the "Motion");

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

By: */s/ Marc D. Miceli*
      MARC D. MICELI, ESQ.

Dated:  February 25, 2021

| Name And Address Of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| Wilmington Savings Fund Society<br>c/o Carrington Mortgage Services, LLC<br>1600 South Douglass Road<br>Anaheim, CA 92806 | Creditor | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/ RR<br>■ Other –Overnight Mail (As authorized by the Court or by rule. Cite the rule if applicable.) |
| U.S. Bank National Association, et al.<br>c/o Rushmore Loan Management Services<br>P.O. Box 52708<br>Irvine, CA 92619-2708 | Creditor | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/ RR<br>■ Other –Overnight Mail (As authorized by the Court or by rule. Cite the rule if applicable.) |
| First Commerce Bank<br>105 River Avenue<br>Lakewood, NJ 08701 | Creditor | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/ RR<br>■ Other –Overnight Mail (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Bank of America, N.A.<br>P.O. Box 982284<br>El Paso, TX 79998-2238 | Creditor | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/ RR<br>■ Other –Overnight Mail (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Fulton Bank of NJ<br>533 Fellowship Rd., Suite 250<br>Mount Laurel, NJ 08054 | Creditor | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/ RR<br>■ Other –Overnight Mail (As authorized by the Court or by rule. Cite the rule if applicable.) |
| PNC Bank<br>Attn: Bankruptcy Department<br>P.O. Box 94982: Mailstop Br-Yb58-01-5<br>Cleveland, OH 44101 | Creditor | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/ RR<br>■ Other –Overnight Mail (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Attn: BMW Financial Services NA, LLC<br>AIS Portfolio Services, LP<br>Account: XXXXXX2917<br>4515 N. Santa Fee Ave. Dept. APS<br>Oklahoma City, OK 73118 | Creditor | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/ RR<br>■ Other –Overnight Mail (As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name And Address Of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| Valerie A. Hamilton<br>Division of Law- Tax, Bankruptcy, Debt Recovery Section<br>Deputy Attorney General<br>State of New Jersey<br>25 Market St., P.O. Box 106<br>Trenton, NJ 08625 | Taxing Authority | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/ RR<br>■ Other –Overnight Mail (As authorized by the Court or by rule. Cite the rule if applicable.) |