Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                                  Case No.:  19−10880−VFP
                                                  Chapter:  11
                                                  Judge:  Vincent F. Papalia
                                                  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   William J Focazio
   101 Fox Hedge Road
   Saddle River, NJ 07458

Social Security No.:
   xxx−xx−2504

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 3/8/21.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: March 8, 2021
JAN: jf

                                                                                           Jeanne Naughton
                                                                                           Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                                    Case No. 19-10880-VFP
William J Focazio                                                                                                  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                                  User: admin                                    Page 1 of 5
Date Rcvd: Mar 08, 2021                      Form ID: 148                                  Total Noticed: 77

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

++++   Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 10, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | William J Focazio, 101 Fox Hedge Road, Saddle River, NJ 07458-2715 |
| aty | + | Roper & Thyne, LLC, Roper & Thyne, LLC, 77 Jefferson Place, Totowa, NJ 07512-2614 |
| cr | + | Allstate New Jersey Property and Casualty Insuranc, 125 Half Mile Road, Suite 300, Attn: Donald F. Campbell, Jr., Red Bank, NJ 07701 UNITED STATES 07701-6777 |
| cr | + | Fulton Bank of New Jersey, c/o Jerrold S. Kulback, Esq., Archer & Greiner, P.C., 1717 Arch Street, Suite 3500, Philadelphia, PA 19103-2739 |
| cr | + | GEICO Casualty Company, c/o Rivkin Radler LLP, 25 Main Street, Suite 501, Court Plaza North Hackensack, NJ 07601-7082 |
| cr | + | GEICO General Insurance Company, c/o Rivkin Radler LLP, 25 Main Street, Suite 501, Court Plaza North Hackensack, NJ 07601-7082 |
| cr | + | GEICO Government Employees Insurance Company, c/o Rivkin Radler LLP, 25 Main Street, Suite 501, Court Plaza North Hackensack, NJ 07601-7082 |
| cr | + | GEICO Indemnity Company, c/o Rivkin Radler LLP, 25 Main Street, Suite 501, Court Plaza North Hackensack, NJ 07601-7082 |
| auc | + | Integrated Property Group LLC, Integrated Property Group LLC, 1350 Sixth Avenue, 2nd Floor, New York, NY 10019-4703 |
| auc | + | Intergrated Property Group Advisors, LLC d/b/a Auc, 26 Park Street, Ste. 2200, Montclair, NJ 07042-3443 |
| cr | + | Oritani Bank, c/o K&L Gates, LLP, One Newark Center, 10th Floor, Newark, NJ 07102-5237 |
| cr | + | Provident Bank f/k/a The Provident Bank, 100 Wood Avenue, Iselin, NJ 08830-2716 |
| cr | + | SB One Bank f/k/a Community Bank of Bergen County,, 100 Enterprise Drive, Suite 700, Rockaway, NJ 07866-2176 |
| 517969673 | | ARCHER ATTORNEY AT LAW, One Centennial Square, 33 East Euclid Avenue, Haddonfield, NJ 08033 |
| 518332188 | + | Allstate New Jersey Property and Casualty Insuranc, c/o Giordano, Halleran & Ciesla, P.C., 125 Half Mile Rd., Ste 300, Red Bank, NJ 07701-6777 |
| 517969672 | + | Archer and Greiner, c/o Jerrold Kulback, 33 East Euclid Avenue, Haddonfield, NJ 08033-2374 |
| 518134710 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 518446277 | + | Bank of America, N.A., 33 Wood Avenue South, Suite 110, Iselin, New Jersey 08830-2719 |
| 518140054 | + | Bank of New Jersey, 1365 Palisades Ave., Fort Lee, NJ 07024-5242 |
| 517969684 | + | CIT Finance LLC, D/B/A Avaya Financial Services, 1 Cit Drive, Livingston, NJ 07039-5703 |
| 518168603 | + | CIT Finance, LLC, c/o Bankruptcy Processing Solutions, Inc, PO Box 593007, San Antonio, TX 78259-0200 |
| 517969680 | + | Carrington Mortgage, LLC, PO Box 5001, Newark, NJ 07105-0001 |
| 517969683 | + | Chevy Chase Fed Sav Ba, Capital One/Attn:Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518072329 | + | Cole Schotz P.C., Attn: Ryan T. Jareck, Esq., Court Plaza North, 25 Main Street, Hackensack, NJ 07601-7083 |
| 518076760 | + | DVCO LLC, 999 Clifton Ave., Clifton, NJ 07013-2711 |
| 518076782 | + | Endo Surgical Center of, North Jersey, PC, 999 Clifton Ave., Clifton, NJ 07013-2711 |
| 518076783 | | Endo Surgical Center of, North Jersey, 62-64 Fenner Ave., Fort Lee, NJ 07024 |
| 517969686 | + | Ferro Labella & Zucker LLC, 27 Warren St, Suite 201, Hackensack, NJ 07601-5476 |
| 517969687 | + | First Commerce Bank, 105 River Ave, Lakewood, NJ 08701-4267 |
| 518009942 | + | Fulton Bank of New Jersey, c/o Jerrold S. Kulback, 1717 Arch Street, Suite 3500, Philadelphia, PA 19103-2739 |
| 517969689 | | George A Tsairis Architects PC, 2052 Highway 35, Suite 101, Spring Lake, NJ 07762 |
| 519083486 | + | Government Employees Insurance Company, Rivkin Radler LLP, Attn.: Matthew V. Spero, Esq., 926 RXR Plaza, Uniondale, NY 11556-3823 |
| 518139957 | + | Jerrold S. Kulback, Esq., Archer & Grein, 1717 Arch St., Suite 3500, Philadelphia, PA 19103-2739 |
| 517969690 | ++++ | LECLAIRRYAN, ONE RIVERFRONT PLAZA, ATTN. WILLIAM L. WALDMAN, 1 RIVERFRONT PLZ STE 16, NEWARK NJ 07102-5436 address filed with court:, LeClairRyan, One Riverfront Plaza, 1037 Raymoun Boulevard, 16th Floor, Attn. William L. |

Case 19-10880-VFP    Doc 267    Filed 03/10/21    Entered 03/11/21 00:18:30    Desc
Imaged Certificate of Notice    Page 3 of 6

| District/off: 0312-2 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Mar 08, 2021 | Form ID: 148 | Total Noticed: 77 |

| | | |
|---|---|---|
| | | Waldman, Newark, NJ 07102 |
| 517969691 | + | Levitt and Cerciello, 75 Main Street, Suite 201, Millburn, NJ 07041-1322 |
| 517969693 | + | MRS BPO, Attn: Bankruptcy, 1930 Olney Ave, Cherry Hill, NJ 08003-2016 |
| 517969692 | + | Meyer and Landis LLP, 1 Gateway Ctr STE 2500, Newark, NJ 07102-5396 |
| 518139958 | + | Milstead & Associates, LLC, Salvatore L, 1 East Stow Rd., Marlton, NJ 08053-3118 |
| 517969695 | #+ | Oritani Bank, 321 Main St, Hackensack, NJ 07601-5770 |
| 518231110 | + | Oritani Bank, c/o David S. Catuogno, Esq., K&L Gates LLP, One Newark Center, 10th Floor, Newark, NJ 07102-5237 |
| 518140047 | | Parker McCay P.A., 9000 Midlantic Dr., Suite 300, Lyons, CO 80540 |
| 517969698 | + | Romano, Garubo & Argentieri, 52 Newton Ave., Woodbury, NJ 08096-4610 |
| 517969699 | + | Rushmore Lms, Attn: Bankruptcy, Po Box 55004, Irvine, CA 92619-5004 |
| 517969694 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, New Jersey Division of Taxation, Compliance & Enforcement - Bankruptcy, 50 Barrack St., 9th Fl., PO Box 245, Trenton, NJ 08695 |
| 518140048 | + | Seidman & Pincus, LLC, 777 Terrace Ave., Suite 508, Hasbrouck Heights, NJ 07604-3114 |
| 517969701 | + | The Provident Bank, Attn: Matthew P. Dolan, Esq., One Gateway Center, Suite 2500, Newark, NJ 07102-5323 |
| 518014516 | | U.S. Bank National Association, et al, c/o Rushmore Loan Management Services, P.O. Box 52708, Irvine, CA 92619-2708 |
| 518139934 | + | Windels Marx Lane, et al, Attn: Jay Samuels, Esq., 120 Albany Street Plaza, New Brunswick, NJ 08901-2163 |
| 518139933 | + | Windels, Marx Lane, et al, Attn: Daniel F. Corrigan, Esq., 6th Floor, 120 Albany Street Plaza, New Brunswick, NJ 08901-2126 |
| 517969676 | + | c/o Daniel F. Corrigan, Esq, Windels Marx Lane & Mittendorf, LLP, 120 Albany Street Plaza, New Brunswick, NJ 08901-2163 |
| 517969677 | + | c/o Jay Samuels, Esq., Windels Marx Lane & Mittendorf, LLP, 120 Albany Street Plaza, New Brunswick, NJ 08901-2163 |

TOTAL: 51

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 08 2021 21:41:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 08 2021 21:41:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: AISACG.COM | Mar 09 2021 01:43:00 | BMW FINANCIAL SERVICES NA, LLC, AIS Portfolio Services, LP, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| acc | + | Email/Text: delmarie.velazquez@eisneramper.com | Mar 08 2021 21:42:00 | EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 |
| cr | | EDI: IRS.COM | Mar 09 2021 01:43:00 | United States of America (Internal Revenue Service, U.S. Attorney's Office, 970 Broad Street, Suite 700, Newark, NJ 07102-2535 |
| 517969670 | + | EDI: RMCB.COM | Mar 09 2021 01:43:00 | AMCA/American Medical Collection Agency, Attention: Bankruptcy, 4 Westchester Plaza, Suite 110, Elmsford, NY 10523-1615 |
| 518038444 | | EDI: BECKLEE.COM | Mar 09 2021 01:43:00 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517969671 | + | EDI: AMEREXPR.COM | Mar 09 2021 01:43:00 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 517969675 | | EDI: BMW.COM | Mar 09 2021 01:43:00 | BMW Financial Services, Attn: Bankruptcy Department, Po Box 3608, Dublin, OH 43016 |
| 518982172 | + | EDI: AISACG.COM | Mar 09 2021 01:43:00 | BMW Financial Services NA, LLC, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 517969674 | + | EDI: BANKAMER.COM | Mar 09 2021 01:43:00 | Bank Of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 518140061 | + | EDI: BL-BECKET.COM | Mar 09 2021 01:43:00 | Becket and Lee, LLP, PO Box 3001, Malvern, PA 19355-0701 |
| 517969678 | + | EDI: CAPITALONE.COM | Mar 09 2021 01:43:00 | Capital One, 1680 Capital One Drive, Mc Lean, VA 22102-3407 |
| 517969679 | + | EDI: CAPITALONE.COM | | |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Mar 09 2021 01:43:00 | Capital One/Neiman Marcus/Bergdorf Goodm, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518139925 | + | Email/Text: BKBCNMAIL@carringtonms.com | Mar 08 2021 21:39:00 | Carrington Mortgage Services, PO Box 3010, Anaheim, CA 92803-3010 |
| 517969681 | + | EDI: CHASEAUTO | Mar 09 2021 01:43:00 | Chase Auto Finance, Attn: Bankruptcy, Po Box 901076, Fort Worth, TX 76101-2076 |
| 517969688 | + | Email/Text: bankruptcy@fult.com | Mar 08 2021 21:42:00 | Fulton Bank of NJ, 533 Fellowship Rd. - Ste. 250, Mount Laurel, NJ 08054-3411 |
| 518026980 | + | Email/Text: legaldept@infiniteenergy.com | Mar 08 2021 21:41:00 | Infinite Energy, Inc., 7001 SW 24th Ave., Gainesville, FL 32607-3704 |
| 517969682 | | EDI: JPMORGANCHASE | Mar 09 2021 01:43:00 | Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 518156623 | + | Email/Text: bk-notification@sps-law.com | Mar 08 2021 21:39:00 | On Deck Capital, Inc., c/o Schachter Portnoy L.L.C., 3490 US Route 1, Princeton, NJ 08540-5920 |
| 518242125 | + | Email/Text: ccd@oru.com | Mar 08 2021 21:41:00 | Orange & Rockland Utilities-CSO, 390 W Route 59, Spring Valley, NY 10977-5345 |
| 517969697 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 08 2021 21:40:00 | PNC Bank, Attn: Bankruptcy Department, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 518119928 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 08 2021 21:40:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 517969696 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 08 2021 21:40:00 | Pnc Bank, Atn: Bankruptcy Department, Po Box 94982: Ms: Br-Yb58-01-5, Cleveland, OH 44101 |
| 518140058 | + | Email/Text: ccd@oru.com | Mar 08 2021 21:41:00 | Rockland Electric Co., 390 West Route 59, Customer Support Operations, Spring Valley, NJ 10977-5320 |
| 518196043 | + | Email/Text: BKBCNMAIL@carringtonms.com | Mar 08 2021 21:39:00 | Wilmington Savings Fund Society, FSB, c/o Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |

TOTAL: 26

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | On Deck Capital, Inc., Schachter Portnoy, L.L.C., 3490 US Route 1, Princeton |
| 518076759 | | Arthur St. Realty, LLC |
| 517969685 | | Comm Bk Bergen Cty N J |
| 518076802 | | Fox Hedge Manor, LLC |
| 518076803 | | Metropolitan Anesthesia, LLC |
| 518076804 | | Riverwood Surgical Center, LLC |
| 517969700 | | Sb One Bank |
| 518076805 | | William J Focazio |
| smg | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Dist Dir of IRS, Insolvency Function, PO Box 724, Springfield, NJ 07081-0724 |
| cr | *+ | First Commerce Bank, 105 River Avenue, Lakewood, NJ 08701-4267 |
| 518038446 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518038448 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518023363 | *+ | INTERNAL REVENUE SERVICE, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518177665 | *P++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245, address filed with court:, State of New Jersey, Department of Treasury, Division of Taxation, PO BOX 245, Trenton NJ 08695-0245 |
| 517969669 | ##+ | Allgenic Health and Wellness Inc, Suite 2210, 175 SW 7th, Miami, FL 33130-2963 |

TOTAL: 8 Undeliverable, 6 Duplicate, 1 Out of date forwarding address

Case 19-10880-VFP    Doc 267    Filed 03/10/21    Entered 03/11/21 00:18:30    Desc
Imaged Certificate of Notice    Page 5 of 6

| District/off: 0312-2 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Mar 08, 2021 | Form ID: 148 | Total Noticed: 77 |

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2021                    Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 8, 2021 at the address(es) listed below:**

**Name**     **Email Address**

Aaron M. Bender
> on behalf of Creditor BANK OF AMERICA  N.A. abender@reedsmith.com, ltiggett@reedsmith.com

Andrew M. Lubin
> on behalf of Creditor Wilmington Savings Fund Society  FSB, as Trustee of Stanwich Mortgage Loan Trust A bkecf@milsteadlaw.com, alubin@milsteadlaw.com

Brian E Caine
> on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as Trustee for the RMAC Trust, Series 2016-CTT bcaine@parkermccay.com, BKcourtnotices@parkermccay.com

Daniel F. Corrigan
> on behalf of Creditor First Commerce Bank dcorrigan@windelsmarx.com  mslama@windelsmarx.com

David B. Grantz
> on behalf of Creditor Provident Bank f/k/a The Provident Bank dgrantz@meyner.com  ckelly@meyner.com

David S. Catuogno
> on behalf of Creditor Oritani Bank david.catuogno@klgates.com

Donald F. Campbell, Jr.
> on behalf of Plaintiff Allstate Indemnity Company dcampbell@ghclaw.com  4433@notices.nextchapterbk.com

Donald F. Campbell, Jr.
> on behalf of Creditor Allstate New Jersey Property and Casualty Insurance Company dcampbell@ghclaw.com  4433@notices.nextchapterbk.com

Donald F. Campbell, Jr.
> on behalf of Plaintiff Allstate New Jersey Insurance Company dcampbell@ghclaw.com  4433@notices.nextchapterbk.com

Donald F. Campbell, Jr.
> on behalf of Plaintiff Encompass Insurance dcampbell@ghclaw.com  4433@notices.nextchapterbk.com

Donald F. Campbell, Jr.
> on behalf of Plaintiff Allstate Property and Casualty Insurance Company dcampbell@ghclaw.com  4433@notices.nextchapterbk.com

Donald F. Campbell, Jr.
> on behalf of Plaintiff Allstate Insurance Company dcampbell@ghclaw.com  4433@notices.nextchapterbk.com

Donald F. Campbell, Jr.
> on behalf of Plaintiff AllState Fire and Casualty Insurance Company dcampbell@ghclaw.com  4433@notices.nextchapterbk.com

Donald F. Campbell, Jr.
> on behalf of Plaintiff Encompass Property and Casualty Company of New Jersey dcampbell@ghclaw.com  4433@notices.nextchapterbk.com

Donald F. Campbell, Jr.
> on behalf of Plaintiff Allstate New Jersey Property and Casualty Insurance Company dcampbell@ghclaw.com  4433@notices.nextchapterbk.com

Donald F. Campbell, Jr.
> on behalf of Plaintiff Encompass insurance company of New Jersey dcampbell@ghclaw.com  4433@notices.nextchapterbk.com

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 5 of 5 |
| Date Rcvd: Mar 08, 2021 | Form ID: 148 | Total Noticed: 77 |

Donald F. Campbell, Jr.
    on behalf of Plaintiff Encompass Indemnity Company dcampbell@ghclaw.com 4433@notices.nextchapterbk.com

Eamonn O'Hagan
    on behalf of Creditor United States of America (Internal Revenue Service) eamonn.ohagan@usdoj.gov

Edward A. Phillips
    ephillips@getzlerhenrich.com

Elizabeth K. Holdren
    on behalf of Creditor Wilmington Savings Fund Society FSB as Trustee for Stanwich Mortgage Loan Trust A, through Carrington Mortgage Services, LLC, servicer and attorney-in-fact eholdren@hillwallack.com, jhanley@hillwallack.com;hwbknj@hillwallack.com

Gene Y. Kang
    on behalf of Creditor GEICO Indemnity Company gene.kang@rivkin.com jennifer.davila@rivkin.com;stuart.gorton@rivkin.com;matthew.spero@rivkin.com

Gene Y. Kang
    on behalf of Creditor GEICO Government Employees Insurance Company gene.kang@rivkin.com jennifer.davila@rivkin.com;stuart.gorton@rivkin.com;matthew.spero@rivkin.com

Gene Y. Kang
    on behalf of Creditor GEICO Casualty Company gene.kang@rivkin.com jennifer.davila@rivkin.com;stuart.gorton@rivkin.com;matthew.spero@rivkin.com

Gene Y. Kang
    on behalf of Creditor GEICO General Insurance Company gene.kang@rivkin.com jennifer.davila@rivkin.com;stuart.gorton@rivkin.com;matthew.spero@rivkin.com

Jerrold S. Kulback
    on behalf of Creditor Fulton Bank of New Jersey jkulback@archerlaw.com chansen@archerlaw.com

Kevin Gordon McDonald
    on behalf of Creditor PNC BANK NATIONAL ASSOCIATION kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

Kurt Ryan Kowalski
    on behalf of Creditor On Deck Capital Inc. krk@splawoffice.com

Marc D. Miceli
    on behalf of Debtor William J Focazio mmiceli@sm-lawpc.com lindsay@sm-lawpc.com

Matthew Patrick Dolan
    on behalf of Creditor Provident Bank f/k/a The Provident Bank mdolan@meyner.com

Matthew Patrick Dolan
    on behalf of Creditor SB One Bank f/k/a Community Bank of Bergen County N.J. mdolan@meyner.com

Mitchell Hausman
    on behalf of U.S. Trustee U.S. Trustee Mitchell.B.Hausman@usdoj.gov

Philip Seth Rosen
    on behalf of Creditor BANK OF AMERICA N.A. prosen@zeklaw.com, 3723198420@filings.docketbird.com

Sari Blair Placona
    on behalf of Unknown Role Type William J. Focazio MD PA and Endo Surgical Center of North Jersey PC splacona@msbnj.com

Steven J. Mitnick
    on behalf of Debtor William J Focazio smitnick@sm-lawpc.com lindsay@sm-lawpc.com

Sydney J. Darling
    on behalf of Trustee Edward A. Phillips sdarling@walsh.law mvargas@walsh.law

Sydney J. Darling
    on behalf of U.S. Trustee U.S. Trustee sdarling@walsh.law mvargas@walsh.law

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 37