Form order − ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

      Case No.: 19−10880−VFP
      Chapter: 11
      Judge: Vincent F. Papalia
      Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   William J Focazio
   101 Fox Hedge Road
   Saddle River, NJ 07458

Social Security No.:
   xxx−xx−2504

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

     Please be advised that on March 24, 2021, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 270 − 269
Order Reopening Chapter 11 case and Vacating Final Decree (related document:269 Final Decree; The following parties were served: Trustee and US Trustee. (smz)). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 3/24/2021. (jf)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: March 24, 2021
JAN: jf

                           Jeanne Naughton
                           Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 19-10880-VFP

William J Focazio  Chapter 11

    Debtor

## CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Mar 24, 2021 | Form ID: orderntc | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 26, 2021:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 24 2021 21:37:00 | United States of America (Internal Revenue Service, U.S. Attorney's Office, 970 Broad Street, Suite 700, Newark, NJ 07102-2535 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 26, 2021      Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 24, 2021 at the address(es) listed below:

**Name**      **Email Address**

Aaron M. Bender
     on behalf of Creditor BANK OF AMERICA  N.A. abender@reedsmith.com, ltiggett@reedsmith.com

Andrew M. Lubin
     on behalf of Creditor Wilmington Savings Fund Society  FSB, as Trustee of Stanwich Mortgage Loan Trust A bkecf@milsteadlaw.com, alubin@milsteadlaw.com

Brian E Caine
     on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as Trustee for the RMAC Trust, Series 2016-CTT bcaine@parkermccay.com, BKcourtnotices@parkermccay.com

Daniel F. Corrigan
     on behalf of Creditor First Commerce Bank dcorrigan@windelsmarx.com  mslama@windelsmarx.com

David B. Grantz
     on behalf of Creditor Provident Bank f/k/a The Provident Bank dgrantz@meyner.com  ckelly@meyner.com

David S. Catuogno
     on behalf of Creditor Oritani Bank david.catuogno@klgates.com

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 3 |
| Date Rcvd: Mar 24, 2021 | Form ID: orderntc | Total Noticed: 1 |

Donald F. Campbell, Jr.
    on behalf of Plaintiff Allstate Indemnity Company dcampbell@ghclaw.com  4433@notices.nextchapterbk.com

Donald F. Campbell, Jr.
    on behalf of Creditor Allstate New Jersey Property and Casualty Insurance Company dcampbell@ghclaw.com
    4433@notices.nextchapterbk.com

Donald F. Campbell, Jr.
    on behalf of Plaintiff Allstate New Jersey Insurance Company dcampbell@ghclaw.com  4433@notices.nextchapterbk.com

Donald F. Campbell, Jr.
    on behalf of Plaintiff Encompass Insurance dcampbell@ghclaw.com  4433@notices.nextchapterbk.com

Donald F. Campbell, Jr.
    on behalf of Plaintiff Allstate Property and Casualty Insurance Company dcampbell@ghclaw.com
    4433@notices.nextchapterbk.com

Donald F. Campbell, Jr.
    on behalf of Plaintiff Allstate Insurance Company dcampbell@ghclaw.com  4433@notices.nextchapterbk.com

Donald F. Campbell, Jr.
    on behalf of Plaintiff AllState Fire and Casualty Insurance Company dcampbell@ghclaw.com  4433@notices.nextchapterbk.com

Donald F. Campbell, Jr.
    on behalf of Plaintiff Encompass Property and Casualty Company of New Jersey dcampbell@ghclaw.com
    4433@notices.nextchapterbk.com

Donald F. Campbell, Jr.
    on behalf of Plaintiff Allstate New Jersey Property and Casualty Insurance Company dcampbell@ghclaw.com
    4433@notices.nextchapterbk.com

Donald F. Campbell, Jr.
    on behalf of Plaintiff Encompass insurance company of New Jersey dcampbell@ghclaw.com  4433@notices.nextchapterbk.com

Donald F. Campbell, Jr.
    on behalf of Plaintiff Encompass Indemnity Company dcampbell@ghclaw.com  4433@notices.nextchapterbk.com

Eamonn O'Hagan
    on behalf of Creditor United States of America (Internal Revenue Service) eamonn.ohagan@usdoj.gov

Edward A. Phillips
    ephillips@getzlerhenrich.com

Elizabeth K. Holdren
    on behalf of Creditor Wilmington Savings Fund Society  FSB as Trustee for Stanwich Mortgage Loan Trust A, through
    Carrington Mortgage Services, LLC, servicer and attorney-in-fact eholdren@hillwallack.com,
    jhanley@hillwallack.com;hwbknj@hillwallack.com

Gene Y. Kang
    on behalf of Creditor GEICO Indemnity Company gene.kang@rivkin.com
    jennifer.davila@rivkin.com;stuart.gorton@rivkin.com;matthew.spero@rivkin.com

Gene Y. Kang
    on behalf of Creditor GEICO Government Employees Insurance Company gene.kang@rivkin.com
    jennifer.davila@rivkin.com;stuart.gorton@rivkin.com;matthew.spero@rivkin.com

Gene Y. Kang
    on behalf of Creditor GEICO Casualty Company gene.kang@rivkin.com
    jennifer.davila@rivkin.com;stuart.gorton@rivkin.com;matthew.spero@rivkin.com

Gene Y. Kang
    on behalf of Creditor GEICO General Insurance Company gene.kang@rivkin.com
    jennifer.davila@rivkin.com;stuart.gorton@rivkin.com;matthew.spero@rivkin.com

Jerrold S. Kulback
    on behalf of Creditor Fulton Bank of New Jersey jkulback@archerlaw.com  chansen@archerlaw.com

Kevin Gordon McDonald
    on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

Kurt Ryan Kowalski
    on behalf of Creditor On Deck Capital  Inc. krk@splawoffice.com

Marc D. Miceli
    on behalf of Debtor William J Focazio mmiceli@sm-lawpc.com  lindsay@sm-lawpc.com

Matthew Patrick Dolan
    on behalf of Creditor SB One Bank f/k/a Community Bank of Bergen County  N.J. mdolan@meyner.com

Matthew Patrick Dolan
    on behalf of Creditor Provident Bank f/k/a The Provident Bank mdolan@meyner.com

Mitchell Hausman

| | |
|---|---|
| | on behalf of U.S. Trustee U.S. Trustee Mitchell.B.Hausman@usdoj.gov |
| Philip Seth Rosen | |
| | on behalf of Creditor BANK OF AMERICA  N.A. prosen@zeklaw.com, 3723198420@filings.docketbird.com |
| Sari Blair Placona | |
| | on behalf of Unknown Role Type William J. Focazio  MD PA and Endo Surgical Center of North Jersey PC splacona@msbnj.com |
| Steven J. Mitnick | |
| | on behalf of Debtor William J Focazio smitnick@sm-lawpc.com  lindsay@sm-lawpc.com |
| Sydney J. Darling | |
| | on behalf of U.S. Trustee U.S. Trustee sdarling@walsh.law  mvargas@walsh.law |
| Sydney J. Darling | |
| | on behalf of Trustee Edward A. Phillips sdarling@walsh.law  mvargas@walsh.law |
| U.S. Trustee | |
| | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 37