B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

District of New Jersey

In re William J Focazio                         ,                    Case No. 19-10880-VFP

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**U.S. Bank Trust National Association as Trustee of American Homeowner Preservation Trust Series AHP Servicing**

Name of Transferee

Name and Address where notices to transferee should be sent:
**c/o AHP Servicing LLC
440 S. LaSalle St., Suite 1110
Chicago, IL 60605**

Phone: 866-247-8326
Last Four Digits of Acct #: 1354

Name and Address where transferee payments should be sent (if different from above):
**c/o AHP Servicing LLC
440 S. LaSalle St., Suite 1110
Chicago, IL 60605**

Phone: 866-247-8326
Last Four Digits of Acct #: 1354

**Wilmington Savings Fund Society, FSB, as trustee of Stanwich Mortgage Loan Trust A**

Name of Transferor

Court Claim # (if known): 17-1
Amount of Claim: $697,465.30
Date Claim Filed: 04/22/2019

Phone: 800-561-4567
Last Four Digits of Acct. #: 8043

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:/s/ Patrick O. Lacsina, Esq.                    Date: 07/07/2021
        Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 7, 2021 I electronically filed the foregoing with

the Clerk of Court using the CM/ECF system, and a true and correct copy has been

served via United States Mail to the following:

**William J. Focazio**
**101 Fox Hedge Road**
**Saddle River, NJ 07458**

And via electronic mail to:

**Marc D. Miceli**
**SM Law PC**
**P.O. Box 530**
**49 Old Turnpike Road**
**Oldwick, NJ 08858**

**Edward A. Phillips**
**Getzler Henrich & Associates LLC**
**1515 Market Street**
**Suite 1200**
**Philadelphia, PA 19102**

**U.S. Trustee**
**US Dept of Justice**
**Office of the US Trustee**
**One Newark Center Ste 2100**
**Newark, NJ 07102**

**Patrick O. Lacsina Law Offices, LLC**
215 N. 5th Street, Suite 2
Harrison, NJ 07029
Tel. 973-485-3584
Fax. 973-741-2395

DATED: July 7, 2021

By: /S/Patrick O. Lacsina
        Patrick O. Lacsina, Esq.
        Bar ID: PL-8985
        PATRICK.LACSINA@GMAIL.COM