**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-1

Stephen V. Falanga, Esq.
**WALSH PIZZI O'REILLY FALANGA LLP**
One Riverfront Plaza
1037 Raymond Blvd., Ste. 600
Newark, New Jersey 07102
T: 973.757.1100 | F: 973.757.1090
sfalanga@walsh.law
*Counsel to Edward A. Phillips, Chapter 11*
*Trustee of the Estate of William J. Focazio*

| | |
|---|---|
| In re:<br><br>WILLIAM J. FOCAZIO,<br><br>                                  Debtor. | Bankr. Case No.: 19-10880-VFP<br><br>Honorable Vincent F. Papalia, U.S.B.J.<br><br>Chapter 11 |

## NOTICE OF APPEARANCE
## AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the undersigned counsel hereby enters his appearance pursuant to Bankruptcy Rule 9010(b) on behalf of Edward A. Phillips, chapter 11 trustee of the bankruptcy estate of William J. Focazio, and requests, pursuant to Bankruptcy Rules 2002 and 9007 and Section 342 of the Bankruptcy Code, that copies of all notices and pleadings given or filed in this case be given and served upon:

> WALSH PIZZI O'REILLY FALANGA LLP
> Three Gateway Center
> 100 Mulberry Street, 15th Floor
> Newark, NJ 07102
> Attn:   Stephen V. Falanga, Esq.
> Tel:     (973) 757-1100
> Fax:     (973) 757-1090
> Email: sfalanga@walsh.law

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the

notices and papers referred to in the Rules and Sections specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand or courier delivery, telephone, telecopy, telegraph, telex, or otherwise filed with regard to the referenced case and proceedings therein.

**WALSH PIZZI O'REILLY FALANGA LLP**

*/s/ Stephen V. Falanga*
Stephen V. Falanga
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
sfalanga@walsh.law

Dated: July 21, 2021