UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br>William J. Focazio | Case No. 19-10880 (VFP) |
| Allstate New Jersey Insurance Company, et al., v. Focazio | Adv. Pro. No. 20-01004 (VFP) |
| William Focazio, MD, P.A. and Endo Surgical Center of North Jersey, P.C. (Jointly Administered) | Case No. 18-10752 (VFP) |

**NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY**

William J. Focazio (the "Debtor"), Chapter 11 Debtor proposes a compromise, or to settle a claim and action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below by September 17, 2021.

| | |
|---|---|
| Address of the Clerk: | United States Bankruptcy Court<br>50 Walnut Street<br>Newark, New Jersey 07102 |

If an objection is filed, a hearing will be held before the Honorable Vincent F. Papalia, U.S.B.J., on September 21, 2021, at 11:00 a.m. Parties wishing to participate in the Hearing must contact CourtSolutions via website or call 917-746-7476 to schedule an appearance no less than twenty-four hours before the hearing.

**Nature of action:** Allstate New Jersey Insurance Company, et al. (collectively, "Allstate") filed an adversary complaint against the Debtor to object to discharge (the "Complaint"). On February 25, 2021, Allstate entered into a settlement agreement with the Debtor, William Focazio MD, PA ("Focazio MD PA"), Endo Surgical Center of North Jersey, P.C. ("Endo Surgical"), and RJ Capital Med, LLC ("RJ Capital"). On March 4, 2021, the court approved the settlement. Unfortunately, RJ Capital failed to abide by the settlement. After many months, the Debtor and related parties obtained a new funding source. On August 31, 2021, the Debtor, Focazio MD PA, Endo Surgical, and Endo ASC Partners, LLC ("Endo ASC"), entered into an amended settlement and mutual release agreement (the "Amended Agreement"). The Debtor, Focazio MD PA, Endo Surgical and Endo ASC are referred to as the Focazio Parties.

**Pertinent terms of settlement:** After various negotiations by and among the Debtor, Allstate, Focazio MD PA, Endo Surgical, and Endo ASC, the parties wish to resolve any and all claims in the Complaint. The terms of the Amended Agreement are as follows:

- Allstate will forebear from exercising its rights against the Debtors provided the Focazio Parties fully comply with all of the terms set forth below and any terms contained in the Settlement Agreement that have not been modified by this agreement. This agreement to forbear shall not impede Allstate's rights to seek payment of the Settlement Amount plus interest and legal fees against RJ Capital. The Debtors shall fully cooperate with Allstate in its collection efforts against RJ Capital for the amounts due and owing to Allstate by RJ Capital in the Settlement Agreement.

- The Focazio Parties agree to pay Allstate $625,000 (the "*Settlement Amount*") in the following installments: (a) $250,000 within seven (7) days of entry of the court's order approving the amended

- plan; (b) $125,000 within ninety (90) days from the date of the order approving the amended plan (funds to be held in escrow by Debtors' counsel and to be release directly to Allstate); (c) $125,000 within one hundred and eighty (180) days of the date of the order approving the amended plan; and (d) $125,000 within two hundred and seventy (270) days from the date of the order approving the amended plan. The Focazio Parties shall have a seven (7) day grace period to pay each installment of the Settlement Amount before Allstate may declare default. All payments shall be made by check payable to Allstate New Jersey Insurance Company and delivered to Giordano, Halleran & Ciesla, P.C., 125 Half Mile Rd., Suite 300, Red Bank, NJ 07701, Attn: Donald F. Campbell, Jr.
- The Focazio Parties agree that the Debtors and/or any other entity that Focazio owns now or in the future, will not make any claims against Allstate or any of its insured claimants that would otherwise be covered by Allstate PIP policies during the three (3) year period from the date of entry of order approving the Debtors' amended plan (the "*Moratorium Period*"). The Focazio Parties further agree that they and/or any other person or entity that may hereafter acquire, lease or otherwise operate an ambulatory surgery center or renders anesthesia services therein (collectively, the "*ASC Services*") at 999 Clifton Avenue, Clifton NJ (the "*Clifton Property*") will not make any claims against Allstate or any of its insured claimants that would otherwise be covered by Allstate PIP policies for ASC Services rendered at the Clifton Property during the Moratorium Period. If the Focazio Parties have not breached this Agreement, upon completion of the Moratorium Period and receipt of the Settlement Amount, Allstate shall vacate the Judgment and release any and all claims against the Focazio Parties.

Objections must be served on, and requests for additional information directed to:

| | |
|---|---|
| Name: | Anthony Sodono, III, Esq., McManimon, Scotland & Baumann, LLC |
| Address: | 75 Livingston Avenue, Second Floor, Roseland, NJ 07068 |
| Telephone No.: | (973) 622-1800 |

*rev. 8/1/15*

4840-0145-8170, v. 1

United States Bankruptcy Court

District of New Jersey

In re: Case No. 19-10880-VFP
William J Focazio Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2 User: admin Page 1 of 5
Date Rcvd: Sep 10, 2021 Form ID: pdf905 Total Noticed: 79

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

++++     Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\#\#     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 12, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | William J Focazio, 101 Fox Hedge Road, Saddle River, NJ 07458-2715 |
| aty | + | Roper & Thyne, LLC, Roper & Thyne, LLC, 77 Jefferson Place, Totowa, NJ 07512-2614 |
| cr | + | Allstate New Jersey Property and Casualty Insuranc, 125 Half Mile Road, Suite 300, Attn: Donald F. Campbell, Jr., Red Bank, NJ 07701 UNITED STATES 07701-6777 |
| cr | + | Fulton Bank of New Jersey, c/o Jerrold S. Kulback, Esq., Archer & Greiner, P.C., 1717 Arch Street, Suite 3500, Philadelphia, PA 19103-2739 |
| cr | + | GEICO Casualty Company, c/o Rivkin Radler LLP, 25 Main Street, Suite 501, Court Plaza North Hackensack, NJ 07601-7082 |
| cr | + | GEICO General Insurance Company, c/o Rivkin Radler LLP, 25 Main Street, Suite 501, Court Plaza North Hackensack, NJ 07601-7082 |
| cr | + | GEICO Government Employees Insurance Company, c/o Rivkin Radler LLP, 25 Main Street, Suite 501, Court Plaza North Hackensack, NJ 07601-7082 |
| cr | + | GEICO Indemnity Company, c/o Rivkin Radler LLP, 25 Main Street, Suite 501, Court Plaza North Hackensack, NJ 07601-7082 |
| auc | + | Integrated Property Group LLC, Integrated Property Group LLC, 1350 Sixth Avenue, 2nd Floor, New York, NY 10019-4703 |
| auc | + | Intergrated Property Group Advisors, LLC d/b/a Auc, 26 Park Street, Ste. 2200, Montclair, NJ 07042-3443 |
| cr | + | Oritani Bank, c/o K&L Gates, LLP, One Newark Center, 10th Floor, Newark, NJ 07102-5237 |
| cr | + | Provident Bank f/k/a The Provident Bank, 100 Wood Avenue, Iselin, NJ 08830-2716 |
| cr | + | SB One Bank f/k/a Community Bank of Bergen County,, 100 Enterprise Drive, Suite 700, Rockaway, NJ 07866-2176 |
| 517969673 | | ARCHER ATTORNEY AT LAW, One Centennial Square, 33 East Euclid Avenue, Haddonfield, NJ 08033 |
| 518332188 | + | Allstate New Jersey Property and Casualty Insuranc, c/o Giordano, Halleran & Ciesla, P.C., 125 Half Mile Rd., Ste 300, Red Bank, NJ 07701-6777 |
| 518038444 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517969671 | + | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 517969672 | + | Archer and Greiner, c/o Jerrold Kulback, 33 East Euclid Avenue, Haddonfield, NJ 08033-2374 |
| 517969674 | + | Bank Of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 518134710 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 518446277 | + | Bank of America, N.A., 33 Wood Avenue South, Suite 110, Iselin, New Jersey 08830-2719 |
| 518140054 | + | Bank of New Jersey, 1365 Palisades Ave., Fort Lee, NJ 07024-5242 |
| 518140061 | + | Becket and Lee, LLP, PO Box 3001, Malvern, PA 19355-0701 |
| 517969684 | + | CIT Finance LLC, D/B/A Avaya Financial Services, 1 Cit Drive, Livingston, NJ 07039-5703 |
| 518168603 | + | CIT Finance, LLC, c/o Bankruptcy Processing Solutions, Inc, PO Box 593007, San Antonio, TX 78259-0200 |
| 517969680 | + | Carrington Mortgage, LLC, PO Box 5001, Newark, NJ 07105-0001 |
| 517969683 | + | Chevy Chase Fed Sav Ba, Capital One/Attn:Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518072329 | + | Cole Schotz P.C., Attn: Ryan T. Jareck, Esq., Court Plaza North, 25 Main Street, Hackensack, NJ 07601-7083 |
| 518076760 | + | DVCO LLC, 999 Clifton Ave., Clifton, NJ 07013-2711 |
| 518076782 | + | Endo Surgical Center of, North Jersey, PC, 999 Clifton Ave., Clifton, NJ 07013-2711 |
| 518076783 | | Endo Surgical Center of, North Jersey, 62-64 Fenner Ave., Fort Lee, NJ 07024 |
| 517969686 | + | Ferro Labella & Zucker LLC, 27 Warren St, Suite 201, Hackensack, NJ 07601-5476 |
| 517969687 | + | First Commerce Bank, 105 River Ave, Lakewood, NJ 08701-4267 |
| 518009942 | + | Fulton Bank of New Jersey, c/o Jerrold S. Kulback, 1717 Arch Street, Suite 3500, Philadelphia, PA 19103-2739 |
| 517969689 | | George A Tsairis Architects PC, 2052 Highway 35, Suite 101, Spring Lake, NJ 07762 |
| 519083486 | + | Government Employees Insurance Company, Rivkin Radler LLP, Attn.: Matthew V. Spero, Esq., 926 RXR Plaza, Uniondale, NY |

Case 19-10880-VFP    Doc 281    Filed 09/12/21    Entered 09/13/21 00:13:52    Desc
Imaged Certificate of Notice    Page 4 of 7

| District/off: 0312-2 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Sep 10, 2021 | Form ID: pdf905 | Total Noticed: 79 |

| | | |
|---|---|---|
| | | 11556-3823 |
| 518139957 | + | Jerrold S. Kulback, Esq., Archer & Grein, 1717 Arch St., Suite 3500, Philadelphia, PA 19103-2739 |
| 517969690 | ++++ | LECLAIRRYAN, ONE RIVERFRONT PLAZA, ATTN. WILLIAM L. WALDMAN, 1 RIVERFRONT PLZ STE 16, NEWARK NJ 07102-5436 address filed with court:, LeClairRyan, One Riverfront Plaza, 1037 Raymoun Boulevard, 16th Floor, Attn. William L. Waldman, Newark, NJ 07102 |
| 517969691 | + | Levitt and Cerciello, 75 Main Street, Suite 201, Millburn, NJ 07041-1322 |
| 517969693 | + | MRS BPO, Attn: Bankruptcy, 1930 Olney Ave, Cherry Hill, NJ 08003-2016 |
| 517969692 | + | Meyer and Landis LLP, 1 Gateway Ctr STE 2500, Newark, NJ 07102-5396 |
| 518139958 | + | Milstead & Associates, LLC, Salvatore L, 1 East Stow Rd., Marlton, NJ 08053-3118 |
| 517969695 | #+ | Oritani Bank, 321 Main St, Hackensack, NJ 07601-5770 |
| 518231110 | + | Oritani Bank, c/o David S. Catuogno, Esq., K&L Gates LLP, One Newark Center, 10th Floor, Newark, NJ 07102-5237 |
| 518140047 | | Parker McCay P.A., 9000 Midlantic Dr., Suite 300, Lyons, CO 80540 |
| 517969698 | + | Romano, Garubo & Argentieri, 52 Newton Ave., Woodbury, NJ 08096-4610 |
| 517969699 | + | Rushmore Lms, Attn: Bankruptcy, Po Box 55004, Irvine, CA 92619-5004 |
| 517969694 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, New Jersey Division of Taxation, Compliance & Enforcement - Bankruptcy, 50 Barrack St., 9th Fl., PO Box 245, Trenton, NJ 08695 |
| 518140048 | + | Seidman & Pincus, LLC, 777 Terrace Ave., Suite 508, Hasbrouck Heights, NJ 07604-3114 |
| 517969701 | + | The Provident Bank, Attn: Matthew P. Dolan, Esq., One Gateway Center, Suite 2500, Newark, NJ 07102-5323 |
| 518014516 | | U.S. Bank National Association, et al, c/o Rushmore Loan Management Services, P.O. Box 52708, Irvine, CA 92619-2708 |
| 519256428 | + | U.S. Bank Trust National Association, c/o AHP Servicing LLC, 440 S. LaSalle St., Suite 1110, Chicago, IL 60605-1028 |
| 519256429 | + | U.S. Bank Trust National Association, c/o AHP Servicing LLC, 440 S. LaSalle St., Suite 1110, Chicago, IL 60605, U.S. Bank Trust National Association c/o AHP Servicing LLC 60605-1028 |
| 518139934 | + | Windels Marx Lane, et al, Attn: Jay Samuels, Esq., 120 Albany Street Plaza, New Brunswick, NJ 08901-2163 |
| 518139933 | + | Windels, Marx Lane, et al, Attn: Daniel F. Corrigan, Esq., 6th Floor, 120 Albany Street Plaza, New Brunswick, NJ 08901-2126 |
| 517969676 | + | c/o Daniel F. Corrigan, Esq, Windels Marx Lane & Mittendorf, LLP, 120 Albany Street Plaza, New Brunswick, NJ 08901-2163 |
| 517969677 | + | c/o Jay Samuels, Esq., Windels Marx Lane & Mittendorf, LLP, 120 Albany Street Plaza, New Brunswick, NJ 08901-2163 |

TOTAL: 57

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| **Recip ID** | | **Notice Type: Email Address** | **Date/Time** | **Recipient Name and Address** |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 10 2021 20:29:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 10 2021 20:29:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Sep 10 2021 20:32:03 | BMW FINANCIAL SERVICES NA, LLC, AIS Portfolio Services, LP, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| acc | + | Email/Text: delmarie.velazquez@eisneramper.com | Sep 10 2021 20:29:00 | EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 |
| cr | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 10 2021 20:29:00 | United States of America (Internal Revenue Service, U.S. Attorney's Office, 970 Broad Street, Suite 700, Newark, NJ 07102-2535 |
| 517969670 | + | Email/Text: bkrpt@retrievalmasters.com | Sep 10 2021 20:29:00 | AMCA/American Medical Collection Agency, Attention: Bankruptcy, 4 Westchester Plaza, Suite 110, Elmsford, NY 10523-1615 |
| 517969675 | | Email/PDF: ais.bmw.ebn@americaninfosource.com | Sep 10 2021 20:32:10 | BMW Financial Services, Attn: Bankruptcy Department, Po Box 3608, Dublin, OH 43016 |
| 518982172 | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Sep 10 2021 20:32:03 | BMW Financial Services NA, LLC, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 517969678 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 10 2021 20:32:08 | Capital One, 1680 Capital One Drive, Mc Lean, VA 22102-3407 |
| 517969679 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 10 2021 20:32:09 | Capital One/Neiman Marcus/Bergdorf Goodm, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518139925 | + | Email/Text: BKBCNMAIL@carringtonms.com | Sep 10 2021 20:29:00 | Carrington Mortgage Services, PO Box 3010, |

Case 19-10880-VFP  Doc 281  Filed 09/12/21  Entered 09/13/21 00:13:52  Desc
Imaged Certificate of Notice  Page 5 of 7

| District/off: 0312-2 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Sep 10, 2021 | Form ID: pdf905 | Total Noticed: 79 |

| Recip ID | | Notice Type | Date Sent | Name and Address |
|---|---|---|---|---|
| | | | | Anaheim, CA 92803-3010 |
| 517969681 | + | Email/Text: bk.notifications@jpmchase.com | Sep 10 2021 20:29:00 | Chase Auto Finance, Attn: Bankruptcy, Po Box 901076, Fort Worth, TX 76101-2076 |
| 517969688 | + | Email/Text: bankruptcy@fult.com | Sep 10 2021 20:30:00 | Fulton Bank of NJ, 533 Fellowship Rd. - Ste. 250, Mount Laurel, NJ 08054-3411 |
| 518026980 | + | Email/Text: paymentgroup@gassouth.com | Sep 10 2021 20:29:00 | Infinite Energy, Inc., 7001 SW 24th Ave., Gainesville, FL 32607-3704 |
| 517969682 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Sep 10 2021 20:32:08 | Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 518156623 | + | Email/Text: bk-notification@sps-law.com | Sep 10 2021 20:29:00 | On Deck Capital, Inc., c/o Schachter Portnoy L.L.C., 3490 US Route 1, Princeton, NJ 08540-5920 |
| 518242125 | + | Email/Text: ccd@oru.com | Sep 10 2021 20:29:00 | Orange & Rockland Utilities-CSO, 390 W Route 59, Spring Valley, NY 10977-5345 |
| 517969697 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 10 2021 20:29:00 | PNC Bank, Attn: Bankruptcy Department, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 518119928 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 10 2021 20:29:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 517969696 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 10 2021 20:29:00 | Pnc Bank, Atn: Bankruptcy Department, Po Box 94982: Ms: Br-Yb58-01-5, Cleveland, OH 44101 |
| 518140058 | + | Email/Text: ccd@oru.com | Sep 10 2021 20:29:00 | Rockland Electric Co., 390 West Route 59, Customer Support Operations, Spring Valley, NJ 10977-5320 |
| 518196043 | + | Email/Text: BKBCNMAIL@carringtonms.com | Sep 10 2021 20:29:00 | Wilmington Savings Fund Society, FSB, c/o Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |

TOTAL: 22

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | On Deck Capital, Inc., Schachter Portnoy, L.L.C., 3490 US Route 1, Princeton |
| 518076759 | | Arthur St. Realty, LLC |
| 517969685 | | Comm Bk Bergen Cty N J |
| 518076802 | | Fox Hedge Manor, LLC |
| 518076803 | | Metropolitan Anesthesia, LLC |
| 518076804 | | Riverwood Surgical Center, LLC |
| 517969700 | | Sb One Bank |
| 518076805 | | William J Focazio |
| smg | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Dist Dir of IRS, Insolvency Function, PO Box 724, Springfield, NJ 07081-0724 |
| cr | *+ | First Commerce Bank, 105 River Avenue, Lakewood, NJ 08701-4267 |
| 518038446 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518038448 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518023363 | *+ | INTERNAL REVENUE SERVICE, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518177665 | *P++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245, address filed with court:, State of New Jersey, Department of Treasury, Division of Taxation, PO BOX 245, Trenton NJ 08695-0245 |
| 517969669 | ##+ | Allgenic Health and Wellness Inc, Suite 2210, 175 SW 7th, Miami, FL 33130-2963 |

TOTAL: 8 Undeliverable, 6 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 4 of 5 |
| Date Rcvd: Sep 10, 2021 | Form ID: pdf905 | Total Noticed: 79 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2021        Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 10, 2021 at the address(es) listed below:**

**Name**            **Email Address**

Aaron M. Bender
> on behalf of Creditor BANK OF AMERICA  N.A. abender@reedsmith.com, ltiggett@reedsmith.com

Andrew M. Lubin
> on behalf of Creditor Wilmington Savings Fund Society  FSB, as Trustee of Stanwich Mortgage Loan Trust A bkecf@milsteadlaw.com, alubin@milsteadlaw.com

Anthony Sodono, III
> on behalf of Interested Party William Focazio MD PA and Endo Surgical Center of North Jersey PC asodono@msbnj.com

Anthony Sodono, III
> on behalf of Unknown Role Type William J. Focazio  MD PA and Endo Surgical Center of North Jersey PC asodono@msbnj.com

Brian E Caine
> on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as Trustee for the RMAC Trust, Series 2016-CTT bcaine@parkermccay.com, BKcourtnotices@parkermccay.com

Daniel F. Corrigan
> on behalf of Creditor First Commerce Bank dcorrigan@windelsmarx.com  mslama@windelsmarx.com

David B. Grantz
> on behalf of Creditor Provident Bank f/k/a The Provident Bank dgrantz@meyner.com  ckelly@meyner.com

David S. Catuogno
> on behalf of Creditor Oritani Bank david.catuogno@klgates.com

Donald F. Campbell, Jr.
> on behalf of Plaintiff Encompass insurance company of New Jersey dcampbell@ghclaw.com  4433@notices.nextchapterbk.com

Donald F. Campbell, Jr.
> on behalf of Plaintiff Encompass Indemnity Company dcampbell@ghclaw.com  4433@notices.nextchapterbk.com

Donald F. Campbell, Jr.
> on behalf of Plaintiff Allstate Indemnity Company dcampbell@ghclaw.com  4433@notices.nextchapterbk.com

Donald F. Campbell, Jr.
> on behalf of Creditor Allstate New Jersey Property and Casualty Insurance Company dcampbell@ghclaw.com 4433@notices.nextchapterbk.com

Donald F. Campbell, Jr.
> on behalf of Plaintiff Allstate New Jersey Insurance Company dcampbell@ghclaw.com  4433@notices.nextchapterbk.com

Donald F. Campbell, Jr.
> on behalf of Plaintiff Encompass Insurance dcampbell@ghclaw.com  4433@notices.nextchapterbk.com

Donald F. Campbell, Jr.
> on behalf of Plaintiff Allstate Property and Casualty Insurance Company dcampbell@ghclaw.com 4433@notices.nextchapterbk.com

Donald F. Campbell, Jr.
> on behalf of Plaintiff Allstate Insurance Company dcampbell@ghclaw.com  4433@notices.nextchapterbk.com

Donald F. Campbell, Jr.
> on behalf of Plaintiff AllState Fire and Casualty Insurance Company dcampbell@ghclaw.com  4433@notices.nextchapterbk.com

Donald F. Campbell, Jr.
> on behalf of Plaintiff Encompass Property and Casualty Company of New Jersey dcampbell@ghclaw.com 4433@notices.nextchapterbk.com

Case 19-10880-VFP    Doc 281    Filed 09/12/21    Entered 09/13/21 00:13:52    Desc
Imaged Certificate of Notice    Page 7 of 7

| District/off: 0312-2 | User: admin | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Sep 10, 2021 | Form ID: pdf905 | Total Noticed: 79 |

| | |
|---|---|
| Donald F. Campbell, Jr. | on behalf of Plaintiff Allstate New Jersey Property and Casualty Insurance Company dcampbell@ghclaw.com 4433@notices.nextchapterbk.com |
| Eamonn O'Hagan | on behalf of Creditor United States of America (Internal Revenue Service) eamonn.ohagan@usdoj.gov |
| Edward A. Phillips | ephillips@getzlerhenrich.com |
| Elizabeth K. Holdren | on behalf of Creditor Wilmington Savings Fund Society  FSB as Trustee for Stanwich Mortgage Loan Trust A, through Carrington Mortgage Services, LLC, servicer and attorney-in-fact eholdren@hillwallack.com, jhanley@hillwallack.com;hwbknj@hillwallack.com |
| Gene Y. Kang | on behalf of Creditor GEICO General Insurance Company gene.kang@rivkin.com jennifer.davila@rivkin.com;stuart.gorton@rivkin.com;matthew.spero@rivkin.com |
| Gene Y. Kang | on behalf of Creditor GEICO Indemnity Company gene.kang@rivkin.com jennifer.davila@rivkin.com;stuart.gorton@rivkin.com;matthew.spero@rivkin.com |
| Gene Y. Kang | on behalf of Creditor GEICO Government Employees Insurance Company gene.kang@rivkin.com jennifer.davila@rivkin.com;stuart.gorton@rivkin.com;matthew.spero@rivkin.com |
| Gene Y. Kang | on behalf of Creditor GEICO Casualty Company gene.kang@rivkin.com jennifer.davila@rivkin.com;stuart.gorton@rivkin.com;matthew.spero@rivkin.com |
| Jerrold S. Kulback | on behalf of Creditor Fulton Bank of New Jersey jkulback@archerlaw.com  chansen@archerlaw.com |
| Kevin Gordon McDonald | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Kurt Ryan Kowalski | on behalf of Creditor On Deck Capital  Inc. krk@splawoffice.com |
| Marc D. Miceli | on behalf of Debtor William J Focazio mmiceli@sm-lawpc.com  lindsay@sm-lawpc.com |
| Matthew Patrick Dolan | on behalf of Creditor Provident Bank f/k/a The Provident Bank mdolan@meyner.com |
| Matthew Patrick Dolan | on behalf of Creditor SB One Bank f/k/a Community Bank of Bergen County  N.J. mdolan@meyner.com |
| Mitchell Hausman | on behalf of U.S. Trustee U.S. Trustee Mitchell.B.Hausman@usdoj.gov |
| Patrick O. Lacsina | on behalf of Creditor Wilmington Savings Fund Society  FSB, as Trustee of Stanwich Mortgage Loan Trust A PATRICK.LACSINA@GMAIL.COM, PATRICK.LACSINA@GMAIL.COM |
| Philip Seth Rosen | on behalf of Creditor BANK OF AMERICA  N.A. prosen@zeklaw.com, 3723198420@filings.docketbird.com |
| Sari Blair Placona | on behalf of Unknown Role Type William J. Focazio  MD PA and Endo Surgical Center of North Jersey PC splacona@msbnj.com |
| Stephen V. Falanga | on behalf of Trustee Edward A. Phillips sfalanga@thewalshfirm.com  chemrick@thewalshfirm.com;ntravostino@walsh.law |
| Steven J. Mitnick | on behalf of Debtor William J Focazio smitnick@sm-lawpc.com  lindsay@sm-lawpc.com |
| Sydney J. Darling | on behalf of Trustee Edward A. Phillips sjdarling@pbnlaw.com  pnbalala@pbnlaw.com |
| Sydney J. Darling | on behalf of U.S. Trustee U.S. Trustee sjdarling@pbnlaw.com  pnbalala@pbnlaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 41