Form loccrtno – loccrtnov27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

      Case No.: 19–10880–VFP
      Chapter: 11
      Judge: Vincent F. Papalia
      Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  William J Focazio
  101 Fox Hedge Road
  Saddle River, NJ 07458

Social Security No.:
  xxx–xx–2504

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

    I _Rebecca Hernandez_ , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Settlement of Controversy:

Description of Property (if applicable):

Settlement with Allstate

Dated: September 15, 2021
JAN: rh

                            Jeanne Naughton
                            Clerk