Form tsntc

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.:  19−10880−VFP
        Chapter:  11
        Judge:  Vincent F. Papalia
        Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   William J Focazio
   101 Fox Hedge Road
   Saddle River, NJ 07458

Social Security No.:
   xxx−xx−2504

Employer's Tax I.D. No.:

## Notice That a Transcript Has Been Filed

     You are Noticed that a Transcript has been filed on 1/14/22. Pursuant to the Judicial Conference Policy on Privacy, access to this transcript is restricted for a period of ninety days from the date of filing. The transcript may be viewed at the Bankruptcy Court Clerk's Office. [For information about how to contact the transcriber, please call the Clerk's Office] All parties have seven business days to file a Request for Redaction of any social security numbers, financial account data, names of minor−age children, dates of birth, and home addresses. If redaction is requested, the filing party has twenty−one calendar days from the date the transcript was filed to file a list of items to be redacted indicating the location of the identifiers within the transcript with the court and to provide the list to the transcriber. The transcriber has thirty−one days from the date the list of items to be redacted was filed to file the redacted version of the transcript with the court . If no request is filed, the transcript will be made electronically available to the general public after the ninety days.

Dated: January 14, 2022
JAN:

                Jeanne Naughton
                Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                       Case No. 19-10880-VFP
William J Focazio                                                                                    Chapter 11
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                                      User: admin                                      Page 1 of 4
Date Rcvd: Jan 14, 2022                         Form ID: tsntc                              Total Noticed: 19

The following symbols are used throughout this certificate:
**Symbol    Definition**
+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 16, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | William J Focazio, 101 Fox Hedge Road, Saddle River, NJ 07458-2715 |
| aty | + | Roper & Thyne, LLC, Roper & Thyne, LLC, 77 Jefferson Place, Totowa, NJ 07512-2614 |
| cr | + | Allstate New Jersey Property and Casualty Insuranc, 125 Half Mile Road, Suite 300, Attn: Donald F. Campbell, Jr., Red Bank, NJ 07701 UNITED STATES 07701-6777 |
| cr | + | First Commerce Bank, 105 River Avenue, Lakewood, NJ 08701-4267 |
| cr | + | Fulton Bank of New Jersey, c/o Jerrold S. Kulback, Esq., Archer & Greiner, P.C., 1717 Arch Street, Suite 3500, Philadelphia, PA 19103-2739 |
| cr | + | GEICO Casualty Company, c/o Rivkin Radler LLP, 25 Main Street, Suite 501, Court Plaza North Hackensack, NJ 07601-7082 |
| cr | + | GEICO General Insurance Company, c/o Rivkin Radler LLP, 25 Main Street, Suite 501, Court Plaza North Hackensack, NJ 07601-7082 |
| cr | + | GEICO Government Employees Insurance Company, c/o Rivkin Radler LLP, 25 Main Street, Suite 501, Court Plaza North Hackensack, NJ 07601-7082 |
| cr | + | GEICO Indemnity Company, c/o Rivkin Radler LLP, 25 Main Street, Suite 501, Court Plaza North Hackensack, NJ 07601-7082 |
| auc | + | Integrated Property Group LLC, Integrated Property Group LLC, 1350 Sixth Avenue, 2nd Floor, New York, NY 10019-4703 |
| auc | + | Intergrated Property Group Advisors, LLC d/b/a Auc, 26 Park Street, Ste. 2200, Montclair, NJ 07042-3434 |
| cr | + | Oritani Bank, c/o K&L Gates, LLP, One Newark Center, 10th Floor, Newark, NJ 07102-5237 |
| cr | + | Provident Bank f/k/a The Provident Bank, 100 Wood Avenue, Iselin, NJ 08830-2716 |
| cr | + | SB One Bank f/k/a Community Bank of Bergen County,, 100 Enterprise Drive, Suite 700, Rockaway, NJ 07866-2176 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 14 2022 20:37:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 14 2022 20:37:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 14 2022 20:42:41 | BMW FINANCIAL SERVICES NA, LLC, AIS Portfolio Services, LP, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| acc | + | Email/Text: delmarie.velazquez@eisneramper.com | Jan 14 2022 20:38:00 | EisnerAmper LLP, 111 Wood Avenue South, Iselin, NJ 08830-2700 |
| cr | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 14 2022 20:37:00 | United States of America (Internal Revenue Service, U.S. Attorney's Office, 970 Broad Street, Suite 700, Newark, NJ 07102-2535 |

TOTAL: 5

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | On Deck Capital, Inc., Schachter Portnoy, L.L.C., 3490 US Route 1, Princeton |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 4 |
| Date Rcvd: Jan 14, 2022 | Form ID: tsntc | Total Noticed: 19 |

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 16, 2022             Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 14, 2022 at the address(es) listed below:**

**Name**           **Email Address**

Aaron M. Bender
    on behalf of Creditor BANK OF AMERICA  N.A. abender@reedsmith.com, ltiggett@reedsmith.com

Andrew M. Lubin
    on behalf of Creditor Wilmington Savings Fund Society  FSB, as Trustee of Stanwich Mortgage Loan Trust A nj-ecfmail@mwc-law.com, alubin@milsteadlaw.com

Anthony Sodono, III
    on behalf of Unknown Role Type William J. Focazio  MD PA and Endo Surgical Center of North Jersey PC asodono@msbnj.com

Anthony Sodono, III
    on behalf of Interested Party William Focazio MD PA and Endo Surgical Center of North Jersey PC asodono@msbnj.com

Brian E Caine
    on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as Trustee for the RMAC Trust, Series 2016-CTT bcaine@parkermccay.com, BKcourtnotices@parkermccay.com

Daniel F. Corrigan
    on behalf of Creditor First Commerce Bank dcorrigan@windelsmarx.com  mslama@windelsmarx.com

David B. Grantz
    on behalf of Creditor Provident Bank f/k/a The Provident Bank dgrantz@meyner.com  ckelly@meyner.com

David S. Catuogno
    on behalf of Creditor Oritani Bank david.catuogno@klgates.com

Donald F. Campbell, Jr.
    on behalf of Plaintiff Encompass Property and Casualty Company of New Jersey dcampbell@ghclaw.com 4433@notices.nextchapterbk.com

Donald F. Campbell, Jr.
    on behalf of Plaintiff Allstate New Jersey Property and Casualty Insurance Company dcampbell@ghclaw.com 4433@notices.nextchapterbk.com

Donald F. Campbell, Jr.
    on behalf of Plaintiff Encompass insurance company of New Jersey dcampbell@ghclaw.com  4433@notices.nextchapterbk.com

Donald F. Campbell, Jr.
    on behalf of Plaintiff Encompass Indemnity Company dcampbell@ghclaw.com  4433@notices.nextchapterbk.com

Donald F. Campbell, Jr.
    on behalf of Plaintiff Allstate Indemnity Company dcampbell@ghclaw.com  4433@notices.nextchapterbk.com

Donald F. Campbell, Jr.
    on behalf of Creditor Allstate New Jersey Property and Casualty Insurance Company dcampbell@ghclaw.com 4433@notices.nextchapterbk.com

Donald F. Campbell, Jr.
    on behalf of Plaintiff Allstate New Jersey Insurance Company dcampbell@ghclaw.com  4433@notices.nextchapterbk.com

Donald F. Campbell, Jr.
    on behalf of Plaintiff Encompass Insurance dcampbell@ghclaw.com  4433@notices.nextchapterbk.com

Donald F. Campbell, Jr.

Case 19-10880-VFP    Doc 296    Filed 01/16/22    Entered 01/17/22 00:15:51    Desc
Imaged Certificate of Notice    Page 4 of 5

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jan 14, 2022 | Form ID: tsntc | Total Noticed: 19 |

|  |  |
|---|---|
|  | on behalf of Plaintiff Allstate Property and Casualty Insurance Company dcampbell@ghclaw.com 4433@notices.nextchapterbk.com |
| Donald F. Campbell, Jr. | |
|  | on behalf of Plaintiff Allstate Insurance Company dcampbell@ghclaw.com 4433@notices.nextchapterbk.com |
| Donald F. Campbell, Jr. | |
|  | on behalf of Plaintiff AllState Fire and Casualty Insurance Company dcampbell@ghclaw.com 4433@notices.nextchapterbk.com |
| Eamonn O'Hagan | |
|  | on behalf of Creditor United States of America (Internal Revenue Service) eamonn.ohagan@usdoj.gov |
| Edward A. Phillips | |
|  | ephillips@getzlerhenrich.com |
| Elizabeth K. Holdren | |
|  | on behalf of Creditor Wilmington Savings Fund Society FSB as Trustee for Stanwich Mortgage Loan Trust A, through Carrington Mortgage Services, LLC, servicer and attorney-in-fact eholdren@hillwallack.com, jhanley@hillwallack.com;hwbknj@hillwallack.com;eholdren@ecf.courtdrive.com |
| Gene Y. Kang | |
|  | on behalf of Creditor GEICO Casualty Company gene.kang@rivkin.com jennifer.davila@rivkin.com;stuart.gorton@rivkin.com;matthew.spero@rivkin.com |
| Gene Y. Kang | |
|  | on behalf of Creditor GEICO General Insurance Company gene.kang@rivkin.com jennifer.davila@rivkin.com;stuart.gorton@rivkin.com;matthew.spero@rivkin.com |
| Gene Y. Kang | |
|  | on behalf of Creditor GEICO Indemnity Company gene.kang@rivkin.com jennifer.davila@rivkin.com;stuart.gorton@rivkin.com;matthew.spero@rivkin.com |
| Gene Y. Kang | |
|  | on behalf of Creditor GEICO Government Employees Insurance Company gene.kang@rivkin.com jennifer.davila@rivkin.com;stuart.gorton@rivkin.com;matthew.spero@rivkin.com |
| Jerrold S. Kulback | |
|  | on behalf of Creditor Fulton Bank of New Jersey jkulback@archerlaw.com chansen@archerlaw.com |
| Kevin Gordon McDonald | |
|  | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Kurt Ryan Kowalski | |
|  | on behalf of Creditor On Deck Capital Inc. krk@splawoffice.com |
| Marc D. Miceli | |
|  | on behalf of Debtor William J Focazio mmiceli@sm-lawpc.com lindsay@sm-lawpc.com |
| Matthew Patrick Dolan | |
|  | on behalf of Creditor Provident Bank f/k/a The Provident Bank mdolan@meyner.com |
| Matthew Patrick Dolan | |
|  | on behalf of Creditor SB One Bank f/k/a Community Bank of Bergen County N.J. mdolan@meyner.com |
| Mitchell Hausman | |
|  | on behalf of U.S. Trustee U.S. Trustee Mitchell.B.Hausman@usdoj.gov |
| Patrick O. Lacsina | |
|  | on behalf of Creditor Wilmington Savings Fund Society FSB, as Trustee of Stanwich Mortgage Loan Trust A PATRICK.LACSINA@GMAIL.COM, PATRICK.LACSINA@GMAIL.COM |
| Philip Seth Rosen | |
|  | on behalf of Creditor BANK OF AMERICA N.A. prosen@zeklaw.com, 3723198420@filings.docketbird.com |
| Sari Blair Placona | |
|  | on behalf of Unknown Role Type William J. Focazio MD PA and Endo Surgical Center of North Jersey PC splacona@msbnj.com |
| Stephen V. Falanga | |
|  | on behalf of Trustee Edward A. Phillips sfalanga@thewalshfirm.com chemrick@thewalshfirm.com;ntravostino@walsh.law |
| Steven J. Mitnick | |
|  | on behalf of Debtor William J Focazio smitnick@sm-lawpc.com lindsay@sm-lawpc.com |
| Sydney J. Darling | |
|  | on behalf of U.S. Trustee U.S. Trustee sjdarling@pbnlaw.com pnbalala@pbnlaw.com;jmoconnor@pbnlaw.com |
| Sydney J. Darling | |
|  | on behalf of Trustee Edward A. Phillips sjdarling@pbnlaw.com pnbalala@pbnlaw.com;jmoconnor@pbnlaw.com |
| U.S. Trustee | |
|  | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-2     User: admin     Page 4 of 4
Date Rcvd: Jan 14, 2022     Form ID: tsntc     Total Noticed: 19
TOTAL: 41